# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                          )
                                                )
MATTHEWS 350 E LASALLE LLC, *et al.,*[1]        )        Case No. 26-30288
                                                )
                                                )        (Jointly Administered)
            Debtors.                            )

### ORDER GRANTING DEBTORS' FIRST DAY MOTION
### FOR AN ORDER GRANTING JOINT ADMINISTRATION

This matter having come before the Court on *Debtors' First Day Motion for an Order Granting Joint Administration* (the **"Motion"**) filed by Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle and Commerce Center Development, LLC; notice of the Motion being sufficient under the circumstances; no objections having been raised to the Motion; and the Court, having considered the Motion, finding that the relief requested should be granted.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** as follows:

The cases captioned as Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle and Commerce Center Development, LLC, shall be jointly administered under the caption shown above.

Except for the lists, schedules, statements, other documents required by Bankruptcy Rule 1007, and as otherwise set forth herein, all motions, pleadings, orders, papers, and other documents must be captioned, filed, docketed, and processed under

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

2

the above-captioned lead case name and number followed by the words "Jointly Administered".

A single case docket shall be maintained after the entry of this order for joint administration under the above-captioned case number of the lead case.

If joint administration is terminated, documents filed after the order terminating joint administration shall be filed and docketed in the separate cases.

A separate claims register shall be maintained for each case. A separate claim must be filed in each jointly administered case in which a claim is asserted.

SO ORDERED.

Dated: _____        _____
                                     Judge, Northern District of Indiana
                                     Bankruptcy Court

2