# EXHIBIT 1

| 13 Week DIP Budget | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Forcast | Total Per Debtor's Forcast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | FY 2026 | |
| | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | WEEK | |
| | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
| Week Ending | 3/14/2026 | 3/21/2026 | 3/28/2026 | 4/4/2026 | 4/11/2026 | 4/18/2026 | 4/25/2026 | 5/2/2026 | 5/9/2026 | 5/16/2026 | 5/23/2026 | 5/30/2026 | 6/6/2026 | |
| Beginning Cash | $ 124,000.00 | $ 48,250.00 | $ 38,000.00 | $ 27,750.00 | $ 237,500.00 | $ 27,250.00 | $ 17,000.00 | $ 6,750.00 | $ 251,500.00 | $ 189,250.00 | $ 14,000.00 | $ 3,750.00 | $ 248,500.00 | |
| Cash Receipts | $ 123,000.00 | $ 5,000.00 | $ 5,000.00 | $ 260,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 260,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 260,000.00 | $ 5,000.00 | $ 948,000.00 |
| Beginning A/R | | | | | | | | | | | | | | |
| Less Ending A/R | | | | | | | | | | | | | | |
| **Total Sources of Cash** | $ 247,000.00 | $ 53,250.00 | $ 43,000.00 | $ 287,750.00 | $ 242,500.00 | $ 32,250.00 | $ 22,000.00 | $ 266,750.00 | $ 256,500.00 | $ 194,250.00 | $ 19,000.00 | $ 263,750.00 | $ 253,500.00 | |
| Operating Disbursements | | | | | | | | | | | | | | |
| Payroll (including taxes, benefits) to DMTM Inc | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (130,000.00) |
| Total Employee Related | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (130,000.00) |
| Service Contractors | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (19,500.00) |
| Insurance | | | | | $ (19,000.00) | | | | | | | | | |
| Utilities/Telephone | $ (16,000.00) | $ - | $ - | $ - | $ (16,000.00) | $ - | $ - | $ - | $ (12,000.00) | $ - | $ - | $ - | $ (8,000.00) | $ (52,000.00) |
| Total Occupancy | $ (16,000.00) | $ - | $ - | $ - | $ (35,000.00) | $ - | $ - | $ - | $ (12,000.00) | $ - | $ - | $ - | $ (8,000.00) | $ (71,000.00) |
| Sales Tax/Tax/Licenses | | | | | | | | | $ (25,000.00) | | | | | $ (25,000.00) |
| Merchandise & Catalog | $ (6,250.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (51,250.00) |
| Total Freight, Postage, & Handling | | | | | | | | | | | | | | |
| **Total Operating Disbursements** | $ (33,750.00) | $ (15,250.00) | $ (15,250.00) | $ (15,250.00) | $ (50,250.00) | $ (15,250.00) | $ (15,250.00) | $ (15,250.00) | $ (52,250.00) | $ (15,250.00) | $ (15,250.00) | $ (15,250.00) | $ (23,250.00) | $ (296,750.00) |
| Non-Operating Disbursements | | | | | | | | | | | | | | |
| Debtor Professionals | | | | $ (35,000.00) | | | | | $ (15,000.00) | | | | $ (10,000.00) | $ (60,000.00) |
| UCC Professionals | | | | | | | | | | | | | | |
| Lender Professionals | | | | | | | | | | | | | | |
| UST | | | | | | | | | | | | | | |
| Total Bankruptcy Administrative Costs | $ - | $ - | $ - | $ (35,000.00) | $ - | $ - | $ - | $ - | $ (15,000.00) | $ - | $ - | $ - | $ (10,000.00) | $ (60,000.00) |
| Other/Miscellaneous | | | | | | | | | | | | | | |
| Lender Fees | | | | | | | | | | | | | | |
| Loan Payment (KeyBank) | $ (165,000.00) | | | | $ (165,000.00) | | | | $ (165,000.00) | | | | | $ (495,000.00) |
| Lender Paydown | | | | | | | | | | | | | | $ - |
| **Total Non-Operating Disbursements** | $ (165,000.00) | $ - | $ - | $ (35,000.00) | $ (165,000.00) | $ - | $ - | $ - | $ (15,000.00) | $ (165,000.00) | $ - | $ - | $ (10,000.00) | $ (555,000.00) |
| **Total Uses of Cash** | $ (198,750.00) | $ (15,250.00) | $ (15,250.00) | $ (50,250.00) | $ (215,250.00) | $ (15,250.00) | $ (15,250.00) | $ (15,250.00) | $ (67,250.00) | $ (180,250.00) | $ (15,250.00) | $ (15,250.00) | $ (33,250.00) | $ (851,750.00) |
| **Net Cash Position** | $ 48,250.00 | $ 38,000.00 | $ 27,750.00 | $ 237,500.00 | $ 27,250.00 | $ 17,000.00 | $ 6,750.00 | $ 251,500.00 | $ 189,250.00 | $ 14,000.00 | $ 3,750.00 | $ 248,500.00 | $ 220,250.00 | |