UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE: )
)
MATTHEWS 350 E LASALLE LLC, *et al.,*[1] ) Case No. 26-30288
)
) (Joint Administration Requested)
Debtors. )

### ORDER GRANTING MATTHEWS 350 E LASALLE, LLC'S FIRST DAY MOTION TO REJECT UNEXPIRED LEASE WITH EAST RACE MARKET, LLC

This matter, having come before the Court on *Matthews 350 E Lasalle, LLC's First Day Motion to Reject Unexpired Lease with East Race Market, LLC* (the "**Motion**"), filed by Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, as debtor and debtor-in-possession ("**350 E Lasalle**"), requesting entry of an Order pursuant to 11 U.S.C. § 365, authorizing 350 E Lasalle to reject the East Race Market Lease[2] with East Race Market;

And the Court, being duly advised and seeing that no objections have been filed, now finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. 350 E Lasalle is authorized to reject the East Race Market Lease;

2. 350 E Lasalle's rejection of the East Race Market Lease shall be deemed effective as of the date in which the Motion was filed (the "**Effective Date**");

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

[2] All capitalized terms used but not otherwise defined herein shall have the meanings assigned to them in the Motion.

1

2

3.      The counter-party to the East Race Market Lease shall have thirty (30) days from the Effective Date to file any claims for damages arising from the rejection of the East Race Market Lease; and

4.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

SO ORDERED.


Dated: _____          _____
                                         Judge, Northern District of Indiana
                                         Bankruptcy Court

2