UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC, *et al.,*[1] | ) | Case No. 26-30288 |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

**MATTHEWS 350 E LASALLE, LLC'S FIRST DAY**
**FIRST OMNIBUS MOTION TO ASSUME UNEXPIRED LEASES**

Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, as debtor and debtor-in-possession ("**350 E Lasalle**"), by proposed counsel[2], hereby moves the Court for an Order authorizing 350 E Lasalle to assume the unexpired leases identified on **Exhibit 1** hereto (the "**Residential Leases**"; each a "**Residential Lease**"). In support of this Motion, 350 E Lasalle states as follows:

**Bankruptcy Rule 6006(f)(1) Notice**

1.      If you are receiving notice of this Motion, either (i) you have entered your appearance in the above-captioned case, and/or (ii) 350 E Lasalle is seeking to assume the unexpired lease to which you are a party.

2.      **Parties receiving notice of this Motion should locate their names and their respective Residential Lease listed alphabetically on Exhibit 1 attached to this Motion.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

[2] An Application to Employ proposed counsel is being filed concurrently herewith.

**Jurisdiction and Venue**

3.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

4.    This matter is a core proceeding under 28 U.S.C. § 157(b).

5.    Venue is proper in this Court under 28 U.S.C. § 1408 and 1409.

**Background**

6.    On March 10, 2026 (the "**Petition Date**"), 350 E Lasalle filed a Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

7.    350 E Lasalle continues to operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

8.    Commerce Center Development, LLC ("**CCD**") is the owner of, among other parcels, the following parcels of real property located in St. Joseph County, Indiana, which is subject to a mortgage by KeyBank National Association and more particularly described as follows:

> Parcel I: Lot Numbered Three (3) in Commerce Center Minor Subdivision, as per plat thereof recorded December 30, 2019 as Instrument Number 2019-34703 in the Office of the Recorder of Saint Joseph County, Indiana.
>
> Parcel II: Non-exclusive Easement for access as set forth in an instrument by and between Commerce Center Development, LLC and Matthews 350 E LaSalle LLC dated April 2, 2020 and recorded April 29, 2020 in Instrument Number 2020-10418 in the Office of the Recorder of Saint Joseph County, Indiana.

(the "**Real Estate**").

9.    350 E Lasalle has a leasehold interest in the Real Estate pursuant to a lease with CCD dated October 30, 2019 (the "**Ground Lease**").

2

10.    The Real Estate is a 144-unit multi-family mid/high rise property located at 300 East Lasalle Avenue in South Bend, Indiana, with commercial and residential tenants. The property consists of a single, 10-story apartment building. Improvements thereon were constructed in 2022 and are situated on a 0.79-acre site. The improved residential units were 84.7% leased as of March 9, 2026.  The Real Estate also has 14,507 square feet of street-level retail space and 14,323 square feet of fourth-floor office space, and 202 structured parking spaces on multiple levels.

11.    Currently, 350 E Lasalle has 122 unexpired leases for residential units, all of which are included in the Residential Leases set forth in Exhibit 1 and all of which 350 E Lasalle seeks to assume through this Motion.

12.    350 E Lasalle is not in default under any of the Residential Leases.

## **Requested Relief and Basis Therefor**

13.    As part of 350 E Lasalle's preparation for this case and restructuring efforts, 350 E Lasalle has determined that the Residential Leases are of significant value to its estate and its creditors, therefore, 350 E Lasalle wishes to assume the Residential Leases.

14.    By this Motion, 350 E Lasalle seeks an Order, pursuant to Section 365 of the Bankruptcy Code, authorizing 350 E Lasalle to assume the Residential Leases as of the date of this Motion (the "**Effective Date**").

15.    Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of debtor."

16. "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.'" *Orion Picture Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1098 (2nd Cir. 1993) (quoting 2 COLLIER ON BANKRUPTCY ¶ 365.01 [1] (15th ed. 1993)).

17. A debtor's decision to assume or reject an executory contract or unexpired lease under § 365(a) of the Bankruptcy Code is governed by the business judgment rule. *Mission Product Holdings, Inc. v. Tempnology, LLC*, 139 S.Ct. 1652, 1658 (2019).

18. "The bankruptcy court reviews the debtor's business judgment with respect to the proposed assumption to determine if it would be beneficial or burdensome to assume the executory contract by evaluating whether assumption would serve the reorganization or whether it would take away funds available to other creditors." *In re UAL Corp.*, 635 F.3d 312, 319 (7th Cir. 2011).

19. "Court approval of a debtor in possession's judgment that assumption of a lease is in the best interest of the debtor's business should not be withheld on the basis of a second-guessing of the debtor's judgment". *Allied Technology, Inc. v. R.B. Brunemann & Sons, Inc.*, 25 B.R. 484, 495 (Bankr. S.D. Ohio 1982). "As long as assumption of a lease appears to enhance a debtor's estate, Court approval of a debtor in possession's decision to assume the lease should only be withheld if the debtor's judgment is clearly erroneous, too speculative, or contrary to the provisions of the Bankruptcy Code, and particularly of 11 U.S.C. § 365." *Id.*

4

20.    "If a contract is profitable to a debtor, its assumption should be authorized." *In re National Sugar Refining Co.*, 26 B.R. 765, 767 (Bankr. S.D.N.Y. 1983) (citing 2 *Collier on Bankruptcy*, ¶ 365.03, pp. 365-13 et seq. (15th ed. 1981)).

21.    Here, 350 E Lasalle has determined that assumption of the Residential Leases will benefit its estate by keeping in place profitable agreements, from which a significant amount of 350 E Lasalle's revenue is generated.

22.    Therefore, 350 E Lasalle's decision to assume the Residential Leases is an exercise of sound business judgment that will result in a joint benefit to 350 E Lasalle and its bankruptcy estate.

23.    Rule 6006(e)(1)(B) of the Federal Rules of Bankruptcy Procedure provides that 350 E Lasalle may seek to assume all of the Residential Leases in a single omnibus motion as the Residential Leases that 350 E Lasalle seeks to assume herein are unexpired leases of real property.

24.    As such, 350 E Lasalle respectfully requests that the Court authorize 350 E Lasalle to assume the Residential Leases as of the Effective Date.

**WHEREFORE**, Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, by proposed counsel, respectfully requests the Court enter an Order authorizing 350 E Lasalle to assume, as of the Effective Date, the Residential Leases set forth in Exhibit 1, and granting 350 E Lasalle all other just and proper relief.

Respectfully submitted,

/s/ Weston E. Overturf

Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
Ryan M. Murphy, Attorney No. 38288-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317)  777-7443
wes@kgrlaw.com

*Proposed Counsel for Debtors and Debtors in Possession*