# EXHIBIT 1

Residential Leases - Alphabetical Order

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Addison G. Fluent | 724 | 08/01/2025 |
| Aleksandar Alavanja | 616 | 06/01/2022 |
| Alexander W. Craig | 504 | 08/07/2024 |
| Alexandria B. Noble; William J. Steinbrecher | 814 | 08/06/2023 |
| Alla D. Kostylev; Anatoly Kostylev | 815 | 10/20/2025 |
| Alyssa M. Wheatley; Hannah G. Gorden | 623 | 07/01/2025 |
| Amari S. Patterson; Landen R. Juschka | 905 | 09/05/2025 |
| Annad Khraisat | 703 | 11/24/2025 |
| Anthonie Knapp | 1006 | 02/19/2026 |
| Anthony Taborn | 1009 | 03/01/2025 |
| Ashley T. Carter | 509 | 08/18/2025 |
| Ashraf Assous | 1013 | 07/01/2024 |
| Bianca C. Edelman | 602 | 08/19/2025 |
| Bobbie Barbary | 1007 | 06/03/2025 |
| Bobbie L. Barbary | 1002 | 03/01/2025 |
| Brad J. Petkac; Tyler J. Beaver | 613 | 11/23/2025 |
| Carlos T. Henry | 802 | 01/23/2026 |
| Casey A. Miller | 718 | 07/19/2025 |
| Clayco, Inc. | 503 | 02/12/2024 |
| Clayco, Inc. | 513 | 01/17/2024 |
| Clayco, Inc. | 523 | 03/14/2024 |
| Clayco, Inc. | 601 | 05/06/2025 |
| Clayco, Inc. | 719 | 02/20/2024 |
| Clayco, Inc. | 803 | 08/22/2024 |
| Clayco, Inc. | 904 | 03/05/2024 |
| Clayco, Inc. | 911 | 06/07/2024 |
| Clayco, Inc. | 1016 | 05/01/2024 |
| Clayco, Inc. | 1022 | 04/25/2024 |
| Clayco, Inc. | 1023 | 06/20/2024 |
| Colin M. Steiner | 610 | 06/30/2022 |
| Cynda M. Jernstrom; Jay R. Jernstrom | 515 | 02/02/2022 |
| Daeyoung Kim | 704 | 10/20/2025 |
| Daniel Diaz; Esmeralda Diaz | 808 | 03/28/2024 |
| Darrell K. Galloway | 923 | 04/26/2025 |
| Dawn M. Territo; Stephen D. Territo | 1004 | 08/15/2024 |
| Denis J. Lindquist | 906 | 04/20/2022 |
| Devon B. Robbins; Portia M. Ayimbilla | 813 | 06/21/2025 |
| Dillon M. Dennison; Gabrielle L. Shearer | 924 | 05/31/2025 |
| Edwin W. Huang | 612 | 07/31/2023 |
| Emigdio A. Larreal Baez; Angel E. Urdaneta Bermudez | 823 | 10/10/2025 |
| Emile R. Pimentel; Nicole M. Martinez | 618 | 08/01/2024 |
| Emmitt M. E. Furner II; Michele L. Furner | 805 | 06/13/2025 |
| Enid D. Morales; Camille I. Negron Morales | 520 | 06/15/2025 |

