# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–3 | User: admin | Date Created: 3/11/2026 |
| Case: 26–30288–pes | Form ID: 309F1 | Total: 47 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**

| | | |
|---|---|---|
| cr | KeyBank National Association | |
| | | TOTAL: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Matthews 350 E LaSalle LLC | 401 E. Colfax Ave., Suite 277 | South Bend, IN 46617 |
| ust | United States Trustee | 100 East Wayne Street, 5th Floor | South Bend, IN 46601–2349 |
| aty | Anthony Thomas Carreri | Kroger Gardis & Regas LLP | 111 Monument Circle | Suite 900 | Indianapolis, IN 46204 |
| aty | Christopher C. Hagenow | Tuohy Bailey & Moore, LLP | 9294 N Meridian | Indianapolis, IN 46260 |
| aty | Jennifer Prokop | Office of the United States Trustee | 100 E. Wayne Street Suite 555 | South Bend, IN 46601 |
| aty | Ryan Murphy | Kroger, Gardis & Regas, LLP | 111 Monument Circle | Ste 900 | Indianapolis, IN 46204 |
| aty | Weston Erick Overturf | Kroger Gardis & Regas, LLP | 111 Monument Circle | Suite 900 | Indianapolis, IN 46204 |
| smg | Indiana Employment Security Division | 10 North Senate Street | Indianapolis, IN 46204 |
| 16244666 | A/Ccelerated Services, LLC | 1610 3rd Street | Osceola, IN 46561 |
| 16244667 | Aladdin's Inc | C/o Lori Freitag | 1010 E. Jefferson | Mishawaka, IN 46545 |
| 16244668 | Chikol Equities, LLC | c/o Registered Agent | 135 North Pennsylvania St | Indianapolis, IN 46204 |
| 16244669 | Colin Steiner | 300 E LaSalle Ave | #610 | South Bend, IN 46617 |
| 16244670 | Commerce Center Development LLC | 401 E Colfax Ave | Ste 277 | South Bend, IN 46617 |
| 16244671 | Commerce Center Development, LLC | 401 E Colfax Suite 277 | South Bend, IN 46617 |
| 16244672 | Conley Brothers Painting LLC | 53582 Lakefield Dr | Elkhart, IN 46514 |
| 16244673 | Cressy Commercial Real Estate | c/o Bardley Meier | 200 N Church Street | Mishawaka, IN 46544 |
| 16244675 | DMTM Inc | 401 E Colfax Ave | Ste 277 | South Bend, IN 46617 |
| 16244674 | David Matthews | 401 E Colfax Ave. Suite 277 | South Bend, IN 46617 |
| 16244676 | East Race Market, LLC | 350 East LaSalle | Suite 100 | South Bend, IN 46617 |
| 16244677 | Edwin Huang | 300 E LaSalle Ave | #612 | South Bend, IN 46617 |
| 16244678 | F.E. Moran Fire Protection | c/o Registered Agent | 334 North Senate Ave | Indianapolis, IN 46204 |
| 16244679 | Greater New York Mutual Insurance Compan | P.O. Box 787892 | Philadelphia, PA 19178–7892 |
| 16244680 | Indiana Department of Revenue | 100 N. Senate Ave. | Indianapolis, IN 46204 |
| 16245440 | Indiana Department of Revenue | Bankruptcy Section | 100 North Senate Avenue, N240 | Indianapolis IN 46204 |
| 16244681 | Internal Revenue Service | 575 N Pennsylvania St. | Indianapolis, IN 46204 |
| 16245445 | Internal Revenue Service | P. O. Box 7346 | Philadelphia, PA 19101–7346 |
| 16244682 | KeyBank National Association | 135 North Pennsylvania St. Suite 1610 | Indianapolis, IN 46204 |
| 16244683 | LaPlace Plumbing | c/o Bradley Meier | 200 N Church Street | Suite 200 | Mishawaka, IN 46544 |
| 16244684 | Lebbin Law Office | 401 E Colfax Ave | Suite 180 | South Bend, IN 46617 |
| 16244685 | Lisa Williams | ALE Solutions, Inc | Attn: Moyra Richards | 190 S. 1st Street | Saint Charles, IL 60174 |
| 16244686 | Luke Uttley | 300 E LaSalle Ave | #1012 | South Bend, IN 46617 |
| 16244687 | Mary Hipp | 300 E LaSalle Ave | 513 | South Bend, IN 46617 |
| 16244688 | Matthews 350 E LaSalle LLC | 401 E Colfax Ave | Ste 277 | South Bend, IN 46617 |
| 16245443 | Office of the U.S. Attorney | 5400 Federal Plaza, Suite 1500 | Hammond, IN 46320 |
| 16244689 | Paul's Generators Sales & Service | 22979 County Road 18 | Goshen, IN 46528 |
| 16244690 | Redevelopment Commission City of South B | 227 W Jefferson Blvd | 11th Floor | County–City Building | South Bend, IN 46601 |
| 16244691 | Roy Conrad | 300 E LaSalle Ave | #703 | South Bend, IN 46617 |
| 16244692 | Schindler Elevator Corporation | c/o Registered Agent | 334 North Senate Ave | Indianapolis, IN 46204 |
| 16245444 | Secretary of Treasury | 15th & Pennsylvania Avenue | Washington DC 20220 |
| 16245442 | Securities & Exchange Commission | Bankruptcy Section | 175 W. Jackson Blvd., Suite 900 | Chicago IL 60604 |
| 16245439 | St. Joseph County Treasurer | County City Building | 227 West Jefferson Blvd | South Bend IN 46601 |
| 16244693 | Steuerwald, Witham & Youngs, LLP | 106 N Washington St | Danville, IN 46122 |
| 16244694 | The Sherwin Williams Co. | 101 West Prospect Avenue | Cleveland, OH 44115 |
| 16244695 | Tuohy Bailey & Moore, LLP | 50 S Meridian St | Indianapolis, IN 46204 |
| 16244696 | Winthrop & Weinstine, PA | 225 S 6th St | Minneapolis, MN 55402 |
| 16244697 | Wipfli LLP | 4890 Owen Ayres Ct | Suite 200 | Eau Claire, WI 54701 |
| | | TOTAL: 46 |