**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA (SOUTH BEND)**

In re:                                          )
                                                )
    MATTHEWS 350 E LASALLE LLC, et al.    )        CASE NO. 26-30288
                                                )
                                                )
    Debtor.                              )
                                                )

## **APPEARANCE**

Comes now Miranda Weiss Bernadac, of the law firm of Tuohy Bailey & Moore LLP, 9294 N Meridian, Indianapolis, Indiana 46260, telephone (317) 638-2400, facsimile (317) 633-6618, electronic mail address mbernadac@tbmattorneys.com, and hereby enters her appearance on behalf of KeyBank National Association, a creditor herein, pursuant to N.D. Ind. L.B.R. B-9010-2.  The undersigned hereby authorizes service by electronic mail at the above listed address.

Respectfully submitted,

TUOHY BAILEY & MOORE LLP

By:    */s/ Miranda Weiss Bernadac*
    Miranda Weiss Bernadac
    Attorney No. 30907-49
    TUOHY BAILEY & MOORE LLP
    9294 N Meridian
    Indianapolis, Indiana 46260
    (317) 638-2400
    mbernadac@tbmattorneys.com
    Counsel for KeyBank National Association

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 13th day of March 2026.  Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system.  I hereby further certify that I caused a copy of the foregoing to be served via U.S. Mail, First Class, postage prepaid upon the parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt.  Parties may access this filing through the Court's electronic filing systems.

*/s/ Miranda Weiss Bernadac*
Miranda Weiss Bernadac