UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC, *et al.,*[1] | ) | Case No. 26-30288 |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION FOR EXTENSION OF TIME TO FILE CERTAIN DOCUMENTS AND INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(b)

Debtors, Matthews 350 E LaSalle LLC d/b/a 300 E. LaSalle d/b/a 300 East

LaSalle ("**Matthews 350**") and Commerce Center Development, LLC ("**CCD**", together,

the "**Debtors**"), by counsel, for their *Motion for Extension of Time* to and including April

8, 2026, to file their schedules, statement of current monthly income, and other filings

required under Bankruptcy Rule 1007(b), state as follows:

1. On March 10, 2026, Debtors each filed a Voluntary Petition under Chapter

11 the United States Code ("**Petition Date**").

2. Also on March 10, 2026, Debtors filed their First Day Motion for an Order

Granting Joint Administration [Filing No. 5] which was granted on March 19, 2026 [Filing

No. 38].

3. The current deadline for Matthews 350 to file the required filings is March

24, 2026, and the current deadline for CCD to file the required filings is March 25, 2026.

4. These deadlines have not passed.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

5. By this Motion, Debtors are seeking an Order of this Court under Fed. R. Bankr. P. 1007(a)(5) and (c) enlarging the deadline to file the documents and information required by Bankruptcy Rule 1007(b), including but not limited to their schedule A/B, C, D, E/F, G, H, Summary of Assets and Liabilities, Attorney Fee Disclosure, Statement of Financial Affairs, Statement of Current Monthly Income, and Statement of Insider Compensation to and including, April 8, 2026.

6. Debtors' Voluntary Petition was filed on an emergency basis due and as a result of this, Debtors require additional time to prepare and file the Required Filings.

7. The requested extension is not made for the purpose of delay or any other improper or dilatory purpose but rather to permit Debtors to provide a complete and accurate copy of the Required Filings.

8. The meeting of creditors required under 11 U.S.C. § 341 (the **"Hearing"**) is currently scheduled for March 30, 2026, at 1:30 PM, Debtors further request that the Hearing be continued for at least 2 weeks and reset at the Court's and United States Trustee's convenience.

**WHEREFORE**, Debtors Matthews 350 E LaSalle LLC d/b/a 300 E. LaSalle d/b/a 300 East LaSalle and Commerce Center Development, LLC, by counsel, respectfully request this Court enter an order (i) granting an extension to and including April 8, 2026, to file the Required Filings and any other documents required by Bankruptcy Rule 1007(b) (ii) continuing the Hearing for at least 2 weeks and resetting it at the Court's and United States Trustee's convenience and (iii) granting Debtors all other relief deemed just and proper by the Court.

Respectfully submitted,

*/s/ Weston E. Overturf*

2

Weston E. Overturf, Atty. No. 27281-49
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle Suite 900
Indianapolis, IN 46204
(317) 777-7446
wes@kgrlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 24,2026, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

**Miranda Bernadac**    mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
**Anthony Thomas Carreri**    ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
**Christopher C. Hagenow**    chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
**Katherine Everett Iskin**    kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
**Ryan Murphy**    rmurphy@kgrlaw.com
**Weston Erick Overturf**    woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
**Jennifer Prokop**    jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
**United States Trustee**    USTPRegion10.SO.ECF@usdoj.gov

I hereby certify that on March 24, 2026, a copy of the foregoing was mailed by United States mail to the following:

**NONE**

*/s/ Weston E. Overturf*
Weston E. Overturf

3