UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                          )
                                                )
MATTHEWS 350 E LASALLE LLC, *et al.,*[2]        )        Case No. 26-30288
                                                )
                                                )        (Jointly Administered)
                Debtors.                        )

### ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE CERTAIN DOCUMENTS AND INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(b)

This matter, having come before the Court on the *Motion for Extension of Time to File Certain Documents and Information Required by Bankruptcy Rule 1007(b)* (the **"Motion"**) filed by Debtors, Matthews 350 E LaSalle LLC d/b/a 300 E. LaSalle d/b/a 300 East LaSalle and Commerce Center Development, LLC;  And the Court, being duly advised, now finds that said Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the Deadline for Debtors to file the documents as required by Bankruptcy Rule 1007(B) is extended to and including April 8, 2026.

**IT IS FURTHER ORDERD, ADJUDGED, and DECREED** that the Meeting of Creditors currently set for March 30, 2026 at 1:30 p.m. is CONTINUED.

**IT IS FURTHER ORDERD** that the Meeting of Creditor is reset for the _____ day of _____, 2026 at _____ a.m./p.m.

SO ORDERED.

Dated:                                          _____
                                                Judge, Northern District of
                                                Indiana Bankruptcy Court

---

[2] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

1