UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Matthews 350 E LaSalle, LLC
*Debtor(s)*

Commerce Center Development, LLC
*Debtor(s)*

Case No. 26-30288-pes
Chapter 11

(Jointly Administered)

## ORDER GRANTING AMENDED SECOND MOTION FOR EXTENSION OF TIME TO FILE CERTAIN DOCUMENTS AND INFORMATION REQUIRED BY BANKRUPTCY RULE 1007(b)

This matter, having come before the Court on the *Amended Second Motion for Extension of Time to File Certain Documents and Information Required by Bankruptcy Rule 1007(b)* (the "**Motion**") filed by Debtors, Matthews 350 E LaSalle LLC d/b/a 300 E. LaSalle d/b/a 300 East LaSalle and Commerce Center Development, LLC (together, the "**Debtors**");

And the Court, being duly advised, now finds that said Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the deadline for Debtors to file the documents as required by Bankruptcy Rule 1007(B) is extended to and including April 8, 2026.

SO ORDERED.

Dated:   April 1, 2026

*Paul E. Singleton*

Judge, Northern District of Indiana
Bankruptcy Court

1