# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–3 | User: admin | Date Created: 4/1/2026 |
| Case: 26–30288–pes | Form ID: pdf004 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Matthews 350 E LaSalle LLC        401 E. Colfax Ave., Suite 277        South Bend, IN 46617
16244670    Commerce Center Development LLC        401 E Colfax Ave        Ste 277        South Bend, IN 46617

                                                                                        TOTAL: 2