**Fill in this information to identify the case:**

Debtor name    **Matthews 350 E LaSalle LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    **26-30288**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

 **Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    April 8, 2026                X **/s/ David Matthews**    _____
                                            Signature of individual signing on behalf of debtor

                                            **David Matthews**
                                            Printed name

                                            **Member**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **Matthews 350 E LaSalle LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    **26-30288**

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                    **12/15**

Part 1:    **Summary of Assets**

1.    *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

1a. **Real property:**
Copy line 88 from *Schedule A/B*............................................................................................    $    **0.00**

1b. **Total personal property:**
Copy line 91A from *Schedule A/B*..........................................................................................    $    **5,389,818.17**

1c. **Total of all property:**
Copy line 92 from *Schedule A/B*.............................................................................................    $    **5,389,818.17**

Part 2:    **Summary of Liabilities**

2.    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $    **30,132,468.79**

3.    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

3a. **Total claim amounts of priority unsecured claims:**
Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................    $    **0.00**

3b. **Total amount of claims of nonpriority amount of unsecured claims:**
Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................................    +$    **2,643,831.43**

4.    **Total liabilities** ......................................................................................................................
Lines 2 + 3a + 3b    $    **32,776,300.22**

**Fill in this information to identify the case:**

Debtor name   **Matthews 350 E LaSalle LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)   **26-30288**

☐ Check if this is an
    amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **KeyBank** | **Checking** | **2871** | $124,000.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**        $124,000.00

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1. | **Tenant Security Deposits** | $105,500.00 |
|---|---|---|

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**        $105,500.00

   Add lines 7 through 8. Copy the total to line 81.

Debtor  **Matthews 350 E LaSalle LLC**                              Case number *(If known)*  **26-30288**
          Name

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.      **Accounts receivable**

11a. 90 days old or less:        **67,868.17**    -              **0.00** = ....              **$67,868.17**
                                 face amount              doubtful or uncollectible accounts

12.      **Total of Part 3.**                                                          **$67,868.17**
         Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** Decorations and furniture in lobbies of the apartments. | **$0.00** | | **$3,000.00** |

40.      **Office fixtures**

41.      **Office equipment, including all computer equipment and communication systems equipment and software**

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

Debtor    **Matthews 350 E LaSalle LLC**                                            Case number *(If known)*  **26-30288**
                        Name

43.    **Total of Part 7.**                                                                          **$3,000.00**
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ■ No
       ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ■ No.  Go to Part 9.
   ☐ Yes Fill in the information below.

| Part 9: | Real property |
54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Mid-rise Building: 71-08-12-129-024.000-026; and 71-08-12-129-04.000-026 230 Sycamore St. South Bend, IN 46617** | **Ground Lease** | **$0.00** | | **Unknown** |

56.    **Total of Part 9.**                                                                          **$0.00**
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
       Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ■ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 10: | Intangibles and intellectual property |
59. **Does the debtor have any interests in intangibles or intellectual property?**

   ■ No.  Go to Part 11.
   ☐ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 3

Debtor    **Matthews 350 E LaSalle LLC**                                    Case number *(If known)*  **26-30288**
          Name

---

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**
    Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**
    Description (for example, federal, state, local)

73. **Interests in insurance policies or annuities**

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

| **Redevelopment Commission of the City of South Bend** | **$5,089,450.00** |
|---|---|
| Nature of claim | **Damages** |
| Amount requested | **$5,089,450.00** |

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**                                                        **$5,089,450.00**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

---

Debtor    **Matthews 350 E LaSalle LLC**                                      Case number *(If known)*  **26-30288**
          Name

**Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $124,000.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $105,500.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $67,868.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $3,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $5,089,450.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $5,389,818.17 | + 91b. $0.00 |

92.    **Total of all property on Schedule A/B**. Add lines 91a+91b=92                    $5,389,818.17

**Fill in this information to identify the case:**

Debtor name      **Matthews 350 E LaSalle LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)   **26-30288**

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 KeyBank National Association**<br>Creditor's Name<br><br>**135 North Pennsylvania St. Suite 1610 Indianapolis, IN 46204**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br><br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**See Attached UCC; and Mortgage recorded as Inst. Number 2022-16389**<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$30,132,468.79** | **Unknown** |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$30,132,468.79** |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Official Form 206D               **Schedule D: Creditors Who Have Claims Secured by Property**               page 1 of 1

Indiana Secretary of State

FILE #:        202206062942334
DATE FILED: 06 Jun 2022 10:54 AM

# UCC FINANCING STATEMENT

| DEBTOR INFORMATION | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | Matthews 350 E Lasalle LLC | | |
| MAILING ADDRESS: | 401 E Colfax Avenue, Suite 277 | | |
| CITY: | South Bend | POSTAL CODE: | 46617 |
| STATE: | IN | COUNTRY: | United States |
| ORGANIZATION'S NAME: | Commerce Center Development LLC | | |
| MAILING ADDRESS: | 401 E Colfax Avenue, Suite 277 | | |
| CITY: | South Bend | POSTAL CODE: | 46617 |
| STATE: | IN | COUNTRY: | United States |

| SECURED PARTY INFORMATION | | | |
|---|---|---|---|
| ORGANIZATION'S NAME: | KeyBank National Association | | |
| MAILING ADDRESS: | 4910 Tiedeman Road, 3rd Floor | | |
| CITY: | Brooklyn | POSTAL CODE: | 44144 |
| STATE: | OH | COUNTRY: | United States |

FILE #:        202206062942334
DATE FILED: 06 Jun 2022 10:54 AM

## COLLATERAL INFORMATION

THIS FINANCING STATEMENT COVERS THE FOLLOWING COLLATERAL:

EXHIBIT A

Description of Real Property to Which Collateral Relates

Parcel I: Lot Numbered Three (3) in Commerce Center Minor Subdivision, as per plat thereof recorded December 30, 2019 as Instrument Number 2019-34703 in the Office of the Recorder of Saint Joseph County, Indiana.

Parcel II: Non-exclusive Easement for access as set forth in an instrument by and between Commerce Center Development, LLC and Matthews 350 E LaSalle LLC dated April 2, 2020 and recorded April 29, 2020 in Instrument Number 2020-10418 in the Office of the Recorder of Saint Joseph County, Indiana.

EXHIBIT B

Description of Collateral

This financing statement covers the following types or items of property:

(Any capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Interim Loan Agreement that is being executed concurrently herewith between Matthews 350 E LaSalle LLC, as Borrower, and KeyBank National Association and the Mortgage that is being executed concurrently herewith between Matthews 350 E LaSalle LLC, as Mortgagor, and Secured Party, as Mortgagee, and joined in by Commerce Center Development LLC (the "Mortgage") with respect to the real property described on EXHIBIT A and recorded in the county where such real property is located.)

