**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

In the Matter of:                                     )
                                                      )
Matthews 350 E LaSalle, LLC                           )           CAUSE NO. 26-30288-pes
                               Debtor(s)              )
                                                      )
                                                      )
Commerce Center Development, LLC                      )
                               Debtor(s)              )
                                                      )

**APPEARANCE OF COUNSEL**

To: The clerk of the court and all parties of record

 I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC.

Date: April 9, 2026

       Respectfully submitted,

       /s/ Marcellus M. Lebbin_____
       Marcellus M. Lebbin (25674-71)
        Lebbin Law Office
        401 East Colfax Avenue, Ste. 180
        South Bend, Indiana 46617
        (574) 208-4215
        lebbin@gmail.com

**Certificate of Service**

 I certify that on April 9, 2026 I electronically filed the forgoing document using the Court's E-Filing System.  Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

       **/s/ Marcellus M. Lebbin**
       Marcellus M. Lebbin, Esq. (25674-71)