**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Matthews 350 E LaSalle, LLC | ) | **CAUSE NO. 26-30288-pes** |
| Debtor(s) | ) | |
| | ) | |
| Commerce Center Development, LLC | ) | |
| Debtor(s) | ) | |
| | ) | |

**MOTION TO WITHDRAWAL**

Comes Now, Marcellus M. Lebbin and states: My appearance was mistakenly entered for Matthews 350 E LaSalle, LLC instead of DMTM, Inc.  I request the Court withdraw my appearance for Matthews 350 E LaSalle, LLC.

Date: April 13, 2026

Respectfully submitted,

/s/ Marcellus M. Lebbin_____
Marcellus M. Lebbin (25674-71)
Lebbin Law Office
401 East Colfax Avenue, Ste. 180
South Bend, Indiana 46617
(574) 208-4215
lebbin@gmail.com

**Certificate of Service**

I certify that on April 13, 2026 I electronically filed the forgoing document using the Court's E-Filing System.  Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

**/s/ Marcellus M. Lebbin**
Marcellus M. Lebbin, Esq. (25674-71)