**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC | ) | CASE NO. 26-30288-pes |
| | ) | |
| Debtor. | ) | |

## MOTION TO WITHDRAW
## APPEARANCE OF RYAN M. MURPHY

Ryan M. Murphy, attorney of record for Matthews 350 E LaSalle LLC and in support thereof, states as follows:

1.      Ryan M. Murphy and Weston E. Overturf have appeared herein on behalf of Matthews 350 E LaSalle LLC.

2.      Weston E. Overturf will continue to represent Matthews 350 E LaSalle LLC and as a result there will not be any interruption in representation.

3.      This motion is not intended to delay these proceedings or inconvenience any party and Matthews 350 E LaSalle LLC will not be prejudiced by the undersigned's withdrawal.

**WHEREFORE**, Ryan M. Murphy moves the Court for an order granting his motion to withdraw his appearance on behalf of the Debtor Matthews 350 E LaSalle LLC and for all other just and proper relief.

Respectfully submitted,

*/s/ Ryan M. Murphy*
Ryan M. Murphy, Atty. No. 38288-49

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 13, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties though the Court's Electronic Case Filing System. Parties may access this filing through the Court's system:

Miranda Bernadac
mbernadac@tbmattorneys.com

Katherine Everett Iskin
kiskin@maylorber.com

I further certify that on April 13, 2026, a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

None

_/s/ Ryan M. Murphy_____
Ryan M. Murphy

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **MATTHEWS 350 E LASALLE LLC** | ) | **CASE NO. 26-30288-pes** |
| | ) | |
| **Debtor.** | ) | |

### ORDER GRANTING MOTION TO WITHDRAW
### APPEARANCE OF RYAN M. MURPHY

Ryan M. Murphy, having filed his Motion to Withdraw Appearance; and the Court, being duly advised of the circumstances, now **GRANTS** said Motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the appearance of Ryan M. Murphy on behalf of Matthews 350 E LaSalle LLC and is hereby withdrawn.

SO ORDERED.

**###**