**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |
| Redevelopment Commission of the City of South Bend, Indiana, | |
| *Plaintiff,* | Adv. Pro. No. 26-03011 |
| v. | |
| Commerce Center Development, LLC; Matthews 350 E LaSalle, LLC; DMTM, Inc.; and Matthews LLC, | |
| *Defendants.* | |

**APPEARANCE OF COUNSEL**

To: The clerk of the court and all parties of record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: DMTM, Inc.

Date: April 13, 2026

        Respectfully submitted,

        /s/ Marcellus M. Lebbin
        Marcellus M. Lebbin (25674-71)
         Lebbin Law Office
         401 East Colfax Avenue, Ste. 180
         South Bend, Indiana 46617
         (574) 208-4215
         lebbin@gmail.com

## Certificate of Service

I certify that on April 13, 2026 I electronically filed the forgoing document using the Court's E-Filing System.  Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

/s/ **Marcellus M. Lebbin**
Marcellus M. Lebbin, Esq. (25674-71)