**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| In the Matter of:<br><br>　Matthews 350 E LaSalle, LLC<br>　　*Debtor(s)*<br><br>　Commerce Center Development, LLC<br>　　*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |
| Redevelopment Commission of the City of<br>South Bend, Indiana,<br><br>　*Plaintiff,*<br><br>v.<br><br>Commerce Center Development, LLC;<br>Matthews 350 E LaSalle, LLC; DMTM, Inc.;<br>and Matthews LLC,<br><br>　*Defendants.* | Adv. Pro. No. 26-03011 |

### APPEARANCE OF COUNSEL

To: The clerk of the court and all parties of record

　　I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Matthews, LLC.

Date: April 13, 2026

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　/s/ Marcellus M. Lebbin
　　　　　　　　　　　　　　　Marcellus M. Lebbin (25674-71)
　　　　　　　　　　　　　　　　Lebbin Law Office
　　　　　　　　　　　　　　　　401 East Colfax Avenue, Ste. 180
　　　　　　　　　　　　　　　　South Bend, Indiana 46617
　　　　　　　　　　　　　　　　(574) 208-4215
　　　　　　　　　　　　　　　　lebbin@gmail.com

## <u>Certificate of Service</u>

I certify that on April 13, 2026 I electronically filed the forgoing document using the Court's E-Filing System.  Notice of this filing will be sent to all Counsel of Record via the Court's electronic filing system.

<u>**/s/ Marcellus M. Lebbin**</u>
Marcellus M. Lebbin, Esq. (25674-71)