UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN RE:                                    )

MATTHEWS 350 E LASALLE LLC, *et al.,*[1]    )    Case No. 26-30288

                                       )    (Joint Administration Requested)

            Debtors.        )

## ORDER GRANTING APPLICATION TO EMPLOY KROGER, GARDIS & REGAS, L.L.P. AS DEBTORS' COUNSEL EFFECTIVE AS OF THE PETITION DATE

This matter, having come before the Court on the *Application to Employ Kroger, Gardis & Regas, L.L.P. as Debtors' Counsel Effective as of the Petition Date* (the "**Application**") filed by Debtors Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, and Commerce Center Development, LLC (together, "**Debtors**");

And the Court, being duly advised, now finds that the Application should be, and hereby is, **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that the Debtors are authorized to retain and employ Kroger, Gardis & Regas, L.L.P. as counsel as of the Petition Date in the above-captioned case pursuant to the terms and conditions of employment set forth in the Application and the engagement agreement attached thereto.

**SO ORDERED**.

Dated: April 15, 2026

*Paul E. Singleton*

Judge, Northern District of Indiana
Bankruptcy Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).