# Notice Recipients

District/Off: 0755–3          User: admin                Date Created: 4/15/2026

Case: 26–30288–pes           Form ID: pdf004            Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Matthews 350 E LaSalle LLC       401 E. Colfax Ave., Suite 277        South Bend, IN 46617

                                                                            TOTAL: 1