**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Matthews 350 E. LaSalle, LLC | ) | Case No.: 26-30288-pes |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| Commerce Center Development, LLC | ) | (Jointly Administered) |
| Debtor(s). | ) | |
| | ) | |

**STATEMENT OF NON-CONSENT TO ENTRY OF FINAL ORDERS AND**
**JUDGMENTS PURSUANT TO FEDERAL RULE OF BANKRUPTCY**
**PROCEDURE 9027(e)(3)**

COMES NOW Redevelopment Commission of the City of South Bend, Indiana (the "Commission"), a Creditor in the above-styled bankruptcy proceeding, by counsel and pursuant to Rule 9027(e)(3) Federal Rules of Bankruptcy Procedure, hereby submits this Statement in response to the Notice of Removal filed on April 3, 2026, by Debtors, Matthews 350 E LaSalle LLC d/b/a 300 E. LaSalle d/b/a 300 East LaSalle and Commerce Center Development, LLC ("CCD") and states as follows:

1. Pursuant to Federal Rule of Bankruptcy Procedure 9027(e)(3), the Commission hereby states it does not consent to:

(a) the removed action being heard and determined by the bankruptcy court; or

(b) the entry of final orders or judgments by the bankruptcy court in the removed action.

2. The filing of this Statement does not constitute a waiver of the Commission's rights, all of which the Commission expressly reserves, including all rights to request remand, to assert additional procedural and substantive objections to removal, including but not limited to

any defects in the Notice of Removal, timeliness, service, venue, abstention, equitable relief, and

any other relief available under applicable law and rules.

Respectfully Submitted,

/s/ Katherine E. Iskin
Katherine Iskin (33679-71)
**MAY OBERFELL LORBER LLP**
4100 Edison Lakes Pkwy, Suite 100
Mishawaka, IN 46545
Telephone: 574-243-4100
E-mail: kiskin@maylorber.com

## <u>CERTIFICATE OF SERVICE</u>

I certify that on April 16, 2026, a copy of the foregoing was filed electronically with the

Clerk using the CM/ECF System, which sent notification of such filing to all counsel of record.

I certify that on April 16, 2026, a copy of the foregoing was mailed by USPS to the

following:

Matthews, LLC
c/o Marcel Lebbin, Registered Agent
401 E. Colfax Avenue, Suite 277
South Bend, IN 46617

DMTM, INC
c/o David Matthews, Registered Agent
401 E. Colfax Avenue, Suite 277
South Bend, IN 46617

*/s/ Katherine E. Iskin*
Katherine Iskin (33679-71)