**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| In the Matter of: | ) | |
| | ) | |
| Matthews 350 E. LaSalle, LLC | ) | Case No.: 26-30288-pes |
| Debtor(s). | ) | Chapter 11 |
| | ) | |
| Commerce Center Development, LLC | ) | (Jointly Administered) |
| Debtor(s). | ) | |
| | ) | |

NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

COMES NOW Redevelopment Commission of the City of South Bend, Indiana, a Creditor in the above-styled bankruptcy proceeding, and pursuant to Fed. R. Bankr. P. 2002 and LBR-9010-2, hereby requests the Clerk of the Court to enter its counsel of record as follows, and that the undersigned counsel receive all notices required by Bankruptcy Rule 2002, including notices under Bankruptcy Rule 2002(i), that, but for this request would be provided only to committees appointed pursuant to the Bankruptcy Code or their authorized agents. Pursuant to Fed. R. Bankr. P. 9010(b), the Redevelopment Commission of the City of South Bend, Indiana hereby requests the Clerk of the Court to enter its appearance as follows:

> Matthew J. Anderson, Esq.
> May Oberfell Lorber LLP
> 4100 Edison Lakes Parkway, Ste. 100
> Mishawaka, IN 46545
> manderson@maylorber.com

Dated: April 16, 2026              Respectfully Submitted,

                                         /s/ Matthew J. Anderson
                                         Matthew J. Anderson (27511-71)

**MAY OBERFELL LORBER LLP**
4100 Edison Lakes Pkwy, Suite 100
Mishawaka, IN 46545
Telephone: 574-243-4100
E-mail: manderson@maylorber.com

### CERTIFICATE OF SERVICE

I certify that on April 16, 2026, a copy of the foregoing was filed electronically with the

Clerk using the CM/ECF System, which sent notification of such filing to all counsel of record.

/s/ Matthew J. Anderson
Matthew J. Anderson (27511-71)