# Notice Recipients

District/Off: 0755–3            User: admin              Date Created: 4/20/2026
Case: 26–30288–pes             Form ID: 561             Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        Matthews 350 E LaSalle LLC       401 E. Colfax Ave., Suite 277        South Bend, IN 46617

                                                                        TOTAL: 1