**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **IN RE:** | ) | |
| | ) | |
| **MATTHEWS 350 E LASALLE LLC** | ) | **CASE NO. 26-30288-pes** |
| | ) | |
| **Debtor.** | ) | |

## ORDER GRANTING MOTION TO WITHDRAW
## APPEARANCE OF RYAN M. MURPHY

Ryan M. Murphy, having filed his Motion to Withdraw Appearance; and the Court, being duly advised of the circumstances, now **GRANTS** said Motion.

**IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED** that the appearance of Ryan M. Murphy on behalf of Matthews 350 E LaSalle LLC and is hereby withdrawn.

SO ORDERED.

**###**

Dated:  April 20, 2026

_____
*Paul E. Singleton*
Paul E. Singleton, Judge
United States Bankruptcy Court