# Notice Recipients

District/Off: 0755–3            User: admin                    Date Created: 4/20/2026
Case: 26–30288–pes             Form ID: pdf004                 Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277      South Bend, IN 46617
aty     Ryan Murphy      Kroger, Gardis & Regas, LLP      111 Monument Circle      Ste 900      Indianapolis, IN 46204

                                                                              TOTAL: 2