UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In re:

Matthews 350 E LaSalle LLC                    Case No. 26-30288-pes

                          Debtor.

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2026, the *Order Granting Motion to Withdraw as Attorney* [Filing No. 69] (the "**Order**"), was filed electronically. Notice of the order was sent to the following parties through the Court's Electronic Case Filing System. Partes may access this Order through the courts system:

**Matthew Anderson**   manderson@maylorber.com
**Miranda Bernadac**   mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
**Anthony Thomas Carreri**   ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
**Christopher C. Hagenow**   chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
**Katherine Everett Iskin**   kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
**Marcellus Lebbin**   lebbin@gmail.com
**Ryan Murphy**   iumurphy19@gmail.com
**Weston Erick Overturf**   woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
**Jennifer Prokop**   jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
**United States Trustee**   USTPRegion10.SO.ECF@usdoj.gov

Parties may access a copy of the Order through the Court's System.

I further certify that on April 22, 2026, a copy of the Order was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

        **NONE.**

                          Respectfully submitted,

                          */s/ Weston E. Overturf*
                          Weston E. Overturf, Attorney No. 27281-49

Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7443
woverturf@kgrlaw.com