UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE:<br><br>MATTHEWS 350 E LASALLE LLC,<br>       *Debtor.*<br><br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>       *Debtor.* | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order Reserving Ruling on Motion to Reject Unexpired Lease [Doc 8] &
Motion to Assume Unexpired Lease [Doc 10]**

Debtors Matthews 350 E LaSalle LLC d/b/a 300 E LaSalle d/b/a 300 East LaSalle and Commerce Center Development, LLC filed two certificates of service – Docs 25 and 26. The certificates accompany the Debtors' Motion to Reject Unexpired Lease and Motion to Assume Unexpired Lease.

Both certificates contain the same typographical error. They informed objectors that they could mail their objections to the Clerk of Court at "P.O. Box 7003." That address is incorrect. The Clerk of Court's South Bend address is:

United States Bankruptcy Court, Northern District of Indiana
401 South Michigan Street
South Bend, IN 46601

Accordingly, the Court reserves its ruling on Debtors' motions. Unless Debtors cure their motions' deficiencies on or before May 8, 2026, the Court may deny both motions.

SO ORDERED.

Date: ___April 23, 2026___                    ___*Paul E. Singleton*___
                                              PAUL E. SINGLETON
                                              *United States Bankruptcy Judge*