## Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–3 | User: admin | Date Created: 4/23/2026 |
| Case: 26–30288–pes | Form ID: pdf004 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC          401 E. Colfax Ave., Suite 277          South Bend, IN 46617

TOTAL: 1