UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

---

*IN RE:*

MATTHEWS 350 E LASALLE LLC,
*Debtor.*

Case No.: 26-30288-pes
Chapter 11

COMMERCE CENTER DEVELOPMENT, LLC,
*Debtor.*

(Jointly Administered)

---

**Order Directing Creditor Redevelopment Commission to File its Statement of Non-Consent in the Adversary Proceeding**

Redevelopment Commission of the City of South Bend, Indiana filed its

Statement of Non-Consent to Entry of Final Orders and Judgments in this case.

The Court directs the Commission to file its statement in the adversary proceeding,

*Redevelopment Commission of the City of South Bend, Indiana vs. Matthews 350 E*

*LaSalle LLC & Commerce Center Development, LLC*, 26-03011-pes.

SO ORDERED.

Date: ___April 23, 2026___

*Paul E. Singleton*
_____
PAUL E. SINGLETON
*United States Bankruptcy Judge*