# Notice Recipients

District/Off: 0755–3             User: admin                  Date Created: 4/23/2026
Case: 26–30288–pes              Form ID: pdf004              Total: 2

**Recipients of Notice of Electronic Filing:**
aty         Katherine Everett Iskin          kiskin@maylorber.com

                                                                          TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC        401 E. Colfax Ave., Suite 277        South Bend, IN 46617

                                                                          TOTAL: 1