UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC, *et al.,*[1] | ) | Case No. 26-30288 |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

### AMENDED NOTICE OF MOTION AND OPPORTUNITY TO OBJECT

On March 10, 2026, Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, as debtor and debtor-in-possession ("**350 E Lasalle**"), by counsel, through Debtors' counsel, filed their *Matthews 350 E Lasalle, LLC's First Day First Omnibus Motion to Assume Unexpired Leases* (this **"Motion"**) requesting the Court enter an Order authorizing 350 E LaSalle to assume the unexpired leases, on the terms and conditions set forth in the Motion.

A copy of the Motion is attached hereto as **Exhibit 1**.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Motion, the **on or before Thursday May 14, 2026** (21 days pursuant to N.D. Ind. L.B.R. B-2002-2(a)(7)) you or your attorney must:

1.      File a written objection to the Motion, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

United States Bankruptcy Court, Northern District of Indiana
401 South Michigan Street

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

South Bend, IN 46601

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2.    You must also serve a copy of your objection upon:

Weston E. Overturf
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

If you do not file an objection by the date it is due, the court may grant the relief requested in the Motion without holding a hearing. If you do file an objection, the court will set the Motion for hearing, which you or your attorney will be expected to attend.

Dated: April 23, 2026

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Attorney No. 27281-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7443
wes@krglaw.com

*Counsel for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

Matthew Anderson    manderson@maylorber.com
Miranda Bernadac    mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
Anthony Thomas Carreri    ACarreri@kgrlaw.com,
dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
Christopher C. Hagenow    chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
Katherine Everett Iskin    kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
Marcellus Lebbin    lebbin@gmail.com
Ryan Murphy    iumurphy19@gmail.com
Weston Erick Overturf    woverturf@kgrlaw.com,
dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
Jennifer Prokop    jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
United States Trustee    USTPRegion10.SO.ECF@usdoj.gov

I hereby certify that on April 23, 2026 a copy of the foregoing was mailed by United States mail to the following:

Mailing Matrix attached hereto and to

Addison G. Fluent
300 E LaSalle Ave
#724
South Bend, IN 46617

Aleksandar Alavanja
300 E LaSalle Ave
#616
South Bend, IN 46617

Alexander W. Craig
300 E LaSalle Ave
#504
South Bend, IN 46617

Alexandria B. Noble
William J. Steinbrecher
300 E LaSalle Ave
#814
South Bend, IN 46617

Alla D. Kostylev
Anatoly Kostylev
300 E LaSalle Ave
#815
South Bend, IN 46617

Alyssa M. Wheatley
Hannah G. Gorden
300 E LaSalle Ave
#623
South Bend, IN 46617

Amari S. Patterson
Landen R. Juschka
300 E LaSalle Ave
#905
South Bend, IN 46617

Annad Khraisat
300 E LaSalle Ave
#703
South Bend, IN 46617

Anthonie Knapp
300 E LaSalle Ave
#1006
South Bend, IN 46617

Anthony Taborn
300 E LaSalle Ave
#1009
South Bend, IN 46617

Ashley T. Carter
300 E LaSalle Ave
#509
South Bend, IN 46617

Ashraf Assous
300 E LaSalle Ave
#1013
South Bend, IN 46617

Bianca C. Edelman
300 E LaSalle Ave
#602
South Bend, IN 46617

Bobbie Barbary
300 E LaSalle Ave
#1007
South Bend, IN 46617

Bobbie L. Barbary
300 E LaSalle Ave
#1002
South Bend, IN 46617

Brad J. Petkac
Tyler J. Beaver
300 E LaSalle Ave
#613
South Bend, IN 46617

Carlos T. Henry
300 E LaSalle Ave
#802
South Bend, IN 46617

Casey A. Miller
300 E LaSalle Ave
#718
South Bend, IN 46617

Clayco, Inc.
c/o Corporation Service Company,
Reg. Agent
135 N Pennsylvania St, Suite 1610
Indianapolis, IN 46204

Colin M. Steiner
300 E LaSalle Ave
#610
South Bend, IN 46617

Cynda M. Jernstrom
Jay R. Jernstrom
300 E LaSalle Ave
#515
South Bend, IN 46617

Daeyoung Kim
300 E LaSalle Ave
#704
South Bend, IN 46617

Daniel Diaz
Esmeralda Diaz
300 E LaSalle Ave
#808
South Bend, IN 46617

Darrell K. Galloway
300 E LaSalle Ave
#923
South Bend, IN 46617

Dawn M. Territo
Stephen D. Territo
300 E LaSalle Ave
#1004
South Bend, IN 46617

Denis J. Lindquist
300 E LaSalle Ave
#906
South Bend, IN 46617

Devon B. Robbins
Portia M. Ayimbilla
300 E LaSalle Ave
#813
South Bend, IN 46617

Dillon M. Dennison
Gabrielle L. Shearer
300 E LaSalle Ave
#924
South Bend, IN 46617

