UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Matthews 350 E LaSalle, LLC
*Debtor(s)*

Commerce Center Development, LLC
*Debtor(s)*

Case No. 26-30288-pes
Chapter 11

(Jointly Administered)

## MOTION TO ASSUME UNEXPIRED GROUND LEASE BETWEEN DEBTORS

Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle ("**Matthews 350**"), and Commerce Center Development, LLC ("**CCD**", together, "**Debtors**") each as debtors and debtors-in-possession, by counsel, hereby move the Court for an Order authorizing Debtors to assume the Ground Lease (as defined herein) between them. In support of this Motion, Debtors state as follows:

### Jurisdiction, Venue, Statutory Basis

1.    This Court has jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334.

2.    This matter is a core proceeding under 28 U.S.C. § 157(b).

3.    Venue is proper in this Court under 28 U.S.C. § 1408 and 1409.

4.    The statutory and legal predicates for the relief sought in this Motion are 11 U.S.C. § 365, and Rule 6006 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").

### Background

5.    On March 10, 2026 (the "**Petition Date**"), Debtors each filed a Voluntary Petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy**

**Code**").

6.     Debtors continue to operate their business as a debtor-in-possession pursuant to Sections 1107(a) and 1108 of the Bankruptcy Code.

7.     CCD is the owner of, among other parcels, the following parcels of real estate located in St. Joseph County, Indiana, more particularly described as follows:

> Parcel I: Lot Numbered Three (3) in Commerce Center Minor Subdivision, as per plat thereof recorded December 30, 2019 as Instrument Number 2019-34703 in the Office of the Recorder of  Saint Joseph County, Indiana.
>
> Parcel II: Non-exclusive Easement for access as set forth in an instrument by and between Commerce Center Development, LLC and Matthews 350 E LaSalle LLC dated April 2, 2020 and recorded April 29, 2020 in Instrument Number 2020-10418 in the Office of the Recorder of Saint Joseph County, Indiana.

(the "**Real Estate**").

8.     Prior to the Petition Date, on October 30, 2019, Matthews 350, as tenant, and CCD, as landlord, entered into a certain Ground Lease for the Real Estate (the "**Ground Lease**"). A true and accurate copy of the Ground Lease is attached hereto as **Exhibit 1**.

9.     The Real Estate is a 144-unit multi-family mid/high rise property located at 300 East Lasalle Avenue in South Bend, Indiana, with commercial and residential tenants. The property consists of a single, 10-story apartment building. Improvements thereon were constructed in 2022 and are situated on a 0.79-acre site. The improved residential units were 84.7% leased as of March 9, 2026. The Real Estate also has 14,507 square feet of street-level retail space and 14,323 square feet of fourth-floor office space, and 202 structured parking spaces on multiple levels.

10.     On the Petition Date, Matthews 350 filed *Matthews 350 E LaSalle, LLC's*

*First Day First Omnibus Motion to Assume Unexpired Leases* [Filing No. 10] (the "**Residential Leases Assumption Motion**"), wherein Matthews 350 seeks to assume all of the residential leases between the residential tenants of the Real Estate and Matthews 350. The objection notice period on the Residential Leases Assumption Motion expired on April 3, 2026, however, an Order has not yet been entered on the Residential Leases Assumption Motion, so it remains pending.

11.     The Ground Lease has not expired.

12.     Matthews 350 is not in default under the Ground Lease.

### Requested Relief and Basis Therefor

13.     As part of Debtors' preparation for these cases and restructuring efforts, Debtors have determined that the Ground Lease is of significant value to their estates and their creditors, therefore, Debtors wish to assume the Ground Lease.

14.     By this Motion, Debtors seek an Order, pursuant to Section 365 of the Bankruptcy Code, authorizing Debtors to assume the Ground Lease as of the date of this Motion (the "**Effective Date**").

15.     Section 365(a) of the Bankruptcy Code provides, in pertinent part, that a debtor-in-possession, "subject to the court's approval, may assume or reject any executory contract or unexpired lease of debtor".

16.     A debtor's decision to assume or reject an executory contract or unexpired lease under § 365(a) of the Bankruptcy Code is governed by the business judgment rule. *Mission Product Holdings, Inc. v. Tempnology, LLC*, 139 S.Ct. 1652, 1658 (2019).

17.     "The bankruptcy court reviews the debtor's business judgment with respect to the proposed assumption to determine if it would be beneficial or burdensome to

3

assume the executory contract by evaluating whether assumption would serve the reorganization or whether it would take away funds available to other creditors." *In re UAL Corp.*, 635 F.3d 312, 319 (7th Cir. 2011).

18.    "Court approval of a debtor in possession's judgment that assumption of a lease is in the best interest of the debtor's business should not be withheld on the basis of a second-guessing of the debtor's judgment". *Allied Technology, Inc. v. R.B. Brunemann & Sons, Inc.*, 25 B.R. 484, 495 (Bankr. S.D. Ohio 1982). "As long as assumption of a lease appears to enhance a debtor's estate, Court approval of a debtor in possession's decision to assume the lease should only be withheld if the debtor's judgment is clearly erroneous, too speculative, or contrary to the provisions of the Bankruptcy Code, and particularly of 11 U.S.C. § 365." *Id.*

19.    "If a contract is profitable to a debtor, its assumption should be authorized." *In re National Sugar Refining Co.*, 26 B.R. 765, 767 (Bankr. S.D.N.Y. 1983) (citing 2 *Collier on Bankruptcy*, ¶ 365.03, pp. 365-13 et seq. (15th ed. 1981)).

20.    Here, Debtors have determined that assumption of the Ground Lease will benefit their estates by ensuring that Debtors' other profitable agreements remain in place, namely the residential leases sought to be assumed by the Residential Leases Assumption Motion, from which a significant amount of Debtors' revenue is generated.

21.    Therefore, Debtors' decision to assume the Ground Lease is an exercise of sound business judgment that will result in a joint benefit to Debtors and their bankruptcy estates.

22.    As such, Debtors respectfully request that the Court authorize Debtors to assume the Ground Lease as of the Effective Date.

**WHEREFORE**, Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, and Commerce Center Development, LLC, by counsel, respectfully request the Court enter an Order authorizing Debtors to assume, as of the Effective Date, the Ground Lease attached hereto as Exhibit 1, and granting Debtors all other just and proper relief.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 2700
Indianapolis, Indiana 46204
(317)  777-7443
wes@kgrlaw.com

*Counsel for Debtors and Debtors in Possession*

5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac**   mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri**   ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow**   chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin**   kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin**   lebbin@gmail.com
- **Ryan Murphy**   iumurphy19@gmail.com
- **Weston Erick Overturf**   woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop**   jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee**   USTPRegion10.SO.ECF@usdoj.gov

I further certify that on April 27, 2026, a copy of the foregoing was mailed by U.S. mail, postage prepaid, to the following:

Mailing Matrix attached hereto.[1]

/s/ Weston E. Overturf
Weston E. Overturf

---

[1] Parties who receive electronic service may not receive a paper copy.