UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Matthews 350 E LaSalle, LLC
*Debtor(s)*

Commerce Center Development, LLC
*Debtor(s)*

Case No. 26-30288-pes
Chapter 11

(Jointly Administered)

## ORDER GRANTING
## MOTION TO ASSUME UNEXPIRED GROUND LEASE BETWEEN DEBTORS

This matter, having come before the Court on the *Motion to Assume Unexpired Ground Lease Between Debtors* (the **"Motion"**), filed by Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, and Commerce Center Development, LLC, as debtors and debtors-in-possession (together, **"Debtors"**), requesting entry of an Order pursuant to 11 U.S.C. § 365, authorizing Debtors to assume the Ground Lease[1];

And the Court, being duly advised and seeing that no objections have been filed, now finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1.      Debtors are authorized to assume the Ground Lease;

2.      Debtors' assumption of the Ground Lease shall be deemed effective as of the date in which the Motion was filed (the **"Effective Date"**); and

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

SO ORDERED.

Dated: _____

_____
Judge, Northern District of Indiana
Bankruptcy Court

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings assigned to them in the Motion.