UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Matthews 350 E LaSalle, LLC
*Debtor(s)*

Commerce Center Development, LLC
*Debtor(s)*

Case No. 26-30288-pes
Chapter 11

(Jointly Administered)

### ORDER GRANTING
### MOTION TO ASSUME UNEXPIRED GROUND LEASE WITH
### COMMERCE CENTER OFFICE BUILDING LLC

This matter, having come before the Court on the *Motion to Assume Unexpired Ground Lease with Commerce Center Office Building LLC* (the "**Motion**"), filed by Commerce Center Development, LLC, as debtor and debtor-in-possession ("**Debtor**"), requesting entry of an Order pursuant to 11 U.S.C. § 365, authorizing Debtor to assume the Ground Lease[1] with CCOB;

And the Court, being duly advised and seeing that no objections have been filed, now finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1. Debtor is authorized to assume the Ground Lease with CCOB;

2. Debtor's assumption of the Ground Lease shall be deemed effective as of the date in which the Motion was filed (the "**Effective Date**"); and

3. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

SO ORDERED.

Dated: _____

_____
Judge, Northern District of Indiana
Bankruptcy Court

_____

[1] Capitalized terms used but not otherwise defined herein shall have the meanings assigned to them in the Motion.