**Matthews 350 E. LaSalle, LLC**
**Statement of Operations**
**March 2026**

**Operating Income & Expense**
 **Income**
  **Property Management Income**

| | |
|---|---:|
| Tenant Rent Income | $257,744.92 |
| Equipment Rental Income | ($1,200.00) |
| Application Fees Income | $540.00 |
| Insurance Services Fee Income | $6.00 |
| Pet Rent Income | $585.00 |
| Parking Rent Income | $500.00 |
| Termination Fee Income | $4,372.81 |
| Short Term Lease Fee Income | $1,000.00 |
| Month to Month Income | $638.71 |
| Rent Concessions Loss Income | $0.00 |
| **Total Property Management Income** | **$264,187.44** |
| **Reimbursement Income** | |
| Electric Reimbursement Income | $78.63 |
| Gas Reimbursement Income | $436.73 |
| Water & Sewer Reimbursement Income | $2,602.50 |
| Insurance Reimbursement Income | $21.00 |
| Trash Reimbursement Income | $532.53 |
| Apartment Turnover Reimbursement Income | $1,444.99 |
| **Total Reimbursement Income** | **$5,116.38** |
| Late Fee Income | $1,305.24 |
| Miscellaneous Income | $258.00 |
| NSF Fee Income | $0.00 |
| **Total Operating Income** | **$270,867.06** |
| **Expense** | |
| Advertising & Promotion | $12,769.65 |
| Tenant Relations | $1,098.28 |
| Dues and Subscriptions | $351.00 |
| Equipment & Infrastructure | $0.00 |
| Acquisitions and Marketing | $0.00 |
| **Fees** | |
| Bank Charges | $57.62 |
| **Total Fees** | **$57.62** |
| Information Technology | $233.28 |
| **Insurance Expense** | |
| Property & Liability Insurance Expense | $0.00 |
| **Total Insurance Expense** | **$0.00** |
| **Management & Professional Services** | |
| Accounting | $2.37 |
| Bookkeeping | $0.00 |
| Property Manager | $0.00 |
| Leasing Assistant | $4,813.12 |

| | |
|---|---:|
| **Total Management & Professional Services** | **$4,815.49** |
| Legal Fees - Operating | $429.00 |
| Move Out Expense Unit Turnover | $1,757.35 |
| Appliance Repairs | $500.33 |
| Cleaning Services | $2,256.32 |
| Cleaning Supplies | $16.14 |
| Electrical Repairs | $135.14 |
| Elevator Maintenance - Contract | $1,135.00 |
| Elevator Maintenance - Other | $0.00 |
| **Exterior Building Maint.** | |
|    Roof Repairs | $0.00 |
| **Total Exterior Building Maint.** | **$0.00** |
| Parking Lot Repairs | $299.40 |
| Ceiling Tiles | $0.00 |
| Fire Protection - Contract | $0.00 |
| Fire Protection - Other | $741.20 |
| General Maintenance Repairs | $1,824.79 |
| Grounds Maintenance | $2,376.59 |
| HVAC Repairs | $5,233.05 |
| Keys & Locks | $1,780.37 |
| Lighting | $0.00 |
| Painting | $731.67 |
| Pest Control | $313.40 |
| Plumbing Expense | $1,244.98 |
| Snow Removal | $1,886.47 |
| Window Cleaning | $0.00 |
| Windows & Doors | $132.66 |
| Office Supplies & Expenses | $0.00 |
| **Real Estate Property Tax** | |
|    Real Estate Property Tax Abatement | $0.00 |
| **Total Real Estate Property Tax** | **$0.00** |
| **Utilities Expense** | |
|    Electricity Expense | $10,041.79 |
|    Gas Expense | $541.08 |
|    Water & Sewer Expense | $3,570.27 |
|    Trash & Recycling Services Expense | $729.80 |
|    Electricity - Vacant Expense | $505.44 |
| **Total Utilities Expense** | **$15,388.38** |
| **Total Operating Expense** | **$57,507.56** |
| | |
| **NOI - Net Operating Income** | **$213,359.50** |
| | |
| **Other Income & Expense** | |
|   **Other Expense** | |
|    Tax Return Preparation & Consultation | $14,840.00 |
|   **Interest Expense on Loans** | |
|    Key Bank Interest Expense | $141,382.98 |
|   **Total Interest Expense on Loans** | **$141,382.98** |
|   Bad Debt Expense | $8,168.02 |

| | |
|---|---|
| Penalties & Fines Expense | $0.00 |
| Interest Expense | $0.00 |
| Closing Costs | $0.00 |
| **Miscellaneous Expenses** | |
| Outside Services One-time Cost | $30,000.00 |
| Disaster Cleanup | $2,505.00 |
| Late Fee Expense | $0.00 |
| Reimbursable Expenses | $0.00 |
| **Total Miscellaneous Expenses** | **$32,505.00** |
| **Capital Expense** | |
| Capital Improvements - General | $5,314.15 |
| Capital Improvements - Appliances | $1,689.51 |
| Capital Improvements - Painting | $2,890.00 |
| Capital Improvements -  HVAC | $267.23 |
| **Total Capital Expense** | **$10,160.89** |
| Suspense | $888.90 |
| **Total Other Expense** | **$207,945.79** |
| | |
| **Net Other Income** | **($207,945.79)** |
| | |
| Total Income | $270,867.06 |
| Total Expense | $265,453.35 |
| | |
| **Net Income** | **$5,413.71** |