Matthews 350 E. LaSalle, LLC
March 2026 MOR

# Attachment
# Part 7 (a)

| Date | Payee | Amount Paid |
|------|-------|-------------|
| 3/10/2026 | KeyBank National Association | $141,382.98 |