# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**South Bend Division**

In Re: Debtor(s) (name(s) and address)    )
Matthews 350 E LaSalle LLC et al.    )
dba 300 E LaSalle, dba 300 East LaSalle    )
83–2322706    ) Case Number: 26–30288–pes
401 E. Colfax Ave., Suite 277    ) (Jointly Administered)
South Bend, IN 46617    )
    )
    )
    )
    )
    )
    ) Chapter: 11
    )
    )
    )
    )
    )
    )

## NOTICE OF DOCKET ENTRY

On May 6, 2026 , the following entry was made on the docket in this case:

Docket Entry (related document(s)61 Notice of Appearance filed by DMTM, Inc). (mkp)

<u>Amber E. Craig</u>
Clerk, United States Bankruptcy Court

Document No. 90 – 61