# Notice Recipients

District/Off: 0755–3          User: admin                    Date Created: 5/6/2026
Case: 26–30288–pes          Form ID: 293                   Total: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277      South Bend, IN 46617
16244675    DMTM Inc      401 E Colfax Ave      Ste 277      South Bend, IN 46617

                                                                         TOTAL: 2