# Notice Recipients

District/Off: 0755–3           User: admin                    Date Created: 5/7/2026
Case: 26–30288–pes            Form ID: pdf004                Total: 2


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC       401 E. Colfax Ave., Suite 277      South Bend, IN 46617
16244670    Commerce Center Development LLC      401 E Colfax Ave       Ste 277      South Bend, IN 46617

TOTAL: 2