### AFFIDAVIT OF DELIVERY

Jody O. Fraleigh, affirms and states the following:

1. I am a competent adult, over 18 years of age, and I have personal knowledge of the matters described in this Affidavit.

2. I am employed as a Paralegal with the law firm of THK Law LLP.

3. On January 12, 2023, I hand-delivered the letter attached as Exhibit A to this Affidavit to the following address(es):

> Lebbin Law Office
> ATTN: Marcellus M. Lebbin
> 401 E. Colfax Ave., Suite 180, Box #2
> South Bend, IN 46617
>
> Commerce Center Development, LLC
> 401 E. Colfax Ave., Ste 277
> South Bend, IN 46617

4. I also delivered a third original of the same letter to May Oberfell Lorber, ATTN: Marcellus M. Lebbin, 4100 Edison Lakes Parkway, Suite 100, Mishawaka, Indiana 46545. However, May Oberfell Lorber refused to accept the service of the letter, because Attorney Lebbin no longer works there.

5. I also tried delivering a fourth original of the same letter to Commerce Center Development, LLC, ATTN: David M. Matthews, 121 S. Niles Ave., South Bend, IN 46617 but the office there was vacated.

I affirm under the penalties for perjury that the foregoing representations are true.

Date:  1-13-2023

Jody O. Fraleigh

Exhibit A
Page 1 of 1