UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

| | |
|---|---|
| Matthews 350 E LaSalle, LLC | Case No. 26-30288-pes |
| *Debtor(s)* | Chapter 11 |
| Commerce Center Development, LLC | |
| *Debtor(s)* | (Jointly Administered) |

## AFFIDAVIT OF KATLYN M. FOUST HUNNESHAGEN

Katlyn Foust Hunneshagen, being first duly sworn upon his oath, deposes and states:

1.      That I am over the age of twenty-one (21) years.

2.      That I am of sound mind and have never been adjudicated incompetent and am not now incompetent.

3.      I am familiar with and have personal knowledge of the facts herein and if called as a witness in this matter could competently testify as to the matters set forth herein.

4.      I am admitted to practice and am in good standing in the following jurisdictions: State of Indiana; State of Michigan; U.S. District Court, Northern District of Indiana; U.S. District Court, Southern District of Indiana; and 7th Circuit Court of Appeals.

5.      I presently hold the position of Partner in the law firm of May Oberfell Lorber, LLP.

1

Exhibit B

6.      Since 2015, I have been engaged in the practice of law with an extensive background in commercial law.  I have extensive experience in litigating commercial and various matters in the state and federal courts in several counties throughout Indiana and Michigan.

7.      For approximately the past ten (10) years I have practiced law in the South Bend/Mishawaka, Indiana area and am familiar with what are considered reasonable billing practices.

8.      In 2016, I assisted in preparing and drafting a lease for 701 Niles, LLC ("701 Niles") to lease the property now commonly known as the Niles Avenue Dog Park from the City of South Bend.

9.      I have reviewed my billings for that work and found that I spent 2.6 hours on the matter. While I acted on behalf of 701 Niles, the invoice for the amount due was sent to Matthew,s LLC. I had no other interaction with Matthews, LLC.

10.      I do not recall ever having any personal interaction with Mr. Matthews, via email or any other medium of communication.

11.      I have no knowledge of representing Mr. Matthews or any entity in which he is an owner, agent, or manager outside of the above-referenced work performed.

Further, your Affiant sayeth naught.

I swear or affirm under the penalties for perjury that the foregoing representations are true.

2

Exhibit B

Dated: ___May 19_____, 2026                    _____
                                                 Katlyn M. Foust Hunneshagen

3

Exhibit B