Filed: 11/11/2019 1:16 PM
St. Joseph Superior Court 5
St. Joseph County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA ) | | ST. JOSEPH SUPERIOR COURT |
| )SS: | | |
| COUNTY OF ST. JOSEPH ) | | |

| | | |
|---|---|---|
| THE RESIDENCES AT IVY QUAD UNIT OWNERS ASSOCIATION, INC., | ) ) ) | |
| Plaintiff, | ) ) | Cause No.71D05-1803-PL-000105 |
| v. | ) ) ) | |
| IVY QUAD DEVELOPMENT, LLC, JOHN WARD CONCRETE, INC. d/b/a JW CONCRETE AND EXCAVATION, MATTHEWS, LLC, DMTM, INC., DAVID MATTHEWS, VELVET CANADA, TODD MILLER and JM QUALITY CONSTRUCTION, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY

COME NOW Defendants, Matthews, LLC, DMTM, Inc., David Matthews and Velvet Canada, by counsel, and advise the court that on November 5, 2019 the Plaintiff filed an Involuntary Chapter 7 Bankruptcy of Ivy Quad Development, LLC (See attached Exhibit "A").

That as a result of that filing, this matter is automatically stayed under the provisions of 11 U.S.C. § 362 against Ivy Quad Development, LLC.

HUNT SUEDHOFF KALAMAROS LLP

*/s/ Philip E. Kalamaros*
Philip E. Kalamaros #11722-71
*Attorney for Defendants Matthews LLC, DMTM, Inc., David Matthews and Velvet Canada*
301 State Street, PO Box 46
Saint Joseph, MI 49085
Tel: 269.983.4405

1

Exhibit C
Page 1 of 2

## CERTIFICATE OF SERVICE

I hereby certify that on November 11, 2019, I electronically transmitted the foregoing document to the Clerk's Office using the E-File System for filing and transmittal of a Notice of Electronic Filing to all counsel and parties of record.

*/s/ Philip E. Kalamaros*
Philip E. Kalamaros

2

Exhibit C
Page 2 of 2