Filed: 10/16/2020 11:06 AM
St. Joseph Superior Court 5
St. Joseph County, Indiana

STATE OF INDIANA

ST. JOSEPH SUPERIOR COURT

CAUSE NO. 71D05-1803-PL-000105

The Residences at Ivy Quad Unit
Owners Association, Inc.
PLAINTIFF

−v−

Ivy Quad Development, LLC and
John Ward Concrete d/b/a JW Concrete
and Excavation, Matthews LLC,
DMTM Inc., David Matthews, Velvet
Canada, Todd Miller, and JM Quality
Construction, LLC
DEFENDANTS

## APPEARANCE

Party Classification:  Initiating ☐ Responding ☒ Intervening ☐

1.  Please enter our appearance for the Trustee of Defendant, Ivy Quad Development LLC.

2.  Our attorney information for service under Ind. T.R. 5(B)(2) and for case information under Ind. T.R. 3.1 and 77(B) is:

Jacqueline Sells Homann | 15462-71

**JONES OBENCHAIN, LLP**

600 KeyBank Building
202 South Michigan Street
Post Office Box 4577
South Bend, Indiana 46634-4577
574.233.1194 ext. 109 | 574.233.8957 fax
jsh@jonesobenchain.com

J. Thomas Vetne | 19606-64

**JONES OBENCHAIN, LLP**

600 KEYBANK BUILDING
202 SOUTH MICHIGAN ST.
POST OFFICE BOX 4577
SOUTH BEND, IN 46634-4577

574.233.1194 EXT. 141 | 574.233.8957 FAX

jtv@jonesobenchain.com

Exhibit D

CAUSE NO. 71D05-1803-PL-000105

IMPORTANT: Each attorney specified on this appearance:

(a)     certifies that the contact information listed for him on the Indiana Supreme Court Roll of Attorneys is current and accurate as of the date of this Appearance;

(b)     *acknowledges that all orders, opinions, and notices from the court in this matter that are served under Trial Rule 86(G) will be sent to the attorney at the email address(es) specified by the attorney on the Roll of Attorneys regardless of the contact information listed above for the attorney;* and

(c)     understands that he is solely responsible for keeping his Roll of Attorneys contact information current and accurate under Ind. Admis. Disc. R. 2(A).

Attorneys can review and update their Roll of Attorneys contact information on the Courts Portal at http://portal.courts.in.gov

3.      This is a PL case type as defined in administrative rule 8(B)(3).

4.      This case *does not involve* child-support issues.

5.      This case *does not* involve protection-from-abuse orders, workplace-violence restraining orders, or no–contact orders.

6.      This case *does not* involve a petition for involuntary commitment.

7.      There are *no* related cases.

8.      Additional information required by local rule: The provisions of Ind. T.R. 5 and 6 concerning time will be adhered to notwithstanding facsimile service.

9.      There are no other party members.

10.     This form has been served on all other parties and certificate of service is attached.

/s/ Jacqueline Sells Homann
Jacqueline Sells Homann, Attorney at Law
(Attorney information shown above)

/s/ J. Thomas Vetne
J. Thomas Vetne, Attorney-at-Law
(Attorney information shown above)

CAUSE No. 71D05-1803-PL-000105

CERTIFICATE OF SERVICE

On October 16, 2020, I served this appearance on the following via the court's electronic filing system:

| | |
|---|---|
| Jeffery A. Johnson<br>Daniel Robert Appelget<br>Sean M. Towner<br>MAY OBERFELL LORBER<br>jjohnson@maylorber.com<br>dappelget@maylorber.com<br>stowner@maylorber.com<br>*Attorneys for Defendant,*<br>*Ivy Quad Development, LLC* | David L. Taylor<br>Jerry M. Padgett<br>Jonathon B. Snider<br>TAYLOR DeVORE P.C.<br>dtaylor@taylorlitigation.com<br>jpadgett@taylorlitigation.com<br>*jsnider@taylorlitigation.com*<br>*Attorneys For Defendant,*<br>*John Ward Concrete, Inc. d/b/a*<br>*JW Concrete and Excavation* |
| Philip E. Kalamaros<br>HUNT SUEDHOFF KALAMAROS LLP<br>pkalamaros@hsk-law.com<br>*Attorney for Defendants, Matthews*<br>*LLC, DMTM, Inc. David Matthews*<br>*and*<br>*Velvet Canada* | Michael C. Ross<br>BARRETT McNAGNY, LLP<br>mcr@barrettlaw.com<br>*Attorney for JM Quality*<br>*Construction, LLC* |
| Joseph C. Chapelle<br>Caitlin S. Schroeder<br>Bart A. Karwath<br>Alyssa C. Hughes<br>Alissa C. Wetzel<br>Laura E. Gorman<br>BARNES & THORNBURG, LLP<br>jchapelle@btlaw.com<br>cschroeder@btlaw.com<br>bkarwath@btlaw.com<br>ahughes@btlaw.com<br>awetzel@btlaw.com<br>laura.gorman@btlaw.com<br>Attorneys for Plaintiff | Vincent M. Campiti<br>NEMETH FEENEY MASTERS &<br>CAMPITI P.C.<br>vcampiti@campitilaw.com<br>*Attorneys for Defendant,*<br>*John Ward Concrete, Inc. d/b/a*<br>*JW Concrete and Excavation* |
| Peter M. Yarbro<br>HAINS LAW FIRM, LLP<br>pyarbro@hainslawfirm.com<br>*Attorney for Todd Miller* | |

*/s/ Jacqueline Sells Homann*
Jacqueline Sells Homann