Page 1

UNITED STATES

BANKRUPTCY COURT

MATTHEWS 350 EAST LASALLE, LLC,       Case No.

jointly with COMMERCE CENTER          26-bk-30288;

DEVELOPMENT.                          26-bk-30289

_____

341 Meeting for Matthews 350 Part 2

April 21, 2026

Transcribed by Andrea Filar, CSR-8349

Exhibit E
Page 1 of 4

Page 14

physically attached?

A.  There's a potential -- I mean yes.

Q.  Okay.  I do see that there are a lot of residential leases.  Several of the tenants are listed multiple times.  For example, it looks like Velvet Canada(ph) has four separate residential leases on four different units. Is, do you know if that's accurate?

A.  That sounds correct.

Q.  And what is your relationship to this particular tenant?

A.  How detailed -- Anthony, how detailed should I get?

MR. CARRERI:  Sorry, I was on mute.  I mean he's a tenant.  I don't know what, if the question is Velvet Canada is an insider?

THE WITNESS:  We have a personal relationship as well.  She's not an insider but we have a personal relationship.

MR. CARRERI:  Right.

Q.  (Continuing by Ms. Iskin)  Is she legally married to you?

A.  She is not.

Q.  And does she actually pay the rent for the four units that she resides inside of?

A.  I don't know how to answer that question.  Resides inside of?

Q.  Well you list four resident -- separate residential leases for her.

Page 15

A.   I do.

Q.   And they are specifically stated as residential.

A.   Yes.

Q.   So --

A.   That is correct.

Q.   -- does she pay the rent on the four units that she is renting?

A.   She does.

Q.   Okay.  And on your bankruptcy schedules you do list that DMTM is an affiliate, is that correct?

A.   Yes.

Q.   Just flipping through some paperwork here, so please bear with me.  Does the debtor charge rent to all of its insider entities that have space inside of the property?

A.   No.

Q.   So the, there are several insiders that also have space that are within the property and they, do they just get to use, use the space at will without paying rent is my question?

              MR. CARRERI:  Which insiders are you referring to?

              MS. ISKIN:  Well it looks like DMTM is within the property, Mr. Matthews also has an address inside of it I believe.

              MR. CARRERI:  (Inaudible.)

Page 20

CERTIFICATE

STATE OF MICHIGAN

COUNTY OF MACOMB

I, Andrea Filar, C.S.R. and Notary Public in and for the County of Macomb, State of Michigan, do hereby certify that the attached is a true, correct, and complete transcript of my stenographic notes taken at the time and place hereinbefore stated and they were transcribed upon a computer under my direct supervision. The undersigned assumes no responsibility for copies not made under my direction or control.

*Andrea Filar Scheer*

Andrea Filar, CSR - 8349

Notary Public, Macomb County

My Commission Expires:  10-01-2028