UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

*In Re:*

    MATTHEWS 350 E LASALLE LLC,
      *Debtor.*

    COMMERCE CENTER DEVELOPMENT, LLC,
      *Debtor.*

Case No.: 26-30288-pes
Chapter 11

(Jointly Administered)

**Order Setting Status Hearing on Motion to Disqualify May Oberfell Lorber LLP**

The Court sets Debtor's Motion to Disqualify May Oberfell Lorber LLC for status hearing on **June 3, 2026** at **10:30 a.m.** eastern time, in Room 202, 401 S. Michigan Street, South Bend, Indiana.

SO ORDERED.

Dated: <u>May 27, 2026</u>

*Paul E. Singleton*
_____
Paul E. Singleton, Judge
United States Bankruptcy Court