# Notice Recipients

District/Off: 0755–3          User: admin                  Date Created: 5/27/2026
Case: 26–30288–pes           Form ID: pdf004              Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277      South Bend, IN 46617

                                                                        TOTAL: 1