UNITED STATES BANKRUPTCY COURT
NOTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:                                    )
                                                     )
    Matthews 350 E LaSalle, LLC          )        Case No. 26-30288-pes
        Debtor(s)                    )        Chapter 11
                                                     )
    Commerce Center Development, LLC     )        (Jointly Administered)
        Debtor(s)                    )

## APPEARANCE

R. Daniel Faust, of the law firm of Stoll Keenon Ogden PLLC, and pursuant to Fed.R.Bankr.P. 9010 and N.D. Ind. B-9010-2, hereby provides notice of his appearance in the above-captioned bankruptcy case on behalf of Creditor, FORUM Credit Union and requests documents filed in this case be given and served upon him at the following:

    STOLL KEENON OGDEN, PLLC
    334 N. Senate Avenue
    Indianapolis, IN 46204
    Office: 317-464-1100
    Fax: 317-464-1111
    dan.faust@skofirm.com

The undersigned authorizes service by e-mail at the above address.

Respectfully submitted,


/s/ R. Daniel Faust
R. Daniel Faust (28556-53)
*Counsel for FORUM Credit Union*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's

ECF electronic filing system on May 29, 2026.


/s/ R. Daniel Faust
R. Daniel Faust (28556-53)
*Counsel for FORUM Credit Union*