# Notice Recipients

| District/Off: 0755–3 | User: admin | Date Created: 6/3/2026 |
|---|---|---|
| Case: 26–30288–pes | Form ID: pdf004 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| db | Matthews 350 E LaSalle LLC | 401 E. Colfax Ave., Suite 277 | South Bend, IN 46617 |
|---|---|---|---|

TOTAL: 1