UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC, *et al.,*[1] | ) | Case No. 26-30288 |
| | ) | |
| | ) | (Joint Administration Requested) |
| Debtors. | ) | |

## ORDER GRANTING MATTHEWS 350 E LASALLE, LLC'S FIRST DAY FIRST OMNIBUS MOTION TO ASSUME UNEXPIRED LEASES

This matter, having come before the Court on *Matthews 350 E Lasalle, LLC's First Day First Omnibus Motion to Assume Unexpired Leases* (the "**Motion**"), filed by Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle, as debtor and debtor-in-possession ("**350 E Lasalle**"), requesting entry of an Order pursuant to 11 U.S.C. § 365, authorizing to assume the Residential Leases[2];

And the Court, being duly advised and seeing that no objections have been filed, now finds that the Motion should be, and hereby is, **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that:

1.      350 E Lasalle is authorized to assume the Residential Leases;

2.      350 E Lasalle's assumption of the Residential Leases shall be deemed effective as of the date in which the Motion was filed (the "**Effective Date**"); and

3.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

SO ORDERED.

Dated:    June 3, 2026

*Paul E. Singleton*
Judge, Northern District of Indiana
Bankruptcy Court

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Matthews 350 E Lasalle LLC d/b/a 300 E. Lasalle d/b/a 300 East Lasalle (2706); and Commerce Center Development, LLC (9882).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings assigned to them in the Motion.