# Notice Recipients

District/Off: 0755–3                 User: admin                    Date Created: 6/3/2026
Case: 26–30288–pes                   Form ID: pdf004                Total: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277      South Bend, IN 46617
16244670    Commerce Center Development LLC      401 E Colfax Ave      Ste 277      South Bend, IN 46617

                                                                                    TOTAL: 2