UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Matthews 350 E LaSalle, LLC
     *Debtor(s)*

Commerce Center Development, LLC
     *Debtor(s)*

Case No. 26-30288-pes
Chapter 11

(Jointly Administered)

## NOTICE OF NO INTENT TO REPLY TO OBJECTION TO MOTION TO DISQUALIFY

Debtors, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC (together, "**Debtors**"), by counsel, submits this *Notice* to the Court that Debtors do not intend to reply to the Objection to Motion to Disqualify [Filing No. 100] filed on May 19, 2026 by The Redevelopment Commission of the City of South Bend, Indiana.

Respectfully submitted,

*/s/ Weston E. Overturf*

Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317)  692-9000
jmizzell@kgrlaw.com

*Counsel for Debtors and Debtors in Possession*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 4, 2026, a copy of the foregoing was filed  electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac**    mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri**    ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow**    chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin**    kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin**    lebbin@gmail.com
- **Ryan Murphy**    iumurphy19@gmail.com
- **Weston Erick Overturf**    woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop**    jennifer.prokop@usdoj.gov, jwprokop@yahoo.com

- **United States Trustee**    USTPRegion10.SO.ECF@usdoj.gov

I hereby certify that on June 4, 2026, a copy of the foregoing was mailed by U.S. mail, postage prepaid, to the following:

NONE

/s/ Weston E. Overturf
Weston E. Overturf