UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| *IN RE:*<br><br>MATTHEWS 350 E LASALLE LLC,<br>     *Debtor.*<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>     *Debtor.* | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order Addressing: (1) Motion to Use Cash Collateral [Doc 7]; (2) Motions to Assume Unexpired Leases [Docs 81, 83]; (3) Motion to Disqualify [Doc 85]; (4) Oral Request to Extend Exclusivity Period to July 28, 2026**

On June 3, 2026, the Court held a hearing on:

(1)     Doc 7: Debtors Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC's ("CCD") Motion to Use Cash Collateral;

(2)     Doc 81: Motion to Assume Unexpired Ground Lease Between Debtors and Doc 96: Creditor Redevelopment Commission of the City of South Bend, Indiana Objection to Doc 81; Doc 83: CCD's Motion to Assume Unexpired Lease with Commerce Center Office Building LLC and Doc 97, the Redevelopment Commission's Objection to Doc 83; and

(3)     Doc 85, Debtors' Motion to Disqualify May Overfell Lorber LLP and Doc 100: May Oberfell's Response.

(4)     Debtors' Oral Request to Extend the Exclusivity Period

**Appearances**

The following appeared in the courtroom:

- On Debtors' behalf: Anthony Thomas Carreri and Weston Erick Overturf

- Debtors also appeared by their corporate representative David Matthews.

- On the Redevelopment Commission's behalf: Katherine Everett Iskin and Matthew Anderson

- On FORUM Credit Union's behalf: Raymond Daniel Faust

- Christopher C. Hagenow appeared on KeyBank National Association's behalf via Microsoft Teams.

The Court ORDERS the following:

**(1) Motion to Use Cash Collateral [Doc 7]**

The Court approves, by separate order, Debtors' Third Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors. [Doc 114];

**(2) Motions to Assume unexpired leases [Doc 81 and Doc 83] and the objections to those motions [Doc 96 and Doc 97]**

The Debtors and the Redevelopment Commission must complete the Report attached to this Order. For the parties' convenience, the Court is emailing a copy of the document in word format.

**(3) Debtors' Motion to Disqualify [Doc 85] and May Oberfell's Response [Doc 100]**

Debtors' deadline to Reply is **June 5, 2026**.

**(4) Debtors' Request to Extend Exclusivity Period**

In open court, Debtors moved to extend the 120-day exclusivity period under 11 U.S.C. 11121(b). The Court grants their request. Accordingly, the exclusivity period is extended to **July 28, 2026**.

SO ORDERED.

Date: June 8, 2026

*Paul E. Singleton*

PAUL E. SINGLETON
*United States Bankruptcy Judge*

-2-

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE:<br><br>MATTHEWS 350 E LASALLE LLC,<br>    *Debtor.*<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>    *Debtor.* | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Parties' Report on Motions to Assume Unexpired Leases [Docs 81 and 83] and the Objections to those Motions [Docs 96 and 97]**

The attorneys for the parties met via (*select as appropriate:* telephone, in person, electronic mail) and completed this Report.

**(1)    Participation**

_____ participated for Debtors Mathews 350 E. LaSalle LLC and Commerce Center Development, LLC, and _____ participated for Creditor Redevelopment Commission of the City of South Bend, Indiana.

**(2)    Discovery/Exchange Information**

(a)    Creditor will request the information it seeks from Debtors on or before: _____.

(b)    Debtors will give all written documents to Creditor on or before: _____.

(c)    Other information regarding discovery:

If the parties are able to resolve the objections to the motions, without a trial, they will do so by filing an agreed order on or before: _____.

**(3)    Evidentiary Heairng**

If an evidentiary hearing becomes necessary, the parties understand that the Court is ordering the following:

    **(a)**    **Exhibits:**

        (1)    *Labeling exhibits:* _____ will use numbers for its exhibits and _____ will use letters.

        (2)    *Exchanging exhibits:* The parties must exchange exhibits at least **fourteen (14) days** before the hearing. The Court may decline to consider exhibits not previously disclosed to the opposing party.

        (3)    *Filing exhibits:* The parties must file their exhibits **seven (7) days** before the hearing.

        (4)    *Hard copies of exhibits:* The parties must bring **two (2) copies** of their exhibits to the hearing. One copy will be for the Court. The other will be for the witnesses.

        (5)    *Voluminous pages:* For documents with several pages, the parties must specify which pages, paragraphs, or sections they desire the Court to consider. If the Court takes the case under advisement, the Court may decline to consider any portions of the exhibits the parties did not identify in court.

        (6)    *Exhibits used for impeachment:* Exhibits used exclusively for impeachment purposes are not required to be disclosed.

        (7)    *Exhibit chart:* The parties must file a chart indicating whether the parties stipulate to the exhibit's admission at least **seven (7) days** before the hearing. The chart should look substantially like the one below.

| Exhibit No. or Letter | Date Disclosed | Brief Description | Stipulation to Admission? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

| Exhibit No. or Letter | Date Disclosed | Brief Description | Stipulation to Admission? |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**(b)** **Witnesses:**

(1) *Direct Testimony by Affidavit:* The parties must submit any direct testimony from themselves and any witness under their control (including experts) by affidavit signed by the witness(es).  Affidavits must be filed with the Court at least **14 days** before the hearing. Any witness for whom an affidavit of direct testimony has been filed must appear at the trial for cross-examination. Any witness who did not submit an affidavit will not be allowed to testify.

(2) *Impeachment:* Witnesses used exclusively for impeachment purposes are not required to be disclosed.

(3) *Witness Appearance:* Witnesses must appear in person. The Court will not allow witnesses to testify electronically – **unless both parties agree otherwise.**

(4) *Witness Chart Filed Jointly:* The parties must file a joint chart substantially similar to the one below at least **seven (7) days** before the hearing.

| Witness Name | General Nature of Testimony | Expert's General Qualifications | Objections |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

| Witness Name | General Nature of Testimony | Expert's General Qualifications | Objections |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**(c)     Pretrial Briefs:**

Any pretrial briefs must be 10 pages or less and filed at least **seven (7) days**

before the hearing.

**(d)     Stipulation of facts:** The parties stipulate to the following
facts:

- 
- 
- 

**(e)     Contentions**: The parties' contentions are as follows:

- 
- 
- 

**(f)     Statement of Core Proceeding or Noncore Proceeding**:
Include a brief statement about whether this is a core or noncore
proceeding.

**(g)     Other information one or more of the parties would like
the Court to know**:

-7-

Respectfully submitted,

_____          _____

Attorney for Matthews 350 E          Attorney for Redevelopment
LaSalle LLC and Commerce             Commission of the City of South Bend,
Center Development, LLC              Indiana


_____          _____

Attorney for Matthews 350 E          Attorney for Redevelopment
LaSalle LLC and Commerce             Commission of the City of South Bend,
Center Development, LLC              Indiana


Approved and Adopted by the Court on: _____


                                   _____

                                   Judge, United States Bankruptcy Court

-7-