# Notice Recipients

District/Off: 0755–3          User: admin                    Date Created: 6/8/2026

Case: 26–30288–pes           Form ID: pdf004                Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db          Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277       South Bend, IN 46617

TOTAL: 1