# Notice Recipients

District/Off: 0755−3               User: admin                    Date Created: 6/12/2026
Case: 26−30288−pes                Form ID: pdf004                 Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277       South Bend, IN 46617

                                                                                          TOTAL: 1