**Matthews 350 E. LaSalle, LLC**
**Statement of Operations**
**May 2026**

**Operating Income & Expense**

**Income**

**Property Management Income**

| | |
|---|---|
| Tenant Rent Income | $251,591.25 |
| Equipment Rental Income | $445.00 |
| Application Fees Income | $1,080.00 |
| Insurance Services Fee Income | $0.00 |
| Pet Rent Income | $1,140.00 |
| Parking Rent Income | $400.00 |
| Termination Fee Income | $1,323.00 |
| Short Term Lease Fee Income | $1,493.00 |
| Month to Month Income | $600.00 |
| Rent Concessions Loss Income | $0.00 |
| **Total Property Management Income** | **$258,072.25** |

**Reimbursement Income**

| | |
|---|---|
| Electric Reimbursement Income | $0.00 |
| Gas Reimbursement Income | $187.96 |
| Water & Sewer Reimbursement Income | $2,114.06 |
| Insurance Reimbursement Income | $0.00 |
| Trash Reimbursement Income | $578.28 |
| Apartment Turnover Reimbursement Income | $1,348.35 |
| **Total Reimbursement Income** | **$4,228.65** |
| Late Fee Income | $1,000.49 |
| Miscellaneous Income | $4.00 |
| NSF Fee Income | $150.00 |
| **Total Operating Income** | **$263,455.39** |

**Expense**

| | |
|---|---|
| Advertising & Promotion | $1,757.34 |
| Tenant Relations | $1,034.66 |
| Dues and Subscriptions | $352.00 |
| Equipment & Infrastructure | $0.00 |
| Acquisitions and Marketing | $0.00 |

**Fees**

| | |
|---|---|
| Online Processing Fees & Credit Card Fees | $2.50 |
| Bank Charges | $63.69 |
| **Total Fees** | **$66.19** |
| Information Technology | $0.00 |

**Insurance Expense**

| | |
|---|---|
| Property & Liability Insurance Expense | $8,385.09 |
| **Total Insurance Expense** | **$8,385.09** |

**Management & Professional Services**

| | |
|---|---|
| Accounting | $0.00 |
| Bookkeeping | $0.00 |
| Property Manager | $0.00 |

| | |
|---|---:|
| Leasing Assistant | $6,976.38 |
| **Total Management & Professional Services** | **$6,976.38** |
| Legal Fees - Operating | $0.00 |
| Move Out Expense Unit Turnover | $11,098.10 |
| Appliance Repairs | $526.70 |
| Cleaning Services | $3,447.48 |
| Cleaning Supplies | $0.00 |
| Electrical Repairs | $598.80 |
| Elevator Maintenance - Contract | $1,135.00 |
| Elevator Maintenance - Other | $0.00 |
| **Exterior Building Maint.** | |
| Roof Repairs | $0.00 |
| **Total Exterior Building Maint.** | **$0.00** |
| Parking Lot Repairs | $0.00 |
| Ceiling Tiles | $0.00 |
| Fire Protection - Contract | $0.00 |
| Fire Protection - Other | $3,450.00 |
| General Maintenance Repairs | $1,661.24 |
| Grounds Maintenance | $3,373.74 |
| HVAC Repairs | $5,549.90 |
| Keys & Locks | $0.00 |
| Lighting | $0.00 |
| Painting | $0.00 |
| Pest Control | $156.70 |
| Plumbing Expense | $952.57 |
| Snow Removal | $0.00 |
| Window Cleaning | $0.00 |
| Windows & Doors | $0.00 |
| Office Supplies & Expenses | $0.00 |
| **Real Estate Property Tax** | |
| Real Estate Property Tax Abatement | $0.00 |
| **Total Real Estate Property Tax** | **$0.00** |
| **Utilities Expense** | |
| Electricity Expense | $6,400.78 |
| Gas Expense | $227.29 |
| Water & Sewer Expense | $2,833.45 |
| Trash & Recycling Services Expense | $817.80 |
| Electricity - Vacant Expense | $982.16 |
| **Total Utilities Expense** | **$11,261.48** |
| **Total Operating Expense** | **$61,783.37** |
| | |
| **NOI - Net Operating Income** | **$201,672.02** |
| | |
| **Other Income & Expense** | |
| **Other Expense** | |
| Tax Return Preparation & Consultation | $0.00 |
| **Interest Expense on Loans** | |
| Key Bank Interest Expense | $150,958.80 |

| | |
|---|---:|
| **Total Interest Expense on Loans** | **$150,958.80** |
| Bad Debt Expense | $0.00 |
| Penalties & Fines Expense | $124.23 |
| Interest Expense | $0.00 |
| Remodeling | |
|    Tenant Remodel | $2,129.98 |
| Total Remodeling | $2,129.98 |
| Closing Costs | $8,382.00 |
| **Miscellaneous Expenses** | |
|    Outside Services One-time Cost | $1,115.00 |
|    Disaster Cleanup | $0.00 |
|    Late Fee Expense | $1.09 |
|    Reimbursable Expenses | $0.00 |
| **Total Miscellaneous Expenses** | **$1,116.09** |
| **Capital Expense** | |
|    Capital Improvements - General | $4,577.29 |
|    Capital Improvements - Appliances | $170.13 |
|    Capital Improvements - Painting | $0.00 |
|    Capital Improvements -  HVAC | $196.80 |
| **Total Capital Expense** | **$4,944.22** |
| **Total Other Expense** | **$167,655.32** |
| | |
| **Net Other Income** | **($167,655.32)** |
| | |
| Total Income | $263,455.39 |
| Total Expense | $229,438.69 |
| | |
| **Net Income** | **$34,016.70** |