Matthews 350 E. LaSalle, LLC
May 2026 MOR

# Attachment
# Part 7 (a)

| Date | Payee | Amount Paid |
|---|---|---|
| 5/11/2026 | KeyBank National Association | $150,958.80 |
| 5/11/2026 | KeyBank National Association | $8,382.00 |
| 5/11/2026 | KeyBank National Association | $5,659.20 |