# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## South Bend Division

In Re: Debtor(s) (name(s) and address)    )
Matthews 350 E LaSalle LLC    )
dba 300 E LaSalle, dba 300 East LaSalle    )
83–2322706    ) Case Number: 26–30288–pes
401 E. Colfax Ave., Suite 277    )
South Bend, IN 46617    )
                                              )
                                              )
                                              )
                                              )
                                              ) Chapter: 11
                                              )
                                              )
                                              )
                                              )
                                              )
                                              )

## ORDER TO SHOW CAUSE

On June 29, 2026 , a Proof of Claim was electronically filed on behalf of FORUM Credit Union . The caption of the case on the document filed does not, however, correspond with the caption of this case. It, therefore, appears the document may have been filed in the wrong case. Accordingly, counsel shall show cause, in writing, within seven (7) days of this date why the document should not be stricken. The failure to do so will result in the document being deemed stricken, without further notice, hearing, or order. Furthermore, the court will take no other action with regard to the present filing, and any time limits or deadlines associated therewith shall not begin to run, until this order has been complied with.

SO ORDERED.

Dated: June 30, 2026

Paul E. Singleton
_____
Judge, United States Bankruptcy Court

Document No. 126