# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755–3 | User: admin | Date Created: 6/30/2026 |
| Case: 26–30288–pes | Form ID: 561 | Total: 2 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db        Matthews 350 E LaSalle LLC        401 E. Colfax Ave., Suite 277        South Bend, IN 46617
16328430    FORUM Credit Union        11313 USA Parkway        Fishers, IN 46037

TOTAL: 2