**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Matthews 350 E. LaSalle, LLC** | : | **Case No. 26-30288-pes** |
| *Debtor(s)* | : | **Chapter 11** |
| | : | |
| **Commerce Center Development, LLC** | : | **(Jointly Administered)** |
| *Debtor(s).* | : | |
| | : | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 7

Comes now, FORUM Credit Union ("FORUM"), by and through the undersigned, and withdraws its Proof of Claim No. 7 filed in Case No. 26-30288, pursuant to Federal Rule of Bankruptcy Procedure 3006 and the Court's June 30, 2026, Order to Show Cause (Dkt. 126).  In support of this Notice, FORUM states:

1.  On June 29, 2026, FORUM file its proof of claim against Debtor Commerce Center Development LLC in its Case No. 26-30289 ("Claim No. 5") and filed an identical claim against the same debtor in the jointly administered Case No. 26-30288 ("Claim No. 7"), with each form of claim noting that no duplicate recovery was intended.

2. On June 30, 2026, the Court entered its Order to Show Cause ("Order") (Dkt. 126), stating that the Court intends to strike Proof of Claim No. 7 on the grounds that the caption of Proof of Claim No. 7 does not correspond with the caption of the case, unless FORUM Credit Union shows cause in writing that the document should not be stricken. Claim 7 is asserted against Commerce Center Development, LLC, only, and was filed under Case Nos. 26-30288 and 26-30289, due to the joint administration of those cases. Pursuant to the Court's Order and to the Order for Joint Administration (Dkt. 38)

requiring claims to be filed in each involving the debtor in which it is asserted, FORUM now withdraws Proof of Claim No. 7 in Case No. 26-30288.

3. FORUM filed Proof of Claim No.7 in the Case No. 26-30288 on June 29, 2026, in the amount of $4,561,402.16, plus additional amounts accruing for attorney's fees, interest, fees, and other amounts to which FORUM is or may become entitled.

4. FORUM hereby withdraws Proof of Claim No. 7 in its entirety.

5. This withdrawal does not constitute or effect a withdrawal, waiver, or modification to any rights asserted by FORUM in its Claim No. 5 in Case No. 26-30289 (as it is now or may be amended in the future), in which a separate Proof of Claim was filed in that Case No. 26-30289.

6. FORUM further reserves all rights accruing to it, and the filing of this Notice of Withdrawal of Proof of Claim No. 7 is not intended to as a waiver as to any other claims or a waiver or limitation of any rights of FORUM.

WHEREFORE, FORUM withdraws Proof of Claim No. 7 pursuant to Federal Rule of Bankruptcy Procedure 3006.

Respectfully submitted,


*/s/ R. Daniel Faust*
R. Daniel Faust (28556-53)
STOLL KEENON OGDEN, PLLC
334 N. Senate Avenue
Indianapolis, IN 46204
Office: 317-464-1100
Fax: 317-464-1111
dan.faust@skofirm.com

*Counsel for FORUM Credit Union*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's

ECF electronic filing system on July 2, 2026.

/s/ R. Daniel Faust
R. Daniel Faust (28556-53)
*Counsel for FORUM Credit Union*