**300 E LaSalle - Proforma 10 years**

| | 0 | 1 | 2 | 3 |
|---|---|---|---|---|
| | **2026** | **2027** | **2028** | **2029** |
| **Residential Gross Potential Rent (GPR)** | $3,624,467 | $3,624,467 | $3,624,467 | $3,624,467 |
| Less Economic Vacancy % | -15% | 15% | 15% | 7% |
| Less Economic Vacancy | -$534,440 | -$543,670 | -$543,670 | -$253,713 |
| GPR Less Vacancy | $3,090,027 | $3,080,797 | $3,080,797 | $3,370,754 |
| Less Rent Concessions | -$65,096 | -$28,800 | -$20,892 | -$21,518 |
| Total Economic Loss | -$599,536 | -$572,470 | -$564,562 | -$275,231 |
| **Residential Rental Income** | **$3,024,931** | **$3,051,997** | **$3,059,905** | **$3,349,236** |
| **Other Residental  Rental Income** | **$71,911** | **$74,069** | **$76,291** | **$78,579** |
| Equipment Rental Income | 3,550 | 3,657 | 3,766 | 3,879 |
| Application Fees Income | 7,200 | 7,416 | 7,638 | 7,868 |
| Insurance Services Fee Income | 1,110 | 1,143 | 1,178 | 1,213 |
| Pet Rent Income | 9,414 | 9,696 | 9,987 | 10,286 |
| Parking Rent Income | 3,583 | 3,690 | 3,801 | 3,915 |
| Termination Fee Income | 31,219 | 32,156 | 33,120 | 34,114 |
| Short Term Lease Fee Income | 9,479 | 9,763 | 10,056 | 10,358 |
| Month to Month Income | 6,357 | 6,548 | 6,744 | 6,946 |
| **Residental Reimbursement Income** | **70,636** | **72,755** | **74,938** | **77,186** |
| Electric Reimbursement Income | 9,993 | 10,293 | 10,602 | 10,920 |
| Gas Reimbursement Income | 4,218 | 4,345 | 4,475 | 4,609 |
| Water & Sewer Reimbursement Income | 35,293 | 36,352 | 37,443 | 38,566 |
| Insurance Reimbursement Income | 4,470 | 4,604 | 4,742 | 4,884 |
| Trash Reimbursement Income | 3,795 | 3,909 | 4,026 | 4,147 |
| Apartment Turnover Reimbursement Income | 12,866 | 13,252 | 13,650 | 14,059 |
| **Residental Fee Income** | **31,937** | **32,895** | **33,882** | **34,898** |
| Late Fee Income | 23,970 | 24,689 | 25,430 | 26,193 |
| Miscellaneous Income | 6,467 | 6,661 | 6,860 | 7,066 |
| NSF Fee Income | 1,500 | 1,545 | 1,591 | 1,639 |

| Net Residential Rental Income | 3,199,415 | 3,231,715 | 3,245,015 | 3,539,899 |
|---|---|---|---|---|
| **Commercial Gross Potential Rent (GPR)** | 720,000 | 741,600 | 763,848 | 786,763 |
| Less Economic Vacancy % | 97% | 79% | 79% | 79% |
| Less Economic Vacancy | -698,400 | -585,864 | -603,440 | -621,543 |
| GPR Less Vacancy | 21,600 | 155,736 | 160,408 | 165,220 |
| Less Rent Concessions | 0 | -28,800 | -20,892 | -21,518 |
| Less Bad Debt | 0 | 0 | 0 | 0 |
| Total Economic Loss | -698,400 | -614,664 | -624,332 | -643,061 |
| **Net Commercial Rental Income** | 21,600 | 126,936 | 139,516 | 143,702 |

| Effective Net Income | 3,221,015 | 3,358,651 | 3,384,531 | 3,683,602 |
|---|---|---|---|---|
| **Expense** | | | | |
| Advertising & Promotion | 44,037 | 23,600 | 24,308 | 25,037 |
| Tenant Relations | 9,161 | 12,000 | 12,360 | 12,731 |
| Dues and Subscriptions | 12,525 | 14,865 | 15,311 | 15,770 |
| Equipment & Infrastructure | 0 | 0 | 0 | 0 |
| Acquisitions and Marketing | 375 | 375 | 386 | 397 |
| **Fees** | | | 0 | 0 |
| Online Processing Fees & Credit Card Fees | 1 | 1 | 1 | 1 |
| Bank Charges | 1,133 | 1,164 | 1,199 | 1,235 |
| Finance Charges | 445 | 0 | 0 | 0 |
| **Total Fees** | **1,579** | **1,165** | **1,200** | **1,236** |
| Information Technology | 438 | 600 | 618 | 637 |
| **Insurance Expense** | | | 0 | 0 |
| Property & Liability Insurance Expense | 80,000 | 100,000 | 103,000 | 106,090 |
| **Total Insurance Expense** | **80,000** | **100,000** | **103,000** | **106,090** |
| **Management & Professional Services** | | | 0 | 0 |
| Bookkeeping | 12,516 | 12,891 | 13,278 | 13,677 |
| Legal Fees | 3,000 | 3,090 | 3,183 | 3,278 |
| Property Manager | 105,559 | 108,725 | 111,987 | 115,347 |
| Leasing Assistant | 45,935 | 45,935 | 47,313 | 48,733 |
| **Total Management & Professional Services** | **151,494** | **154,661** | **175,761** | **181,034** |
| Legal Fees - Operating | 2,528 | 2,528 | 2,604 | 2,682 |

