| Asset | Value | Claim | Claimant | Net |
|---|---|---|---|---|
| **ATTACHMENT B** | | | | |
| | | | | |
| **LIQUIDATION ANALYSIS** | | | | |
| | | | | |
| Asset | Value | Claim | Claimant | Net |
| **Real Estate** | | | | |
| | | | | |
| **Mid-Rise Building** | | | | |
| 71-08-12-129-024.000-026; and 71-08-12-129-04.000-026 | | | | |
| 230 Sycamore St. South Bend, IN 46617 | $29,810,000.00 | | | |
| less 10% cost of sale | -$2,981,000.00 | | | |
| | $26,829,000.00 | | | |
| | | $30,132,468.79 | KeyBank | $0.00 |
| | | | | |
| **Office Building** | | | | |
| 71-08-12-129-011.000-26 | | | | |
| 401 E Colfax Ave. South Bend, IN 46617 | $4,500,000.00 | | | |
| less 10% cost of sale | -$450,000.00 | | | |
| | $4,050,000.00 | $4,541,966.18 | Forum | $0.00 |
| | | | | |
| **Parking Lot** | | | | |
| 71-08-12-129-023.000-026 | | | | |
| 350 E LaSalle Ave South Bend, IN 46617 | | | | |
| CIMC Collateral (34 Trailers & 10 Dry Vans) | $1,200,000.00 | | | |
| less 10% cost of sale | -$120,000.00 | | | |
| | $1,080,000.00 | $1,177,152.69 | Shein and Shein Trust | $0.00 |
| | | | | |
| **Real Estate Net Total** | **$31,959,000.00** | | | |
| | | | | |
| | | | | |
| **Personal Property & Financial Assets** | | | | |
| | | | | |
| **KeyBank - Checking (as of 6/30/2026)** | $72,396.00 | $30,132,468.79 | KeyBank | $0.00 |
| | | | | |
| **Accounts Receivable  (as of 6/30/2026)** | $122,652.00 | $30,132,468.79 | KeyBank | |
| | | | | |
| **Decorations and Furniture in Lobbies** | $3,000.00 | $30,132,468.79 | KeyBank | $0.00 |
| | | | | |
| | | | | |
| **Personal Property & Financial Assets Net Total** | **$198,048.00** | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Real Estate and Personal Property Total | $31,959,000.00 | | | |
| Personal Property & Financial Assets Net Total | $198,048.00 | | | |
| | $32,157,048.00 | | | |
| | | | | |
| **Net Grand Total** | | | | **$0.00** |
| | | | | |
| **SUMMARY** | | | | |
| Net | $0.00 | | | |
| Projected Administrative Expenses | -$150,000.00 | | | |
| Net to Unsecured Creditors | **-$150,000.00** | | | |