UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

In the Matter of:

Matthews 350 E. LaSalle, LLC,
    *Debtor(s).*

Case No.: 26-30288-pes
Chapter 11

### ORDER AND NOTICE FOR
### HEARING ON DISCLOSURE STATEMENT

On July 28, 2026, Matthews 350 E. LaSalle, LLC, filed a Disclosure Statement referring to a proposed Chapter 11 Plan.

IT IS THEREFORE ORDERED AND NOTICE IS GIVEN THAT:

1. The court will hold a hearing on **September 9, 2026, at 10:30 a.m.** eastern time, in Room 202, United States Bankruptcy Courthouse, 401 S. Michigan Street, South Bend, Indiana, to consider the approval of the Disclosure Statement.

2. Any objection to the Disclosure Statement shall be filed with the Clerk of the Bankruptcy Court no later than seven (7) days prior to the hearing.

3. Requests for copies of the Disclosure Statement should be directed to counsel for the party that filed the document.

In order to better accommodate the notice time required by the Federal Rules of Bankruptcy Procedure and the local rules of this court concerning the confirmation hearing, balloting, and the deadline for filing objections to confirmation, see e.g., Fed. R. Bankr. P. Rule 2002(b); 3020(b); N.D. Ind. L.B.R. B-3020-1(a). at the hearing the court may also consider whether any applicable deadlines for confirming a proposed plan, see e.g., 11 U.S.C. § 1129(e), should be extended.

You should be present in person or by counsel if you wish to be heard with regard thereto.

Dated: <u>August 4, 2026</u>

*Paul E. Singleton*
_____
Paul E. Singleton, Judge
United States Bankruptcy Court