# Notice Recipients

District/Off: 0755–3             User: admin             Date Created: 8/4/2026

Case: 26–30288–pes             Form ID: pdf004             Total: 72

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          KeyBank National Association
cr          Redevelopment Commission of the City of Soth Bend, Indiana

                                                                                TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         United States Trustee          USTPRegion10.SO.ECF@usdoj.gov
aty         Anthony Thomas Carreri          ACarreri@kgrlaw.com
aty         Christopher C. Hagenow          chagenow@tbmattorneys.com
aty         Jason T. Mizzell          jmizzell@kgrlaw.com
aty         Jennifer Prokop          jennifer.prokop@usdoj.gov
aty         Katherine Everett Iskin          kiskin@maylorber.com
aty         Marcellus Lebbin          lebbin@gmail.com
aty         Matthew Anderson          manderson@maylorber.com
aty         Miranda Bernadac          mbernadac@tbmattorneys.com
aty         Raymond Daniel Faust          dan.faust@skofirm.com
aty         Weston Erick Overturf          woverturf@kgrlaw.com

                                                                                TOTAL: 11

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC          401 E. Colfax Ave., Suite 277          South Bend, IN 46617
cr          DMTM, Inc          401 E Colfax Ave          Suite 277          South Bend, IN 46617
dft         Matthews LLC          401 E Colfax Ave          Suite 277          South Bend, IN 46617 UNITED STATES
cr          FORUM Credit Union          11313 USA Parkway          Fishers, IN 46037–9208
aty         Ryan Murphy          Feiwell and Hannoy PC          8415 Allison Pointe Blvd          Ste 400          Indianapolis, IN 46250
smg         Indiana Employment Security Division          10 North Senate Street          Indianapolis, IN 46204
16244666          A/Ccelerated Services, LLC          1610 3rd Street          Osceola, IN 46561
16251980          A/Celerated Service, LLC          1610 3rd Street          Osceola, IN 46561–2054          Aladdin's Inc          c/o Lori Freitag          1010 E. Jefferson
16244667          Aladdin's Inc          C/o Lori Freitag          1010 E. Jefferson          Mishawaka, IN 46545
16251982          Anthony Thomas Carreri          Kroger Gardis & Regas LLP          111 Monument circle          Suite 900          Indianapolis, IN 46204–5125          Chikol Equities, LLC
16244668          Chikol Equities, LLC          c/o Registered Agent          135 North Pennsylvania St          Indianapolis, IN 46204
16244669          Colin Steiner          300 E LaSalle Ave          #610          South Bend, IN 46617
16244670          Commerce Center Development LLC          401 E Colfax Ave          Ste 277          South Bend, IN 46617
16244671          Commerce Center Development, LLC          401 E Colfax Suite 277          South Bend, IN 46617
16244672          Conley Brothers Painting LLC          53582 Lakefield Dr          Elkhart, IN 46514
16244673          Cressy Commercial Real Estate          c/o Bardley Meier          200 N Church Street          Mishawaka, IN 46544
16255727          Cynthia Hegarty, Winthrop & Weinstine PA          225 South Sixth Street, Suite 3500          Minneapolis, MN 55402
16244675          DMTM Inc          401 E Colfax Ave          Ste 277          South Bend, IN 46617
16244674          David Matthews          401 E Colfax Ave. Suite 277          South Bend, IN 46617
16244676          East Race Market, LLC          350 East LaSalle          Suite 100          South Bend, IN 46617
16244677          Edwin Huang          300 E LaSalle Ave          #612          South Bend, IN 46617
16244678          F.E. Moran Fire Protection          c/o Registered Agent          334 North Senate Ave          Indianapolis, IN 46204
16291182          F.E. Moran, Inc. Fire Protection          Haley Schechter          2265 Carlson Drive          Northbrook, IL 60062
16328430          FORUM Credit Union          11313 USA Parkway          Fishers, IN 46037
16244679          Greater New York Mutual Insurance Compan          P.O. Box 787892          Philadelphia, PA 19178–7892
16244680          Indiana Department of Revenue          100 N. Senate Ave.          Indianapolis, IN 46204
16251987          Indiana Department of Revenue          100 N. Senate Ave.          Indianapolis, IN 46204          Indiana Department of Revenue          Bankruptcy Section          100 North Senate Avenue, N240
16245440          Indiana Department of Revenue          Bankruptcy Section          100 North Senate Avenue, N240          Indianapolis IN 46204
16251988          Indiana Employment Security Division          10 North Senate Street          Indianapolis, IN 46204          Internal Revenue Service          575 N Pennsylvania St.          Indianapolis, IN 46204
16244681          Internal Revenue Service          575 N Pennsylvania St.          Indianapolis, IN 46204
16245445          Internal Revenue Service          P. O. Box 7346          Philadelphia, PA 19101–7346
16244682          KeyBank National Association          135 North Pennsylvania St. Suite 1610          Indianapolis, IN 46204
16321099          KeyBank National Association          Christopher C. Hagenow          9294 N. Meridian Street          Indianapolis, IN 46260
16244683          LaPlace Plumbing          c/o Bradley Meier          200 N Church Street          Suite 200          Mishawaka, IN 46544
16244684          Lebbin Law Office          401 E Colfax Ave          Suite 180          South Bend, IN 46617

