UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

In the Matter of:

Matthews 350 E LaSalle, LLC
     *Debtor(s)*
Commerce Center Development, LLC
     *Debtor(s)*

Case No. 26-30288-pes
Chapter 11

(Jointly Administered)

---

## REQUEST FOR HEARING

---

The Redevelopment Commission of the City of South Bend (the "Commission"), Creditor in the above-entitled bankruptcy proceeding, by counsel, requests that the Court set a hearing regarding the status of the Report which was due to be filed pursuant to D.E. 119, ¶2. The undersigned has been unsuccessful in securing information regarding this from opposing counsel.

Dated: August 11, 2026

Respectfully Submitted,

*/s/ Katherine E. Iskin*
Katherine E. Iskin (33679-71)
**MAY OBERFELL LORBER LLP**
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
Telephone: 574-243-4100
E-mail: kiskin@maylorber.com
       manderson@maylorber.com

## CERTIFICATE OF SERVICE

I certify that on August 11, 2026, a copy of the foregoing was filed electronically with the Clerk using the CM/ECF System, which sent notification of such filing to all counsel of record.

*/s/ Katherine E. Iskin*
Katherine E. Iskin (33679-71)