# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**
**South Bend Division**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Matthews 350 E LaSalle LLC et al.<br>dba 300 E LaSalle, dba 300 East LaSalle<br>83–2322706<br>401 E. Colfax Ave., Suite 277<br>South Bend, IN 46617 | )<br>)<br>)<br>) Case Number: 26–30288–pes<br>) (Jointly Administered)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF DOCKET ENTRY

On August 12, 2026 , the following entry was made on the docket in this case:

Entry: The court may take no action with regard to Motion To Conduct Rule 2004 Examination until movant has submitted a proposed form of order as required by local bankruptcy rule B–9013–1(c). Failure to submit a proposed form of order may result in denial of the (related document(s)153 Motion To Conduct Rule 2004 Examination filed by Redevelopment Commission of the City of South Bend, Indiana). Proposed Order due by 8/19/2026. (mkp)

Amber E. Craig
Clerk, United States Bankruptcy Court

Document No. 154 – 153
