# Notice Recipients

| District/Off: 0755–3 | User: admin | Date Created: 8/12/2026 |
|---|---|---|
| Case: 26–30288–pes | Form ID: 293 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

db      Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277      South Bend, IN 46617

TOTAL: 1