# UNITED STATES BANKRUPTCY COURT
**Northern District of Indiana**

| | |
|---|---|
| In Re: Debtor(s) (name(s) and address)<br>Matthews 350 E LaSalle LLC<br>dba 300 E LaSalle, dba 300 East LaSalle<br>83–2322706<br>401 E. Colfax Ave., Suite 277<br>South Bend, IN 46617 | )<br>)<br>)<br>) Case Number: 26–30288–pes<br>)<br>)<br>)<br>)<br>)<br>)<br>) Chapter: 11<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing will be held in Room 202 , 401 South Michigan Street, South Bend, Indiana, on August 26, 2026 at 10:30 AM South Bend time to consider and act upon the following: Redevelopment Commission's Request for Hearing regarding status of the Report the parties were ordered to file .

   No sworn testimony will be taken by the court on this issue on the date and time set herein. Therefore, the parties' counsel will not need to bring witnesses. Counsel, however, will be required to appear if they wish to contest the motion. If the matter cannot be resolved by the parties prior to or at the hearing scheduled herein, the court shall set the issue for an evidentiary hearing at a future date and time. The hearing may be continued from time to time by announcement in open court, without further written notice. The continued hearing date will be available through PACER, the court's electronic public access service or through the public access terminals located in the Clerk's office.

   Dated: August 13, 2026

Amber E. Craig
_____
Clerk, United States Bankruptcy Court

Document No. 157 – 119