# Notice Recipients

District/Off: 0755–3             User: admin                  Date Created: 8/13/2026
Case: 26–30288–pes              Form ID: 135                 Total: 1


**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Matthews 350 E LaSalle LLC      401 E. Colfax Ave., Suite 277      South Bend, IN 46617

                                                                        TOTAL: 1