UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |

**JOINT MOTION TO WITHDRAW FILINGS**
**[Filings 152, 153, 155, & 156]**

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as debtors and debtors-in-possession, by counsel, and The Redevelopment Commission of the City of South Bend (the "**Commission**" together with the Debtors, the "**Parties**"), by counsel, for their *Joint Motion to Withdraw Filings*, state as follows:

**Relevant Procedural Background and Requested Relief**

1. On August 11, 2026, the Commission filed its Request for Hearing ("**Hearing Request**") [Filing No. 152].

2. Also on August 11, 2026, the Commission filed its Motion to Conduct Rule 2004 Examination of CCD ("**2004 Motion**") [Filing No. 153].

3. On August 13, 2026, Debtors filed their Response to Request for Hearing ("**Hearing Response**") [Filing No. 155].

4. Also on August 13, 2026, the Debtors also filed their Objection to the 2004 Motion (the "**Objection**").

5. On August 13, 2026, the Court issued a Notice of Hearing which set a Hearing on the 2004 Motion for August 26, 2026 at 10:30 a.m. (the "**Hearing**").

6. Since the filings of the Hearing Response and Objection, the Parties undersigned counsel have had the opportunity to discuss the filings and resolving certain issues.

7. Based on the discussion, the Parties respectfully request that the Hearing Request, 2004 Motion, Hearing Response, and the Objection each be withdrawn. [Filings 152, 153, 155, & 156].

8. The Parties further request that the Hearing be vacated.

**WHEREFORE**, Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle, and Commerce Center Development, LLC, and The Redevelopment Commission of the City of South Bend hereby request that (i) the Hearing Request, 2004 Motion, Hearing Response, and Objection each be withdrawn; (ii) that the Hearing currently set for August 26, 2026 be vacated; and (iii) that the Parties be granted all other relief deemed just and proper by the Court.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Atty. No. 27281-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7443
woverturf@kgrlaw.com

*Counsel for Debtors and Debtors in Possession*

*/s/ Katherine E. Iskin*
Katherine E. Iskin, Atty. No. 33679-71
MAY OBERFELL LORBER LLP
4100 Edison Lakes Parkway, Suite 100
Mishawaka, IN 46545
574-243-4100
kiskin@maylorber.com

*Counsel for the Commission*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Ryan Murphy** iumurphy19@gmail.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I hereby certify that on August 20, 2026, a copy of the foregoing was mailed by U.S. mail, postage prepaid, to the following:

NONE

*/s/ Weston E. Overturf*
Weston E. Overturf