**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA (SOUTH BEND)**

| | |
|---|---|
| In re:<br><br>MATTHEWS 350 E LASALLE LLC, et al.<br><br>Debtor.<br><br>COMMERCE CENTERED DEVELOPMENT LLC,<br><br>Debtor. | CASE NO. 26-30288-pes<br><br>(Jointly Administered) |
| REDEVELOPMENT COMMISSION OF THE CITY OF SOUTH BEND, INDIANA,<br><br>Plaintiff,<br><br>v.<br><br>COMMERCE CENTER DEVELOPMENT, LLC; MATTHEWS 350 E LASALLE, LLC; DMTM, INC.; AND MATTHEWS LLC,<br><br>Defendants. | Adv. Pro. No. 26-3011-pes |

## NOTICE TO APPEAR BY VIDEO

KeyBank National Association ("KeyBank"), by counsel, hereby files its Notice indicating that it will appear by video at the hearing scheduled to occur on August 26, 2026 at 10:30 a.m., and in support states as follows:

1. Christopher C. Hagenow and Miranda Weiss Bernadac of the law firm of Tuohy Bailey & Moore, LLP filed appearances on behalf of KeyBank National Association, a debtor in the bankruptcy case: *In the Matter of Matthews 350 E LaSalle, LLC*, Case No. 26-30288-pes (Chapter 11) and as an interested party in the adversary case of *Redevelopment Commission of the City of South Bank, Indiana v. Commerce Center Development, LLC; Matthews 350 E Lasalle, LLC; DMTM, Inc.; and Matthews LLC*, Case No. 26-3011-pes.

2. The Court has set this matter for a hearing to hear motions in both the Matthews bankruptcy and the adversary case on August 26, 2026 at 10:30 a.m., eastern time.

3. The office of Tuohy Bailey & Moore, LLP is located in Indianapolis and the travel time and expenses that would be incurred for an in-person appearance in South Bend are considerable.

4. The Court permits the appearance of the parties via Microsoft Teams for routine matters provided the procedures outlined on the Court's website are followed.

5. KeyBank respectfully requests that it be allowed to appear, by counsel, via videoconferencing, for the August 26, 2026 hearing.

**WHEREFORE,** KeyBank hereby respectfully notifies the Court that its counsel will appear by video (Microsoft Teams) for the hearing on August 26, 2026, at 10:30 a.m., eastern time.

Respectfully submitted,

TUOHY BAILEY & MOORE LLP

By: */s/ Christopher C. Hagenow*

Christopher C. Hagenow
Attorney No. 16730-49
TUOHY BAILEY & MOORE LLP
9294 N Meridian
Indianapolis, Indiana 46260
(317) 638-2400
chagenow@tbmattorneys.com
*Counsel for Creditor and Interested Party,*
*KeyBank National Association*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 25th day of August 2026. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. I hereby further certify that I caused a copy of the foregoing to be served via U.S. Mail, First Class, postage prepaid upon the parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing systems.

*/s/ Christopher C. Hagenow*
Christopher C. Hagenow