**Matthews 350 E. LaSalle, LLC**
**Statement of Operations**
**July 2026**

| | |
|---|---|
| **Operating Income & Expense** | |
| **Income** | |
| **Property Management Income** | |
| Tenant Rent Income | $253,215.50 |
| Equipment Rental Income | $200.00 |
| Application Fees Income | $900.00 |
| Insurance Services Fee Income | $0.00 |
| Pet Rent Income | $542.00 |
| Parking Rent Income | $400.00 |
| Termination Fee Income | $2,315.03 |
| Short Term Lease Fee Income | $2,125.00 |
| Month to Month Income | $900.00 |
| Rent Concessions Loss Income | $0.00 |
| **Total Property Management Income** | **$260,597.53** |
| **Reimbursement Income** | |
| Electric Reimbursement Income | $108.38 |
| Gas Reimbursement Income | $439.48 |
| Water & Sewer Reimbursement Income | $3,083.64 |
| Insurance Reimbursement Income | $0.00 |
| Trash Reimbursement Income | $878.94 |
| Apartment Turnover Reimbursement Income | $2,855.23 |
| **Total Reimbursement Income** | **$7,365.67** |
| Late Fee Income | $2,093.54 |
| Miscellaneous Income | $75.00 |
| NSF Fee Income | $300.00 |
| **Total Operating Income** | **$270,431.74** |
| **Expense** | |
| Advertising & Promotion | $1,766.00 |
| Tenant Relations | $1,253.92 |
| Dues and Subscriptions | $396.00 |
| Equipment & Infrastructure | $0.00 |
| Acquisitions and Marketing | $0.00 |
| **Fees** | |
| Online Processing Fees & Credit Card Fees | $0.00 |
| Bank Charges | $68.98 |
| **Total Fees** | **$68.98** |
| Information Technology | $212.10 |
| **Insurance Expense** | |
| Property & Liability Insurance Expense | $8,385.09 |
| Umbrella Insurance Expense | $933.17 |
| **Total Insurance Expense** | **$9,318.26** |
| **Management & Professional Services** | |
| Accounting | $0.00 |
| Bookkeeping | $0.00 |

| | |
|---|---|
| Legal Fees | $0.00 |
| Property Manager | $10,734.13 |
| Leasing Assistant | $2,672.50 |
| **Total Management & Professional Services** | **$13,406.63** |
| Legal Fees - Operating | $8,817.03 |
| Move Out Expense Unit Turnover | $7,973.39 |
| Appliance Repairs | $1,298.43 |
| Cleaning Services | $726.28 |
| Cleaning Supplies | $735.91 |
| Electrical Repairs | $311.63 |
| Elevator Maintenance - Contract | $1,180.97 |
| Elevator Maintenance - Other | $0.00 |
| **Exterior Building Maint.** | |
| Roof Repairs | $0.00 |
| **Total Exterior Building Maint.** | **$0.00** |
| Parking Lot Repairs | $0.00 |
| Exterior Building Repairs | $0.00 |
| Ceiling Tiles | $0.00 |
| Fire Protection - Contract | $0.00 |
| Fire Protection - Other | $3,900.00 |
| General Maintenance Repairs | $5,388.55 |
| Grounds Maintenance | $3,292.10 |
| HVAC Repairs | $7,404.92 |
| Keys & Locks | $1,923.96 |
| Lighting | $0.00 |
| Painting | $0.00 |
| Pest Control | $0.00 |
| Plumbing Expense | $2,944.75 |
| Snow Removal | $0.00 |
| Window Cleaning | $0.00 |
| Windows & Doors | $0.00 |
| Office Supplies & Expenses | $0.00 |
| **Real Estate Property Tax** | |
| Real Estate Property Tax Abatement | $0.00 |
| **Total Real Estate Property Tax** | **$0.00** |
| **Utilities Expense** | |
| Electricity Expense | $5,532.23 |
| Gas Expense | $185.76 |
| Water & Sewer Expense | $3,475.98 |
| Trash & Recycling Services Expense | $817.80 |
| Electricity - Vacant Expense | $1,518.48 |
| **Total Utilities Expense** | **$11,530.25** |
| **Total Operating Expense** | **$83,850.06** |
| | |
| **NOI - Net Operating Income** | **$186,581.68** |
| | |
| **Other Income & Expense** | |
| **Other Expense** | |

| | |
|---|---|
| Tax Return Preparation & Consultation | $0.00 |
| **Interest Expense on Loans** | |
| Key Bank Interest Expense | $150,392.76 |
| **Total Interest Expense on Loans** | **$150,392.76** |
| Bad Debt Expense | $911.15 |
| Penalties & Fines Expense | $0.00 |
| Interest Expense | $0.00 |
| **Remodeling** | |
| Leasing Commission Fees | $37,393.00 |
| Tenant Remodel | $760.58 |
| **Total Remodeling** | **$38,153.58** |
| Closing Costs | $8,610.00 |
| **Miscellaneous Expenses** | |
| Outside Services One-time Cost | $47,234.63 |
| Disaster Cleanup | $0.00 |
| Late Fee Expense | ($18.00) |
| Reimbursable Expenses | $0.00 |
| **Total Miscellaneous Expenses** | **$47,216.63** |
| **Capital Expense** | |
| Capital Improvements - General | $3,752.57 |
| Capital Improvements - Appliances | $1,585.47 |
| Capital Improvements - Painting | $0.00 |
| Capital Improvements - HVAC | $2,305.80 |
| **Total Capital Expense** | **$7,643.84** |
| **Total Other Expense** | **$252,927.96** |
| | |
| **Net Other Income** | **($252,927.96)** |
| | |
| Total Income | $270,431.74 |
| Total Expense | $336,778.02 |
| | |
| **Net Income** | **($66,346.28)** |