Matthews 350 E. LaSalle, LLC
July 2026 MOR

# Attachment
# Part 7 (a)

| Date | Payee | Amount Paid |
|---|---|---|
| 7/9/2026 | KeyBank National Association | $150,392.76 |
| 7/9/2026 | KeyBank National Association | $8,610.00 |
| 7/9/2026 | KeyBank National Association | $5,997.24 |