UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| *IN RE:*<br>MATTHEWS 350 E LASALLE LLC,<br>*Debtor.*<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>*Debtor.* | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order Denying Parties' Joint Motion to Withdraw Filings**

Debtor Matthews 350 E LaSalle, LLC and Creditor Redevelopment Commission of the City of South Bend, Indiana, filed Doc 162, their "Joint Motion to Withdraw Filings [152, 153 ,155, & 156]." The Court denies their motion for two reasons. First, the request asks for multiple forms of relief in one motion. Every "request for an order from the court … shall be filed separately from any other request…" N.D. Ind. L.B.R. B-9013-1(a). Failure to abide this Rule, could create "a logistical nightmare." *See generally*, *In re Fort Wayne Foundry Corp.*, No. 09-12423, 2009 Bankr. LEXIS 2153, at *4-5 (Bankr. N.D. Ind. July 23, 2009).

The Court would be inclined to permit the parties to withdraw their request to discontinue the 2004 examination; however, the Court is not going to let the parties disregard a Court order without a hearing. The Court ordered the parties to file a report; they did not; and a hearing is necessary.

Second, the parties did not file a form of order. N.D. Ind. L.B.R. B-9013-1(c) ("The application, motion, or other request should be accompanied by a proposed form of order."

The Parties' Joint Motion, Doc 162, is DENIED.

Date: August 26, 2026

Paul E. Singleton

PAUL E. SINGLETON
*United States Bankruptcy Judge*