UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| *IN RE:*<br>MATTHEWS 350 E LASALLE LLC,<br>*Debtor*.<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>*Debtor*. | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order Directing Parties to File a Joint Pretrial Order**

The Court Orders the parties to file a joint pretrial order on or before **October 21, 2026**. The order must include each of the sections in Exhibit 1. The parties may modify only sections: 1, 2, 3, and 5 (but not 5(d)).

So ORDERED

Date: August 26, 2026

Paul E. Singleton
PAUL E. SINGLETON
*United States Bankruptcy Judge*

**Exhibit 1**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| *IN RE:*<br>MATTHEWS 350 E LASALLE LLC,<br>Debtor.<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>*Debtor*. | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Joint Proposed Pretrial Order**

Pursuant to the Court's August 26, 2026 Order Directing Parties to File a Pretrial Order, ______________________________ submits the following:

1) **Participants.**

a) ______________________________ participated on behalf of Mathews 350 LaSalle LLC.

b) ______________________________ participated on behalf of Commerce Center Development, LLC (if applicable).

c) ______________________________ participated on behalf of May Oberfell Lauber, LLC.

d) ______________________________ other.

2) **Method of Participation.** The parties met by (telephone, in person, electronic mail) on the following days: ______________________________.

3) **Exhibits.**

a) **Labeling exhibits:** ______________ will use numbers for its exhibits, and ________________ will use letters. [If applicable: _____________, another party, will use numbers, but its exhibits will start at 200.]

b) **Exchanging exhibits:** The parties must exchange exhibits at least 14 days before the hearing. The Court may decline to consider exhibits not previously disclosed to the opposing party.

c) **Filing exhibits:** The parties must file their exhibits 7 days before the hearing.

d) **Hard copies of exhibits:** The parties must bring 4 copies of their exhibits to the hearing.

e) **Voluminous pages:** For documents with several pages, the parties must specify which pages, paragraphs, or sections they desire the Court to consider. If the Court takes the case under advisement, the Court may decline to consider any portions of the exhibits the parties did not identify in court.

f) **Exhibits used for impeachment:** Exhibits used exclusively for impeachment purposes are not required to be disclosed.

g) **Exhibit chart:** The parties must file a chart indicating whether the parties stipulate to the exhibit's admission. The chart should look substantially like the one below.

| Exhibit No. or Letter | Date Disclosed | Brief Description | Stipulation to Admission? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

4) **Witnesses.**

a) **Direct Examination.** For the witnesses each party calls for its case-in-chief, the parties must present their witnesses by affidavit. The affidavit must be disclosed to the other party at least 14 days before the trial.

b) **Cross examination.** Witnesses must appear in person for cross examination. The Court will not allow witnesses to testify electronically,

unless the parties mutually agree that a particular witness may testify electronically.

c) **Impeachment.** Witnesses used exclusively for impeachment purposes are not required to be disclosed.

5) **Parties' Position on Order Setting In-Person Evidentiary Hearing on Debtors' Motion to Disqualify [Doc 168]**

a) On the Background Section of the Court's Order:

i) The parties agree that: ________________________________

ii) The parties disagree that: ________________________________

iii) Specifically, each side would like to say: ____________________

b) For the Jurisdiction and Venue Section:

i) The parties agree that: ________________________________

ii) The parties disagree that: ________________________________

iii) Specifically, each side would like to say: ____________________

c) For the Relevant Law Section:

i) The parties agree that: ________________________________

ii) The parties disagree that: ______________________________

iii) Specifically, each side would like to say: ___________________

d) If the parties decide to file pretrial briefs, they must file them at least 7 days before trial.

6) **Settlement.** Any agreed motions to settle the matter must be filed at least 48 hours before the hearing. If the parties settle the matter within 48 hours and

both parties desire to vacate the hearing, one party must email the Court and carbon copy the other party.

Respectfully submitted,

________________________________
Attorney for Matthews 350 E LaSalle, LLC

________________________________
Attorney for Redevelopment Commission of the City of South Bend, Indiana

________________________________
Attorney for Commerce Center Development, LLC (if applicable)

________________________________
Attorney for ______________________

SO ORDERED.

Dated: ______________________

________________________________
PAUL E. SINGLETON
*United States Bankruptcy Judge*