UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| *IN RE:*<br>MATTHEWS 350 E LASALLE LLC,<br>*Debtor.*<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>*Debtor.* | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order Rescheduling In-Person Evidentiary Hearing**

By oral request of the parties, the in-person evidentiary hearing previously set for October 28, 2026, on Debtors' Motion to Disqualify is rescheduled for **October 30, 2026, at 1:00 p.m.** eastern time, Room 202, 401 S. Michigan Street, South Bend, Indiana.

All other deadlines outlined in the Court's Order filed as Doc 168 remain in effect.

SO ORDERED.

Dated: August 26, 2026

Paul E. Singleton

Paul E. Singleton, Judge
United States Bankruptcy Court