# EXHIBIT 1

| 13 Week DIP Budget | Forcast FY 2026 WEEK 1 | Forcast FY 2026 WEEK 2 | Forcast FY 2026 WEEK 3 | Forcast FY 2026 WEEK 4 | Forcast FY 2026 WEEK 5 | Forcast FY 2026 WEEK 6 | Forcast FY 2026 WEEK 7 | Forcast FY 2026 WEEK 8 | Forcast FY 2026 WEEK 9 | Forcast FY 2026 WEEK 10 | Forcast FY 2026 WEEK 11 | Forcast FY 2026 WEEK 12 | Forcast FY 2026 WEEK 13 | Total Per Debtor's Forcast |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Week Ending | 8/29/2026 | 9/5/2026 | 9/12/2026 | 9/19/2026 | 9/26/2026 | 10/3/2026 | 10/10/2026 | 10/17/2026 | 10/24/2026 | 10/31/2026 | 11/7/2026 | 11/14/2026 | 11/21/2026 | |
| Beginning Cash | $ 265,000.00 | $ 231,750.00 | $ 38,500.00 | $ 18,250.00 | $ 243,000.00 | $ 232,750.00 | $ 204,500.00 | $ 29,250.00 | $ 254,000.00 | $ 241,250.00 | $ 231,000.00 | $ 202,750.00 | $ 262,500.00 | |
| Cash Receipts | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 240,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 250,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 250,000.00 | $ 5,000.00 | $ 790,000.00 |
| Beginning A/R | | | | | | | | | | | | | | |
| Less Ending A/R | | | | | | | | | | | | | | |
| **Total Sources of Cash** | $ 270,000.00 | $ 236,750.00 | $ 43,500.00 | $ 258,250.00 | $ 248,000.00 | $ 237,750.00 | $ 209,500.00 | $ 279,250.00 | $ 259,000.00 | $ 246,250.00 | $ 236,000.00 | $ 452,750.00 | $ 267,500.00 | |
| Operating Disbursements | | | | | | | | | | | | | | |
| Payroll (including taxes, benefits) to DMTM Inc | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (130,000.00) |
| Total Employee Related | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (10,000.00) | $ (130,000.00) |
| Service Contractors | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (1,500.00) | $ (19,500.00) |
| Insurance | | $ (8,000.00) | | | | $ (8,000.00) | | | | | $ (8,000.00) | | | |
| Utilities/Telephone | $ - | $ - | $ (10,000.00) | $ - | $ - | $ - | $ - | $ (10,000.00) | $ - | $ - | $ - | $ (10,000.00) | $ - | $ (30,000.00) |
| Total Occupancy | $ - | $ (8,000.00) | $ (10,000.00) | $ - | $ - | $ (8,000.00) | $ - | $ (10,000.00) | $ - | $ - | $ (8,000.00) | $ (10,000.00) | $ - | $ (54,000.00) |
| Sales Tax/Tax/Licenses | | | | | | | | | $ (2,500.00) | | | | | $ (2,500.00) |
| Merchandise & Catalog | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (3,750.00) | $ (48,750.00) |
| Total Freight, Postage, & Handling | | | | | | | | | | | | | | |
| **Total Operating Disbursements** | $ (15,250.00) | $ (23,250.00) | $ (25,250.00) | $ (15,250.00) | $ (15,250.00) | $ (23,250.00) | $ (15,250.00) | $ (25,250.00) | $ (17,750.00) | $ (15,250.00) | $ (23,250.00) | $ (25,250.00) | $ (15,250.00) | $ (254,750.00) |
| Non-Operating Disbursements | | | | | | | | | | | | | | |
| Debtor Professionals | | $ (10,000.00) | | | | $ (10,000.00) | | | | | $ (10,000.00) | | | $ (30,000.00) |
| UCC Professionals | | | | | | | | | | | | | | |
| Lender Professionals | | | | | | | | | | | | | | |
| UST | | | | | | | | | | | | | | |
| Total Bankruptcy Administrative Costs | $ - | $ (10,000.00) | $ - | $ - | $ - | $ (10,000.00) | $ - | $ - | $ - | $ - | $ (10,000.00) | $ - | $ - | $ (30,000.00) |
| Other/Miscellaneous | $ (23,000.00) | | | | | | | | | | | | | |
| Lender Fees | | | | | | | | | | | | | | |
| Loan Payment (KeyBank) | | $ (165,000.00) | | | | | $ (165,000.00) | | | | | $ (165,000.00) | | $ (495,000.00) |
| Lender Paydown | | | | | | | | | | | | | | $ - |
| **Total Non-Operating Disbursements** | $ (23,000.00) | $ (175,000.00) | $ - | $ - | $ - | $ (10,000.00) | $ (165,000.00) | $ - | $ - | $ - | $ (10,000.00) | $ (165,000.00) | $ - | $ (525,000.00) |
| **Total Uses of Cash** | $ (38,250.00) | $ (198,250.00) | $ (25,250.00) | $ (15,250.00) | $ (15,250.00) | $ (33,250.00) | $ (180,250.00) | $ (25,250.00) | $ (17,750.00) | $ (15,250.00) | $ (33,250.00) | $ (190,250.00) | $ (15,250.00) | $ (779,750.00) |
| **Net Cash Position** | $ 231,750.00 | $ 38,500.00 | $ 18,250.00 | $ 243,000.00 | $ 232,750.00 | $ 204,500.00 | $ 29,250.00 | $ 254,000.00 | $ 241,250.00 | $ 231,000.00 | $ 202,750.00 | $ 262,500.00 | $ 252,250.00 | |