UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE TO APPEAR BY VIDEO**

Defendants, Matthews 350 E LaSalle, LLC ("**350 E LaSalle**") and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), by counsel, files its Notice indicating that the Debtors will appear, by counsel, by video at the Hearing on Disclosure Statement scheduled to occur on September 8, 2026, at 10:30 a.m., and in support states as follows:

1. The Court has set this matter for a Hearing on Disclosure Statement scheduled to occur on September 8, 2026, at 10:30 a.m., Eastern Time (the "**Hearing**").

2. The Court's Order setting the Hearing permits parties to appear by video, including via Microsoft Teams, provided the parties follow the Court's procedures for remote appearances.

3. Undersigned counsel is based in Indianapolis, Indiana, and respectfully seeks to lessen travel time and travel expenses that would otherwise be incurred for an in-person appearance in South Bend.

4. The Hearing is expected to be a routine conference in this type of matter, and Defendants respectfully request to participate without incurring additional fees and expenses associated with travel.

5. Based on the foregoing, Debtors submit that good cause exists for undersigned counsel to appear by video at the Hearing.

**WHEREFORE,** Defendants, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC, respectfully notify the Court that undersigned counsel will appear by video (Microsoft Teams) for the Hearing on Disclosure Statement scheduled to occur on September 8, 2026, at 10:30 a.m., Eastern Time, and request all other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Attorney No. 27281-49
KROGER, GARDIS & REGAS, L.L.P.
111 MONUMENT CIRCLE SUITE 900
Indianapolis, IN 46204
317-777-7443
woverturf@kgrlaw.com

*Attorneys for Debtors, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 8, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Matthew Anderson** manderson@maylorber.com
- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;lstella@kgrlaw.com
- **Raymond Daniel Faust** dan.faust@skofirm.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com

- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Jason T. Mizzell** jmizzell@kgrlaw.com, kwhigham@kgrlaw.com;cresler@kgrlaw.com;kpeerman@kgrlaw.com
- **Ryan Murphy** ecfnotices@feiwellhannoy.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I further certify that on September 8, 2026, a copy of the foregoing was mailed by first class United States mail, postage prepaid, and properly addressed to the following:

NONE

*/s/ Weston E. Overturf*
Weston E. Overturf