UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| *IN RE:*<br>MATTHEWS 350 E LASALLE LLC,<br>*Debtor*.<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>*Debtor*. | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order Approving Disclosure Statement**

Debtors' Disclosure Statement filed as Doc 145 is APPROVED. Debtors are to serve the modifications, as discussed in open court, within the next 21 days.

SO ORDERED.

Dated: September 9, 2026

Paul E. Singleton

Paul E. Singleton, Judge
United States Bankruptcy Court