UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN RE:<br><br>MATTHEWS 350 E LASALLE LLC<br>d/b/a 300 E LASALLE d/b/a 300 EAST LASALLE<br><br>Debtor. | ) | Case No. 26-30288 |
| IN RE:<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br><br>Debtor. | ) | Case No. 26-30289 |

**IMMATERIAL MODIFICATION TO**
**CHAPTER 11 PLAN OF REORGANIZATION DATED JULY 28, 2026**

**DATED SEPTEMBER 10th, 2026**

**Counsel for the Debtor(s):**

Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 692-9000; Fax: (317) 264-6832
Email: woverturf@kgrlaw.com
acarreri@kgrlaw.com

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**") hereby immaterially modify their *Chapter 11 Plan of Reorganization Dated July 28, 2026* (the "**Plan**") [Filing No. 144].

The Debtors have modified the following sections:

5.3 Secured Claims.
5.4 Unsecured Claimants.
Art. 3 Added paragraph regarding Adversary Proceeding.

The modification to Secured Claims is to correct a scrivener's error. The modification to Unsecured Claims is to eliminate two claims that were inadvertently calculated twice. This modification is immaterial based on KeyBak having nearly 50% of the unsecured creditor pool. The added paragraph in Article 3, History section addresses the Adversary Proceeding with the Redevelopment Commission of the City of South Bend.

The full text of the modified sections of the Plan follows starting on the next page:

*[Remainder of page intentionally left blank]*

5.3 **Class 6 Secured Claim of Forum.**

**Value of FORUM Secured Claim.** FORUM filed a Proof of Claim in each of the Bankruptcy Cases [CCD Claim No. 7 and Matthews Claim No. 7] asserting a Secured Claim in the amount of $4,561,402.16.

FORUM shall have an Allowed Secured Claim, based on the value of the Assets securing its Claim, in the amount of $4,561,402.16 ("**FORUM Allowed Secured Claim Amount**").

**Payments to FORUM Under this Plan.** FORUM shall be paid the FORUM Allowed Secured Claim Amount of $4,561,402.16 under this Plan pursuant to the terms of the Amended and Restated Promissory Note dated April 8, 2021 and the Mortgage, Security Agreement, Assignment of Leases and Rents and Fixture Filing dated April 2, 2020 and all documents executed and delivered in connection therewith.

**Class 6 Voting**. The Class 6 Claim of FORUM is unimpaired and therefore Class 6 claimant is deemed to accept the Plan.

---

**5.4. Unsecured Claims**

**General.** Unsecured Claims are not secured by property of the Estate and are not entitled to priority treatment under § 507(a) of the Bankruptcy Code.

**Class 7 General Unsecured Claims**

The Claimants holding the following Unsecured Claims shall receive a pro-rata share from Debtors' Disposable Income over the three (3) year term of this Plan, an annual payment of **$25,000.00**, beginning on the first day of the twelfth (12th) month following the Effective Date and annually thereafter (the "**Annual Payment**"), at which time the remaining amount of their Claim shall be discharged. In addition to the Annual Payment, Claimants holding Unsecured Claims shall also receive the net proceeds, after payment of attorneys' fees and costs, of any recovery actions pursued under §§ 547 through 550 of the Bankruptcy Code.

Each Annual Payment shall be funded by the Shareholders which shall provide the new value to Debtors in exchange for retaining their equity interests in Debtors which are set forth in the List of Equity Security Holders filed on the Petition Date. [*See* Matthews Bankruptcy Case Filing No. 1, p. 8].

**Unsecured Claimants.** The following Claimants have Unsecured Claims and shall receive their indicated pro-rata share from Debtors' Disposable Income:

| Basis for Claim | Claimant | Unsecured Claim Amount | Pro-Rata Share |
|---|---|---|---|
| CCD Claim No. 3 and Matthews Claim No. 5 | Redevelopment Commission of the City of South Bend, Indiana | EXCLUDED[1] | N/A |
| Matthews Claim No. 1 | Chikol Equities, LLC | $34,425.10 | 13.67% |
| Matthews Claim No. 2 | Winthrop & Weinstine, P.A. | $7,469.00 | 2.96% |
| Matthews Claims No. 3 | F.E. Moran, Inc. Fire Protection | $690.00 | 0.27% |
| Matthews Claim No. 6 | Schindler Elevator Corporation | $6,532.45 | 2.59% |
| KeyBank Unsecured | KeyBank National Association | $124,420.79 | 49.37% |
| Matthews Schedules 3.1 | A/Ccelerated Services, LLC | $5,765.19 | 2.29% |
| Matthews Schedules 3.2 | Aladdin's Inc | $390.00 | 0.15% |
| Matthews Schedules 3.4 | Conley Brothers Painting LLC | $7,280.00 | 2.89% |
| Matthews Schedules 3.5 | Cressy Commercial Real Estate | $6,201.64 | 2.46% |
| Matthews Schedules 3.8 | Greater New York Mutual | $10.00 | 0.00% |
| Matthews Schedules 3.9 | LaPlace Plumbing | $660.00 | 0.26% |
| Matthews Schedules 3.10 | Lebbin Law Office | $1,460.00 | 0.58% |
| Matthews Schedules 3.11 | Lisa Williams | $7,203.90 | 2.86% |
| Matthews Schedules 3.12 | Luke Uttley | $200.00 | 0.08% |
| Matthews Schedules 3.13 | Mary Hipp | $643.78 | 0.25% |
| Matthews Schedules 3.14 | Paul's Generators Sales & Service | $946.26 | 0.38% |
| Matthews Schedules 3.16 | Roy Conrad | $966.32 | 0.39% |
| Matthews Schedules 3.18 | Steuerwald, Witham & Youngs | $6,547.03 | 2.60% |
| Matthews Schedules 3.19 | The Shermin Williams Co. | $3,275.06 | 1.30% |
| Matthews Schedules 3.20 | Tuohy Bailey & Moore | $2,345.00 | 0.93% |
| Matthews Schedules 3.22 | Wipfli LLP | $34,568.72 | 13.72% |
| | **Total:** | **$252,000.24** | **100.00%** |

