# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−3 | User: admin | Date Created: 9/10/2026 |
| Case: 26−30288−pes | Form ID: pdf004 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| db | Matthews 350 E LaSalle LLC | 401 E. Colfax Ave., Suite 277 | South Bend, IN 46617 |

TOTAL: 1