UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**JOINT MOTION FOR ENTRY OF SIXTH INTERIM CASH USE ORDER AND CONTINUE HEARING**

Matthews 350 E LaSalle, LLC d/b/a 300 E. LaSalle d/b/a 300 East LaSalle and Commerce Center Development, LLC, as debtors and debtors-in-possession (each a "**Debtor**"; together, "**Debtors**"), and KeyBank National Association ("**KeyBank**"; collectively with the Debtors, the "**Parties**"), by and through their undersigned counsel, jointly move the Court for entry of a Sixth Interim Cash Use Order, as attached hereto as **Exhibit A** (the "**Sixth Interim Cash Use Order**"), and further request that the hearing on *Debtors' First Day Motion for Entry of Interim and Final Orders Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors* [Filing No. 7] (the "**Cash Use Motion**"), which is currently scheduled for September 23, 2026, at 10:30 a.m. (Eastern Time) in South Bend, Indiana (the "**Cash Use Hearing**"), to be continued until the Confirmation Hearing scheduled to take place on November 18, 2026, at 10:30 a.m. (Eastern Time) in South Bend, Indiana. In support of this Joint Motion, the Parties state as follows:

1) On March 10, 2026 (the "**Petition Date**"), each Debtor filed a Voluntary Petition for relief under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").

2) Also on March 10, 2026, the Debtors filed a *Debtors' First Day Motion for an Order Granting Joint Administration* [Filing No. 5], which was granted by the Court [Filing No. 38].

3) Also on March 10, 2026, the Debtors filed the Cash Use Motion [Filing No. 7].

4) On March 11, 2026, the Court issued a Notice of Hearing [Filing No. 22], which set a hearing on the Cash Use Motion for March 18, 2026, at 10:30 a.m.

5) On March 18, 2026, a preliminary hearing on the Cash Use Motion was held.

6) On March 19, 2026, the Court entered a *First Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors* [Filing No. 39] ("**First Interim Cash Use Order**"). The First Interim Cash Use Order also set a final hearing on the Cash Use Motion and the First Interim Cash Use Order for May 6, 2026, at 10:30 a.m.

7) On May 6, 2026, the Court held another hearing on the Cash Use Motion at which the Parties requested that the Cash Use Motion be continued and the First Interim Cash Use Order be extended.

8) A *Second Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors* ("**Second**

**Interim Cash Use Order**") was entered on May 7, 2026, which continued the final hearing on the Cash Use Motion to June 3, 2026.

9) A *Third Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors* ("**Third Interim Cash Use Order**") was entered on June 3, 2026, which continued the final hearing on the Cash Use Motion to July 22, 2026.

10) A *Fourth Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors* ("**Fourth Interim Cash Use Order**") was entered on July 22, 2026, which continued the final hearing on the Cash Use Motion to August 26, 2026.

11) A *Fifth Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors* ("**Fifth Interim Cash Use Order**") was entered on August 26, 2026, which continued the final hearing on the Cash Use Motion to September 23, 2026.

12) This Court has set a Confirmation Hearing to take place on November 18, 2026, at 10:30 a.m. (the "**Confirmation Hearing**"). To preserve this Court's time and resources, the Parties request that the Cash Use Hearing be held together with the Confirmation Hearing.

13) None of the Parties will be prejudiced by entry of the Sixth Interim Cash Use Order, and the latest budget approved by KeyBank covers the period through November 18, 2026.

**WHEREFORE**, the Parties respectfully request that the Court enter the Sixth Interim Cash Use Order, as attached hereto as **Exhibit A**, which, among other things,

continues the in-person hearing scheduled regarding the Cash Use Motion currently set for September 23, 2026, at 10:30 a.m. (Eastern Time) to November 18, 2026, at 10:30 a.m. (Eastern Time) in South Bend, Indiana, and grant the Parties all other relief the Court deems just and proper.

Respectfully submitted,

*/s/ Weston E. Overturf*

Weston E. Overturf
Anthony T. Carreri
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 777-7443
WOverturf@kgrlaw.com
ACarreri@kgrlaw.com

*Counsel for Debtors and Debtors-in-Possession*

Respectfully submitted,

*/s/ Christopher C. Hagenow*

Christopher C. Hagenow
Miranda Weiss Bernadac
TUOHY BAILEY & MOORE LLP
9294 N. Meridian St.,
Indianapolis, Indiana 46260
(317) 638-2400
chagenow@tbmattorneys.com
mbernadac@tbmattorneys.com

*Counsel for KeyBank National Association*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 21, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Matthew Anderson** manderson@maylorber.com
- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;lstella@kgrlaw.com
- **Raymond Daniel Faust** dan.faust@skofirm.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Jason T. Mizzell** jmizzell@kgrlaw.com, kwhigham@kgrlaw.com;cresler@kgrlaw.com;kpeerman@kgrlaw.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I further certify that on September 21, 2026, a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

None.

*/s/ Weston E. Overturf*
Weston E. Overturf