UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |

**STIPULATION REGARDING THE AUTOMATIC STAY AS IT APPLIES TO THE REDEVELOPMENT COMMISSION OF THE CITY OF SOUTH BEND, INDIANA AND CASE 71D07-2301-PL-000020**

Upon consideration of the Order Granting Motion for Remand and to Abstain entered in case 26-03011 on August 27, 2026, Debtors, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC (together, the "**Debtors**") and creditor Redevelopment Commission of the City of South Bend, Indiana (the "**Redevelopment Commission**") now agree to certain relief from the Automatic Stay for the limited purpose described below:

1) The Automatic Stay of Debtors is lifted for the limited purpose of allowing the Redevelopment Commission to proceed with the above lawsuit, Case 71D07-2301-PL-000020, including any associated appeals, consolidations, transfers, or case number reassignments.
2) The Redevelopment Commission shall be limited to a determination of liability and a determination of damages in a dollar amount, if any, against Debtors.
3) Any amount payable to the Redevelopment Commission shall be recoverable only from other non-Debtor co-defendants, if any, and not from Debtors directly.

4) Nothing in this Stipulation precludes the Redevelopment Commission from seeking additional authority to lift the automatic stay.
5) This Stipulation expires upon the dismissal of this Chapter 11 proceeding.

**SO AGREED:**

*/s/Weston E. Overturf*
Weston E. Overturf, Atty. No. 27281-49
Anthony T. Carreri, Atty. No. 36107-49
Jason T. Mizzell, Atty. No. 30038-53
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 777-7434
woverturf@kgrlaw.com

*Counsel for Debtors, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC*

*/s/Katherine Iskin*
Katherine Iskin, Atty. No. 33679-71
Matthew J. Anderson, Atty. No. 27511-71
May Oberfell Lorber LLP
4100 Edison Lakes Pkwy, Suite 100
Mishawaka, IN 46545
(574) 243-4100
kiskin@maylorber.com

*Counsel for Redevelopment Commission of the City of South Bend, Indiana*