**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA (SOUTH BEND)**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| MATTHEWS 350 E LASALLE LLC, et al. | ) | CASE NO. 26-30288-pes |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| COMMERCE CENTER DEVELOPMENT LLC, | ) | |
| | ) | |
| Debtor. | ) | |

REDEVELOPMENT COMMISSION OF
THE CITY OF SOUTH BEND, INDIANA,

PLAINTIFF,

v. Adv. Pro. No. 26-3011-pes

COMMERCE CENTER DEVELOPMENT,
LLC; MATTHEWS 350 E LASALLE, LLC;
DMTM, INC.; AND MATTHEWS LLC,

DEFENDANTS.

**APPEARANCE**

Comes now Miranda Weiss Bernadac, of the law firm of Tuohy Bailey & Moore LLP, 9294 N Meridian, Indianapolis, Indiana 46260, telephone (317) 638-2400, facsimile (317) 633-6618, electronic mail address mbernadac@tbmattorneys.com, and hereby enters her appearance on behalf of 300 E LaSalle Ave Note LLC, a creditor herein, pursuant to N.D. Ind. L.B.R. B-9010-2. The undersigned hereby authorizes service by electronic mail at the above listed address.

Respectfully submitted,

TUOHY BAILEY & MOORE LLP

By: */s/ Miranda Weiss Bernadac*
Miranda Weiss Bernadac
Attorney No. 30907-49
TUOHY BAILEY & MOORE LLP
9294 N Meridian
Indianapolis, Indiana 46260
mbernadac@tbmattorneys.com
Counsel for 300 E LaSalle Ave Note LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was filed electronically this 2nd day of October 2026. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. I hereby further certify that I caused a copy of the foregoing to be served via U.S. Mail, First Class, postage prepaid upon the parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing systems.

*/s/ Miranda Weiss Bernadac*
Miranda Weiss Bernadac