B 2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

Matthews 350 E LaSalle LLC

Debtor(s)

Case No. 26-30288-pes

# TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

300 E. LASALLE AVE NOTE LLC
Name of Transferee

Name and Address where notices to transferee should be sent:

Christopher C. Hagenow
Miranda W. Bernadac
Tuohy Bailey & Moore LLP
9294 N. Meridian Street
Indianapolis, IN 46240

Phone: 317-638-2400
Last Four Digits of Acct #: ______________

Name and Address where transferee payments should be sent (if different from above):

ConnectOne Bank
301 Sylvan Avenue
Englewood Cliffs, NJ 07632

Phone: 844-266-2548
Last Four Digits of Acct #:6950

KEYBANK NATIONAL ASSOCIATION
Name of Transferor

Court Claim # (if known): 4
Amount of Claim: $30,132,468.79
Date Claim Filed: June 17, 2026

Phone: 216-689-4443
Last Four Digits of Acct. #: 0001

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief

By: /s/ Christopher C. Hagenow
Transferee/Transferee's Agent

Date: October 1, 2026

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.