# UNITED STATES BANKRUPTCY COURT
## Northern District of Indiana
## South Bend Division

In Re: Debtor(s) (name(s) and address)
Matthews 350 E LaSalle LLC
dba 300 E LaSalle, dba 300 East LaSalle
83−2322706
401 E. Colfax Ave., Suite 277
South Bend, IN 46617

Case Number: 26−30288−pes

Chapter: 11

## NOTICE TO TRANSFEROR OF FILING OF TRANSFER OF CLAIM

To: KeyBank National Association

You are hereby notified that on October 2, 2026, 300 E. LaSalle Ave Note LLC filed a notice stating that a claim you hold (Claim No. 4), which was previously filed or deemed filed in this case, has been transferred or assigned to it.

Any objections to the transfer must be filed within 28 days of the date of this notice. If no objections are filed within the time required, the transferee will be substituted as the creditor in your place without further order. See, Fed. R. Bankr. P. Rule 3001.

Dated: October 5, 2026

Amber E. Craig

Clerk, United States Bankruptcy Court
401 South Michigan Street
South Bend, Indiana 46601