# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−3 | User: admin | Date Created: 10/5/2026 |
| Case: 26−30288−pes | Form ID: 315 | Total: 1 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

16321099 KeyBank National Association Christopher C. Hagenow 9294 N. Meridian Street Indianapolis, IN 46260

TOTAL: 1