UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF KROGER GARDIS & REGAS, L.L.P. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS FOR SERVICES RENDERED FROM PETITION DATE THROUGH September 30, 2026**

This matter, having come before the Court on the *First Interim Application of Kroger Gardis & Regas, L.L.P. for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors for Services Rendered from the Petition Date through September 30, 2026* (the "**Application**") filed by Kroger Gardis & Regas, L.L.P. (the "**Applicant**");

And no timely objections to the Application having been filed;

And the Court, being duly advised, now finds that the Application should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that compensation for Applicant's actual and necessary legal services rendered from the Petition Date through September 30, 2026 (the "**Compensation Period**") as a result of its representation of the Debtors in the sum of $129,805.24 are hereby allowed (the "**Fees**");

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that reimbursement for actual and necessary out-of-pocket expenses the Applicant incurred during the

Compensation Period as a result of its representation of the Debtors in the amount of $4,859.22 are hereby allowed (the "**Expenses**");

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** debtors Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC are authorized and directed to pay to Applicant, the amount of $129,805.24 for fees and $4,859.22 for expenses.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Applicant can apply the $1,241.37 currently held in its Trust account to the Fees.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the Fees and Expenses are an administrative expense of Debtor’s bankruptcy estate pursuant to section 503(b)(1)(A) of the Bankruptcy Code.

**SO ORDERED.**

____________________________________
Judge, United States Bankruptcy Court