UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**NOTICE OF MOTION AND OPPORTUNITY TO OBJECT**

On October 9, 2026, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC (each a **"Debtor"**; collectively, **"Debtors"**), by counsel, filed its *First Interim Application of Kroger, Gardis & Regas, L.L.P. for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors for Services Rendered from the Petition Date through September 30, 2026* (the "**Application**"), asking the court to enter an Order allowing and authorizing payment for legal fees in the amount of $129,805.24 for services rendered to the Debtors from the Petition Date through September 30, 2026 and the reimbursement of expenses incurred by Kroger, Gardis & Regas, L.L.P. (the "**Applicant**") in the amount of $4,859.22 from the Petition Date through September 30, 2026.

A copy of the Application is enclosed herewith as **Exhibit A.**

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney. If you do not have an attorney, you may wish to consult one.**

If you do not want the court to grant the Application, then **on or before November 3, 2026**, (21 days pursuant to Fed.R.Bankr.P. 2002-2(a)(7)) you or your attorney must:

1. File a written objection to the Application, which should explain the reasons why you object, with the Clerk of the United States Bankruptcy Court at:

United States Bankruptcy Court
Northern District of Indiana
401 South Michigan Street
South Bend, IN 46601

If you mail your objection, you must mail it early enough so that it will be **received** by the date it is due.

2. You must also serve a copy of your objection upon:

Weston E. Overturf
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

If you do not file an objection by the date it is due, the court may grant relief requested without holding a hearing. If you do file an objection, the court will set the Application for hearing, which you or your attorney will be expected to attend.

Dated: October 13, 2026

Respectfully submitted,

*/s/ Weston E. Overturf*

Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7443
woverturf@kgrlaw.com

*Attorney for Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2026, a true and correct copy of the foregoing was filed electronically. Notice of this filing will be served on the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Ryan Murphy** iumurphy19@gmail.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I further certify that on October 13, 2026, a copy of the foregoing was mailed by US. Mail, postage prepaid and properly addressed in accordance with Local Rule B-2002-2(c) on the following parties:

**Mailing Matrix Attached hereto as Exhibit B.**

*/s/ Weston E. Overturf*
Weston E. Overturf