Residential Leases - Alphabetical Order

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Erin M. McNulty | 804 | 06/26/2022 |
| Esteban P. Leyva | 919 | 12/15/2025 |
| Francis Francis | 721 | 01/16/2026 |
| Fred A. Parker; Anna B. Parker | 1012 | 06/13/2025 |
| Geoffrey R. Alexander | 1003 | 11/06/2025 |
| German A. Delgado; Enrique L. Campos; Albes G. Cano | 1005 | 07/08/2025 |
| Harold T. Burks; Karl R. Donald | 921 | 05/01/2025 |
| Helena J. Phillips | 608 | 10/04/2022 |
| James A. McMillan; Maura D. McMillan | 603 | 06/21/2025 |
| Jameson D. Foran; Maria J. Pannapara | 820 | 08/06/2025 |
| Jared A. Vogler | 1015 | 03/17/2023 |
| Jasmine R. Torres; Heath A. Torres | 708 | 08/22/2025 |
| Jason E. Pensky | 717 | 04/01/2022 |
| Jayden C. Sanders | 1010 | 01/16/2026 |
| Jessica J. Geriane | 609 | 08/09/2025 |
| Jiarui Yang | 606 | 12/01/2025 |
| John E. Goins | 821 | 08/13/2025 |
| John M. Young; Andrew J. Pascaris | 1001 | 06/01/2025 |
| Jonathon D. Troyer | 816 | 06/01/2023 |
| Joseph D. Watson | 1021 | 10/01/2022 |
| Joseph M. Gazdick | 711 | 10/31/2024 |
| Joshua J. Williams | 819 | 06/13/2024 |
| Joshua T. Hooten | 518 | 09/12/2025 |
| Juan P. Lobelo | 1017 | 05/14/2025 |
| Julia B. Lubitz; Jacob M. Halstead | 901 | 06/15/2025 |
| Kathleen K. Stewart | 519 | 04/24/2024 |
| Kelvin M. Figueroa-Ibrahim | 502 | 07/30/2025 |
| Keon Keeley | 620 | 01/15/2026 |
| Kyron V. Harris | 514 | 06/01/2025 |
| Leizaira A. Romero | 521 | 03/17/2025 |
| Lillian C. Morrell | 809 | 02/01/2025 |
| Lori D. Bennett | 506 | 10/19/2023 |
| Luca R. Mcmanus; Grant D. Hedley | 510 | 06/01/2025 |
| Maria V. Barone | 817 | 07/01/2023 |
| Martin P. Barron | 806 | 05/01/2025 |
| Matthew F. Brownsword; Stephanie Reyes | 617 | 07/27/2025 |
| Megan E. O'Malley | 914 | 06/30/2024 |
| Michael B. Dimino | 824 | 03/28/2025 |
| Michael E. Norment; Toeanzar M. Norment | 822 | 08/15/2025 |
| Michael Rosenberger; Clayco, Inc. | 710 | 01/17/2024 |
| Michel A. Perez Baster | 1014 | 04/30/2025 |
| Minho Lee | 811 | 09/01/2025 |
| Mohit Suri | 720 | 05/30/2025 |

Residential Leases - Alphabetical Order

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Nestaye LLC | 913 | 09/08/2025 |
| Nicholas S. Edelen | 1024 | 04/07/2025 |
| Nolan W. James; Kara M. James | 701 | 12/07/2025 |
| Olasubomi E. Solomon | 807 | 10/06/2023 |
| Olivia C. Geraci | 715 | 07/01/2024 |
| Omar N. Harris; Joseph F. Harris | 614 | 10/17/2025 |
| Orlando J. Avena | 619 | 04/11/2025 |
| Paola E. Cadena | 903 | 12/19/2025 |
| Paula D. Harer | 709 | 12/03/2025 |
| Prem J. Patel | 812 | 07/23/2022 |
| Preston R. Roberts | 511 | 08/09/2024 |
| Ray H. Herring | 723 | 04/22/2025 |
| Richard M. Trench; Kathleen E. Riggs | 915 | 07/24/2025 |
| Rodrigo P. Cazunga | 611 | 11/24/2025 |
| Ryan M. Riemer; Shreyant Koduru | 801 | 05/15/2025 |
| Samira Momen | 707 | 03/01/2025 |
| Sophia Rodriguez; Mahdi Alajmi | 706 | 12/01/2025 |
| Stone D. Williams | 917 | 06/01/2025 |
| Suranuch Buajan; Andrew Paterkiewicz | 516 | 05/24/2025 |
| Terry E. Byrd | 714 | 12/05/2025 |
| Terry R. Huber; Sandra K. Huber | 522 | 12/15/2025 |
| Thomas W. Ulmer | 912 | 06/11/2024 |
| Tia S. Smith | 712 | 06/05/2025 |
| Tracy J. Teng | 507 | 02/06/2026 |
| Velvet Canada | 818 | 08/01/2025 |
| Velvet Canada | 902 | 09/01/2024 |
| Velvet Canada | 908 | 04/04/2025 |
| Velvet Canada | 909 | 09/01/2024 |
| Venture Michiana, LLC | 607 | 04/15/2022 |
| Venture Michiana, LLC | 916 | 09/26/2025 |
| Venture Michiana, LLC | 920 | 06/15/2022 |
| Venture Michiana, LLC | 1008 | 09/05/2025 |
| William L. Findley; Lorena R. Findley | 922 | 04/21/2025 |
| Yiming (Thomas) Lu | 621 | 05/16/2025 |
| Zachary H. Shelor | 702 | 06/13/2025 |
| Zachery H. Smallwood; Elena G. Garcia | 713 | 07/20/2025 |