All buildings, structures, appurtenances, improvements, equipment, machinery, fixtures, goods, accounts, general intangibles, documents, deposit accounts, instruments and chattel paper, and all other personal property of every kind and description, whether now existing or hereafter acquired, now or at any time hereafter attached to, erected upon, situated in or upon, forming a part of, appurtenant to, used or useful in the construction or operation of or in connection with, or arising from the use or enjoyment of all or any portion of, or from any lease or agreement pertaining to, the real property described in EXHIBIT A (the "Premises"), including, without limitation:

1. All buildings, structures and improvements now located or later to be constructed on the Premises (the "Improvements" and, together with the Premises, the "Project"); together with

2. All existing and future appurtenances, privileges, easements, franchises and tenements of the Premises, including all minerals, oil, gas, other hydrocarbons and associated substances, sulfur, nitrogen, carbon dioxide, helium and other commercially valuable substances that may be in, under or produced from any part of the Premises, all development rights and credits, air rights, water, water rights (whether riparian, appropriative or otherwise, and whether or not appurtenant) and water stock, and any portion of the Premises lying in the streets, roads or avenues currently existing or later constructed; together with

3. All existing and future leases, subleases, subtenancies, licenses, rental agreements, including to the fullest extent not prohibited by applicable Laws, all residency agreements or admissions agreements with residents of the Project, occupancy agreements, and concessions relating to the use and enjoyment of or affecting all or any part of the Premises or Improvements, and any and all guaranties, extensions, renewals, replacements and modifications thereof, and all other agreements relating to or made in connection therewith, and any agreement (written or oral) between Debtor or its agents, and any tenant, lessee, occupant, licensee, guest or invitee pursuant to which Debtor, or its agent, agrees to permit such tenant, lessee, occupant, licensee, guest or invitee to park in or at the Project (each a "Lease", and collectively, the "Leases"). For the purposes hereof, the term "Lease" shall include any agreement (written or verbal) between Debtor, or its agents, and any tenant, lessee, occupant, licensee, guest or invitee pursuant to which Debtor, or its agents, agrees to permit such tenant, lessee, occupant, licensee, guest or invitee to park in or at the Project or to otherwise use the Project or any portion thereof; together with

4. All real property and improvements on the Premises, and all appurtenances and other property and interests of any kind or character, whether described in EXHIBIT A or not that may be reasonably necessary or desirable to promote the present and any reasonable future beneficial use and enjoyment of the Premises and Improvements; together with

5. All goods, materials, supplies, chattels, furniture, fixtures, equipment and machinery now or later to be attached to, placed in or on, or used in connection with the use, enjoyment, occupancy or operation of all or any part of the Premises or Improvements, whether stored on the Premises or elsewhere, including all pumping plants, engines, pipes, ditches and flumes, and also all gas, electric, cooking, heating, cooling, air conditioning, lighting, refrigeration and plumbing fixtures and equipment; together with

6. All building materials, equipment, work in process and other personal property of any kind, whether stored on the

- Page 2 of 4 -

FILE #:        202206062942334
DATE FILED: 06 Jun 2022 10:54 AM

Premises or elsewhere, that have been or later will be acquired for the purpose of being delivered to, incorporated into or installed in or about the Premises or Improvements; together with

7. All of Debtor's interest in and to all operating accounts, the Loan funds, whether disbursed or not, all reserve accounts, impound accounts, and any other bank accounts of Debtor relating to the Project or the operation thereof; together with

8. All rights to the payment of money, accounts, accounts receivable, reserves, deferred payments, refunds, cost savings, payments and deposits, whether now or later to be received from third parties (including all earnest money sales deposits) or deposited by Debtor with third parties (including all utility deposits), chattel paper, instruments, documents, notes, drafts and letters of credit (other than letters of credit in favor of Secured Party), that arise from or relate to construction on the Premises or to any business now or later to be conducted on it, or to the Premises and Improvements generally; together with

9. All insurance policies and the proceeds thereof pertaining to the Premises, the Improvements, or any other property described in this Exhibit B, and all proceeds, including all claims to and demands for them, of the voluntary or involuntary conversion of any property described in this Exhibit B into cash or liquidated claims, including proceeds of all present and future fire, hazard or casualty insurance policies and all condemnation awards or payments now or later to be made by any public body or decree by any court of competent jurisdiction for any taking or in connection with any condemnation or eminent domain proceeding or any settlement in lieu thereof, and all causes of action and their proceeds for any damage or injury to the Premises, the Improvements or the other property described in this Exhibit B, or breach of warranty in connection with the construction of the Improvements, including causes of action arising in tort, contract, fraud or concealment of a material fact; together with

10. All of Debtor's right, title, and interest in and to any and all units, common elements, declarant rights, development rights, and any other rights relating to the Premises or the Improvements, whether now existing or subsequently arising, under any and all condominium declarations, covenants, conditions, and restrictions, development agreements, or other agreements or declarations now existing or later executed relating to the Premises or the Improvements, and all Laws now existing or later enacted relating to the Premises or Improvements, including those relating to condominiums, and all rights of Debtor in connection with any owner's association, condominium association, architectural control committee, or similar association or committee, established in connection with the Project, including Debtor's rights and powers to elect, appoint, and remove officers and directors of any such associations or committees; together with

11. All of Debtor's right, title, and interest in and to any swap transaction or interest rate agreement or interest rate hedging program through the purchase by Debtor of an interest rate swap, cap, or such other interest rate protection product (an agreement evidencing any such arrangement, an "Interest Rate Agreement"), all whether now or hereafter entered into by Debtor with respect to the Loan, including any and all amounts payable to Debtor, any deposit account or accounts with Secured Party in the name of Debtor for deposit of payments to Debtor in connection with any Interest Rate Agreement or swap transaction, and any and all funds now or hereafter on deposit therein; together with

12. All of Debtor's right, title, and interest in and to (a) all agreements (except for Leases), commitments, and options now or hereafter existing with respect to the construction, ownership, maintenance, operation, management, or use of the Premises or Improvements, including the Services Agreement between DMTM, INC., an Indiana corporation and Mortgagor dated August 1, 2018; (ii) all plans, specifications, drawings, and reports now existing or hereafter prepared with respect to the Premises or the Improvements, including architectural and engineering plans, specifications and drawings, soils reports, environmental reports, and all other property reports; (c) the Project Licenses (hereinafter defined); (d) any and all present and future amendments, modifications, supplements, and addenda to any of the items described in clauses (a) through (c) of this Section 12; and (e) any and all guarantees, warranties (including building or manufacturer's warranties) and other undertakings (including payment and performance bonds) now existing or hereafter entered into or provided with respect to any of the items described in clauses (a) through (d) of this Section 13; together with

13. All of Debtor's right, title, and interest in and to all trade names, trademarks, logos and other materials used to identify or advertise, or otherwise relating to the Premises or Improvements, all building permits, governmental permits, licenses, variances, applications, conditional or special use permits, and other authorizations now or hereafter issued in connection with the construction, development, ownership, operation, management, leasing or use of the Premises or the Improvements (the "Project Licenses"); together with

14. All books records, and data pertaining to any and all of the property described above, however recorded, stored, or maintained, including digital, electronic, and computer-readable data and any computer hardware or software necessary to access and process such data; together with

15. All "Equipment" as that term is defined in the Michigan Uniform Commercial Code as presently or hereafter in effect; together with

16. All "Goods" as that term is defined in the Michigan Uniform Commercial Code as presently or hereafter in effect; together with

| FILE #: | 202206062942334 |
|---|---|
| DATE FILED: 06 Jun 2022 10:54 AM | |

17. All "Accounts" as that term is defined in the Michigan Uniform Commercial Code as presently or hereafter in effect; together with

18. All products, profits, rents, proceeds of, additions and accretions to, substitutions and replacements for, and changes in any of the property described above.