Edwin W. Huang
300 E LaSalle Ave
#612
South Bend, IN 46617

Emigdio A. Larreal Baez
Angel E. Urdaneta Bermudez
300 E LaSalle Ave
#823
South Bend, IN 46617

Emile R. Pimentel
Nicole M. Martinez
300 E LaSalle Ave
#618
South Bend, IN 46617

Emmitt M. E. Furner II
Michele L. Furner
300 E LaSalle Ave
#805
South Bend, IN 46617

Enid D. Morales
Camille I. Negron Morales
300 E LaSalle Ave
#520
South Bend, IN 46617

Erin M. McNulty
300 E LaSalle Ave
#804
South Bend, IN 46617

Esteban P. Leyva
300 E LaSalle Ave
#919
South Bend, IN 46617

Francis Francis
300 E LaSalle Ave
#721
South Bend, IN 46617

Fred A. Parker
Anna B. Parker
300 E LaSalle Ave
#1012
South Bend, IN 46617

Geoffrey R. Alexander
300 E LaSalle Ave
#1003
South Bend, IN 46617

German A. Delgado
Enrique L. Campos
Albes G. Cano
300 E LaSalle Ave
#1005
South Bend, IN 46617

Harold T. Burks
Karl R. Donald
300 E LaSalle Ave
#921
South Bend, IN 46617

Helena J. Phillips
300 E LaSalle Ave
#608
South Bend, IN 46617

James A. McMillan
Maura D. McMillan
300 E LaSalle Ave
#603
South Bend, IN 46617

Jameson D. Foran
Maria J. Pannapara
300 E LaSalle Ave
#820
South Bend, IN 46617

Jared A. Vogler
300 E LaSalle Ave
#1015
South Bend, IN 46617

Jasmine R. Torres
Heath A. Torres
300 E LaSalle Ave
#708
South Bend, IN 46617

Jason E. Pensky
300 E LaSalle Ave
#717
South Bend, IN 46617

Jayden C. Sanders
300 E LaSalle Ave
#1010
South Bend, IN 46617

Jessica J. Geriane
300 E LaSalle Ave
#609
South Bend, IN 46617

Jiarui Yang
300 E LaSalle Ave
#606
South Bend, IN 46617

John E. Goins
300 E LaSalle Ave
#821
South Bend, IN 46617

John M. Young
Andrew J. Pascaris
300 E LaSalle Ave
#1001
South Bend, IN 46617

Jonathon D. Troyer
300 E LaSalle Ave
#816
South Bend, IN 46617

Joseph D. Watson
300 E LaSalle Ave
#1021
South Bend, IN 46617

Joseph M. Gazdick
300 E LaSalle Ave
#711
South Bend, IN 46617

Joshua J. Williams
300 E LaSalle Ave
#819
South Bend, IN 46617

Joshua T. Hooten
300 E LaSalle Ave
#518
South Bend, IN 46617

Juan P. Lobelo
300 E LaSalle Ave
#1017
South Bend, IN 46617

Julia B. Lubitz
Jacob M. Halstead
300 E LaSalle Ave
#901
South Bend, IN 46617

Kathleen K. Stewart
300 E LaSalle Ave
#519
South Bend, IN 46617

Kelvin M. Figueroa-Ibrahim
300 E LaSalle Ave
#502
South Bend, IN 46617

Keon Keeley
300 E LaSalle Ave
#620
South Bend, IN 46617

Kyron V. Harris
300 E LaSalle Ave
#514
South Bend, IN 46617

Leizaira A. Romero
300 E LaSalle Ave
#521
South Bend, IN 46617

Lillian C. Morrell
300 E LaSalle Ave
#809
South Bend, IN 46617

Lori D. Bennett
300 E LaSalle Ave
#506
South Bend, IN 46617

Luca R. Mcmanus
Grant D. Hedley
300 E LaSalle Ave
#510
South Bend, IN 46617

Maria V. Barone
300 E LaSalle Ave
#817
South Bend, IN 46617

Martin P. Barron
300 E LaSalle Ave
#806
South Bend, IN 46617

Matthew F. Brownsword
Stephanie Reyes
300 E LaSalle Ave
#617
South Bend, IN 46617

Megan E. O'Malley
300 E LaSalle Ave
#914
South Bend, IN 46617

Michael B. Dimino
300 E LaSalle Ave
#824
South Bend, IN 46617

Michael E. Norment
Toeanzar M. Norment
300 E LaSalle Ave
#822
South Bend, IN 46617