| | | | | |
|---|---|---|---|---|
| Move Out Expense Unit Turnover | 150,713 | 155,234 | 159,891 | 164,688 |
| Appliance Repairs | 7,099 | 7,312 | 7,531 | 7,757 |
| Cleaning Services | 33,699 | 34,710 | 35,751 | 36,824 |
| Cleaning Supplies | 1,588 | 1,635 | 1,685 | 1,735 |
| Electrical Repairs | 761 | 783 | 807 | 831 |
| Elevator Maintenance - Contract | 11,339 | 11,680 | 12,030 | 12,391 |
| Elevator Maintenance - Other | 982 | 1,011 | 1,041 | 1,073 |
| Parking Lot Repairs | 129 | 133 | 137 | 141 |
| Exterior Building Repairs | 141 | 145 | 149 | 154 |
| Ceiling Tiles | 127 | 131 | 135 | 139 |
| Fire Protection - Contract | 3,540 | 3,646 | 3,756 | 3,868 |
| Fire Protection - Other | 3,566 | 3,673 | 3,783 | 3,897 |
| General Maintenance Supplies | 363 | 374 | 385 | 397 |
| General Maintenance Repairs | 13,097 | 13,490 | 13,894 | 14,311 |
| Grounds Maintenance | 22,602 | 23,280 | 23,978 | 24,698 |
| HVAC Repairs | 57,453 | 59,176 | 60,952 | 62,780 |
| Keys & Locks | 7,731 | 7,963 | 8,201 | 8,447 |
| Lighting | 108 | 111 | 114 | 118 |
| Painting | 11,223 | 11,560 | 11,906 | 12,264 |
| Pest Control | 2,218 | 2,284 | 2,353 | 2,423 |
| Plumbing Expense | 13,002 | 13,393 | 13,794 | 14,208 |
| Snow Removal | 462 | 476 | 490 | 505 |
| Windows & Doors | 2,749 | 2,831 | 2,916 | 3,004 |
| Office Supplies & Expenses | 120 | 124 | 127 | 131 |
| **Real Estate Property Tax** | | | **0** | **0** |
| Real Estate Property Tax Expense | 273,993 | 268,513 | 263,143 | 257,880 |
| Real Estate Property Tax Abatement | -243,022 | -255,088 | -236,829 | -232,092 |
| **Total Real Estate Property Tax** | **30,971** | **13,426** | **26,314** | **25,788** |
| **Utilities Expense** | | | **0** | **0** |
| Electricity Expense | 84,080 | 86,602 | 89,200 | 91,876 |
| Gas Expense | 2,627 | 2,706 | 2,787 | 2,871 |
| Water & Sewer Expense | 48,009 | 49,449 | 50,932 | 52,460 |
| Trash & Recycling Services Expense | 8,369 | 8,620 | 8,878 | 9,145 |

| | | | | |
|---|---|---|---|---|
| Electricity - Vacant Expense | 20,419 | 21,032 | 21,663 | 22,313 |
| **Total Utilities Expense** | **163,504** | **168,409** | **173,461** | **178,665** |
| **Total Operating Expense** | **856,937** | **862,764** | **901,133** | **926,851** |
| *Total Operating Expense w/o Real Estate Taxes* | | | | |
| **Reserves & Capital Expenditures** | **$36,000** | **$36,000** | **$36,000** | **$36,000** |
| **Total Expenses** | **$892,937** | **$898,764** | **$937,133** | **$962,851** |
| Expense Ratio | 28% | 27% | 28% | 26% |
| Expense Ratio w/ Full Property Tax | 35% | 34% | 35% | 32% |
| **Net Operating Income** | **$2,328,078** | **$2,459,887** | **$2,447,398** | **$2,720,751** |

| | **2026** | **2027** | **2028** | **2029** |
|---|---|---|---|---|
| Average Monthly Income | 194,007 | 204,991 | 203,950 | 226,729 |
| Debt Service | -161,000 | -161,000 | -161,000 | -161,000 |
| | **33,007** | **43,991** | **42,950** | **65,729** |