16244685 Lisa Williams        ALE Solutions, Inc        Attn: Moyra Richards        190 S. 1st Street        Saint Charles, IL 60174

16244686 Luke Uttley        300 E LaSalle Ave        #1012        South Bend, IN 46617

16244687 Mary Hipp        300 E LaSalle Ave        513        South Bend, IN 46617

16244688 Matthews 350 E LaSalle LLC        401 E Colfax Ave        Ste 277        South Bend, IN 46617

16251981 Miranda Bernadac        Tuohy Bailey & Moore LLP        9294 N Meridian        Indianapolis, IN 46260–1804

16245443 Office of the U.S. Attorney        5400 Federal Plaza, Suite 1500        Hammond, IN 46320

16244689 Paul's Generators Sales & Service        22979 County Road 18        Goshen, IN 46528

16244690 Redevelopment Commission City of South B        227 W Jefferson Blvd        11th Floor        County–City Building        South Bend, IN 46601

16326947 Redevelopment Commission of the City of South Bend        c/o May Oberfell Lorber LLP        4100 Edison Lakes Pkwy #100        Mishawaka, IN 46545

16244691 Roy Conrad        300 E LaSalle Ave        #703        South Bend, IN 46617

16251983 Roy Conrad        300 E LaSalle Ave        #703        South Bend, IN 46617–2850        Schindler Elevator Corporation        c/o Registered Agent

16251984 ST JOSEPH COUNTY TREASURERS OFFICE        ATTN LISA GREGORICH        227 W JEFFERSON BLVD 2NF FLOOR        SOUTH BEND IN 46601–1830        Steuerwald, Witham & Youngs, LLP        106 N Washington St

16328016 Schindler Elevator Corporation        Walsh Pizzi O'Reilly Falanga LLP        100 Mulberry Street, 15th Floor        Newark, NJ 07102

16244692 Schindler Elevator Corporation        c/o Registered Agent        334 North Senate Ave        Indianapolis, IN 46204

16245444 Secretary of Treasury        15th & Pennsylvania Avenue        Washington DC 20220

16245442 Securities & Exchange Commission        Bankruptcy Section        175 W. Jackson Blvd., Suite 900        Chicago IL 60604

16245439 St. Joseph County Treasurer        County City Building        227 West Jefferson Blvd        South Bend IN 46601

16244693 Steuerwald, Witham & Youngs, LLP        106 N Washington St        Danville, IN 46122

16244694 The Sherwin Williams Co.        101 West Prospect Avenue        Cleveland, OH 44115

16251985 Tuohy Bailey & Moore        9294 N Meridian        Indianapolis, IN 46260–1804

16244695 Tuohy Bailey & Moore, LLP        50 S Meridian St        Indianapolis, IN 46204

16251986 United States Trustee        100 East Wayne Street, 5th Floor        South Bend, IN 46601–2363Winthrop & Wei        225 S 6th St        Minneapolis, MN 55402–4629        Wipfli LLP

16244696 Winthrop & Weinstine, PA        Cynthia L. Hegarty, Wintrhop & Weinstine        225 South Sixth Street, Suite 3500        Minneapolis, MN 55402

16244697 Wipfli LLP        4890 Owen Ayres Ct        Suite 200        Eau Claire, WI 54701

TOTAL: 59