Class 7 Claims are impaired, and holders of the above Unsecured Claims that are not excluded are entitled to vote on this Plan.

---

## ARTICLE 3

## <u>HISTORY</u>

Debtors are affiliates of one another. CCD is the owner of, among other parcels, the following parcels of real property located in St. Joseph County, Indiana, which is subject to a mortgage by KeyBank National Association and more particularly described as follows:

1 As set forth in Article 4 above, the claim of the Redevelopment Commission of the City of South Bend, Indiana is not being treated because Debtors have filed an objection to the Redevelopment Commission Claim seeking to have the Redevelopment Commission Claim disallowed in its entirety.

Parcel I: Lot Numbered Three (3) in Commerce Center Minor Subdivision, as per plat thereof recorded December 30, 2019 as Instrument Number 2019-34703 in the Office of the Recorder of Saint Joseph County, Indiana.

Parcel II: Non-exclusive Easement for access as set forth in an instrument by and between Commerce Center Development, LLC and Matthews 350 E LaSalle LLC dated April 2, 2020 and recorded April 29, 2020 in Instrument Number 2020-10418 in the Office of the Recorder of Saint Joseph County, Indiana.

(the "**Real Estate**").

Matthews has a leasehold interest in the Real Estate pursuant to a lease with CCD dated October 30, 2019 (the "**Ground Lease**").

The Real Estate is a 144-unit multi-family mid/high rise property located at 300 East Lasalle Avenue in South Bend, Indiana, with commercial and residential tenants. The property consists of a single, 10-story apartment building. Improvements thereon were constructed in 2022 and are situated on a 0.79-acre site. The improved residential units were 84.7% leased as of March 9, 2026. The Real Estate also has 14,507 square feet of street-level retail space and 14,323 square feet of fourth-floor office space, and 202 structured parking spaces on multiple levels.

Prior to the Petition Date, Debtors each executed and delivered certain loan documents to KeyBank National Association ("**KeyBank**"), under the terms of which KeyBank made a loan to Matthews in the original principal sum of $33,000,000.00.

To secure the obligations to KeyBank, on June 3, 2022, Matthews executed and delivered to KeyBank a Mortgage, Assignment of Lease and Rents, Assignment of Contracts, Security Agreement and Fixture Filing (the "**Mortgage**"), which was recorded on June 7, 2022 as Instrument Number 2022-10416 in the Office of the Recorder of St. Joseph County, Indiana.

The Mortgage also includes a Security Agreement under the terms of which Matthews granted KeyBank a lien against all of Matthews's personal property as more fully set forth in the Mortgage.

To perfect its security interest in the personal property, KeyBank recorded a UCC Financing Statement with the Office of the Indiana Secretary of State on June 6, 2022 as Instrument Number 202206062942334.

To further secure the obligations to KeyBank, on June 3, 2022, CCD executed and delivered to KeyBank a Joinder and Subordination ("**Joinder and Subordination**") for the purpose of subjecting and subordinating CCD's fee title in the Real Estate to the Mortgage.

Notwithstanding multiple efforts to refinance the obligations owed to KeyBank, Debtors were unable to do so in large part due to a lawsuit filed by the Redevelopment Commission of the City of South Bend, Indiana that was pending in St. Joseph County under Cause No. 71D07-2301-PL-00020 (the "**City Suit**") prior to the Petition Date, which Debtors removed to the Bankruptcy Court, Adversary Proceeding No. 26-03011. Debtors filed the Bankruptcy Case to reorganize their obligations and to both satisfy the obligations owed to KeyBank and certain investors of Debtors.

Pursuant to the oral ruling presented at a hearing held on August 26, 2026 at 10:30 a.m., the Adversary Proceeding was remanded back to the St. Joseph County Cause No. 71D07-2301-PL-000020.

---

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
317-692-9000
woverturf@kgrlaw.com
acarreri@kgrlaw.com

*Counsel for Debtors and Debtors-in-Possession*