Residential Leases - Chronological Order by Unit #

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Kelvin M. Figueroa-Ibrahim | 502 | 07/30/2025 |
| Clayco, Inc. | 503 | 02/12/2024 |
| Alexander W. Craig | 504 | 08/07/2024 |
| Lori D. Bennett | 506 | 10/19/2023 |
| Tracy J. Teng | 507 | 02/06/2026 |
| Ashley T. Carter | 509 | 08/18/2025 |
| Luca R. Mcmanus; Grant D. Hedley | 510 | 06/01/2025 |
| Preston R. Roberts | 511 | 08/09/2024 |
| Clayco, Inc. | 513 | 01/17/2024 |
| Kyron V. Harris | 514 | 06/01/2025 |
| Cynda M. Jernstrom; Jay R. Jernstrom | 515 | 02/02/2022 |
| Suranuch Buajan; Andrew Paterkiewicz | 516 | 05/24/2025 |
| Joshua T. Hooten | 518 | 09/12/2025 |
| Kathleen K. Stewart | 519 | 04/24/2024 |
| Enid D. Morales; Camille I. Negron Morales | 520 | 06/15/2025 |
| Leizaira A. Romero | 521 | 03/17/2025 |
| Terry R. Huber; Sandra K. Huber | 522 | 12/15/2025 |
| Clayco, Inc. | 523 | 03/14/2024 |
| Clayco, Inc. | 601 | 05/06/2025 |
| Bianca C. Edelman | 602 | 08/19/2025 |
| James A. McMillan; Maura D. McMillan | 603 | 06/21/2025 |
| Jiarui Yang | 606 | 12/01/2025 |
| Venture Michiana, LLC | 607 | 04/15/2022 |
| Helena J. Phillips | 608 | 10/04/2022 |
| Jessica J. Geriane | 609 | 08/09/2025 |
| Colin M. Steiner | 610 | 06/30/2022 |
| Rodrigo P. Cazunga | 611 | 11/24/2025 |
| Edwin W. Huang | 612 | 07/31/2023 |
| Brad J. Petkac; Tyler J. Beaver | 613 | 11/23/2025 |
| Omar N. Harris; Joseph F. Harris | 614 | 10/17/2025 |
| Aleksandar Alavanja | 616 | 06/01/2022 |
| Matthew F. Brownsword; Stephanie Reyes | 617 | 07/27/2025 |
| Emile R. Pimentel; Nicole M. Martinez | 618 | 08/01/2024 |
| Orlando J. Avena | 619 | 04/11/2025 |
| Keon Keeley | 620 | 01/15/2026 |
| Yiming (Thomas) Lu | 621 | 05/16/2025 |
| Alyssa M. Wheatley; Hannah G. Gorden | 623 | 07/01/2025 |
| Nolan W. James; Kara M. James | 701 | 12/07/2025 |
| Zachary H. Shelor | 702 | 06/13/2025 |
| Annad Khraisat | 703 | 11/24/2025 |
| Daeyoung Kim | 704 | 10/20/2025 |
| Sophia Rodriguez; Mahdi Alajmi | 706 | 12/01/2025 |
| Samira Momen | 707 | 03/01/2025 |