The filing of this financing statement shall not be construed to derogate from or impair the lien or provisions of the Mortgage with respect to any property described therein that is real property or that the parties have agreed to treat as real property. Nothing in this financing statement shall be construed to alter any of the rights of Secured Party as determined by the Mortgage or the priority of Secured Party's lien created thereby, and this financing statement is declared to be for the protection of Secured Party in the event any court at any time holds that notice of Secured Party's priority of interest in any property or interests described in the Mortgage must, in order to be effective against a particular class of persons, including, but not limited to, the United States Government and any agencies thereof, be filed in the office wherein this financing statement is filed. Debtor and Secured Party acknowledge and agree that neither the grant of the security interest provided in the Mortgage nor the filing of this financing statement shall be construed as in any way derogating the parties' hereby stated intention that everything used in connection with the production of income from the Premises or adapted for use therein or that is described or reflected in this UCC Financing Statement is and at all times shall be regarded for all purposes as part of the Premises and shall, to the fullest extent allowed by law, be treated as real property.

COLLATERAL IS:

☐ HELD IN TRUST
☐ BEING ADMINISTERED BY DECEDENT'S REPRESENTATIVE

## FILING TYPE

☐ PUBLIC FINANCE TRANSACTION
☐ A DEBTOR IS A TRANSMITTING UTILITY
☐ MANUFACTURED-HOME TRANSACTION
☐ AGRICULTURAL LIEN
☐ NON-UCC FILING

## ALTERNATIVE DESIGNATION (IF APPLICABLE)

☐ LESSEE/LESSOR
☐ CONSIGNEE/CONSIGNOR
☐ SELLER/BUYER
☐ BAILEE/BAILOR
☐ LICENSEE/LICENSOR

## OPTIONAL FILER REFERENCE DATA

## MISCELLANEOUS

- Page 4 of 4 -

**Fill in this information to identify the case:**

Debtor name     **Matthews 350 E LaSalle LLC**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF INDIANA

Case number (if known)     **26-30288**

☐ Check if this is an amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:      List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| | | $0.00 | $0.00 |

**2.1** | Priority creditor's name and mailing address
**Indiana Department of Revenue**
**100 N. Senate Ave.**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** | Priority creditor's name and mailing address
**Internal Revenue Service**
**575 N Pennsylvania St.**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00     $0.00

Date or dates debt was incurred

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim:
**NOTICE ONLY**

Is the claim subject to offset?
☒ No
☐ Yes

**Part 2:      List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **Matthews 350 E LaSalle LLC** | Case number (if known) | **26-30288** |
|---|---|---|---|
| | Name | | |

**3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$5,765.19**

**A/Ccelerated Services, LLC**
**1610 3rd Street**
**Osceola, IN 46561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$390.00**

**Aladdin's Inc**
**C/o Lori Freitag**
**1010 E. Jefferson**
**Mishawaka, IN 46545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$34,425.10**

**Chikol Equities, LLC**
**c/o Registered Agent**
**135 North Pennsylvania St**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,280.00**

**Conley Brothers Painting LLC**
**53582 Lakefield Dr**
**Elkhart, IN 46514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,201.64**

**Cressy Commercial Real Estate**
**c/o Bardley Meier**
**200 N Church Street**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,521,905.86**

**DMTM Inc**
**401 E Colfax Ave**
**Ste 277**
**South Bend, IN 46617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$690.00**

**F.E. Moran Fire Protection**
**c/o Registered Agent**
**334 North Senate Ave**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Matthews 350 E LaSalle LLC** | Case number (if known) | **26-30288** |
|---|---|---|---|
| | Name | | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$10.00** |
|---|---|---|---|

**Greater New York Mutual Insurance Compan**
**P.O. Box 787892**
**Philadelphia, PA 19178-7892**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$660.00** |
|---|---|---|---|

**LaPlace Plumbing**
**c/o Bradley Meier**
**200 N Church Street**
**Suite 200**
**Mishawaka, IN 46544**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**Lebbin Law Office**
**401 E Colfax Ave**
**Suite 180**
**South Bend, IN 46617**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,203.90** |
|---|---|---|---|

**Lisa Williams**
**ALE Solutions, Inc**
**Attn: Moyra Richards**
**190 S. 1st Street**
**Saint Charles, IL 60174**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**Basis for the claim: __**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$200.00** |
|---|---|---|---|

**Luke Uttley**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**Basis for the claim:  Return of Security Deposit**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$643.78** |
|---|---|---|---|

**Mary Hipp**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**Basis for the claim:  Return of Security Deposit**

Is the claim subject to offset? ■ No   ☐ Yes

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$946.26** |
|---|---|---|---|

**Paul's Generators Sales & Service**
**22979 County Road 18**
**Goshen, IN 46528**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**Basis for the claim:  Business Debt**

Is the claim subject to offset? ■ No   ☐ Yes

Debtor  **Matthews 350 E LaSalle LLC**
Name

Case number (if known)    **26-30288**

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Redevelopment Commission City of South B**
**227 W Jefferson Blvd**
**11th Floor**
**County-City Building**
**South Bend, IN 46601**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Pending lawsuit**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$966.32** |
|---|---|---|---|

**Roy Conrad**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Return of Security Deposit**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$878.57** |
|---|---|---|---|

**Schindler Elevator Corporation**
**c/o Registered Agent**
**334 North Senate Ave**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,547.03** |
|---|---|---|---|

**Steuerwald, Witham & Youngs, LLP**
**106 N Washington St**
**Danville, IN 46122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,275.06** |
|---|---|---|---|

**The Sherwin Williams Co.**
**101 West Prospect Avenue**
**Cleveland, OH 44115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,345.00** |
|---|---|---|---|

**Tuohy Bailey & Moore, LLP**
**50 S Meridian St**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,469.00** |
|---|---|---|---|

**Winthrop & Weinstine, PA**
**225 S 6th St**
**Minneapolis, MN 55402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Business Debt**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor   **Matthews 350 E LaSalle LLC**                     Case number (if known)   **26-30288**
_____Name_____