Michael Rosenberg
Clayco, Inc.
300 E LaSalle Ave
#710
South Bend, IN 46617

Michel A. Perez Baster
300 E LaSalle Ave
#1014
South Bend, IN 46617

Minho Lee
300 E LaSalle Ave
#811
South Bend, IN 46617

Mohit Suri
300 E LaSalle Ave
#720
South Bend, IN 46617

Nestaye LLC
300 E LaSalle Ave
#913
South Bend, IN 46617

Nicholas S. Edelen
300 E LaSalle Ave
#1024
South Bend, IN 46617

Nolan W. James
Kara M. James
300 E LaSalle Ave
#701
South Bend, IN 46617

Olasubomi E. Solomon
300 E LaSalle Ave
#807
South Bend, IN 46617

Olivia C. Geraci
300 E LaSalle Ave
#715
South Bend, IN 46617

Omar N. Harris
Joseph F. Harris
300 E LaSalle Ave
#614
South Bend, IN 46617

Orlando J. Avena
300 E LaSalle Ave
#619
South Bend, IN 46617

Paola E. Cadena
300 E LaSalle Ave
#903
South Bend, IN 46617

Paula D. Harer
300 E LaSalle Ave
#709
South Bend, IN 46617

Prem J. Patel
300 E LaSalle Ave
#812
South Bend, IN 46617

Preston R. Roberts
300 E LaSalle Ave
#511
South Bend, IN 46617

Ray H. Herring
300 E LaSalle Ave
#723
South Bend, IN 46617

Richard M. Trench
Kathleen E. Riggs
300 E LaSalle Ave
#915
South Bend, IN 46617

Rodrigo P. Cazunga
300 E LaSalle Ave
#611
South Bend, IN 46617

Ryan M. Riemer
Shreyant Koduru
300 E LaSalle Ave
#801
South Bend, IN 46617

Samira Momen
300 E LaSalle Ave
#707
South Bend, IN 46617

Sophia Rodriquez
Mahdi Alajmi
300 E LaSalle Ave
#706
South Bend, IN 46617

Stone D. Williams
300 E LaSalle Ave
#917
South Bend, IN 46617

Suranuch Buajan
Andrew Paterkiewicz
300 E LaSalle Ave
#516
South Bend, IN 46617

Terry E. Byrd
300 E LaSalle Ave
#714
South Bend, IN 46617

Terry R. Huber
Sandra K. Huber
300 E LaSalle Ave
#522
South Bend, IN 46617

Thomas W. Ulmer
300 E LaSalle Ave
#912
South Bend, IN 46617

Tia S. Smith
300 E LaSalle Ave
#712
South Bend, IN 46617

Tracy J. Teng
300 E LaSalle Ave
#507
South Bend, IN 46617

Velvet Canada
300 E LaSalle Ave
#818
South Bend, IN 46617

Velvet Canada
300 E LaSalle Ave
#902
South Bend, IN 46617

Velvet Canada
300 E LaSalle Ave
#908
South Bend, IN 46617

Velvet Canada
300 E LaSalle Ave
#909
South Bend, IN 46617

Venture Michiana, LLC
300 E LaSalle Ave
#607
South Bend, IN 46617

Venture Michiana, LLC
300 E LaSalle Ave
#916
South Bend, IN 46617

Venture Michiana, LLC
300 E LaSalle Ave
#920
South Bend, IN 46617

Venture Michiana, LLC
300 E LaSalle Ave
#1008
South Bend, IN 46617

William L. Findley
Lorena R. Findley
300 E LaSalle Ave
#922
South Bend, IN 46617

Yiming (Thomas) Lu
300 E LaSalle Ave
#621
South Bend, IN 46617

Zachary H. Shelor
300 E LaSalle Ave
#702
South Bend, IN 46617

Zachery H. Smallwood
Elena G. Garcia
300 E LaSalle Ave
#713
South Bend, IN 46617

/s/ Weston E. Overturf
Weston E. Overturf

# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC, *et al.,*[1] | ) | Case No. 26-30288 |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

**MATTHEWS 350 E LASALLE, LLC'S FIRST DAY**
**FIRST OMNIBUS MOTION TO ASSUME UNEXPIRED LEASES**

Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, as debtor and debtor-in-possession ("**350 E Lasalle**"), by proposed counsel[2], hereby moves the Court for an Order authorizing 350 E Lasalle to assume the unexpired leases identified on **Exhibit 1** hereto (the "**Residential Leases**"; each a "**Residential Lease**"). In support of this Motion, 350 E Lasalle states as follows:

**Bankruptcy Rule 6006(f)(1) Notice**

1.      If you are receiving notice of this Motion, either (i) you have entered your appearance in the above-captioned case, and/or (ii) 350 E Lasalle is seeking to assume the unexpired lease to which you are a party.

2.      **Parties receiving notice of this Motion should locate their names and their respective Residential Lease listed alphabetically on Exhibit 1 attached to this Motion.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

[2] An Application to Employ proposed counsel is being filed concurrently herewith.