Residential Leases - Chronological Order by Unit #

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Jasmine R. Torres; Heath A. Torres | 708 | 08/22/2025 |
| Paula D. Harer | 709 | 12/03/2025 |
| Michael Rosenberger; Clayco, Inc. | 710 | 01/17/2024 |
| Joseph M. Gazdick | 711 | 10/31/2024 |
| Tia S. Smith | 712 | 06/05/2025 |
| Zachery H. Smallwood; Elena G. Garcia | 713 | 07/20/2025 |
| Terry E. Byrd | 714 | 12/05/2025 |
| Olivia C. Geraci | 715 | 07/01/2024 |
| Jason E. Pensky | 717 | 04/01/2022 |
| Casey A. Miller | 718 | 07/19/2025 |
| Clayco, Inc. | 719 | 02/20/2024 |
| Mohit Suri | 720 | 05/30/2025 |
| Francis Francis | 721 | 01/16/2026 |
| Ray H. Herring | 723 | 04/22/2025 |
| Addison G. Fluent | 724 | 08/01/2025 |
| Ryan M. Riemer; Shreyant Koduru | 801 | 05/15/2025 |
| Carlos T. Henry | 802 | 01/23/2026 |
| Clayco, Inc. | 803 | 08/22/2024 |
| Erin M. McNulty | 804 | 06/26/2022 |
| Emmitt M. E. Furner II; Michele L. Furner | 805 | 06/13/2025 |
| Martin P. Barron | 806 | 05/01/2025 |
| Olasubomi E. Solomon | 807 | 10/06/2023 |
| Daniel Diaz; Esmeralda Diaz | 808 | 03/28/2024 |
| Lillian C. Morrell | 809 | 02/01/2025 |
| Minho Lee | 811 | 09/01/2025 |
| Prem J. Patel | 812 | 07/23/2022 |
| Devon B. Robbins; Portia M. Ayimbilla | 813 | 06/21/2025 |
| Alexandria B. Noble; William J. Steinbrecher | 814 | 08/06/2023 |
| Alla D. Kostylev; Anatoly Kostylev | 815 | 10/20/2025 |
| Jonathon D. Troyer | 816 | 06/01/2023 |
| Maria V. Barone | 817 | 07/01/2023 |
| Velvet Canada | 818 | 08/01/2025 |
| Joshua J. Williams | 819 | 06/13/2024 |
| Jameson D. Foran; Maria J. Pannapara | 820 | 08/06/2025 |
| John E. Goins | 821 | 08/13/2025 |
| Michael E. Norment; Toeanzar M. Norment | 822 | 08/15/2025 |
| Emigdio A. Larreal Baez; Angel E. Urdaneta Bermudez | 823 | 10/10/2025 |
| Michael B. Dimino | 824 | 03/28/2025 |
| Julia B. Lubitz; Jacob M. Halstead | 901 | 06/15/2025 |
| Velvet Canada | 902 | 09/01/2024 |
| Paola E. Cadena | 903 | 12/19/2025 |
| Clayco, Inc. | 904 | 03/05/2024 |
| Amari S. Patterson; Landen R. Juschka | 905 | 09/05/2025 |

Residential Leases - Chronological Order by Unit #

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Denis J. Lindquist | 906 | 04/20/2022 |
| Velvet Canada | 908 | 04/04/2025 |
| Velvet Canada | 909 | 09/01/2024 |
| Clayco, Inc. | 911 | 06/07/2024 |
| Thomas W. Ulmer | 912 | 06/11/2024 |
| Nestaye LLC | 913 | 09/08/2025 |
| Megan E. O'Malley | 914 | 06/30/2024 |
| Richard M. Trench; Kathleen E. Riggs | 915 | 07/24/2025 |
| Venture Michiana, LLC | 916 | 09/26/2025 |
| Stone D. Williams | 917 | 06/01/2025 |
| Esteban P. Leyva | 919 | 12/15/2025 |
| Venture Michiana, LLC | 920 | 06/15/2022 |
| Harold T. Burks; Karl R. Donald | 921 | 05/01/2025 |
| William L. Findley; Lorena R. Findley | 922 | 04/21/2025 |
| Darrell K. Galloway | 923 | 04/26/2025 |
| Dillon M. Dennison; Gabrielle L. Shearer | 924 | 05/31/2025 |
| John M. Young; Andrew J. Pascaris | 1001 | 06/01/2025 |
| Bobbie L. Barbary | 1002 | 03/01/2025 |
| Geoffrey R. Alexander | 1003 | 11/06/2025 |
| Dawn M. Territo; Stephen D. Territo | 1004 | 08/15/2024 |
| German A. Delgado; Enrique L. Campos; Albes G. Cano | 1005 | 07/08/2025 |
| Anthonie Knapp | 1006 | 02/19/2026 |
| Bobbie Barbary | 1007 | 06/03/2025 |
| Venture Michiana, LLC | 1008 | 09/05/2025 |
| Anthony Taborn | 1009 | 03/01/2025 |
| Jayden C. Sanders | 1010 | 01/16/2026 |
| Fred A. Parker; Anna B. Parker | 1012 | 06/13/2025 |
| Ashraf Assous | 1013 | 07/01/2024 |
| Michel A. Perez Baster | 1014 | 04/30/2025 |
| Jared A. Vogler | 1015 | 03/17/2023 |
| Clayco, Inc. | 1016 | 05/01/2024 |
| Juan P. Lobelo | 1017 | 05/14/2025 |
| Joseph D. Watson | 1021 | 10/01/2022 |
| Clayco, Inc. | 1022 | 04/25/2024 |
| Clayco, Inc. | 1023 | 06/20/2024 |
| Nicholas S. Edelen | 1024 | 04/07/2025 |