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$34,568.72** |

**Wipfli LLP**
**4890 Owen Ayres Ct**
**Suite 200**
**Eau Claire, WI 54701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

Basis for the claim:  **Business Debt**

**Last 4 digits of account number** _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Part 3: | **List Others to Be Notified About Unsecured Claims** |

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **2,643,831.43** |
| **5c. Total of Parts 1 and 2** | | |
| Lines 5a + 5b = 5c. | 5c. | $ **2,643,831.43** |

**Fill in this information to identify the case:**

Debtor name    **Matthews 350 E LaSalle LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF INDIANA

Case number (if known)    **26-30288**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Residential from 08/01/2025 to 07/31/2026** | |
| | State the term remaining | **4 Months** | **Addison G. Fluent**<br>**300 E LaSalle Ave**<br>**#724**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 06/01/2022-05/31/2026** | |
| | State the term remaining | **2 Months** | **Aleksandar Alavanja**<br>**300 E LaSalle Ave**<br>**#616**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Residental - 08/07/2024-08/06/2026** | |
| | State the term remaining | **5 Months** | **Alexandrer W Craig**<br>**300 E LaSalle Ave**<br>**#504**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 08/06/2023-08/05/2026** | |
| | State the term remaining | **5 Months** | **Alexandria Noble, William Steinbrecher**<br>**300 E LaSalle Ave**<br>**#814**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | Case number *(if known)*  **26-30288** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |


**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Residential From 10/25/2026 to 10/19/2026**

State the term remaining — **7 Months**

List the contract number of any government contract

**Alla D. Kostylev, Anatoly Kostylev**
**300 E LaSalle Ave**
**#815**
**South Bend, IN 46617**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Residential from 07/01/2025 to 06/30/2026**

State the term remaining — **3 Months**

List the contract number of any government contract

**Alyssa Wheatley, Hannah Gorden**
**300 E LaSalle Ave**
**#623**
**South Bend, IN 46617**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 09/05/2025 to 09/04/2026**

State the term remaining — **6 Months**

List the contract number of any government contract

**Amari Patterson, Landen Juschka**
**300 E LaSalle Ave**
**#905**
**South Bend, IN 46617**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 11/24/2025 - 04/23/2027**

State the term remaining — **13 Months**

List the contract number of any government contract

**Annad Khraisat**
**300 E LaSalle Ave**
**#703**
**South Bend, IN 46617**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Residential**

State the term remaining

List the contract number of any government contract

**Anthonie Knapp**
**300 E LaSalle Ave**
**#1006**
**South Bend, IN 46617**

---

Debtor 1 **Matthews 350 E LaSalle LLC**
First Name     Middle Name     Last Name

Case number *(if known)* **26-30288**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 03/01/2025 to 02/28/2026** | |
|---|---|---|---|
| | State the term remaining | **0** | **Anthony Taborn**<br>**300 E LaSalle Ave**<br>**#1009**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 08/18/2025-08/17/2026** | |
|---|---|---|---|
| | State the term remaining | **5 Months** | **Ashley Carter**<br>**300 E LaSalle Ave**<br>**#509**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 07/01/2024-06/30/2026** | |
|---|---|---|---|
| | State the term remaining | **3 Months** | **Ashraf Assous**<br>**300 E LaSalle Ave**<br>**#1013**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 08/19/2025-08/18-2026** | |
|---|---|---|---|
| | State the term remaining | **5 Months** | **Bianca Edelman**<br>**300 E LaSalle Ave**<br>**#602**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 06/03/2025 to 06/02/2026** | |
|---|---|---|---|
| | State the term remaining | **Three Months** | **Bobbie Barbary**<br>**300 E LaSalle Ave**<br>**#1007**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 03/01/2026-02/28/2026** | |
|---|---|---|---|
| | State the term remaining | | **Bobbie Barbary 300 E LaSalle Ave #1002 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 11/23/2025-05/23/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **Brad Petkac, Tyler Beaver 300 E LaSalle Ave #613 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 01/23/2026-01/22/2027** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | **Carlos Henry 300 E LaSalle Ave #802 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 07/19/2025-07/18/2026** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | **Casey Miller 300 E LaSalle Ave #718 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - Apartment numbers include; 503, 513, 523, 601, 719, 803, 904, 911, 1016, 1022, 1023** | |
|---|---|---|---|
| | State the term remaining | | **Clayco c/o Registered Agent 135 North Pennsylvania St Suite 1610 Indianapolis, IN 46204** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | Case number *(if known)* | **26-30288** |
|---|---|---|---|
| | First Name    Middle Name    Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 06/30/2022-06/30/2026**

State the term remaining

List the contract number of any government contract

**Colin Steiner**
**300 E LaSalle Ave**
**#610**
**South Bend, IN 46617**

---

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Ground Lease start date 01/30/2019**

State the term remaining

List the contract number of any government contract

**Commerce Center Development LLC**
**401 E Colfax Ave**
**Ste 277**
**South Bend, IN 46617**

---

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Residential - 02/02/2022-02/01/2027**

State the term remaining — **11 Months**

List the contract number of any government contract

**Cynda Jernstrom, Jay Jernstrom**
**300 E LaSalle Ave**
**#515**
**South Bend, IN 46617**

---

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 10/20/2025-01/20/2027**

State the term remaining — **13 Months**

List the contract number of any government contract

**Daeyoung Kim**
**300 E LaSalle Ave**
**#704**
**South Bend, IN 46617**

---

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Residential - 03/28/2024-03/27/2026**

State the term remaining — **1 Month**

List the contract number of any government contract

**Daniel Diaz, Esmeralda Diaz**
**300 E LaSalle Ave**
**#808**
**South Bend, IN 46617**

---

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.25.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 04/26/2025-04/25/2026**

State the term remaining — **1 Month**

List the contract number of any government contract

**Darrell Galloway**
**300 E LaSalle Ave**
**#923**
**South Bend, IN 46617**

**2.26.** State what the contract or lease is for and the nature of the debtor's interest — **Residential - 08/15/2024-02/15/2027**

State the term remaining — **11 Months**

List the contract number of any government contract

**Dawn Territo, Stephen Territo**
**300 E LaSalle Ave**
**#1004**
**South Bend, IN 46617**

**2.27.** State what the contract or lease is for and the nature of the debtor's interest — **Residential - 04/20/2022-07/31/2026**