**Jurisdiction and Venue**

3.      This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

4.      This matter is a core proceeding under 28 U.S.C. § 157(b).

5.      Venue is proper in this Court under 28 U.S.C. § 1408 and 1409.

**Background**

6.      On March 10, 2026 (the "**Petition Date**"), 350 E Lasalle filed a Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

7.      350 E Lasalle continues to operate its business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

8.      Commerce Center Development, LLC ("**CCD**") is the owner of, among other parcels, the following parcels of real property located in St. Joseph County, Indiana, which is subject to a mortgage by KeyBank National Association and more particularly described as follows:

> Parcel I: Lot Numbered Three (3) in Commerce Center Minor Subdivision, as per plat thereof recorded December 30, 2019 as Instrument Number 2019-34703 in the Office of the Recorder of Saint Joseph County, Indiana.
>
> Parcel II: Non-exclusive Easement for access as set forth in an instrument by and between Commerce Center Development, LLC and Matthews 350 E LaSalle LLC dated April 2, 2020 and recorded April 29, 2020 in Instrument Number 2020-10418 in the Office of the Recorder of Saint Joseph County, Indiana.

(the "**Real Estate**").

9.      350 E Lasalle has a leasehold interest in the Real Estate pursuant to a lease with CCD dated October 30, 2019 (the "**Ground Lease**").

2

10. The Real Estate is a 144-unit multi-family mid/high rise property located at 300 East Lasalle Avenue in South Bend, Indiana, with commercial and residential tenants. The property consists of a single, 10-story apartment building. Improvements thereon were constructed in 2022 and are situated on a 0.79-acre site. The improved residential units were 84.7% leased as of March 9, 2026. The Real Estate also has 14,507 square feet of street-level retail space and 14,323 square feet of fourth-floor office space, and 202 structured parking spaces on multiple levels.

11. Currently, 350 E Lasalle has 122 unexpired leases for residential units, all of which are included in the Residential Leases set forth in <u>Exhibit 1</u> and all of which 350 E Lasalle seeks to assume through this Motion.

12. 350 E Lasalle is not in default under any of the Residential Leases.

## **Requested Relief and Basis Therefor**

13. As part of 350 E Lasalle's preparation for this case and restructuring efforts, 350 E Lasalle has determined that the Residential Leases are of significant value to its estate and its creditors, therefore, 350 E Lasalle wishes to assume the Residential Leases.

14. By this Motion, 350 E Lasalle seeks an Order, pursuant to Section 365 of the Bankruptcy Code, authorizing 350 E Lasalle to assume the Residential Leases as of the date of this Motion (the "**Effective Date**").

15. Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of debtor."

16.     "[T]he purpose behind allowing the assumption or rejection of executory contracts is to permit the trustee or debtor-in-possession to use valuable property of the estate and to 'renounce title to and abandon burdensome property.'" *Orion Picture Corp. v. Showtime Networks, Inc. (In re Orion Pictures Corp.)*, 4 F.3d 1095, 1098 (2nd Cir. 1993) (quoting 2 COLLIER ON BANKRUPTCY ¶ 365.01 [1] (15th ed. 1993)).

17.     A debtor's decision to assume or reject an executory contract or unexpired lease under § 365(a) of the Bankruptcy Code is governed by the business judgment rule. *Mission Product Holdings, Inc. v. Tempnology, LLC*, 139 S.Ct. 1652, 1658 (2019).

18.     "The bankruptcy court reviews the debtor's business judgment with respect to the proposed assumption to determine if it would be beneficial or burdensome to assume the executory contract by evaluating whether assumption would serve the reorganization or whether it would take away funds available to other creditors." *In re UAL Corp.*, 635 F.3d 312, 319 (7th Cir. 2011).

19.     "Court approval of a debtor in possession's judgment that assumption of a lease is in the best interest of the debtor's business should not be withheld on the basis of a second-guessing of the debtor's judgment". *Allied Technology, Inc. v. R.B. Brunemann & Sons, Inc.*, 25 B.R. 484, 495 (Bankr. S.D. Ohio 1982). "As long as assumption of a lease appears to enhance a debtor's estate, Court approval of a debtor in possession's decision to assume the lease should only be withheld if the debtor's judgment is clearly erroneous, too speculative, or contrary to the provisions of the Bankruptcy Code, and particularly of 11 U.S.C. § 365." *Id.*

4

20.     "If a contract is profitable to a debtor, its assumption should be authorized." *In re National Sugar Refining Co.*, 26 B.R. 765, 767 (Bankr. S.D.N.Y. 1983) (citing 2 *Collier on Bankruptcy*, ¶ 365.03, pp. 365-13 et seq. (15th ed. 1981)).