State the term remaining — **4 Months**

List the contract number of any government contract

**Denis Lindquist**
**300 E LaSalle Ave**
**#906**
**South Bend, IN 46617**

**2.28.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 06/21/2025-06/20/2026**

State the term remaining — **3 Months**

List the contract number of any government contract

**Devon Robbins, Portia Ayimbilla**
**300 E LaSalle Ave**
**#813**
**South Bend, IN 46617**

**2.29.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 05/31/2025-05/30/2026**

State the term remaining — **2 Months**

List the contract number of any government contract

**Dillon Dennison, Gabrielle Shearer**
**300 E LaSalle Ave**
**#924**
**South Bend, IN 46617**

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease** | |
|---|---|---|---|
| | State the term remaining | | **East Race Market, LLC**<br>**350 East LaSalle**<br>**Suite 100**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Residential -**<br>**07/31/2023-07/27/2026** | |
|---|---|---|---|
| | State the term remaining | | **Edwin Huang**<br>**300 E LaSalle Ave**<br>**#612**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Residential**<br>**10/10/2025-04/10/2026** | |
|---|---|---|---|
| | State the term remaining | **1 Month** | **Emigdio Larreal Baez, Angel Bermudez**<br>**300 E LaSalle Ave**<br>**#823**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Residential -**<br>**08/01/2024-07/31/2026** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | **Emile Pimentel, Nicole Martinez**<br>**300 E LaSalle Ave**<br>**#618**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **Residential**<br>**06/13/2025-06/12/2026** | |
|---|---|---|---|
| | State the term remaining | **3 Months** | **Emmitt Furner, Michele Furner**<br>**300 E LaSalle Ave**<br>**#805**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.35.** State what the contract or lease is for and the nature of the debtor's interest

**Residential 06/15/2025-06/14/2026**

State the term remaining **3 Months**

List the contract number of any government contract

**Enid Morales, Camille Negron Morales**
**300 E LaSalle Ave**
**#520**
**South Bend, IN 46617**

**2.36.** State what the contract or lease is for and the nature of the debtor's interest

**Residential - 06/26/2022-06/30/2026**

State the term remaining **3 Months**

List the contract number of any government contract

**Erin McNulty**
**300 E LaSalle Ave**
**#804**
**South Bend, IN 46617**

**2.37.** State what the contract or lease is for and the nature of the debtor's interest

**Residential 12/15/2025-04/14/2027**

State the term remaining **13 Months**

List the contract number of any government contract

**Esteban Leyva**
**300 E LaSalle Ave**
**#919**
**South Bend, IN 46617**

**2.38.** State what the contract or lease is for and the nature of the debtor's interest

**Residential 01/16/2026-01/15/2027**

State the term remaining **10 Months**

List the contract number of any government contract

**Francis Francis**
**300 E LaSalle Ave**
**#721**
**South Bend, IN 46617**

**2.39.** State what the contract or lease is for and the nature of the debtor's interest

**Residential 06/13/2025-06/12/2026**

State the term remaining **3 Months**

List the contract number of any government contract

**Fred Parker, Anna Parker**
**300 E LaSalle Ave**
**#1012**
**South Bend, IN 46617**

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 11/06/2025-11/05/2026**

State the term remaining — **8 Months**

List the contract number of any government contract

**Geoffrey Alexander**
**300 E LaSalle Ave**
**#1003**
**South Bend, IN 46617**

---

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — **Residental - 07/18/2025-07/07/2026**

State the term remaining — **4 Months**

List the contract number of any government contract

**German Delgado, Enrique Campos, Albes Cano**
**300 E LaSalle Ave**
**#1005**
**South Bend, IN 46617**

---

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 05/01/2025-04/30-2026**

State the term remaining — **1 Month**

List the contract number of any government contract

**Harold Burks, Karl Donald**
**300 E LaSalle Ave**
**#921**
**South Bend, IN 46617**

---

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — **Residential - 10/04/2022-09/30/2026**

State the term remaining — **6 Months**

List the contract number of any government contract

**Helena Phillips**
**300 E LaSalle Ave**
**#608**
**South Bend, IN 46617**

---

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 06/21/205-06/20/2026**

State the term remaining — **3 Months**

List the contract number of any government contract

**James McMilln, Maura McMillin**
**300 E LaSalle Ave**
**#603**
**South Bend, IN 46617**

---

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 08/06/2025-08/05/2026** | |
| --- | --- | --- | --- |
| | State the term remaining | **5 Months** | **Jameson Foran, Maria Pannapara** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #820 South Bend, IN 46617** |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 09/18/2025-09/17/2026** | |
| --- | --- | --- | --- |
| | State the term remaining | **6 Months** | **Jared Vogler** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #1015 South Bend, IN 46617** |

| 2.47. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 08/22/2025-08/21/2026** | |
| --- | --- | --- | --- |
| | State the term remaining | **5 Months** | **Jasmine Torres, Heath Torres** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #708 South Bend, IN 46617** |

| 2.48. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 04/01/2022-03/31/2027** | |
| --- | --- | --- | --- |
| | State the term remaining | **1 Month** | **Jason Pensky** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #717 South Bend, IN 46617** |

| 2.49. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 07/30/2025-07/30/2026** | |
| --- | --- | --- | --- |
| | State the term remaining | **4 Months** | **Jayden Sanders** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #1010 South Bend, IN 46617** |

Debtor 1    **Matthews 350 E LaSalle LLC**                                    Case number (*if known*)    **26-30288**