21.     Here, 350 E Lasalle has determined that assumption of the Residential Leases will benefit its estate by keeping in place profitable agreements, from which a significant amount of 350 E Lasalle's revenue is generated.

22.     Therefore, 350 E Lasalle's decision to assume the Residential Leases is an exercise of sound business judgment that will result in a joint benefit to 350 E Lasalle and its bankruptcy estate.

23.     Rule 6006(e)(1)(B) of the Federal Rules of Bankruptcy Procedure provides that 350 E Lasalle may seek to assume all of the Residential Leases in a single omnibus motion as the Residential Leases that 350 E Lasalle seeks to assume herein are unexpired leases of real property.

24.     As such, 350 E Lasalle respectfully requests that the Court authorize 350 E Lasalle to assume the Residential Leases as of the Effective Date.

**WHEREFORE**, Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, by proposed counsel, respectfully requests the Court enter an Order authorizing 350 E Lasalle to assume, as of the Effective Date, the Residential Leases set forth in Exhibit 1, and granting 350 E Lasalle all other just and proper relief.

Respectfully submitted,

/s/ Weston E. Overturf
Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
Ryan M. Murphy, Attorney No. 38288-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317) 777-7443
wes@kgrlaw.com

*Proposed Counsel for Debtors and Debtors in Possession*

# EXHIBIT 1

Residential Leases - Alphabetical Order

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Addison G. Fluent | 724 | 08/01/2025 |
| Aleksandar Alavanja | 616 | 06/01/2022 |
| Alexander W. Craig | 504 | 08/07/2024 |
| Alexandria B. Noble; William J. Steinbrecher | 814 | 08/06/2023 |
| Alla D. Kostylev; Anatoly Kostylev | 815 | 10/20/2025 |
| Alyssa M. Wheatley; Hannah G. Gorden | 623 | 07/01/2025 |
| Amari S. Patterson; Landen R. Juschka | 905 | 09/05/2025 |
| Annad Khraisat | 703 | 11/24/2025 |
| Anthonie Knapp | 1006 | 02/19/2026 |
| Anthony Taborn | 1009 | 03/01/2025 |
| Ashley T. Carter | 509 | 08/18/2025 |
| Ashraf Assous | 1013 | 07/01/2024 |
| Bianca C. Edelman | 602 | 08/19/2025 |
| Bobbie Barbary | 1007 | 06/03/2025 |
| Bobbie L. Barbary | 1002 | 03/01/2025 |
| Brad J. Petkac; Tyler J. Beaver | 613 | 11/23/2025 |
| Carlos T. Henry | 802 | 01/23/2026 |
| Casey A. Miller | 718 | 07/19/2025 |
| Clayco, Inc. | 503 | 02/12/2024 |
| Clayco, Inc. | 513 | 01/17/2024 |
| Clayco, Inc. | 523 | 03/14/2024 |
| Clayco, Inc. | 601 | 05/06/2025 |
| Clayco, Inc. | 719 | 02/20/2024 |
| Clayco, Inc. | 803 | 08/22/2024 |
| Clayco, Inc. | 904 | 03/05/2024 |
| Clayco, Inc. | 911 | 06/07/2024 |
| Clayco, Inc. | 1016 | 05/01/2024 |
| Clayco, Inc. | 1022 | 04/25/2024 |
| Clayco, Inc. | 1023 | 06/20/2024 |
| Colin M. Steiner | 610 | 06/30/2022 |
| Cynda M. Jernstrom; Jay R. Jernstrom | 515 | 02/02/2022 |
| Daeyoung Kim | 704 | 10/20/2025 |
| Daniel Diaz; Esmeralda Diaz | 808 | 03/28/2024 |
| Darrell K. Galloway | 923 | 04/26/2025 |
| Dawn M. Territo; Stephen D. Territo | 1004 | 08/15/2024 |
| Denis J. Lindquist | 906 | 04/20/2022 |
| Devon B. Robbins; Portia M. Ayimbilla | 813 | 06/21/2025 |
| Dillon M. Dennison; Gabrielle L. Shearer | 924 | 05/31/2025 |
| Edwin W. Huang | 612 | 07/31/2023 |
| Emigdio A. Larreal Baez; Angel E. Urdaneta Bermudez | 823 | 10/10/2025 |
| Emile R. Pimentel; Nicole M. Martinez | 618 | 08/01/2024 |
| Emmitt M. E. Furner II; Michele L. Furner | 805 | 06/13/2025 |
| Enid D. Morales; Camille I. Negron Morales | 520 | 06/15/2025 |