First Name          Middle Name          Last Name

    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.50. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 08/09/2025-08/08/2026** | |
|---|---|---|---|
| | State the term remaining | **5 Months** | **Jessica Geriane**<br>**300 E LaSalle Ave**<br>**#609**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.51. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 12/01/2025-06/01/2027** | |
|---|---|---|---|
| | State the term remaining | **15 Months** | **Jiarui Yang**<br>**300 E LaSalle Ave**<br>**#606**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.52. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 08/13/2025-05/31/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **John Goins**<br>**300 E LaSalle Ave**<br>**#821**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.53. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 06/01/2025-05/31/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **John Young, Andrew Pascaris**<br>**300 E LaSalle Ave**<br>**#1001**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.54. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 06/01/2023-05/31/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **Jonathon Troyer**<br>**300 E LaSalle Ave**<br>**#816**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.55. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 04/01/2022-03/31/2027** | |
| | State the term remaining | **12 Month** | **Joseph Gazdick** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #711 South Bend, IN 46617** |
| 2.56. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 10/01/2022-09/30/2026** | |
| | State the term remaining | **6 Months** | **Joseph Watson** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #1021 South Bend, IN 46617** |
| 2.57. | State what the contract or lease is for and the nature of the debtor's interest | **Residental - 09/12/2025-09/11/2026** | |
| | State the term remaining | **6 Months** | **Joshua Hooten** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #518 South Bend, IN 46617** |
| 2.58. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 06/13/2024-06/12/2026** | |
| | State the term remaining | **3 Months** | **Joshua Williams** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #819 South Bend, IN 46617** |
| 2.59. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 05/14/2025-05/13/2026** | |
| | State the term remaining | **2 Months** | **Juan Lobelo** |
| | List the contract number of any government contract | | **300 E LaSalle Ave #1017 South Bend, IN 46617** |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
| --- | --- | --- | --- | --- | --- |
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| **2.60.** State what the contract or lease is for and the nature of the debtor's interest | **Residental 06/15/2025-06/14/2026** | |
| State the term remaining | **3 Months** | **Julia Lubitz, Jacob Halstead** <br> **300 E LaSalle Ave** <br> **#901** <br> **South Bend, IN 46617** |
| List the contract number of any government contract | | |
| **2.61.** State what the contract or lease is for and the nature of the debtor's interest | **Residential - 04/24/2024-06/30/2026** | |
| State the term remaining | **3 Months** | **Kathleen Stewart** <br> **300 E LaSalle Ave** <br> **#519** <br> **South Bend, IN 46617** |
| List the contract number of any government contract | | |
| **2.62.** State what the contract or lease is for and the nature of the debtor's interest | **Residental 07/30/2025-07/29/2026** | |
| State the term remaining | | **Kelvin Figueroa-Ibrahim** <br> **300 E LaSalle Ave** <br> **#502** <br> **South Bend, IN 46617** |
| List the contract number of any government contract | | |
| **2.63.** State what the contract or lease is for and the nature of the debtor's interest | **Residental 01/15/2026-01/14/2027** | |
| State the term remaining | **10 Months** | **Keon Keeley** <br> **300 E LaSalle Ave** <br> **#620** <br> **South Bend, IN 46617** |
| List the contract number of any government contract | | |
| **2.64.** State what the contract or lease is for and the nature of the debtor's interest | **Residental 06/01/2025-05/31/2026** | |
| State the term remaining | **2 Months** | **Kyron Harris** <br> **300 E LaSalle Ave** <br> **#514** <br> **South Bend, IN 46617** |
| List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)*    **26-30288** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.65. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 03/17/2025-03/16/2026** | |
|---|---|---|---|
| | State the term remaining | **0 Months** | **Leizaira Romero**<br>**300 E LaSalle Ave**<br>**#521**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.66. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 02/01/2025-01/31/2027** | |
|---|---|---|---|
| | State the term remaining | **10 Months** | **Lillian Morrell**<br>**300 E LaSalle Ave**<br>**#809**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.67. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 10/19/2023-10/18/2026** | |
|---|---|---|---|
| | State the term remaining | **7 Months** | **Lori Bennett**<br>**300 E LaSalle Ave**<br>**#506**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.68. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 06/01/2025-05/31/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **Luca Mcmanus, Grant Hedley**<br>**300 E LaSalle Ave**<br>**#510**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.69. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 07/01/2023-06/30/2026** | |
|---|---|---|---|
| | State the term remaining | **3 Months** | **Maria Barone**<br>**300 E LaSalle Ave**<br>**#817**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.70.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 05/01/2025-04/30/2026**

State the term remaining — **1 Month**

List the contract number of any government contract

**Martin Barron**
**300 E LaSalle Ave**
**#806**
**South Bend, IN 46617**

**2.71.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 07/27/2025-08/26/2026**

State the term remaining — **5 Months**

List the contract number of any government contract

**Matthew Brownsword, Stephanie Reyes**
**300 E LaSalle Ave**
**#617**
**South Bend, IN 46617**

**2.72.** State what the contract or lease is for and the nature of the debtor's interest — **Residential - 06/30/2024-06/29/2026**

State the term remaining — **3 Months**

List the contract number of any government contract

**Megan O'Malley**
**300 E LaSalle Ave**
**#914**
**South Bend, IN 46617**

**2.73.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 03/28/2025-03/27/2026**

State the term remaining — **0 Months**

List the contract number of any government contract

**Michael Dimino**
**300 E LaSalle Ave**
**#824**
**South Bend, IN 46617**

**2.74.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 08/15/2025-08/14/2026**

State the term remaining — **5 Months**

List the contract number of any government contract

**Michael Norment,Toeanzar Norment**
**300 E LaSalle Ave**
**#822**
**South Bend, IN 46617**

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | Case number *(if known)* | **26-30288** |
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.75. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 01/17/2024-07/16/2026** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | **Michael Rosenberg, Clayco, Inc** **300 E LaSalle Ave** **#710** **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.76. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 04/30/2025-04/29/2026** | |
|---|---|---|---|
| | State the term remaining | **1 Month** | **Michel Perez Baster** **300 E LaSalle Ave** **#1014** **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.77. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 09/01/2025-08/31/2026** | |
|---|---|---|---|
| | State the term remaining | **5 Months** | **Minho Lee** **300 E LaSalle Ave** **#811** **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.78. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 05/30/2025-05/29/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **Mohit Suri** **300 E LaSalle Ave** **#720** **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.79. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 09/08/2025-09/07/2026** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | **Nestaye LLC** **300 E LaSalle Ave** **#913** **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | Case number *(if known)* | **26-30288** |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.80.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 04/07/2025-04/06/2026**

State the term remaining — **1 Month**

List the contract number of any government contract

Nicholas Edelen
300 E LaSalle Ave
#1024
South Bend, IN 46617

**2.81.** State what the contract or lease is for and the nature of the debtor's interest — **Residential from 12/07/2025 to 05/07/2027**

State the term remaining — **14 Months**

List the contract number of any government contract

Nolan W. James, Kara M. James
300 E LaSalle
#701
South Bend, IN 46617

**2.82.** State what the contract or lease is for and the nature of the debtor's interest — **Residential - 10/06/2023-10/05/2026**

State the term remaining — **7 Months**

List the contract number of any government contract

Olasubomi Solomon
300 E LaSalle Ave
#807
South Bend, IN 46617

**2.83.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 07/01/2024-06/30/2026**

State the term remaining — **3 Months**

List the contract number of any government contract

Olivia Geraci
300 E LaSalle Ave
#715
South Bend, IN 46617

**2.84.** State what the contract or lease is for and the nature of the debtor's interest — **Residental 10/17/2025-10/16/2026**