Residential Leases - Alphabetical Order

| Tenant | Unit # | Lease Start Date |
| --- | --- | --- |
| Erin M. McNulty | 804 | 06/26/2022 |
| Esteban P. Leyva | 919 | 12/15/2025 |
| Francis Francis | 721 | 01/16/2026 |
| Fred A. Parker; Anna B. Parker | 1012 | 06/13/2025 |
| Geoffrey R. Alexander | 1003 | 11/06/2025 |
| German A. Delgado; Enrique L. Campos; Albes G. Cano | 1005 | 07/08/2025 |
| Harold T. Burks; Karl R. Donald | 921 | 05/01/2025 |
| Helena J. Phillips | 608 | 10/04/2022 |
| James A. McMillan; Maura D. McMillan | 603 | 06/21/2025 |
| Jameson D. Foran; Maria J. Pannapara | 820 | 08/06/2025 |
| Jared A. Vogler | 1015 | 03/17/2023 |
| Jasmine R. Torres; Heath A. Torres | 708 | 08/22/2025 |
| Jason E. Pensky | 717 | 04/01/2022 |
| Jayden C. Sanders | 1010 | 01/16/2026 |
| Jessica J. Geriane | 609 | 08/09/2025 |
| Jiarui Yang | 606 | 12/01/2025 |
| John E. Goins | 821 | 08/13/2025 |
| John M. Young; Andrew J. Pascaris | 1001 | 06/01/2025 |
| Jonathon D. Troyer | 816 | 06/01/2023 |
| Joseph D. Watson | 1021 | 10/01/2022 |
| Joseph M. Gazdick | 711 | 10/31/2024 |
| Joshua J. Williams | 819 | 06/13/2024 |
| Joshua T. Hooten | 518 | 09/12/2025 |
| Juan P. Lobelo | 1017 | 05/14/2025 |
| Julia B. Lubitz; Jacob M. Halstead | 901 | 06/15/2025 |
| Kathleen K. Stewart | 519 | 04/24/2024 |
| Kelvin M. Figueroa-Ibrahim | 502 | 07/30/2025 |
| Keon Keeley | 620 | 01/15/2026 |
| Kyron V. Harris | 514 | 06/01/2025 |
| Leizaira A. Romero | 521 | 03/17/2025 |
| Lillian C. Morrell | 809 | 02/01/2025 |
| Lori D. Bennett | 506 | 10/19/2023 |
| Luca R. Mcmanus; Grant D. Hedley | 510 | 06/01/2025 |
| Maria V. Barone | 817 | 07/01/2023 |
| Martin P. Barron | 806 | 05/01/2025 |
| Matthew F. Brownsword; Stephanie Reyes | 617 | 07/27/2025 |
| Megan E. O'Malley | 914 | 06/30/2024 |
| Michael B. Dimino | 824 | 03/28/2025 |
| Michael E. Norment; Toeanzar M. Norment | 822 | 08/15/2025 |
| Michael Rosenberger; Clayco, Inc. | 710 | 01/17/2024 |
| Michel A. Perez Baster | 1014 | 04/30/2025 |
| Minho Lee | 811 | 09/01/2025 |
| Mohit Suri | 720 | 05/30/2025 |

Residential Leases - Alphabetical Order

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Nestaye LLC | 913 | 09/08/2025 |
| Nicholas S. Edelen | 1024 | 04/07/2025 |
| Nolan W. James; Kara M. James | 701 | 12/07/2025 |
| Olasubomi E. Solomon | 807 | 10/06/2023 |
| Olivia C. Geraci | 715 | 07/01/2024 |
| Omar N. Harris; Joseph F. Harris | 614 | 10/17/2025 |
| Orlando J. Avena | 619 | 04/11/2025 |
| Paola E. Cadena | 903 | 12/19/2025 |
| Paula D. Harer | 709 | 12/03/2025 |
| Prem J. Patel | 812 | 07/23/2022 |
| Preston R. Roberts | 511 | 08/09/2024 |
| Ray H. Herring | 723 | 04/22/2025 |
| Richard M. Trench; Kathleen E. Riggs | 915 | 07/24/2025 |
| Rodrigo P. Cazunga | 611 | 11/24/2025 |
| Ryan M. Riemer; Shreyant Koduru | 801 | 05/15/2025 |
| Samira Momen | 707 | 03/01/2025 |
| Sophia Rodriguez; Mahdi Alajmi | 706 | 12/01/2025 |
| Stone D. Williams | 917 | 06/01/2025 |
| Suranuch Buajan; Andrew Paterkiewicz | 516 | 05/24/2025 |
| Terry E. Byrd | 714 | 12/05/2025 |
| Terry R. Huber; Sandra K. Huber | 522 | 12/15/2025 |
| Thomas W. Ulmer | 912 | 06/11/2024 |
| Tia S. Smith | 712 | 06/05/2025 |
| Tracy J. Teng | 507 | 02/06/2026 |
| Velvet Canada | 818 | 08/01/2025 |
| Velvet Canada | 902 | 09/01/2024 |
| Velvet Canada | 908 | 04/04/2025 |
| Velvet Canada | 909 | 09/01/2024 |
| Venture Michiana, LLC | 607 | 04/15/2022 |
| Venture Michiana, LLC | 916 | 09/26/2025 |
| Venture Michiana, LLC | 920 | 06/15/2022 |
| Venture Michiana, LLC | 1008 | 09/05/2025 |
| William L. Findley; Lorena R. Findley | 922 | 04/21/2025 |
| Yiming (Thomas) Lu | 621 | 05/16/2025 |
| Zachary H. Shelor | 702 | 06/13/2025 |
| Zachery H. Smallwood; Elena G. Garcia | 713 | 07/20/2025 |