State the term remaining — **7 Months**

List the contract number of any government contract

Omar Harris, Joseph Harris
300 E LaSalle Ave
#614
South Bend, IN 46617

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|
| | First Name   Middle Name   Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.85. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 04/11/2025-04/10/2026** | |
|---|---|---|---|
| | State the term remaining | **1 Month** | **Orlando Avena 300 E LaSalle Ave #619 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.86. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 12/19/2025-12/18/2026** | |
|---|---|---|---|
| | State the term remaining | **9 Months** | **Paola Cadena 300 E LaSalle Ave #903 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.87. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 12/03/2025-12/02/2026** | |
|---|---|---|---|
| | State the term remaining | **9 Months** | **Paula Harer 300 E LaSalle Ave #709 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.88. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 07/23/2022-07/31/2026** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | **Prem Patel 300 E LaSalle Ave #812 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.89. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 08/09/2024-08/08/2026** | |
|---|---|---|---|
| | State the term remaining | **5 Months** | **Preston Roberts 300 E LaSalle Ave #511 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | Case number (*if known*) | **26-30288** |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 04/22/2025-04/21/2026** | |
|---|---|---|---|
| | State the term remaining | **1 Month** | **Ray Herring** <br> **300 E LaSalle Ave** <br> **#723** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.91. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 07/24/2025-07/23/2026** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | **Richard Trench, Kathleen Riggs** <br> **300 E LaSalle Ave** <br> **#915** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.92. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 11/24/2025-04/23/2027** | |
|---|---|---|---|
| | State the term remaining | **13 Months** | **Rodrigo Cazunga** <br> **300 E LaSalle Ave** <br> **#611** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.93. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 05/15/2025-05/14/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **Ryan riemer, Shreyant Koduru** <br> **300 E LaSalle Ave** <br> **#801** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.94. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 03/01/2025-09/01/2026** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | **Samira Momen** <br> **300 E LaSalle Ave** <br> **#707** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | Matthews 350 E LaSalle LLC | | Case number (*if known*) | **26-30288** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.95. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 12/01/2025-04/30/2027** | |
|---|---|---|---|
| | State the term remaining | **13 Months** | **Sophia Rodriquez, Mahdi Alajmi 300 E LaSalle Ave #706 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.96. | State what the contract or lease is for and the nature of the debtor's interest | **Residental 06/01/2025-05/31/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **Stone Williams 300 E LaSalle Ave #917 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.97. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 05/24/2025-05/23/2026** | |
|---|---|---|---|
| | State the term remaining | **2 Months** | **Suranuch Buajan, Andrew Paterkiewicz 300 E LaSalle Ave #516 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.98. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 12/05/2025-05/05/2027** | |
|---|---|---|---|
| | State the term remaining | **14 Months** | **Terry Byrd 300 E LaSalle Ave #714 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.99. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 12/15/2025-05/15/2027** | |
|---|---|---|---|
| | State the term remaining | **14 Months** | **Terry Huber, Sandra Huber 300 E LaSalle Ave #522 South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | Matthews 350 E LaSalle LLC | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.100. | State what the contract or lease is for and the nature of the debtor's interest | **Residential - 06/11/2024-06/10/2026** | |
|---|---|---|---|
| | State the term remaining | **3 Months** | **Thomas Ulmer** <br> **300 E LaSalle Ave** <br> **#912** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.101. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 07/05/2025-07/04/2026** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | **Tia Smith** <br> **300 E LaSalle Ave** <br> **#712** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.102. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 02/06/2026-02/05/2027** | |
|---|---|---|---|
| | State the term remaining | **11 Months** | **Tracy Teng** <br> **300 E LaSalle Ave** <br> **#507** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.103. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 04/04/2025-04/03/2026** | |
|---|---|---|---|
| | State the term remaining | **1 Month** | **Velvet Canada** <br> **300 E LaSalle Ave** <br> **#908** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.104. | State what the contract or lease is for and the nature of the debtor's interest | **Residential 08/01/2025-07/31/2026** | |
|---|---|---|---|
| | State the term remaining | **4 Months** | **Velvet Canada** <br> **300 E LaSalle Ave** <br> **#818** <br> **South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|
| | First Name     Middle Name     Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.105. | State what the contract or lease is for and the nature of the debtor's interest | **Residential** | |
|---|---|---|---|
| | State the term remaining | | **Velvet Canada**<br>**300 E LaSalle Ave**<br>**#902**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.106. | State what the contract or lease is for and the nature of the debtor's interest | **Residential** | |
|---|---|---|---|
| | State the term remaining | | **Velvet Canada**<br>**300 E LaSalle Ave**<br>**#909**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.107. | State what the contract or lease is for and the nature of the debtor's interest | **Residential**<br>**09/05/2025-09/04/2026** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | **Venture Michiana, LLC**<br>**300 E LaSalle Ave**<br>**#1008**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.108. | State what the contract or lease is for and the nature of the debtor's interest | **Residential**<br>**09/26/2025-09/25/2026** | |
|---|---|---|---|
| | State the term remaining | **6 Months** | **Venture Michiana, LLC**<br>**300 E LaSalle Ave**<br>**#916**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| 2.109. | State what the contract or lease is for and the nature of the debtor's interest | **Residential** | |
|---|---|---|---|
| | State the term remaining | | **Venture Michiana, LLC**<br>**300 E LaSalle Ave**<br>**#607**<br>**South Bend, IN 46617** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Matthews 350 E LaSalle LLC** | | | | Case number *(if known)* | **26-30288** |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.110.** State what the contract or lease is for and the nature of the debtor's interest — **Residential**

State the term remaining

List the contract number of any government contract

**Venture Michiana, LLC**
**300 E LaSalle Ave**
**#920**
**South Bend, IN 46617**

---

**2.111.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 04/21/2025-04/20/2026**

State the term remaining — **1 Month**

List the contract number of any government contract

**William Findley, Lorena Findley**
**300 E LaSalle Ave**
**#922**
**South Bend, IN 46617**

---

**2.112.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 05/16/2025-05/15/2026**

State the term remaining — **2 Months**

List the contract number of any government contract

**Yiming Thomas Lu**
**300 E LaSalle Ave**
**#621**
**South Bend, IN 46617**

---

**2.113.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 06/13/2025-06/12/2026**

State the term remaining — **3 Months**

List the contract number of any government contract

**Zachary Shelor**
**300 E LaSalle Ave**
**#702**
**South Bend, IN 46617**

---

**2.114.** State what the contract or lease is for and the nature of the debtor's interest — **Residential 07/20/2025-07/19/2026**

State the term remaining — **4 Months**

List the contract number of any government contract

**Zachery Smallwood, Elena Garcia**
**300 E LaSalle Ave**
**#713**
**South Bend, IN 46617**

---

**Fill in this information to identify the case:**

Debtor name   **Matthews 350 E LaSalle LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF INDIANA

Case number (if known)   **26-30288**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

**12/15**

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Commerce Center Development, LLC** | **401 E Colfax Suite 277 South Bend, IN 46617** | **KeyBank National Association** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |
| 2.2 | **David Matthews** | **401 E Colfax Ave. Suite 277 South Bend, IN 46617** | **KeyBank National Association** | ■ D  __2.1__<br>☐ E/F  _____<br>☐ G  _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Matthews 350 E LaSalle LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF INDIANA |
| Case number (if known) | **26-30288** |