Residential Leases - Chronological Order by Unit #

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Kelvin M. Figueroa-Ibrahim | 502 | 07/30/2025 |
| Clayco, Inc. | 503 | 02/12/2024 |
| Alexander W. Craig | 504 | 08/07/2024 |
| Lori D. Bennett | 506 | 10/19/2023 |
| Tracy J. Teng | 507 | 02/06/2026 |
| Ashley T. Carter | 509 | 08/18/2025 |
| Luca R. Mcmanus; Grant D. Hedley | 510 | 06/01/2025 |
| Preston R. Roberts | 511 | 08/09/2024 |
| Clayco, Inc. | 513 | 01/17/2024 |
| Kyron V. Harris | 514 | 06/01/2025 |
| Cynda M. Jernstrom; Jay R. Jernstrom | 515 | 02/02/2022 |
| Suranuch Buajan; Andrew Paterkiewicz | 516 | 05/24/2025 |
| Joshua T. Hooten | 518 | 09/12/2025 |
| Kathleen K. Stewart | 519 | 04/24/2024 |
| Enid D. Morales; Camille I. Negron Morales | 520 | 06/15/2025 |
| Leizaira A. Romero | 521 | 03/17/2025 |
| Terry R. Huber; Sandra K. Huber | 522 | 12/15/2025 |
| Clayco, Inc. | 523 | 03/14/2024 |
| Clayco, Inc. | 601 | 05/06/2025 |
| Bianca C. Edelman | 602 | 08/19/2025 |
| James A. McMillan; Maura D. McMillan | 603 | 06/21/2025 |
| Jiarui Yang | 606 | 12/01/2025 |
| Venture Michiana, LLC | 607 | 04/15/2022 |
| Helena J. Phillips | 608 | 10/04/2022 |
| Jessica J. Geriane | 609 | 08/09/2025 |
| Colin M. Steiner | 610 | 06/30/2022 |
| Rodrigo P. Cazunga | 611 | 11/24/2025 |
| Edwin W. Huang | 612 | 07/31/2023 |
| Brad J. Petkac; Tyler J. Beaver | 613 | 11/23/2025 |
| Omar N. Harris; Joseph F. Harris | 614 | 10/17/2025 |
| Aleksandar Alavanja | 616 | 06/01/2022 |
| Matthew F. Brownsword; Stephanie Reyes | 617 | 07/27/2025 |
| Emile R. Pimentel; Nicole M. Martinez | 618 | 08/01/2024 |
| Orlando J. Avena | 619 | 04/11/2025 |
| Keon Keeley | 620 | 01/15/2026 |
| Yiming (Thomas) Lu | 621 | 05/16/2025 |
| Alyssa M. Wheatley; Hannah G. Gorden | 623 | 07/01/2025 |
| Nolan W. James; Kara M. James | 701 | 12/07/2025 |
| Zachary H. Shelor | 702 | 06/13/2025 |
| Annad Khraisat | 703 | 11/24/2025 |
| Daeyoung Kim | 704 | 10/20/2025 |
| Sophia Rodriguez; Mahdi Alajmi | 706 | 12/01/2025 |
| Samira Momen | 707 | 03/01/2025 |