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1: Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$802,951.65** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other _____ | **$3,151,544.85** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2: List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Conley Brothers Painting LLC**<br>**53582 Lakefield Dr**<br>**Elkhart, IN 46514** | 12/20/2025-02/19/2026 | $9,930.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **Matthews 350 E LaSalle LLC**                    Case number *(if known)*   **26-30288**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.2. **DMTM Inc.** **401 E Colfax Ave** **Ste 277** **South Bend, IN 46617** | **12/10/2025-0 3/10/2026** | **$155,713.55** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.3. **Greater New York Mutual Insurance Company** **P.O. Box 787892** **Philadelphia, PA 19178-7892** | **12/16/2025** | **$13,639.80** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other  **Insurance** |
| 3.4. **KeyBank National Association** **135 North Pennsylvania St** **Suite 1610** **Indianapolis, IN 46204** | **01/09/2026-0 3/10/2026** | **$459,678.04** | ■ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **Schindler Elevator Corporation** **c/o Registered Agent** **334 North Senate Ave** **Indianapolis, IN 46204** | **12/10/2025-0 3/10/2026** | **$42,259.25** | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ■ Services ☐ Other___ |
| 3.6. **Steuerwald, Witham & Youngs, LLP** **106 N Washington St** **Danville, IN 46122** | **01/21/2026** | **$12,583.61** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **DMTM Inc.** **401 E Colfax Ave** **Ste 277** **South Bend, IN 46617** **Affiliate** | **03/20/2025-1 2/03/2025** | **$542,334.33** | **Suppliers or Vendors and Services** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

| Debtor | Matthews 350 E LaSalle LLC | Case number *(if known)* | 26-30288 |

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **KEYBANK NATIONAL ASSOCIATION v MATTHEWS 350 E LASALLE LLC d/b/a 300 E LASALLE and d/b/a 300 EAST LASALLE; DAVID M. MATTHEWS; COMMERCE CENTER DEVELOPMENT, LLC; SAVVY IN LLC; and DW SOUTH BEND, LLC,<br>71C01-2504-MF-000131** | | **St. Joseph Circuit Court<br>101 S Main St,<br>South Bend, IN 46601** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **REDEVELOPMENT COMMISSION OF THE CITY OF SOUTH BEND, INDIANA<br>v.<br>COMMERCE CENTER DEVELOPMENT, LLC; MATTHEWS 350 E LASALLE, LLC; DMTM, INC.; and MATTHEWS LLC<br>71D07-2301-PL-000020** | | **St. Joseph Superior Court 7<br>219 Lincolnway W,<br>Mishawaka, IN 46544** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

Debtor    **Matthews 350 E LaSalle LLC**                                Case number *(if known)* **26-30288**

---

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1. **Kroger Gardis & Regas, L.L.P 111 Monument Circle Ste 900 Indianapolis, IN 46204** | | | **$55,000.00** |
| Email or website address | | | |
| Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

---

**Part 7:**    **Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☒ Does not apply

---

Official Form 207           **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**           page **4**

Debtor    **Matthews 350 E LaSalle LLC**                  Case number *(if known)*  **26-30288**

| Address | Dates of occupancy From-To |
|---|---|
| | |

## Part 8:    Health Care Bankruptcies

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒  No. Go to Part 9.
☐  Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐  No.
☒  Yes. State the nature of the information collected and retained.

**SSN and credit reports of tenants**

Does the debtor have a privacy policy about that information?
☒ No
☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒  No. Go to Part 10.
☐  Yes. Does the debtor serve as plan administrator?

## Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor    **Matthews 350 E LaSalle LLC**                                  Case number *(if known)*  **26-30288**

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■    No.
☐    Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

Debtor    **Matthews 350 E LaSalle LLC**                                        Case number *(if known)*  **26-30288**

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

    | Name and address | Date of service From-To |
    | --- | --- |

    26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

    | Name and address | Date of service From-To |
    | --- | --- |
    | 26b.1.  **KeyBank National Association**<br>**135 North Pennsylvania St**<br>**Indianapolis, IN 46204** | |

    26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ☐ None

    | Name and address | If any books of account and records are unavailable, explain why |
    | --- | --- |
    | 26c.1.  **DMTM**<br>**401 E Colfax Ave**<br>**Ste 277**<br>**South Bend, IN 46617** | |
    | 26c.2.  **AppFolio, Inc**<br>**Corporation Service Company**<br>**c/o Business Commercial Registered Agent**<br>**135 N Pennsylvania St, Suite 1610**<br>**Indianapolis, IN 46204** | |

    26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

    | Name and address |
    | --- |
    | 26d.1.  **Keybank National Association**<br>**135 North Pennsylvania St**<br>**Sutie 1610**<br>**Indianapolis, IN 46204** |

27. **Inventories**
    Have any inventories of the debtor's property been taken within 2 years before filing this case?

    ■ No
    ☐ Yes. Give the details about the two most recent inventories.

    | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
    | --- | --- | --- |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

    | Name | Address | Position and nature of any interest | % of interest, if any |
    | --- | --- | --- | --- |
    | David Matthews | 401 E Colfax Ave. Suite 277<br>South Bend, IN 46617 | Shareholder | 52.2002 |

Debtor    **Matthews 350 E LaSalle LLC**                    Case number *(if known)*  **26-30288**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **DMTM Inc** | **401 E Colfax Ave Ste 277 South Bend, IN 46617** | **Shareholder** | **6.9749** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Lily Lasalle LLC** | **5534 Saint Joe Rd. Fort Wayne, IN 46835** | **Shareholder** | **15.4998** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Local Vision Fund LLC** | **8135 Wheelock Rd. Fort Wayne, IN 46835** | **Shareholder** | **14.0286** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Marcellus Lebbin** | **401 E Colfax Ave. Suite 277 South Bend, IN 46617** | **Shareholder** | **0.0525** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **OZ LaSalle LLC** | **5534 Saint Joe Rd. Fort Wayne, IN 46835** | **Shareholder** | **11.2439** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

Debtor   **Matthews 350 E LaSalle LLC**                                    Case number (if known)  **26-30288**

## Part 14:  Signature and Declaration

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     April 8, 2026

**/s/ David Matthews**                                      **David Matthews**
Signature of individual signing on behalf of the debtor           Printed name

Position or relationship to debtor    **Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

Official Form 207        Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy        page 9

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Northern District of Indiana

In re  **Matthews 350 E LaSalle LLC**                                          Case No.  **26-30288**

                                              Debtor(s)                        Chapter  **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept                        $                    **0.00**

    Prior to the filing of this statement I have received              $                    **0.00**

    Balance Due                                                        $                    **0.00**

2.  $ **0.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ☐ Debtor        ☑ Other (specify):    **SEE APPLICATION TO EMPLOY**

4.  The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify):

5.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [List other services that counsel has agreed to provide]
        **Filing of lien avoidance and redemption motions; communications with clients, trustee and creditors; review and advise as to reaffirmation agreements.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Discharge litigations; 707 and 523 actions; excemption issues including, but not limited to, contested motions for the turnover by the trustee; contested lien avoidance motions; contested adversary proceedings for the purpose of stripping liens; contested motions to redeem; attendance at any reaffirmation hearings, if neccessary; and representation in any foreclosure action, collection suit, or non-bankruptcy matter.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_____                    **/s/ Weston E. Overturf**
_Date_                                     **Weston E. Overturf**
                                           _Signature of Attorney_
                                           **Kroger, Gardis & Regas, LLP**
                                           **111 Monument Circle**
                                           **Suite 900**
                                           **Indianapolis, IN 46204**
                                           **317-777-7443**
                                           _Name of law firm_