Residential Leases - Chronological Order by Unit #

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Jasmine R. Torres; Heath A. Torres | 708 | 08/22/2025 |
| Paula D. Harer | 709 | 12/03/2025 |
| Michael Rosenberger; Clayco, Inc. | 710 | 01/17/2024 |
| Joseph M. Gazdick | 711 | 10/31/2024 |
| Tia S. Smith | 712 | 06/05/2025 |
| Zachery H. Smallwood; Elena G. Garcia | 713 | 07/20/2025 |
| Terry E. Byrd | 714 | 12/05/2025 |
| Olivia C. Geraci | 715 | 07/01/2024 |
| Jason E. Pensky | 717 | 04/01/2022 |
| Casey A. Miller | 718 | 07/19/2025 |
| Clayco, Inc. | 719 | 02/20/2024 |
| Mohit Suri | 720 | 05/30/2025 |
| Francis Francis | 721 | 01/16/2026 |
| Ray H. Herring | 723 | 04/22/2025 |
| Addison G. Fluent | 724 | 08/01/2025 |
| Ryan M. Riemer; Shreyant Koduru | 801 | 05/15/2025 |
| Carlos T. Henry | 802 | 01/23/2026 |
| Clayco, Inc. | 803 | 08/22/2024 |
| Erin M. McNulty | 804 | 06/26/2022 |
| Emmitt M. E. Furner II; Michele L. Furner | 805 | 06/13/2025 |
| Martin P. Barron | 806 | 05/01/2025 |
| Olasubomi E. Solomon | 807 | 10/06/2023 |
| Daniel Diaz; Esmeralda Diaz | 808 | 03/28/2024 |
| Lillian C. Morrell | 809 | 02/01/2025 |
| Minho Lee | 811 | 09/01/2025 |
| Prem J. Patel | 812 | 07/23/2022 |
| Devon B. Robbins; Portia M. Ayimbilla | 813 | 06/21/2025 |
| Alexandria B. Noble; William J. Steinbrecher | 814 | 08/06/2023 |
| Alla D. Kostylev; Anatoly Kostylev | 815 | 10/20/2025 |
| Jonathon D. Troyer | 816 | 06/01/2023 |
| Maria V. Barone | 817 | 07/01/2023 |
| Velvet Canada | 818 | 08/01/2025 |
| Joshua J. Williams | 819 | 06/13/2024 |
| Jameson D. Foran; Maria J. Pannapara | 820 | 08/06/2025 |
| John E. Goins | 821 | 08/13/2025 |
| Michael E. Norment; Toeanzar M. Norment | 822 | 08/15/2025 |
| Emigdio A. Larreal Baez; Angel E. Urdaneta Bermudez | 823 | 10/10/2025 |
| Michael B. Dimino | 824 | 03/28/2025 |
| Julia B. Lubitz; Jacob M. Halstead | 901 | 06/15/2025 |
| Velvet Canada | 902 | 09/01/2024 |
| Paola E. Cadena | 903 | 12/19/2025 |
| Clayco, Inc. | 904 | 03/05/2024 |
| Amari S. Patterson; Landen R. Juschka | 905 | 09/05/2025 |

Residential Leases - Chronological Order by Unit #

| Tenant | Unit # | Lease Start Date |
|---|---|---|
| Denis J. Lindquist | 906 | 04/20/2022 |
| Velvet Canada | 908 | 04/04/2025 |
| Velvet Canada | 909 | 09/01/2024 |
| Clayco, Inc. | 911 | 06/07/2024 |
| Thomas W. Ulmer | 912 | 06/11/2024 |
| Nestaye LLC | 913 | 09/08/2025 |
| Megan E. O'Malley | 914 | 06/30/2024 |
| Richard M. Trench; Kathleen E. Riggs | 915 | 07/24/2025 |
| Venture Michiana, LLC | 916 | 09/26/2025 |
| Stone D. Williams | 917 | 06/01/2025 |
| Esteban P. Leyva | 919 | 12/15/2025 |
| Venture Michiana, LLC | 920 | 06/15/2022 |
| Harold T. Burks; Karl R. Donald | 921 | 05/01/2025 |
| William L. Findley; Lorena R. Findley | 922 | 04/21/2025 |
| Darrell K. Galloway | 923 | 04/26/2025 |
| Dillon M. Dennison; Gabrielle L. Shearer | 924 | 05/31/2025 |
| John M. Young; Andrew J. Pascaris | 1001 | 06/01/2025 |
| Bobbie L. Barbary | 1002 | 03/01/2025 |
| Geoffrey R. Alexander | 1003 | 11/06/2025 |
| Dawn M. Territo; Stephen D. Territo | 1004 | 08/15/2024 |
| German A. Delgado; Enrique L. Campos; Albes G. Cano | 1005 | 07/08/2025 |
| Anthonie Knapp | 1006 | 02/19/2026 |
| Bobbie Barbary | 1007 | 06/03/2025 |
| Venture Michiana, LLC | 1008 | 09/05/2025 |
| Anthony Taborn | 1009 | 03/01/2025 |
| Jayden C. Sanders | 1010 | 01/16/2026 |
| Fred A. Parker; Anna B. Parker | 1012 | 06/13/2025 |
| Ashraf Assous | 1013 | 07/01/2024 |
| Michel A. Perez Baster | 1014 | 04/30/2025 |
| Jared A. Vogler | 1015 | 03/17/2023 |
| Clayco, Inc. | 1016 | 05/01/2024 |
| Juan P. Lobelo | 1017 | 05/14/2025 |
| Joseph D. Watson | 1021 | 10/01/2022 |
| Clayco, Inc. | 1022 | 04/25/2024 |
| Clayco, Inc. | 1023 | 06/20/2024 |
| Nicholas S. Edelen | 1024 | 04/07/2025 |