# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**FIRST INTERIM APPLICATION OF KROGER, GARDIS & REGAS, L.L.P. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS FOR SERVICES RENDERED FROM THE PETITION DATE THROUGH September 30, 2026**

Kroger, Gardis & Regas, L.L.P. ("**Applicant**"), as counsel to Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC (together, "**Debtors**"), for Applicant's *First Interim Application of Kroger, Gardis & Regas, L.L.P. for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to Debtors for Services Rendered from Petition Date through September 30, 2026* (the "**Application**"), states as follows:

**JURISDICTION**

1. This Court has jurisdiction over this Application pursuant to 28 U.S.C. §§ 157 and 1334(b).

2. The resolution of this Application constitutes a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

3. The Court has authority to grant the relief requested in this Application pursuant to 11 U.S.C. §§ 327, 330, and 331.

## FACTUAL BACKGROUND

4. On March 10, 2026 (the "**Petition Date**"), Debtors each filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

5. On March 10, 2026, Debtors, by counsel, filed their *Motion for Joint Administration* (the "**Joint Administration Motion**") [Filing No. 5].

6. On March 19, 2026, the Court entered an order granting the Joint Administration Motion [Filing No. 38], which consolidated the cases of the affiliated debtors under the above captioned case.

7. Debtors are authorized to continue to operate their businesses and manage their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

8. On March 10, 2026, Debtors, by counsel, also filed their *Application to Employ Kroger, Gardis & Regas, L.L.P. as Debtors' Counsel as of the Petition Date* (the "**Employment Application**") [Filing No. 14].

9. On April 15, 2026, the Court entered an order granting the Employment Application [Filing No. 63].

## REQUEST FOR COMPENSATION AND REIMBURSEMENT OF FEES AND EXPENSES

10. By this Application, Applicant seeks interim allowance and payment of its attorney fees and expenses incurred from the Petition Date through September 30, 2026 (the "**Compensation Period**") for representation and services provided to Debtors.

11. Applicant has not received any compensation in this case or

reimbursement of expenses for its role as counsel for the Debtors. Applicant holds $1,241.37 in its Trust account.

**Summary of Services Provided**

12. Pursuant to the Employment Order, Applicant has provided a variety of necessary services to the Debtors during the Compensation Period, including the following summary:

a. Preparation of filings and applications and conducting examination necessary to the administration of this matter;

b. Advice regarding Debtor's rights, duties, and obligations as debtor-in-possession;

c. Performance of legal services associated with and necessary to the operations of the business, including, but not limited to, institution and prosecution of necessary legal proceedings, loan restructuring, and general business and corporate legal advice and assistance, all of which are necessary to the proper preservation and administration of the estate;

d. Negotiation, preparation, confirmation, and consummation of a plan of restructuring; and

e. Taking any and all other necessary action incident to the proper preservation and administration of the estate in the conduct of Debtor's business.

13. The above descriptions serve as a general overview of the services provided by Applicant. A complete description of all services performed is detailed on the attached statements as **Exhibit A** (the "**Invoices**").

14. Every entry itemized on the Invoices includes a category identifying the project category, a description of the activity performed, and the number of hours (in increments of one-tenth of an hour) spent on the activity. Below is a list of the aggregate recorded hours, blended rate and fees incurred for each category:

| Project Category | Amount Billed |
|---|---|
| Case Administration | $35,028.00 |
| Asset Disposition | $158.00 |
| Assumption and Rejection of Leases & Contracts | $8,870.00 |
| Meeting of Creditors | $4,781.00 |
| Fee and Employment Apps | $534.00 |
| Financing & Cash Use | $9,681.50 |
| Business Operations | $2,207.50 |
| Claims Administration and Objections | $1,794.00 |
| Relief from Stay | $594.00 |
| Plan and Disclosure Statement | $15,761.00 |
| Other Contested Matters | $33,838.00 |
| Adversary Proceeding | $16,558.24 |
| **Total:** | **$129,805.24** |

15. Applicant requests an order allowing compensation in the amount of $129,805.24 for attorney fees incurred during the Compensation Period and reimbursement in the amount of $4,859.22 for actual and necessary out-of-pocket expenses incurred during the Compensation Period. All of the services performed by Applicant are set forth on the Invoices and have been billed at the hourly rates established by Applicant in the Employment Application.

16. Pursuant to Section 330 of the Bankruptcy Code and Rule 2016 of the Federal Rules of Bankruptcy Procedure, Applicant is entitled to allowance of fees set forth in this Application. Applicant's services are properly compensable, were actual and necessary services and expenses of administration of the estate and have helped the Debtors fulfill their duties under the Bankruptcy Code.

17. In this case, Applicant submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Application were necessary for and beneficial to the preservation and maximization of value of the estate, and in the best interest of the estate and its creditors. The compensation requested herein is reasonable in light of the nature, extent, and value of such services to the Debtors, creditors, and all parties in interest.

18. All services rendered on behalf of the Debtors and all expenses incurred for which compensation or reimbursement is sought have been rendered or incurred exclusively on behalf of the Debtors and represent necessary and proper legal assistance in the administration of this chapter 11 case.

19. No agreement or understanding exists between the Applicant and any other person or entity for the sharing of compensation received for its services rendered in connection with this case.

20. No prior applications for compensation for fees or expenses have been filed by Applicant.

**WHEREFORE,** Applicant respectfully requests that the Court enter an Order:

(a) Allowing interim compensation to the Applicant in the sum of $129,805.24 representing compensation for actual and necessary legal services rendered during the Compensation Period (the "**Fees**");

(b) Allowing the Applicant the sum of $4,859.22 for actual and necessary out-of-pocket expenses incurred during the Compensation Period as a result of its representation of the Debtors (the "**Expenses**");

(c) That such allowance be without prejudice to the Applicant's right to seek

additional compensation for services performed and expenses incurred during the Compensation Period, which were not processed at the time of this Application;

(d) Directing the Debtors to pay the Applicant the Fees and Expenses; and

(e) Granting all other relief deemed just and proper in the premises.

Respectfully Submitted,

/s/ Weston E. Overturf
Weston E. Overturf, Attorney No. 27281-49
Anthony T. Carreri, Attorney No. 36107-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 777-7443
wes@kgrlaw.com

*Attorneys for Debtors*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Ryan Murphy** iumurphy19@gmail.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I further certify that on the 9th day of October 2026, a copy of the foregoing was mailed by first-class United States mail, postage prepaid, and properly addressed to the following:

Mailing Matrix attached as **Exhibit B**

*/s/ Weston E. Overturf*
Weston E. Overturf

# EXHIBIT A

KGR | KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
October 6, 2026
ACCOUNT #: 25132.02
INVOICE #7 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 09/01/2026 | WEO | B230 | A106 | Review follow up communication from potential broker for DIP Loan and advise client [redacted] | 0.20 |
| | WEO | B230 | A104 | Attention to entry of Order continuing cash use | 0.20 |
| 09/06/2026 | WEO | B320 | A104 | Attention to deadline for Objections to Disclosure Statement and review docket to confirm no objections filed and begin preparations of outline and advise client [redacted] | 1.00 |
| 09/07/2026 | WEO | B320 | A103 | Continue preparing outline for hearing on Disclosure Statement and respond to client's [redacted] | 1.30 |
| 09/09/2026 | WEO | B320 | A109 | Call with attorney of Redevelopment Commission regarding stay relief, mediation, and pending disqualification motion and [redacted] review outline for hearing on disclosure statement and finalize same and appear for hearing on same. | 1.60 |
| | WEO | B190 | A103 | Review draft of Stipulation granting relief from stay to permit redevelopment commission litigation to move forward as to liability and determining damages and communicate with client [redacted] | 0.20 |
| 09/10/2026 | WEO | B320 | A104 | Review and finalize draft of Immaterial Modification and direct filing of same; review Order Fixing Time for Accepting or Rejecting Plan and Notice of Confirmation and follow up with court regarding issues related to same; review amended order and direct service of plan, ballots, and Order setting Confirmation hearing. | 1.00 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
October 6, 2026
ACCOUNT #: 25132.02
INVOICE #7 - 25132.02

Re: Post-Petition

| Date | Timekeeper | Task | Activity | Description | HOURS |
|---|---|---|---|---|---|
| 09/15/2026 | WEO | B190 | A104 | Review Motion to Set Status Conference filed in state court matter and notice setting hearing and follow up with client [redacted]; review communication from state court attorney regaridng Status conference and respond; attention to deadline for change of venue/change of judge and requirements of same [redacted] | 1.00 |
| 09/16/2026 | WEO | B320 | A104 | Review and revise draft of Ballot and attention to completing same for creditors and issues related to same and direct service of plan and ballots. | 0.40 |
| | WEO | B230 | A107 | Attention to upcoming hearing on extended Cash Use and direct regarding communicating with counsel for KeyBank related to extending cash use. | 0.20 |
| 09/17/2026 | WEO | B230 | A104 | Attention to upcoming cash use hearing and KeyBank's agreement to continue same and direct preparation of Joint Motion to Continue Cash Use and Hearing and proposed order. | 0.20 |
| | WEO | B320 | A106 | Circulate form of Ballot to D. Matthews with comments on [redacted] | 0.20 |
| | WEO | B140 | A106 | Follow up with client [redacted] | 0.20 |
| 09/18/2026 | WEO | B140 | A104 | Continued analysis to confirm that debtors and affiliates are not precluded from moving forward with counterclaims based on stipulation and automatic stay and advise client [redacted] and communicate with attorney for Redevelopment Commission approval of Stipulation. | 0.50 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617


October 6, 2026
ACCOUNT #: 25132.02
INVOICE #7 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 09/21/2026 | WEO | B230 | A104 | Review draft of Motion for Entry of 6th Interim Order and to Continue Cash Use Hearing and proposed 6th Interim Order and circulate to attorney for KeyBank for review and comment; receive approval to file Joint Motion from attorney for KeyBank and direct filing. | 0.50 |
| | WEO | B190 | A103 | Attention to status conference to be set in state court matter. | 0.10 |
| 09/22/2026 | WEO | B190 | A106 | Follow up with client [redacted] | 0.20 |
| | WEO | B230 | A106 | Attention to entry of 6th Interim Order Granting Cash Use and Continuance of Hearing and advise client [redacted]. | 0.20 |
| 09/23/2026 | WEO | B110 | A106 | Review communication from US Trustee's Office regarding Quarterly fees and advise client [redacted] | 0.20 |
| 09/24/2026 | WEO | B190 | A104 | Review Order re-scheduling Status Conference in Redevelopment Commission matter. | 0.20 |
| 09/25/2026 | WEO | B320 | A106 | Attention to certificate of service for mailing of ballots and direct filing of same; advise client [redacted]. | 0.50 |
| | WEO | B190 | A104 | Continued analysis of issues related to motion to disqualify and potential settlement terms and draft and [redacted] client. | 0.50 |
| 09/28/2026 | WEO | B190 | A104 | Review inquiry from client [redacted] communicate with Redevelopment Commission's attorney regarding same. | 0.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 4
October 6, 2026
ACCOUNT #: 25132.02
INVOICE #7 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 09/30/2026 | WEO | B320 | A104 | Review Ballots received from Shein parties and direct regarding preparation of initial draft of report and schedule related to same. | 0.20 |
| | | | | Weston E. Overturf | 11.00 |
| 09/17/2026 | JTM | B170 | A103 | Review stipulation regarding automatic stay and [redacted] to W. Overturf. | 0.10 |
| | | | | Jason T. Mizzell | 0.10 |
| 09/09/2026 | ATC | B320 | A101 | Preparation for hearing on Disclosure Statement. | 0.50 |
| | ATC | B320 | A109 | Appear for Disclosure Statement hearing. | 0.20 |
| | ATC | B190 | A104 | Attention to Order Granting Motion to Remand South Bend matter back to St. Joseph County; Attention to deadlines to move for change of venue or judge in the State Court matter; Analysis of potential basis for a Motion for Change of Venue. | 1.10 |
| 09/15/2026 | ATC | B110 | A106 | Correspondence to client [redacted] | 0.10 |
| 09/16/2026 | ATC | B230 | A107 | Correspondence to counsel for KeyBank regarding another Interim Cash Use Order that extends cash use to and through the Confirmation hearing date. | 0.30 |
| 09/18/2026 | ATC | B110 | A106 | Follow up with client [redacted] | 0.10 |
| 09/21/2026 | ATC | B110 | A106 | Follow up with client [redacted] | 0.10 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 5
October 6, 2026
ACCOUNT #: 25132.02
INVOICE #7 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 09/23/2026 | ATC | B110 | A103 | Attention to [redacted] by client for [redacted] Prepare August 2026 Monthly Operating Reports, along with supporting documentation, for Matthews 350 and CCD. | 2.50 |
| 09/24/2026 | ATC | B110 | A104 | Finalize and send for filing Matthews 350's and CCD's August 2026 Monthly Operating Reports, along with required attachments; Correspondence to the UST providing copies of Matthews 350's and CCD's August 2026 Monthly Operating Reports and all required attachments. | 0.40 |
| | | | | Anthony T. Carreri | 5.30 |
| 09/08/2026 | LAS | B110 | A103 | Draft and finalize Notice to Appear by Video for WEO and ATC | 0.30 |
| 09/16/2026 | LAS | B320 | A101 | Prepare mailing for Ballot Reporting and draft Certificate of Service. | 1.60 |
| 09/21/2026 | LAS | B230 | A104 | Finalize Joint Motion for Sixth Interim Cash Use Order and to Continue Hearing | 0.20 |
| 09/25/2026 | LAS | B320 | A103 | Draft COS for Ballot. | 0.10 |
| | | | | Laura A. Stella | 2.20 |
| 09/17/2026 | SRP | B110 | A103 | Draft Joint Motion for Entry of Sixth Interim Cashe Use Order and Continue Hearing and proposed order granting joint motion. Send to Deidre for review before sending to W. Overturf and A. Carreri. | 2.40 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 6
October 6, 2026
ACCOUNT #: 25132.02
INVOICE #7 - 25132.02

Re: Post-Petition

| Date | TK | Task | Activity | Description | HOURS | |
|---|---|---|---|---|---|---|
| 09/18/2026 | SRP | B110 | A103 | Draft/Revise joint motion for entry of sixth interim cash order and proposed order. Review Deidre's edits/comments and send to W. Overturf for review. | 0.30 | |
| | | | | Sarah R. Pfister | 2.70 | |
| 09/10/2026 | DCG | B320 | A103 | Draft immaterial modification of plan. | 0.80 | |
| | DCG | B320 | A103 | Finalize immaterial modification of plan. | 0.20 | |
| | DCG | B320 | A103 | Draft form of Ch 11 Ballot. | 0.30 | |
| 09/16/2026 | DCG | B320 | A111 | Prepare ballots and initiate service of plan and corresponding documents. | 1.50 | |
| 09/24/2026 | DCG | B110 | A103 | Finalize August monthly operating reports. | 0.40 | |
| | | | | Deidre C. Gastenveld | 3.20 | |
| | | | | FOR CURRENT SERVICES RENDERED | 24.50 | 9,553.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 11.00 | $495.00 | $5,445.00 |
| Jason T. Mizzell | 0.10 | 395.00 | 39.50 |
| Anthony T. Carreri | 5.30 | 395.00 | 2,093.50 |
| Laura A. Stella | 2.20 | 125.00 | 275.00 |
| Sarah R. Pfister | 2.70 | 375.00 | 1,012.50 |
| Deidre C. Gastenveld | 3.20 | 215.00 | 688.00 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 9,553.50 |
| PREVIOUS BALANCE | $103,775.08 |
| BALANCE DUE | $113,328.58 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 7
October 6, 2026
ACCOUNT #: 25132.02
INVOICE #7 - 25132.02

Re: Post-Petition

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 30,179.25 | 30,179.25 |
| 05/14/2026 | 2 | 20,188.53 | 20,188.53 |
| 06/17/2026 | 3 | 10,139.00 | 10,139.00 |
| 07/23/2026 | 4 | 13,268.00 | 13,268.00 |
| 08/17/2026 | 5 | 12,530.00 | 12,530.00 |
| 09/21/2026 | 6 | 17,470.30 | 17,470.30 |
| | | | 103,775.08 |

Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| B110 | Case Administration | 2499.00 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 346.50 | 0.00 |
| B170 | Fee/Employment Objections | 39.50 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1622.50 | 0.00 |
| B100 | Administration | 4,507.50 | 0.00 |
| B230 | Financing/Cash Collections | 886.00 | 0.00 |
| B200 | Operations | 886.00 | 0.00 |
| B320 | Plan and Discosure Statement (including Business Plan) | 4160.00 | 0.00 |
| B300 | *** Task Code Not Found *** | 4,160.00 | 0.00 |

Your trust account balance is

| | |
|---|---|
| Opening balance | $1,241.37 |
| Closing balance | $1,241.37 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 03/09/2026 | WEO | B190 | A104 | Continued preparations for Chapter 11 filings and follow up with client [redacted]; call to US Trustee's Office and Court; review and revise drafts of all of first day filings and voluntary petitions and advise client [redacted] and finalizing all filings to move forward with filing of formal restructuring's; review various follow up communications regarding filings and clarifying aspects of same; call with attorney for KeyBank and attention to various follow up communications regarding cash use and terms sheet; call with [redacted]. | 6.40 |
| 03/10/2026 | WEO | B230 | A103 | Review comments on Cash Use Motion and Order from KeyBank Attorney and direct changes to same before filing; review proposed Order Granting Motion to Limit Notice and direct regarding finalizing and filing; call with client [redacted] and direct regarding finalizing same and sending to client for [redacted] attention to filing of all required filings to initiate Chapter 11 process and giving notice to all parties and Court in foreclosure matter and advise client [redacted]. | 3.20 |
| | WEO | B110 | A103 | Continued preparations for Chapter 11 filings and follow up with client [redacted]; call to US Trustee's Office and Court; review and revise drafts of all of first day filings and voluntary petitions and advise client regarding same and finalizing all filings to move forward with filing of formal restructuring's; review various follow up communications regarding filings and clarifying aspects of same; call with attorney for KeyBank and attention to various follow up communications regarding cash use and terms sheet; [redacted] | 6.40 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | WEO | B110 | A106 | Multiple calls with client [redacted] and reivew creditor committee packets received from US Trustee's office. | 0.50 |
| 03/11/2026 | WEO | B140 | A107 | Attention to secured lender's removal of payment from account and agreed upon adequate protection payments and communicate with secured lender's attorney regarding same; review response attorney for KeyBank on auto-withdrawal and advise client [redacted] | 0.50 |
| | WEO | B210 | A104 | Attention to communications to tenants regarding bankruptcy filing and advise client [redacted] (.7); review follow up communication from client [redacted] (.1); review additional follow up communications regarding correspondence to residential tenants regarding bankruptcy filing and advise client [redacted] (.4). | 1.20 |
| | WEO | B110 | A106 | Advise Client [redacted] (.4); review additional notices regarding unfiled required documents and direct regarding same (.2); call from US Trustee's office regarding IDI and reivew IDI packets and advise client [redacted] (.6); attention to Notice of Hearing on certain first day motions and strategy related to hearing (.4). | 1.60 |
| 03/13/2026 | WEO | B230 | A104 | Review communication from KeyBank regarding March payment and advise regarding same. | 0.10 |
| 03/16/2026 | WEO | B310 | A104 | Review Notice of Corrected Address and direct filing of same (.2); conference with ATC [redacted] (.2); advise client [redacted] (.2). | 0.60 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 3
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| Date | Atty | Task | Activity | Description | HOURS |
|---|---|---|---|---|---|
| 03/17/2026 | WEO | B230 | A104 | Review Outline for Hearing on Cash Use and other initial hearings and communicate with client [redacted]. | 1.00 |
| 03/18/2026 | WEO | B190 | A109 | Conference with ATC [redacted] | 0.40 |
| 03/19/2026 | WEO | B110 | A104 | Attention to entry of Orders on Joint Administration and other first day motions and direct regarding service of same and filing of Certificate of Service; attention to possible tenants and service and direct regarding same (.2); attention to inquiry from client [redacted] (.2); advise client [redacted] (.1). | 0.50 |
| | WEO | B210 | A104 | Review message from counsel for Forum Credit Union regarding reference in Commerce Center Development filing and return call to discuss background and structure of loans. | 0.50 |
| 03/20/2026 | WEO | B150 | A108 | Review communication from US Trustee's Office regarding IDI and respond. | 0.20 |
| | WEO | B190 | A106 | Review information from client [redacted] review claims in state court matter by Revelopment Commission and analyze issues related to conflict of attoreny/firm and review agreement and advise client [redacted] review initial response from Redevelopment Commission attorney and respond. | 1.40 |
| 03/23/2026 | WEO | B320 | A104 | Review draft of Motion to Extend Deadline to file Schedules and Statements and direct filing of same. | 0.20 |
| 03/24/2026 | WEO | B220 | A101 | Attention to need to employ accountant and direct regarding same. | 0.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 4
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 03/25/2026 | WEO | B190 | A106 | Review message from proposed counsel for City and respond to same; advise client [redacted] | 0.40 |
| 03/26/2026 | WEO | B320 | A106 | Call with client [redacted] (.5); call with attorney for city regarding conflict issues and withdrawing and direct regarding preparation of Motion to Disqualify (.2); [redacted] (.3). | 1.00 |
| 03/27/2026 | WEO | B190 | A104 | Review and analyze communication from city attorney indicating refusal to withdraw and addressing conflict issues; communicate with K Koons [redacted] | 0.50 |
| | WEO | B150 | A104 | Attention to issues related to continuance of meeting of creditors and requesting additional time to file schedules and statements and motions related to same with proposed orders and direct filing (.8); attention to issues related to filing of motion in CCD matter and direct regarding revisions to original motions to combine and make amended motion and communicate to UST attorney (.2) | 1.00 |
| 03/29/2026 | WEO | B190 | A105 | Review information provided by client [redacted] communicate with K Koons [redacted] | 1.00 |
| 03/30/2026 | WEO | B210 | A104 | Attention to issues related to amounts due to Wipfli for accounting/consulting services and advise client [redacted] (.2); review terms of new executed lease with commercial tenant and consider whether any court authority is necessary (.4). | 0.60 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 5
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 03/31/2026 | WEO | B190 | A105 | Continued analysis of conflict issues for City and conference with K Koons [redacted] (.4); review 30(B)(6) Notices of Deposition and communications related to same and respond (.2). | 0.60 |
| | | | | Weston E. Overturf | 30.00 |
| 03/20/2026 | KDK | B410 | A105 | Communicate (in firm) - Conference with Wes Overturf [redacted] | 0.20 |
| 03/25/2026 | KDK | B110 | A105 | Email correspondence with W. Overturf and A. Carreri [redacted] | 0.50 |
| 03/27/2026 | KDK | L120 | A104 | Review/analyze [redacted] correspondence with Wes Overturf [redacted] | 0.20 |
| 03/30/2026 | KDK | L120 | A104 | Review/analyze [redacted] and email [redacted] Wes Overturf [redacted] | 0.90 |
| | | | | Kevin D. Koons | 1.80 |
| 03/31/2026 | JTM | B110 | A105 | Meeting with A. Carreri and W. Overturf [redacted] | 0.40 |
| | | | | Jason T. Mizzell | 0.40 |
| 03/10/2026 | ATC | B110 | A105 | Multiple conferences internally [redacted]; Revise and finalize first day filings; Draft certificate of service for the Residential Tenants in regard to the Omnibus Motion to Assume Residential Leases and Motion to Limit Notice to Residential Lessees. | 4.40 |
| 03/16/2026 | ATC | B110 | A103 | Begin preparing for First Day Hearings. | 2.10 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 6
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 03/17/2026 | ATC | B110 | A103 | Continued preparation for First Day Hearings; Update proposed Budget for Cash Use Motion; Correspondence with counsel for KeyBank regarding updated proposed Budget for Cash Use Motion; Correspondence with client [redacted]. | 2.70 |
| | ATC | B110 | A104 | Attention to dispute with the Redevelopment Commission of South Bend, including review of docket, pleadings, and case status as of Petition Date. | 1.30 |
| 03/18/2026 | ATC | B110 | A103 | Final preparations for First Day Hearings. | 0.40 |
| | ATC | B110 | A109 | Travel to and from Bankruptcy Courthouse in South Bend for First Day Hearings. | 4.60 |
| | ATC | B110 | A109 | Conference with client [redacted]; Appear for First Day Hearings. | 1.00 |
| | ATC | B110 | A104 | Revise proposed Order Granting Motion to Maintain Existing Bank Account per Court's request at First Day Hearings; Direct filing of same. | 0.40 |
| 03/19/2026 | ATC | B150 | A106 | Attention to Initial Debtor Interview Packets; Separate the forms for each Debtor and fill in what we can based on the information we have; Correspondence to client [redacted]. | 2.70 |
| | ATC | B150 | A106 | Attention to the Orders entered in regard to the First Day Motions hearings; Correspondence with client [redacted]. | 0.30 |
| 03/20/2026 | ATC | B150 | A106 | Continued work and correspondence with client [redacted] Draft Debtors' Joint Narrative. | 2.10 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 7
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 03/22/2026 | ATC | B150 | A104 | Attention to status of Initial Debtor Interview documents; Follow up correspondence to client [redacted]. | 0.30 |
| 03/23/2026 | ATC | B150 | A104 | Finalize and send Initial Debtor Interview documents to the UST; Correspondence with client [redacted] | 0.70 |
| | ATC | B150 | A109 | Appear for Initial Debtor Interview with UST's bankruptcy analyst and client; Follow up call with client [redacted] | 0.60 |
| 03/25/2026 | ATC | B110 | A101 | Attention to Proofs of Claim filed in 350 E LaSalle matter; Prepare Proofs of Claim tracker spreadsheets for 350 E LaSalle and CCD. | 0.30 |
| | ATC | B210 | A108 | Call with residential tenant, Tyler Beaver. | 0.20 |
| | ATC | B110 | A104 | Attention to service and tenant address list regarding Omnibus Motion to Assume Residential Leases and Notice of Motion and Opportunity to Object. | 0.20 |
| 03/26/2026 | ATC | B190 | A109 | Conference call with WEO [redacted] | 0.30 |
| 03/27/2026 | ATC | B110 | A103 | Draft and send for filing the Amended Second Motion for Extension of Time to extend deadline to file Schedules and Statements. | 0.40 |
| 03/30/2026 | ATC | B190 | A104 | Attention to conflict issues with the Redevelopment Commission of the City of South Bend's retained counsel. | 1.70 |
| | ATC | B150 | A109 | Call in for the initially scheduled 341 Meeting of Creditors. | 0.20 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 8
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 03/31/2026 | ATC | B190 | A103 | Analysis of statutory and procedural requirements for removing the Redevelopment Commission's State Court lawsuit to the Bankruptcy Court; Conference with WEO [redacted] Draft Notice of Removal of State Court Action to Bankruptcy Court. | 3.10 |
| | | | | Anthony T. Carreri | 30.00 |
| 03/13/2026 | LC | B110 | A111 | Prepare and Finalizing Mailings for Notice of Hearings and Objection Notices to mailing matrix and all residential lessees. | 2.50 |
| | | | | Law Clerk | 2.50 |
| 03/11/2026 | LAS | B110 | A103 | Draft Notices of Motion and Opportunity to Object for Motion to Assume Residential Leases and Motion to Reject Unexpired Lease, send to DG and WEO for review. | 0.70 |
| 03/23/2026 | LAS | B110 | A103 | Draft Motion for Extension of Time to File Schedules. | 0.50 |
| | LAS | B110 | A108 | Communicate with Court on Motion for Extension of Time of Filings for Schedules. | 0.10 |
| | | | | Laura A. Stella | 1.30 |
| 03/10/2026 | DCG | B110 | A103 | Finalize both Petitions and all first day Motions and service of same. | 7.50 |
| 03/13/2026 | DCG | B185 | A103 | Finalize Notices of Motion and Opportunity to Object for Motion to Assume Leases and Motion to Reject Lease. | 0.40 |
| 03/17/2026 | DCG | B110 | A103 | Finalize Cash Use Order. | 0.20 |
| 03/18/2026 | DCG | B110 | A103 | Finalize Order Granting Motion to Maintain Bank Account. | 0.20 |
| 03/20/2026 | DCG | B110 | A103 | Review and PDF schedules; email client [redacted] | 0.40 |
| | | | | Deidre C. Gastenveld | 8.70 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 9
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | HOURS | |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 74.70 | 30,149.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 30.00 | $495.00 | $14,850.00 |
| Kevin D. Koons | 1.80 | 535.00 | 963.00 |
| Jason T. Mizzell | 0.40 | 395.00 | 158.00 |
| Anthony T. Carreri | 30.00 | 395.00 | 11,850.00 |
| Law Clerk | 2.50 | 118.00 | 295.00 |
| Laura A. Stella | 1.30 | 125.00 | 162.50 |
| Deidre C. Gastenveld | 8.70 | 215.00 | 1,870.50 |

| | | | |
|---|---|---|---|
| L110 | E118 | Tapestry Land Records - St. Joseph County, IN | 30.25 |
| | | TOTAL ADVANCES | 30.25 |
| | | TOTAL CURRENT WORK THIS INVOICE | 30,179.25 |
| | | BALANCE DUE | $30,179.25 |

Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| B110 | Case Administration | 14153.50 | 0.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 247.50 | 0.00 |
| B150 | Meetings of and Communications with Creditors | 3319.50 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 86.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 7311.00 | 0.00 |
| B100 | Administration | 25,117.50 | 0.00 |
| B210 | Business Operations | 1217.50 | 0.00 |
| B220 | Employee Benefits/Pensions | 99.00 | 0.00 |
| B230 | Financing/Cash Collections | 2128.50 | 0.00 |
| B200 | Operations | 3,445.00 | 0.00 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 10
April 17, 2026
ACCOUNT #: 25132.02
INVOICE #1 - 25132.02

Re: Post-Petition

| | | FEES | EXPENSES |
|---|---|---|---|
| B310 | Claims Administration and Objections | 297.00 | 0.00 |
| B320 | Plan and Discosure Statement (including Business Plan) | 594.00 | 0.00 |
| B300 | *** Task Code Not Found *** | 891.00 | 0.00 |
| B410 | General Bankruptcy Advice/Opinions | 107.00 | 0.00 |
| B400 | Bankruptcy-Related Advice | 107.00 | 0.00 |
| L110 | Fact Investigation/Development | 0.00 | 30.25 |
| L120 | Analysis/Strategy | 588.50 | 0.00 |
| L100 | Case Assessment, Development and Administration | 588.50 | 30.25 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
April 17, 2026
ACCOUNT #: 25132.03
INVOICE #1 - 25132.03

Re: Redevelopment Commission City of South Bend

| | | | HOURS | |
|---|---|---|---|---|
| 03/30/2026 | WEO | Conference with ATC [redacted] | 0.20 | |
| | | Weston E. Overturf | 0.20 | |
| | | FOR CURRENT SERVICES RENDERED | 0.20 | 99.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 0.20 | $495.00 | $99.00 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 99.00 |
| BALANCE DUE | $99.00 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
May 14, 2026
ACCOUNT #: 25132.04
INVOICE #1 - 25132.04

Re: Expenses

| | |
|---|---|
| Reproduction of documents | 310.90 |
| Reproduction of documents | 419.80 |
| Mailing expense | 548.55 |
| TOTAL EXPENSES | 1,279.25 |

| | |
|---|---|
| Pacer Service Center docket retrieval | 6.70 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 28.82 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 31.16 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 28.82 |
| Overnight mail | 28.82 |
| Overnight mail | 32.87 |
| Overnight mail | 24.56 |
| Overnight mail | 28.82 |
| Overnight mail | 24.56 |
| Overnight mail | 30.01 |
| Overnight mail | 25.42 |
| Overnight mail | 31.16 |
| Overnight mail | 31.16 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
May 14, 2026
ACCOUNT #: 25132.04
INVOICE #1 - 25132.04

Re: Expenses

| | |
|---|---|
| Overnight mail | 24.56 |
| Overnight mail | 55.80 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 31.16 |
| Overnight mail | 31.16 |
| Overnight mail | 24.56 |
| Overnight mail | 25.42 |
| Overnight mail | 30.01 |
| Overnight mail | 24.56 |
| Overnight mail | 28.82 |
| Overnight mail | 24.56 |
| Overnight mail | 32.87 |
| Overnight mail | 28.82 |
| Overnight mail | 28.82 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 28.82 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 28.82 |
| Overnight mail | 24.56 |
| Overnight mail | 18.88 |
| Overnight mail | 24.56 |
| Overnight mail | 24.56 |
| Overnight mail | 62.40 |
| Overnight mail | 29.53 |
| Overnight mail | 25.16 |
| Overnight mail | 19.34 |
| Travel to and from Courthouse - Anthony T. Carreri | 188.50 |
| Filing fee | 350.00 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 3
May 14, 2026
ACCOUNT #: 25132.04
INVOICE #1 - 25132.04

Re: Expenses

| | |
|---|---|
| TOTAL ADVANCES | 2,281.37 |
| TOTAL CURRENT WORK THIS INVOICE | 3,560.62 |
| BALANCE DUE | $3,560.62 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 04/01/2026 | WEO | B230 | A107 | Review communication from Key Bank Attorney regarding bank statement provided to US Trustee's Office and review bank statement and communications between bank and US Trustee's Office. | 0.50 |
| 04/02/2026 | WEO | B110 | A104 | Attention to status of documentation for IDI and direct regarding same. | 0.20 |
| | WEO | B185 | A104 | Attention to need to assume ground leases for midrise and office building and direct regarding same. | 0.20 |
| | WEO | B230 | A104 | Review SDNA between bank and new tenant and provide comments on same. | 0.40 |
| 04/03/2026 | WEO | B110 | A104 | Review communications regarding completing IDI and direct regarding same. | 0.20 |
| | WEO | B110 | A104 | Review drafts of Statements and Schedules for 350 LaSalle and CCD and draft and send communication to client [redacted] | 2.10 |
| 04/08/2026 | WEO | B110 | A104 | Attention to issues related to finalizing and filing schedules and direct regarding resolution of various issues. | 0.50 |
| | WEO | B185 | A106 | Advise client [redacted] | 0.20 |
| 04/09/2026 | WEO | B110 | A104 | Review message from US Trustee's Office regarding IDI and Meeting of Creditors and direct response. | 0.10 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 04/10/2026 | WEO | B230 | A104 | Advise client [redacted] | 0.20 |
| | WEO | B110 | A107 | Attention to communications from US Trustee's Office regarding moving meeting of creditors and respond. | 0.10 |
| 04/15/2026 | WEO | B110 | A104 | Attention to Entry of Order Granting Employment and direct service and filing of Certificate of Service. | 0.10 |
| 04/21/2026 | WEO | B190 | A104 | Review City's Statement in Response to Notice of Removal and call with client [redacted] eview orders to show cause and direct preparation of response and updated appearances. | 0.50 |
| | WEO | B210 | A104 | [redacted] sent by client and analyze against information provided in schedules. | 1.20 |
| 04/23/2026 | WEO | B185 | A104 | Review notices issued by Court related to Motions to Assume/reject Leases and direct regarding same. | 0.20 |
| 04/27/2026 | WEO | B185 | A104 | Review drafts of Motions to Assume Leases and direct finalizing and filing. | 1.20 |
| | WEO | B190 | A104 | Review and revise draft of Motion to Disqualify and [redacted] to client [redacted] by client on [redacted] direct filing of same. | 1.40 |
| 04/28/2026 | WEO | B190 | A104 | Attention to Order Setting Pretrial Conference and direct submission of documents required to appear remotely for same. | 0.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 3
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 04/29/2026 | WEO | B185 | A108 | Receive call from tenant regarding motion to assume lease and effective date/move out date and resolve inquiries related to same. | 0.20 |
| 04/30/2026 | WEO | B110 | A101 | Attention to upcoming pre-trial conference in adversary with City and Notice to Appear by Video. | 0.20 |
| | | | | Weston E. Overturf | 9.90 |
| 04/01/2026 | ATC | B190 | A103 | Revise Notice of Removal of South Bend Action; Correspondence with client [redacted] | 0.40 |
| | ATC | B190 | A101 | Analysis of South Bend Action docket for pleadings that must be included as exhibits to the Notice of Removal; Prepare 89 pleadings, including all exhibits, from South Bend Action as exhibits for the Notice of Removal. | 4.30 |
| 04/02/2026 | ATC | B190 | A103 | Further revise Notice of Removal of South Bend Action to be filed in bankruptcy case; Draft Notice of Removal to be filed in the South Bend Action; Reduce exhibit sizes to conform to file size limits for filing. | 1.60 |
| 04/03/2026 | ATC | B190 | A104 | Finalize and send for filing the Notice of Removal of South Bend Action to be filed in bankruptcy case and the Notice of Removal to be filed in the South Bend Action | 0.50 |
| | ATC | B150 | A107 | Correspondence with UST bankruptcy analyst regarding rescheduling the IDI. | 0.30 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 4
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ATC | B190 | A106 | Correspondence with client [redacted] Correspondence to all counsel of record in the South Bend Action providing a filed copy of the Notice of Removal of South Bend Action that was filed in the Bankruptcy Court. | 0.20 |
| 04/05/2026 | ATC | B110 | A106 | Correspondence with client [redacted] | 0.10 |
| 04/06/2026 | ATC | B110 | A104 | Analysis of draft Schedules and Statements in preparation for conference call with client [redacted] | 2.90 |
| | ATC | B110 | A101 | [redacted] call with client, pull reports from AppFolio, prepare necessary exhibits for Statements and Schedules therefrom, and calculate other information necessary to complete the Statements and Schedules. | 2.70 |
| | ATC | B110 | A106 | Conference call with client [redacted] | 0.50 |
| 04/07/2026 | ATC | B110 | A104 | Finalize calculations for SOFA; Correspondence directing same be added to SOFA. | 0.60 |
| 04/08/2026 | ATC | B110 | A104 | Finalize Schedules and Statements (version 1) for each of 350 E LaSalle and CCD; Correspondence with client [redacted] | 1.20 |
| | ATC | B190 | A103 | Draft Motion for Extension of Time and proposed Order granting same for Matthews 350 and CCD; Draft Motion for Extension of Time and proposed Order granting same for DMTM and Matthews LLC; Correspondence with DMTM and Matthews LLC's State Court counsel regarding same. | 1.70 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 5
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ATC | B110 | A103 | Revise Schedules and Statements (version 1) pursuant to client [redacted]; Finalize Schedules and Statements (version 2) for each of 350 E LaSalle and CCD; Correspondence with client [redacted]. | 1.40 |
| 04/09/2026 | ATC | B150 | A107 | Correspondence with the UST bankruptcy analyst regarding scheduling of the Initial Debtor Interview; Correspondence with client [redacted] | 0.40 |
| | ATC | B190 | A106 | Attention to Redevelopment Commission Adversary Proceeding Docket; Correspondence with client [redacted] | 0.30 |
| 04/10/2026 | ATC | B150 | A106 | Correspondence with client [redacted] | 0.30 |
| | ATC | B190 | A104 | Attention to Notices of Appearance to be filed in Redevelopment Commission Adversary Proceeding; Direct filing of same. | 0.20 |
| 04/13/2026 | ATC | B150 | A109 | Appear for Initial Debtor Interview. | 0.80 |
| | ATC | B185 | A103 | Revise Motion to Assume Unexpired Ground Lease Between Debtors for the Apartment Building Ground Lease; Draft Notice and Opportunity to Objection for same. | 1.50 |
| | ATC | B150 | A107 | Correspondence with UST regarding insurance documents showing insurance recently expired; Correspondence with client [redacted]. | 0.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617


May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ATC | B150 | A107 | Correspondence with UST regarding CCD having a DIP account opened; Correspondence with client [redacted]. | 0.20 |
| | ATC | B185 | A103 | Draft CCD's Motion to Assume Unexpired Ground Lease with CCOB; Draft Notice and Opportunity to Objection for same; Correspondence with WEO [redacted]. | 0.70 |
| 04/15/2026 | ATC | B190 | A103 | Begin drafting Motion to Disqualify MOL. | 1.70 |
| | ATC | B110 | A106 | Prepare the base templates for 350 E LaSalle and CCD's Monthly Operating Reports; Correspondence with client [redacted] | 0.70 |
| 04/20/2026 | ATC | B110 | A106 | Follow up correspondence to client [redacted] | 0.10 |
| 04/21/2026 | ATC | B150 | A106 | Attention to Schedules and call with David [redacted] | 0.30 |
| | ATC | B150 | A109 | Appear for the 341 Meeting of Creditors on behalf of Debtors. | 1.20 |
| 04/23/2026 | ATC | B190 | A103 | Continued drafting of Motion to Disqualify May Oberfell Lorber LLP. | 1.30 |
| 04/24/2026 | ATC | B190 | A103 | Continued drafting of Motion to Disqualify May Oberfell Lorber LLP and further analysis of case law in support of same. | 3.40 |
| 04/27/2026 | ATC | B190 | A103 | Complete first draft of Motion to Disqualify May Oberfell Lorber LLP. | 1.40 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 7
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ATC | B110 | A106 | Follow up correspondence to client [redacted] | 0.10 |
| | | | | Anthony T. Carreri | 33.20 |
| 04/03/2026 | LAS | B110 | A101 | Prepare mailings of Notice of Removal. | 0.40 |
| 04/06/2026 | LAS | B110 | A103 | Edit changes for Schedules into Bestcase and send for review. | 1.00 |
| 04/07/2026 | LAS | B110 | A103 | Draft Motion for Extension of Time for Second Amended Complaint and send for review. | 0.30 |
| 04/08/2026 | LAS | B110 | A108 | Call with court to open case to file schedules. | 0.20 |
| | LAS | B110 | A104 | Add corrections to Bestcase for finalization of schedules. | 1.00 |
| 04/09/2026 | LAS | B110 | A103 | Draft appearance of WEO and ATC for Adversary docket. | 0.30 |
| 04/22/2026 | LAS | B110 | A103 | Draft and finalize COS for Motion to Withdraw as Attorney. | 0.10 |
| | | | | Laura A. Stella | 3.30 |
| 04/03/2026 | DCG | B185 | A103 | Draft Motion to Assume Ground Lease and Order. | 1.00 |
| | DCG | B190 | A103 | Finalize and file notice of removal documents. | 1.00 |
| 04/06/2026 | DCG | B190 | A103 | Draft answer to South Bend Complaint. | 2.00 |
| | DCG | B110 | A106 | Meet with client [redacted] | 1.00 |
| 04/08/2026 | DCG | B110 | A103 | Finalize schedules and statements in both matters. | 0.80 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 8
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

| Date | TK | Task | Activity | Description | HOURS | |
|---|---|---|---|---|---|---|
| 04/23/2026 | DCG | B185 | A103 | Revise Notice of Motion and Opportunity to Object for Motion to Assume Lease and Motion to Assume Residential Leases; service of same. | 1.00 | |
| 04/27/2026 | DCG | B185 | A103 | Finalize both Motions to Assume and service of same. | 0.80 | |
| | DCG | B190 | A103 | Finalize Motion to Disqualify. | 0.50 | |
| | | | | Deidre C. Gastenveld | 8.10 | |
| | | | | FOR CURRENT SERVICES RENDERED | 54.50 | 20,168.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 9.90 | $495.00 | $4,900.50 |
| Anthony T. Carreri | 33.20 | 395.00 | 13,114.00 |
| Laura A. Stella | 3.30 | 125.00 | 412.50 |
| Deidre C. Gastenveld | 8.10 | 215.00 | 1,741.50 |

| | | | |
|---|---|---|---|
| L110 | E118 | Overnight mail Fedex | 20.03 |
| | | TOTAL ADVANCES | 20.03 |
| | | TOTAL CURRENT WORK THIS INVOICE | 20,188.53 |
| | | PREVIOUS BALANCE | $30,179.25 |
| | | BALANCE DUE | $50,367.78 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 30,179.25 | 30,179.25 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 9
May 14, 2026
ACCOUNT #: 25132.02
INVOICE #2 - 25132.02

Re: Post-Petition

30,179.25

Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| B110 | Case Administration | 6600.50 | 0.00 |
| B150 | Meetings of and Communications with Creditors | 1461.50 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 2461.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 8507.00 | 0.00 |
| B100 | Administration | 19,030.00 | 0.00 |
| B210 | Business Operations | 594.00 | 0.00 |
| B230 | Financing/Cash Collections | 544.50 | 0.00 |
| B200 | Operations | 1,138.50 | 0.00 |
| L110 | Fact Investigation/Development | 0.00 | 20.03 |
| L100 | Case Assessment, Development and Administration | 0.00 | 20.03 |

Your trust account balance is

| | |
|---|---|
| Opening balance | $1,241.37 |
| Closing balance | $1,241.37 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
May 14, 2026
ACCOUNT #: 25132.03
INVOICE #2 - 25132.03

Re: Redevelopment Commission City of South Bend

| Date | Initials | Description | HOURS |
| --- | --- | --- | --- |
| 04/01/2026 | WEO | Review Notice of Removal and attention to requirements for State Court filing and requirement to provide filings in same at filing and direct regarding finalizing and filing. | 1.00 |
| 04/02/2026 | WEO | Review approval from client of Notice of Removal and direct regarding finalizing and filing same. | 0.20 |
| 04/03/2026 | WEO | Attention to issues related to filing and service of Notice of Removal and direct regarding same. | 0.20 |
| 04/06/2026 | WEO | Review and revise draft of Answer to 2nd Amended Complaint and circulate for additional review. | 2.30 |
| 04/08/2026 | WEO | Attention to deadline for responses to 2nd Amended Complaint and counterclaims and extending deadlines and direct regarding same. | 0.20 |
| 04/09/2026 | WEO | Review communication from M. Lebin regarding answer deadline and extending same and respond; attention to issues related to service of filings in removed litigation and related issues with respect to representation of Redevelopment Commission in litigation and direct regarding same. | 0.40 |
| 04/23/2026 | WEO | Review Statement of Non-Consent to Entry of Final Orders. | 0.20 |
| | | Weston E. Overturf | 4.50 |
| 04/29/2026 | LAS | Draft Notice to Appear by Video and send for review. **[.50 hrs incurred - .20 hrs reduction]** | 0.30 |
| | | Laura A. Stella | 0.30 |
| 04/14/2026 | DCG | Draft responses to discovery. | 3.80 |
| 04/24/2026 | DCG | Draft Motion for Enlargement of Time and Order for Discovery Requests and [redacted]. | 0.50 |
| | | Deidre C. Gastenveld | 4.30 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
May 14, 2026
ACCOUNT #: 25132.03
INVOICE #2 - 25132.03

Re: Redevelopment Commission City of South Bend

| | HOURS | |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 9.10 | 3,189.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 4.50 | $495.00 | $2,227.50 |
| Laura A. Stella | 0.30 | 125.00 | 37.50 |
| Deidre C. Gastenveld | 4.30 | 215.00 | 924.50 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 3,189.50 |
| PREVIOUS BALANCE | $99.00 |
| BALANCE DUE | $3,288.50 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 99.00 | 99.00 |
| | | | 99.00 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR Kroger Gardis & Regas, LLP
Attorneys

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
June 17, 2026
ACCOUNT #: 25132.04
INVOICE #2 - 25132.04

Re: Expenses

| | |
|---|---|
| Reproduction of documents | 21.20 |
| Mailing expense | 20.72 |
| Travel to and from courthouse for hearing | 189.23 |
| TOTAL EXPENSES | 231.15 |
| | |
| Pacer Service Center docket retrieval | 7.90 |
| TOTAL ADVANCES | 7.90 |
| | |
| TOTAL CURRENT WORK THIS INVOICE | 239.05 |
| | |
| PREVIOUS BALANCE | $3,560.62 |
| | |
| BALANCE DUE | $3,799.67 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/14/2026 | 1 | 3,560.62 | 3,560.62 |
| | | | 3,560.62 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR
KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
June 17, 2026
ACCOUNT #: 25132.02
INVOICE #3 - 25132.02

Re: Post-Petition

| Date | Atty | Task | Activity | Description | HOURS |
|---|---|---|---|---|---|
| 05/01/2026 | WEO | B110 | A108 | Review communication from US Trustee's office regarding March Monthly Report and follow up with client [redacted]. | 0.20 |
| 05/05/2026 | WEO | B230 | A107 | Attention to Final Cash Use Hearing and communicate with attorney for lender regarding same and review follow up communications related to final cash use and respond to each. | 0.70 |
| 05/06/2026 | WEO | B230 | A104 | Review comments on 2nd Interim Cash Use Order from attorney for KeyBank and make revisions to order and direct uploading and conference with ATC [redacted]. | 0.50 |
| 05/15/2026 | WEO | B190 | A104 | Review Court's Order Addressing Pending Motions. | 0.10 |
| 05/19/2026 | WEO | B110 | A105 | Conference with ATC [redacted] | 0.20 |
| 05/20/2026 | WEO | B190 | A104 | [redacted] provided by client [redacted] review Motion to Remand and other motions set for status conference and prepare for same. | 3.40 |
| | WEO | B230 | A104 | Review information on insurance financing and direct preparation of Motion seeking authority for same; review draft of Motion seeking authority to finance insurance premiums and proposed order and direct filing. | 1.20 |
| 05/21/2026 | WEO | B190 | A107 | Review Order Addressing Pending Motions and communicate with opposing counsel regarding briefing schedule. | 0.30 |
| | | | | Weston E. Overturf | 6.60 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
June 17, 2026
ACCOUNT #: 25132.02
INVOICE #3 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 05/04/2026 | ATC | B110 | A103 | [redacted] by client; Begin drafting and preparing attachments for Matthews 350's March 2026 Monthly Operating Report. | 1.70 |
| | ATC | B110 | A103 | Attention to and analysis of March 2026 bank statement for Matthews 350; Calculate the partial month transactions, including beginning balance, and input same into Part 1 of the Matthews 350 March 2026 Monthly Operating Report. | 0.90 |
| 05/05/2026 | ATC | B230 | A106 | Correspondence to client [redacted] | 0.10 |
| | ATC | B110 | A103 | Complete first drafts of the March 2026 Monthly Operating Reports for Matthews 350 and CCD, along with the attachments thereto to be filed with same for Matthews 350; Correspondence with client [redacted]. | 0.60 |
| | ATC | B230 | A103 | Draft Final Order Authorizing Cash Use; Correspondence to counsel for KeyBank providing a copy of same. | 0.80 |
| | ATC | B110 | A107 | Finalize and send for filing the March 2026 Monthly Operating Reports for Matthews 350 and CCD, along with the necessary attachments thereto; Correspondence to the UST providing copies of same, along with bank statements. | 0.50 |
| 05/06/2026 | ATC | B230 | A107 | Attention to correspondence from counsel for KeyBank; Draft Second Interim Order Authorizing Cash Use; Correspondence to counsel for KeyBank providing a copy of same in advance of today's hearing. | 0.50 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 3
June 17, 2026
ACCOUNT #: 25132.02
INVOICE #3 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ATC | B230 | A109 | Appear for hearing on Cash Use Motion. | 0.40 |
| | ATC | B230 | A106 | Conference with client [redacted] | 0.60 |
| | ATC | B230 | A109 | Travel to and from US Bankruptcy Courthouse in South Bend for hearing on Cash Use Motion. | 4.50 |
| | ATC | B110 | A107 | [redacted] from client; Correspondence to UST providing copies of same. | 0.20 |
| | ATC | B110 | A106 | Correspondence to client [redacted] | 0.10 |
| 05/12/2026 | ATC | B110 | A108 | Correspondence with UST regarding CCD not having any bank account to provide a bank statement for in regard to the March 2026 Monthly Operating Report. | 0.10 |
| 05/14/2026 | ATC | B110 | A106 | Attention to the documents and reports we determined would be used for Monthly Operating Reports; Correspondence to client [redacted] | 0.20 |
| | ATC | B110 | A108 | Correspondence with the UST regarding March 2026 Monthly Operating Report documents that he requested be resent due to having issues opening the ones that were sent previously. | 0.20 |
| 05/18/2026 | ATC | B310 | A103 | Prepare CCD's and Matthews 350's April 2026 Monthly Operating Reports, including Matthews 350's Statement of Operations and Part 7(a) Attachment; Correspondence with client [redacted] | 1.40 |

KGR
KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 4
June 17, 2026
ACCOUNT #: 25132.02
INVOICE #3 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ATC | B190 | A104 | Attention to and analysis of the Redevelopment Commission's Objection to Debtors' Motion to Assume Unexpired Ground Lease Between Debtors. | 0.50 |
| 05/19/2026 | ATC | B310 | A104 | Finalize and send for filing Matthews 350 and CCD's April 2026 Monthly Operating Reports, Signature Pages, Statement of Operation (Matthews 350), and Part 7(a) Attachment (Matthews 350); Correspondence with the UST providing copies of same, as well as each Debtors April 2026 bank statements. | 0.20 |
| | ATC | B190 | A105 | Conference with WEO [redacted]. | 0.20 |
| 05/20/2026 | ATC | B190 | A105 | Attention to the Redevelopment Commission's recently filed objections and motion to remand in advance of this morning's status conference; Conference with WEO [redacted] | 1.10 |
| | ATC | B190 | A109 | Appear for Status Hearing in the Redevelopment Commission Adversary Proceeding. | 0.60 |
| | ATC | B190 | A106 | Conference call with WEO and David Matthews [redacted] | 0.80 |
| | | | | Anthony T. Carreri | 16.20 |
| 05/22/2026 | LAS | B110 | A103 | Finalize COS from Notice of Motion and Opportunity to Object and Motion to Approve Order Authorizing Debtor to Obtain Post-Petition Insurance. | 0.10 |
| | | | | Laura A. Stella | 0.10 |
| 05/05/2026 | DCG | B110 | A103 | Finalize March monthly operating reports. | 0.40 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 5
June 17, 2026
ACCOUNT #: 25132.02
INVOICE #3 - 25132.02

Re: Post-Petition

| | | | | | HOURS | |
|---|---|---|---|---|---|---|
| 05/06/2026 | DCG | B230 | A103 | Finalize second interim cash use order. | 0.20 | |
| 05/19/2026 | DCG | B110 | A103 | FInalize April monthly operating reports for both Debtors. | 0.40 | |
| 05/20/2026 | DCG | B230 | A103 | Draft and finalize Motion to Obtain Insurance Financing. | 1.00 | |
| | | | | Deidre C. Gastenveld | 2.00 | |
| | | | | FOR CURRENT SERVICES RENDERED | 24.90 | 10,108.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 6.60 | $495.00 | $3,267.00 |
| Anthony T. Carreri | 16.20 | 395.00 | 6,399.00 |
| Laura A. Stella | 0.10 | 125.00 | 12.50 |
| Deidre C. Gastenveld | 2.00 | 215.00 | 430.00 |

| | | | |
|---|---|---|---|
| L110 | E118 | Tapestry Land Records - Deed Search | 30.50 |
| | | TOTAL ADVANCES | 30.50 |
| | | TOTAL CURRENT WORK THIS INVOICE | 10,139.00 |
| | | PREVIOUS BALANCE | $50,367.78 |
| | | BALANCE DUE | $60,506.78 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 30,179.25 | 30,179.25 |
| 05/14/2026 | 2 | 20,188.53 | 20,188.53 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 6
June 17, 2026
ACCOUNT #: 25132.02
INVOICE #3 - 25132.02

Re: Post-Petition

50,367.78

Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| B110 | Case Administration | 2160.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3145.00 | 0.00 |
| B100 | Administration | 5,305.00 | 0.00 |
| B230 | Financing/Cash Collections | 4171.50 | 0.00 |
| B200 | Operations | 4,171.50 | 0.00 |
| B310 | Claims Administration and Objections | 632.00 | 0.00 |
| B300 | *** Task Code Not Found *** | 632.00 | 0.00 |
| L110 | Fact Investigation/Development | 0.00 | 30.50 |
| L100 | Case Assessment, Development and Administration | 0.00 | 30.50 |

Your trust account balance is

| | |
|---|---|
| Opening balance | $1,241.37 |
| Closing balance | $1,241.37 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
June 17, 2026
ACCOUNT #: 25132.03
INVOICE #3 - 25132.03

Re: Redevelopment Commission City of South Bend

| | | | HOURS | |
|---|---|---|---|---|
| 05/08/2026 | WEO | Attention to Motions seeking extensions of time to respond to complaint for all defendants and direct filing of same with proposed orders. | 0.40 | |
| | | Weston E. Overturf | 0.40 | |
| 05/04/2026 | ATC | Attention to the Redevelopment Commission's Motion to Remand and Abstain, and Brief in Support thereof. | 0.80 | |
| | | Anthony T. Carreri | 0.80 | |
| 05/04/2026 | LAS | Finalize Notice to Appear by Video for WEO and ATC | 0.10 | |
| 05/05/2026 | LAS | Draft Motion for Extension of Time to answer Second Amended Complaint and send to DG for review. | 0.80 | |
| 05/06/2026 | LAS | Revise draft of Motion for Extension of Time to Answer Second Amended Complaint. | 0.70 | |
| 05/08/2026 | LAS | Finalize Motion for Extension of Time to answer or otherwise respond to Second Amended Complaint. | 0.10 | |
| | | Laura A. Stella | 1.70 | |
| 05/07/2026 | DCG | Correspond with [redacted] | 0.40 | |
| | | Deidre C. Gastenveld | 0.40 | |
| | | FOR CURRENT SERVICES RENDERED | 3.30 | 812.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 0.40 | $495.00 | $198.00 |
| Anthony T. Carreri | 0.80 | 395.00 | 316.00 |
| Laura A. Stella | 1.70 | 125.00 | 212.50 |
| Deidre C. Gastenveld | 0.40 | 215.00 | 86.00 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
June 17, 2026
ACCOUNT #: 25132.03
INVOICE #3 - 25132.03

Re: Redevelopment Commission City of South Bend

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 812.50 |
| PREVIOUS BALANCE | $3,288.50 |
| BALANCE DUE | $4,101.00 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 99.00 | 99.00 |
| 05/14/2026 | 2 | 3,189.50 | 3,189.50 |
| | | | 3,288.50 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
July 23, 2026
ACCOUNT #: 25132.04
INVOICE #3 - 25132.04

Re: Expenses

| | |
|---|---|
| Reproduction of documents | 28.80 |
| Mailing expense | 21.84 |
| Mileage to and from courthouse - Anthony Carreri | 195.75 |
| TOTAL EXPENSES | 246.39 |
| | |
| Pacer Service Center docket retrieval | 3.10 |
| TOTAL ADVANCES | 3.10 |
| TOTAL CURRENT WORK THIS INVOICE | 249.49 |
| PREVIOUS BALANCE | $3,799.67 |
| BALANCE DUE | $4,049.16 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/14/2026 | 1 | 3,560.62 | 3,560.62 |
| 06/17/2026 | 2 | 239.05 | 239.05 |
| | | | 3,799.67 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
July 23, 2026
ACCOUNT #: 25132.02
INVOICE #4 - 25132.02

Re: Post-Petition

| Date | Timekeeper | Task | Activity | Description | HOURS |
|---|---|---|---|---|---|
| 06/01/2026 | WEO | B110 | A104 | Review communications related to scheduling of deadlines and attention to draft of Agreed Scheduling Order on Motion to Remand and communicate with counsel regarding same and direct submission for Court consideration; call with attorney for KeyBank regarding hearing set for Wednesday, cash use and budget, plan, and pending motions and follow up call with client [redacted]. | 1.40 |
| 06/02/2026 | WEO | B110 | A104 | Review order rescheduling hearing to 10:00 AM on pending motions and advise client [redacted]. | 0.10 |
| | WEO | B185 | A104 | Review Motion to Assume Ground Lease and Objection filed by Commission and prepare outline of argument for hearing and call with client [redacted] | 3.60 |
| | WEO | B230 | A104 | Review budget and prepare outline of comments for hearing on same. | 1.20 |
| | WEO | B190 | A104 | Review Motion to Disqualify and Objection thereto and prepare outline of argument for hearing on same. | 1.20 |
| 06/03/2026 | WEO | B190 | A104 | Review notes and outlines of hearings and continued preparations for hearings on pending motions and objections and appear for hearing in South Bend Indiana and meet with client [redacted] eview Notice of No Intent to file Reply to Motion to Disqualify and direct filing of same. | 6.40 |
| | WEO | B110 | A104 | Attention to entry of various orders and direct service of same and filing of certificate of service. | 0.20 |
| | WEO | B185 | A104 | Attention to entry of Order Rejecting Lease with East Race Market and advise client [redacted] | 0.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
July 23, 2026
ACCOUNT #: 25132.02
INVOICE #4 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 06/09/2026 | WEO | B110 | A104 | Review Order on pending Motions issued by Court and follow up with attorney for Redevelopment Commission on information needed to evaluate Motions to Assume Ground Leases; begin draft of Parties' Report on Motions to Assume Unexpired Leases and the Objection to Those Motions. | 0.40 |
| 06/11/2026 | WEO | B210 | A106 | Advise client [redacted] | 0.20 |
| 06/12/2026 | WEO | B210 | A104 | Review Order Authorizing Debtor to Obtain Post-Petition Insurance Premium and advise client [redacted] | 0.20 |
| 06/23/2026 | WEO | B110 | A104 | Review inquiry from client [redacted] (.2); attention to status of May Monthly Operating Reports and follow up with client [redacted] (.1); review Notices of Returned Mail and direct regarding same (.1). | 0.40 |
| | | | | Weston E. Overturf | 15.50 |
| 06/24/2026 | JTM | B110 | A104 | Attention to form of protective order. | 0.30 |
| | | | | Jason T. Mizzell | 0.30 |
| 06/01/2026 | ATC | B230 | A101 | Prepare updated 13 Week DIP Budget; Correspondence to client [redacted]. | 0.60 |
| 06/02/2026 | ATC | B230 | A103 | Finalize Matthews 350's updated 13-week budget for the Cash Use Motion; Correspondence to counsel for KeyBank providing copy of same. | 0.20 |
| | ATC | B230 | A103 | Draft proposed Third Interim Order Granting Cash Use; Correspondence to counsel for KeyBank providing a copy of same. | 0.50 |

KGR | KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 3
July 23, 2026
ACCOUNT #: 25132.02
INVOICE #4 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | ATC | B185 | A103 | Analysis of the Redevelopment Commission's objections to (i) Motion to Assume Ground Lease Between Debtors, and (ii) Motion to Assume Ground Lease Between CCD and CCOB; Preparation for tomorrow's hearing regarding same; Conference with WEO [redacted]. | 3.10 |
| 06/03/2026 | ATC | B190 | A109 | Travel to and from South Bend Bankruptcy Court for hearings on Cash Use Motion, Motion to Disqualify, and Ground Lease Assumption Motions. | 4.80 |
| | ATC | B190 | A109 | Appear for hearings on Cash Use Motion, Motion to Disqualify, and Ground Lease Assumption Motions; Conference with client [redacted] | 1.90 |
| 06/15/2026 | ATC | B110 | A106 | Correspondence to client [redacted] | 0.10 |
| 06/18/2026 | ATC | B110 | A106 | Follow up correspondence to client [redacted]. | 0.10 |
| 06/22/2026 | ATC | B110 | A106 | Follow up with client [redacted]. | 0.10 |
| 06/24/2026 | ATC | B110 | A103 | Prepare CCD's and Matthews 350's May 2026 Monthly Operating Reports, including Matthews 350's Statement of Operations and Part 7(a) Attachment; Correspondence with client [redacted]. | 1.50 |
| 06/25/2026 | ATC | B110 | A104 | Finalize and send for filing Matthews 350's and CCD's May 2026 Monthly Operating Reports, along with required attachments; Correspondence to the UST providing copies of Matthews 350's and CCD's May 2026 Monthly Operating Reports and all required attachments. | 0.40 |
| | | | | Anthony T. Carreri | 13.30 |
| 06/03/2026 | LAS | B110 | A103 | Finalize Third Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured Creditors. | 0.10 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 4
July 23, 2026
ACCOUNT #: 25132.02
INVOICE #4 - 25132.02

Re: Post-Petition

| | | | | | HOURS | |
|---|---|---|---|---|---|---|
| | LAS | B110 | A103 | Prepare mailing of Third Interim Order Authorizing Debtors to Use Cash Collateral for Operating Expenses and Granting Replacement Liens to Secured. | 1.00 | |
| | | | | Laura A. Stella | 1.10 | |
| 06/01/2026 | DCG | B110 | A108 | Correspond with the court regarding the Wednesday 6/3 Hearing. | 0.20 | |
| 06/04/2026 | DCG | B110 | A103 | Finalize Notice of No Intent to Reply to Objection to Motion to Disqualify. | 0.20 | |
| | | | | Deidre C. Gastenveld | 0.40 | |
| | | | | FOR CURRENT SERVICES RENDERED | 30.60 | 13,268.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 15.50 | $495.00 | $7,672.50 |
| Jason T. Mizzell | 0.30 | 395.00 | 118.50 |
| Anthony T. Carreri | 13.30 | 395.00 | 5,253.50 |
| Laura A. Stella | 1.10 | 125.00 | 137.50 |
| Deidre C. Gastenveld | 0.40 | 215.00 | 86.00 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 13,268.00 |
| PREVIOUS BALANCE | $60,506.78 |
| BALANCE DUE | $73,774.78 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 30,179.25 | 30,179.25 |
| 05/14/2026 | 2 | 20,188.53 | 20,188.53 |
| 06/17/2026 | 3 | 10,139.00 | 10,139.00 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 5
July 23, 2026
ACCOUNT #: 25132.02
INVOICE #4 - 25132.02

Re: Post-Petition

60,506.78

Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| B110 | Case Administration | 2448.50 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 3105.50 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 6408.50 | 0.00 |
| B100 | Administration | 11,962.50 | 0.00 |
| B210 | Business Operations | 198.00 | 0.00 |
| B230 | Financing/Cash Collections | 1107.50 | 0.00 |
| B200 | Operations | 1,305.50 | 0.00 |

Your trust account balance is

| | |
|---|---|
| Opening balance | $1,241.37 |
| Closing balance | $1,241.37 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR | KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
July 23, 2026
ACCOUNT #: 25132.03
INVOICE #4 - 25132.03

Re: Redevelopment Commission City of South Bend

| | | | HOURS | |
|---|---|---|---|---|
| 06/13/2026 | WEO | Review request for information by Redevelopment Commission and advise client [redacted] | 0.20 | |
| 06/18/2026 | WEO | Follow up with client [redacted] | 0.20 | |
| 06/24/2026 | WEO | [redacted] from client [redacted] advise client [redacted] | 1.00 | |
| 06/26/2026 | WEO | Initial review of proofs of claim filed by Redevelopment Commission and direct regarding preparation of objection to claim - [redacted] | 1.20 | |
| | | Weston E. Overturf | 2.60 | |
| 06/01/2026 | ATC | Revise proposed Agreed Scheduling Order on Plaintiff's Motion to Remand. | 0.20 | |
| 06/29/2026 | ATC | Analysis of the Redevelopment Commission's Motion to Remand and legal precedent in regard thereto; Begin drafting Response in Opposition to Motion to Remand. | 4.40 | |
| 06/30/2026 | ATC | Continued analysis of the Redevelopment Commission's Motion to Remand and legal precedent in regard thereto; Complete first draft of Response in Opposition to Motion to Remand. | 7.20 | |
| | | Anthony T. Carreri | 11.80 | |
| 06/01/2026 | DCG | Finalize Agreed Scheduling Order. | 0.20 | |
| 06/03/2026 | DCG | Draft Notice of No Intent to Respond. | 0.30 | |
| | | Deidre C. Gastenveld | 0.50 | |
| | | FOR CURRENT SERVICES RENDERED | 14.90 | 6,055.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 2.60 | $495.00 | $1,287.00 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
July 23, 2026
ACCOUNT #: 25132.03
INVOICE #4 - 25132.03

Re: Redevelopment Commission City of South Bend

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Anthony T. Carreri | 11.80 | 395.00 | 4,661.00 |
| Deidre C. Gastenveld | 0.50 | 215.00 | 107.50 |

| | |
|---|---|
| Reproduction of documents | 1.00 |
| Mailing expense | 0.74 |
| TOTAL EXPENSES | 1.74 |
| TOTAL CURRENT WORK THIS INVOICE | 6,057.24 |
| PREVIOUS BALANCE | $4,101.00 |
| BALANCE DUE | $10,158.24 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 99.00 | 99.00 |
| 05/14/2026 | 2 | 3,189.50 | 3,189.50 |
| 06/17/2026 | 3 | 812.50 | 812.50 |
| | | | 4,101.00 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
August 17, 2026
ACCOUNT #: 25132.04
INVOICE #4 - 25132.04

Re: Expenses

| | |
|---|---|
| Travel from South Bend for cash collateral hearing - Jason Mizzell | 98.04 |
| TOTAL EXPENSES | 98.04 |
| | |
| Pacer Service Center docket retrieval | 3.10 |
| TOTAL ADVANCES | 3.10 |
| TOTAL CURRENT WORK THIS INVOICE | 101.14 |
| PREVIOUS BALANCE | $4,049.16 |
| BALANCE DUE | $4,150.30 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/14/2026 | 1 | 3,560.62 | 3,560.62 |
| 06/17/2026 | 2 | 239.05 | 239.05 |
| 07/23/2026 | 3 | 249.49 | 249.49 |
| | | | 4,049.16 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
August 17, 2026
ACCOUNT #: 25132.02
INVOICE #5 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 07/02/2026 | WEO | B310 | A104 | Review draft of Objections to Claims of Redevelopment Commission and direct filing of same. | 1.40 |
| 07/20/2026 | WEO | B230 | A107 | Review communication from attorney for Key regarding cash use and additional extended order and direct regarding preparation of interim order. | 0.20 |
| 07/21/2026 | WEO | B230 | A105 | Conference with JTM [redacted] to client. | 0.40 |
| 07/22/2026 | WEO | B230 | A109 | Appear for Cash Use Hearing Remotely and advise court of status and request entry of proposed order; attention to entry of order continuing cash use and direct regarding service and preparation and filing of Certificate of Service. | 0.50 |
| 07/26/2026 | WEO | B185 | A104 | Review message from client [redacted] | 0.30 |
| 07/27/2026 | WEO | B320 | A104 | Attention to Chapter 11 Plan of Reorganization, liquidation analysis and strategy related to same and communicate with client [redacted] | 6.20 |
| 07/28/2026 | WEO | B320 | A104 | Revisions to Chapter 11 Plan and communicate with client [redacted]; conference with attorney for KeyBank regarding treatment; review final version of Disclosure Statement and circulate to client [redacted] | 5.40 |
| | | | | Weston E. Overturf | 14.40 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
August 17, 2026
ACCOUNT #: 25132.02
INVOICE #5 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 07/21/2026 | JTM | B110 | A104 | Prepare for upcoming hearing on cash collateral; [redacted] W. Overturf and A. Carreri. | 0.40 |
| 07/22/2026 | JTM | B320 | A109 | Travel to court for hearing on cash collateral use. **[2.8 hrs incurred - NO CHARGE]** | |
| | | | | Jason T. Mizzell | 0.40 |
| 07/14/2026 | ATC | B110 | A106 | Correspondence to client [redacted] | 0.10 |
| 07/15/2026 | ATC | B110 | A103 | Prepare CCD's and Matthews 350's June 2026 Monthly Operating Reports, including Matthews 350's Statement of Operations and Part 7(a) Attachment; Correspondence with client [redacted] | 1.10 |
| 07/17/2026 | ATC | B230 | A107 | Correspondence to counsel for KeyBank regarding the upcoming hearing on Debtors' Cash Use Motion. | 0.20 |
| 07/20/2026 | ATC | B110 | A105 | Follow up on the review and execution of the June 2026 Monthly Operating Reports. | 0.10 |
| | ATC | B110 | A104 | Finalize and send for filing Matthews 350's and CCD's June 2026 Monthly Operating Reports, along with required attachments; Correspondence to the UST providing copies of Matthews 350's and CCD's June 2026 Monthly Operating Reports and all required attachments. | 0.40 |
| | ATC | B230 | A103 | Prepare proposed Fourth Interim Cash Use Order; Correspondence to counsel for KeyBank providing a copy of same for review and approval. | 0.40 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 3
August 17, 2026
ACCOUNT #: 25132.02
INVOICE #5 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 07/21/2026 | ATC | B190 | A107 | Revise proposed Fourth Interim Order; Correspondence with KeyBank's counsel regarding same. | 0.20 |
| 07/27/2026 | ATC | B320 | A103 | Revisions to Combined Chapter 11 Plan. | 2.10 |
| 07/28/2026 | ATC | B320 | A105 | Conference with WEO [redacted]; Revise and make additions to Plan. | 1.90 |
| | ATC | B320 | A103 | Draft Disclosure Statement for Plan. | 2.30 |
| | | | | Anthony T. Carreri | 8.80 |
| 07/21/2026 | LAS | B110 | A103 | Draft and finalize appearance of JTM | 0.20 |
| 07/22/2026 | LAS | B110 | A103 | Draft and finalize Notice of Appearance by Video. | 0.20 |
| | LAS | B230 | A103 | Prepare mailing on Fourth Interim Order Authorizing Debtors to Use Cash Collateral. | 0.50 |
| | | | | Laura A. Stella | 0.90 |
| 07/02/2026 | DCG | B310 | A103 | Finalize Objections to claims for both debtors, and notices for each objection. | 0.80 |
| 07/10/2026 | DCG | B320 | A103 | Begin drafting Ch 11 Plan of Reorganization. | 2.60 |
| 07/16/2026 | DCG | B320 | A103 | Continue drafting Chapter 11 Plan. | 2.00 |
| 07/20/2026 | DCG | B110 | A103 | Finalize both June monthly operating reports. | 0.40 |
| 07/28/2026 | DCG | B320 | A103 | Finalize Ch 11 Plan and Disclosure Statement. | 0.40 |
| | DCG | B160 | A103 | Begin drafting First Application for Compensation. | 0.50 |
| 07/29/2026 | DCG | B160 | A103 | Complete first draft of Application for Compensation. | 1.00 |
| | | | | Deidre C. Gastenveld | 7.70 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 4
August 17, 2026
ACCOUNT #: 25132.02
INVOICE #5 - 25132.02

Re: Post-Petition

| | HOURS | |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 32.20 | 12,530.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 14.40 | $495.00 | $7,128.00 |
| Jason T. Mizzell | 0.40 | 395.00 | 158.00 |
| Anthony T. Carreri | 8.80 | 395.00 | 3,476.00 |
| Laura A. Stella | 0.90 | 125.00 | 112.50 |
| Deidre C. Gastenveld | 7.70 | 215.00 | 1,655.50 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 12,530.00 |
| PREVIOUS BALANCE | $73,774.78 |
| BALANCE DUE | $86,304.78 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 30,179.25 | 30,179.25 |
| 05/14/2026 | 2 | 20,188.53 | 20,188.53 |
| 06/17/2026 | 3 | 10,139.00 | 10,139.00 |
| 07/23/2026 | 4 | 13,268.00 | 13,268.00 |
| | | | 73,774.78 |

Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| B110 | Case Administration | 965.50 | 0.00 |
| B160 | Fee/Employment Applications | 322.50 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 148.50 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 79.00 | 0.00 |
| B100 | Administration | 1,515.50 | 0.00 |
| B230 | Financing/Cash Collections | 844.00 | 0.00 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 5
August 17, 2026
ACCOUNT #: 25132.02
INVOICE #5 - 25132.02

Re: Post-Petition

| | | FEES | EXPENSES |
|---|---|---|---|
| B200 | Operations | 844.00 | 0.00 |
| B310 | Claims Administration and Objections | 865.00 | 0.00 |
| B320 | Plan and Discosure Statement (including Business Plan) | 9305.50 | 0.00 |
| B300 | *** Task Code Not Found *** | 10,170.50 | 0.00 |

Your trust account balance is

| | |
|---|---|
| Opening balance | $1,241.37 |
| Closing balance | $1,241.37 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
August 17, 2026
ACCOUNT #: 25132.03
INVOICE #5 - 25132.03

Re: Redevelopment Commission City of South Bend

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2026 | WEO | Review and revise draft of Objection to Motion to Remand and conference with ATC [redacted] | 2.60 | |
| 07/02/2026 | WEO | Final review of and revisions to Response to Motion for Remand and direct filing. | 1.90 | |
| | | Weston E. Overturf | 4.50 | |
| 07/01/2026 | ATC | Revise Response in Opposition to Motion to Remand; Conference with WEO [redacted] | 1.90 | |
| | ATC | Analysis of the Redevelopment Commission's Proofs of Claim filed against Matthews 350 and CCD; Begin drafting Objection to the Redevelopment Commission's Proof of Claim against CCD. | 1.90 | |
| 07/02/2026 | ATC | Complete first draft of Objection to the Redevelopment Commission's Proof of Claim against CCD; Draft Objection to the Redevelopment Commission's Proof of Claim against Matthews 350; Draft Notice of Objection to Claim for each of the Objections to the Redevelopment Commission's Proofs of Claim; Revise, finalize, and send for filing (i)Objection to the Redevelopment Commission's Proof of Claim against CCD, (ii) Objection to the Redevelopment Commission's Proof of Claim against Matthews 350; (iii) Notice of Objection to Claim for CCD's Objection to the Redevelopment Commission's Proof of Claim, and (iv) Notice of Objection to Claim for Matthews 350's to the Redevelopment Commission's Proof of Claim. | 4.30 | |
| | | Anthony T. Carreri | 8.10 | |
| 07/02/2026 | DCG | Finalize and file response to motion to remand. | 0.30 | |
| | | Deidre C. Gastenveld | 0.30 | |
| | | FOR CURRENT SERVICES RENDERED | 12.90 | 5,491.50 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
August 17, 2026
ACCOUNT #: 25132.03
INVOICE #5 - 25132.03

Re: Redevelopment Commission City of South Bend

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 4.50 | $495.00 | $2,227.50 |
| Anthony T. Carreri | 8.10 | 395.00 | 3,199.50 |
| Deidre C. Gastenveld | 0.30 | 215.00 | 64.50 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 5,491.50 |
| PREVIOUS BALANCE | $10,158.24 |
| BALANCE DUE | $15,649.74 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 99.00 | 99.00 |
| 05/14/2026 | 2 | 3,189.50 | 3,189.50 |
| 06/17/2026 | 3 | 812.50 | 812.50 |
| 07/23/2026 | 4 | 6,057.24 | 6,057.24 |
| | | | 10,158.24 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
September 21, 2026
ACCOUNT #: 25132.04
INVOICE #5 - 25132.04

Re: Expenses

| | |
|---|---|
| Reproduction of documents | 302.50 |
| Mailing expense | 119.64 |
| TOTAL EXPENSES | 422.14 |
| TOTAL CURRENT WORK THIS INVOICE | 422.14 |
| PREVIOUS BALANCE | $4,150.30 |
| BALANCE DUE | $4,572.44 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/14/2026 | 1 | 3,560.62 | 3,560.62 |
| 06/17/2026 | 2 | 239.05 | 239.05 |
| 07/23/2026 | 3 | 249.49 | 249.49 |
| 08/17/2026 | 4 | 101.14 | 101.14 |
| | | | 4,150.30 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

To ensure proper credit, please include account number on remittance check. Thank You.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 08/02/2026 | WEO | B185 | A107 | Communicate with attorney for Forum regarding status of resolution of Assumption of Ground Leases; attention to draft of protective order and communicate with attorney for redevelopment commission regarding same. | 1.20 |
| 08/04/2026 | WEO | B320 | A104 | Review Order and Notice for Hearing on Disclosure Statement and direct regarding same, | 0.20 |
| 08/07/2026 | WEO | B310 | A104 | Review Notice setting hearing on Objection to Claims and advise client [redacted]. | 0.20 |
| 08/12/2026 | WEO | B185 | A104 | Review Motion for Rule 2004 Examination and Motion to Set Hearing related to Motions to Assume Ground Leases and consider strategy related to same. | 0.40 |
| 08/13/2026 | WEO | B185 | A104 | Response to Motion for 2004 Examination and Response to Motion to Set Hearing and direct regarding same; prepare initial draft of Parties' Report on Motions to Assume Unexpired Leases and circulate to attorneys for Commission; review follow up communication from attorney for Redevelopment Commission regarding filings and draft and send response to same. | 3.60 |
| 08/15/2026 | WEO | B320 | A107 | Communicate with attorney for KeyBank regarding Plan and issues related to same. | 0.10 |
| 08/18/2026 | WEO | B230 | A107 | Call with attorneys for KeyBank and direct follow up on cash use issues. | 0.40 |
| 08/19/2026 | WEO | B190 | A104 | Review Notice of Hearing and Oral Ruling on Motion to Remand. | 0.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 2
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | WEO | B230 | A104 | Review communication from attorney for KeyBank regarding Cash Use and issues related to same and follow up with client [redacted] | 0.20 |
| 08/20/2026 | WEO | B190 | A104 | Call with attorney for Redevelopment Commission regarding various ongoing issues with respect to protective order, discovery, and upcoming hearing; attention to Joint Motion to Withdraw Motion for 2004 Examination, Request for Hearing and Responses and Objections thereto and circulate to attorney for Redevelopment Condition for review and comment; review comments to Joint Motion to Withdraw and direct filing of same; attention to issues related to possible settlement and client's [redacted] call with client. | 1.40 |
| | WEO | B320 | A103 | Review plan terms proposed by KeyBank and attention to other plan related issues and prepare for call with client. | 1.00 |
| 08/21/2026 | WEO | B320 | A106 | Conference with client [redacted] | 0.90 |
| | WEO | B190 | A106 | Attention to requested documents by Redevelopment Commission and review same and communicate with client [redacted] | 0.50 |
| 08/25/2026 | WEO | B210 | A106 | Advise client [redacted] | 0.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 3
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| | WEO | B190 | A104 | Review proposed changes to protective order and consider proposed changes and communicate with JTM and T. Nolting [redacted] (.5); review comments to Report on Motions to Assume and review outline of argument from initial hearing on Motions to Assume and [redacted] by client and prepare Debtors contentions section (1.4). | 1.90 |
| | WEO | B110 | A103 | Attention to all matters set for hearing on 8/26 and prepare comments and outline for same. | 1.00 |
| 08/26/2026 | WEO | B185 | A104 | Review Report on Motions to Assume and make revisions (.5); call with client [redacted] (.5). | 1.00 |
| | WEO | B110 | A109 | Travel to and appear for hearings on pending motions and all outstanding filings and meet with client [redacted] (time reduced by time spent on other matters). | 5.40 |
| 08/27/2026 | WEO | B230 | A104 | Attention to finalizing cash use order and direct regarding same and uploading of same. | 0.20 |
| 08/28/2026 | WEO | B320 | A104 | Review message from attorney for KeyBank regarding modified plan terms and follow up regardign whether terms are from the bank or perspective purchaser of the loan. | 0.20 |
| | WEO | B230 | A108 | Call with potential Broker regarding potential for DIP loan and background of same. | 0.20 |
| 08/29/2026 | WEO | B230 | A104 | Review message from potential broker and communicate with client [redacted]. | 0.20 |
| | | | | Weston E. Overturf | 20.60 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 4
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 08/25/2026 | JTM | B130 | A104 | Review K. Iskin's redlines of protective order; discussion with W. Overturf [redacted]. | 0.20 |
| 08/26/2026 | JTM | B130 | A104 | Review orders from Judge Singleton related to joint motion to withdraw and scheduling for motion to disqualify. | 0.20 |
| | | | | Jason T. Mizzell | 0.40 |
| 08/13/2026 | ATC | B190 | A103 | Revise Objection to the Redevelopment Commission's Motion for 2004 Exam of CCOB. | 0.60 |
| | ATC | B190 | A103 | Revise Response to the Redevelopment Commission's Request for Hearing. | 0.30 |
| 08/17/2026 | ATC | B110 | A106 | Correspondence to client [redacted] | 0.10 |
| 08/18/2026 | ATC | B320 | A107 | Conference call with KeyBank's counsel and WEO regarding KeyBank's plan terms and upcoming cash use hearing. | 0.40 |
| | ATC | B230 | A101 | Prepare new 13 week DIP budget for upcoming Cash Use Hearing; Correspondence to client [redacted] | 0.80 |
| 08/21/2026 | ATC | B320 | A105 | Conference call with client and WEO [redacted] | 0.90 |
| 08/22/2026 | ATC | B110 | A103 | Preparation of CCD and Matthews 350's July 2026 Monthly Operating Reports; Correspondence to client [redacted] | 1.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 5
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

| | | | | | HOURS |
|---|---|---|---|---|---|
| 08/23/2026 | ATC | B110 | A104 | Analysis of CCD and Matthews 350's bank statements; Revise, finalize, and send to client [redacted] | 0.70 |
| 08/25/2026 | ATC | B110 | A106 | Follow up correspondence to client [redacted] | 0.10 |
| | ATC | B230 | A103 | Draft proposed Fifth Interim Cash Use Order; Attention to updated budget and finalize for use as exhibit to the proposed Fifth Interim Cash Use Order; Correspondence to counsel for KeyBank providing copies of same for review and approval. | 0.70 |
| | ATC | B110 | A104 | Finalize and send for filing Matthews 350's and CCD's July 2026 Monthly Operating Reports, along with required attachments; Correspondence to the UST providing copies of Matthews 350's and CCD's July 2026 Monthly Operating Reports and all required attachments. | 0.40 |
| | ATC | B190 | A103 | Revise Report of the Parties regarding the motions to assume the two Ground Leases; Preparation for hearings on Cash Use, Motion to Disqualify, Motion to Remand, and Objections to Redevelopment Commission's Proofs of Claim. | 3.70 |
| 08/26/2026 | ATC | B190 | A109 | Travel to and from hearings on Cash Use, Motion to Disqualify, Motion to Remand, and Objections to Redevelopment Commission's Proofs of Claim. | 4.20 |

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 6
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

| | | | | | HOURS | |
|---|---|---|---|---|---|---|
| | ATC | B190 | A109 | Appear for hearings on Cash Use, Motion to Disqualify, Motion to Remand, and Objections to Redevelopment Commission's Proofs of Claim; Conference with client [redacted]. | 2.90 | |
| | | | | Anthony T. Carreri | 17.00 | |
| 08/13/2026 | LAS | B190 | A104 | Finalize Response to Redevelopment's Request for Hearing and Objection to Motion to Conduct Rule 2004 Examination | 0.10 | |
| | | | | Laura A. Stella | 0.10 | |
| 08/17/2026 | DCG | B160 | A103 | Revise fee application to include July amounts. | 0.80 | |
| 08/20/2026 | DCG | B190 | A103 | Draft joint motion to withdraw filings. | 0.40 | |
| | DCG | B190 | A103 | Finalize Joint Motion. | 0.30 | |
| 08/27/2026 | DCG | B230 | A103 | Revise and finalize 5th interim order. | 0.30 | |
| | | | | Deidre C. Gastenveld | 1.80 | |
| | | | | FOR CURRENT SERVICES RENDERED | 39.90 | 17,469.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Weston E. Overturf | 20.60 | $495.00 | $10,197.00 |
| Jason T. Mizzell | 0.40 | 395.00 | 158.00 |
| Anthony T. Carreri | 17.00 | 395.00 | 6,715.00 |
| Laura A. Stella | 0.10 | 125.00 | 12.50 |
| Deidre C. Gastenveld | 1.80 | 215.00 | 387.00 |

| | | | |
|---|---|---|---|
| B110 | E118 | Litigation support vendors | 0.80 |
| | | TOTAL ADVANCES | 0.80 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 7
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 17,470.30 |
| PREVIOUS BALANCE | $86,304.78 |
| BALANCE DUE | $103,775.08 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 30,179.25 | 30,179.25 |
| 05/14/2026 | 2 | 20,188.53 | 20,188.53 |
| 06/17/2026 | 3 | 10,139.00 | 10,139.00 |
| 07/23/2026 | 4 | 13,268.00 | 13,268.00 |
| 08/17/2026 | 5 | 12,530.00 | 12,530.00 |
| | | | 86,304.78 |

Task Code Summary

| | | FEES | EXPENSES |
|---|---|---|---|
| B110 | Case Administration | 4155.50 | 0.80 |
| B130 | Asset Disposition | 158.00 | 0.00 |
| B160 | Fee/Employment Applications | 172.00 | 0.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 3069.00 | 0.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 6764.50 | 0.00 |
| B100 | Administration | 14,319.00 | 0.80 |
| B210 | Business Operations | 99.00 | 0.00 |
| B230 | Financing/Cash Collections | 1251.00 | 0.00 |
| B200 | Operations | 1,350.00 | 0.00 |
| B310 | Claims Administration and Objections | 99.00 | 0.00 |
| B320 | Plan and Discosure Statement (including Business Plan) | 1701.50 | 0.00 |
| B300 | *** Task Code Not Found *** | 1,800.50 | 0.00 |

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 8
September 21, 2026
ACCOUNT #: 25132.02
INVOICE #6 - 25132.02

Re: Post-Petition

Your trust account balance is

| | |
|---|---|
| Opening balance | $1,241.37 |
| Closing balance | $1,241.37 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 Monument Circle, Suite 900
Indianapolis, Indiana 46204-5125
Phone (317) 692-9000 Fax (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
September 21, 2026
ACCOUNT #: 25132.03
INVOICE #6 - 25132.03

Re: Redevelopment Commission City of South Bend

| | |
|---|---|
| PREVIOUS BALANCE | $15,649.74 |
| BALANCE DUE | $15,649.74 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 99.00 | 99.00 |
| 05/14/2026 | 2 | 3,189.50 | 3,189.50 |
| 06/17/2026 | 3 | 812.50 | 812.50 |
| 07/23/2026 | 4 | 6,057.24 | 6,057.24 |
| 08/17/2026 | 5 | 5,491.50 | 5,491.50 |
| | | | 15,649.74 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KGR KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
October 6, 2026
ACCOUNT #: 25132.03
INVOICE #7 - 25132.03

Re: Redevelopment Commission City of South Bend

| | | | HOURS | |
|---|---|---|---|---|
| 09/24/2026 | ATC | Begin drafting Motion for Change of Venue. | 2.30 | |
| | | Anthony T. Carreri | 2.30 | |
| | | FOR CURRENT SERVICES RENDERED | 2.30 | 908.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Anthony T. Carreri | 2.30 | $395.00 | $908.50 |

| | |
|---|---|
| TOTAL CURRENT WORK THIS INVOICE | 908.50 |
| PREVIOUS BALANCE | $15,649.74 |
| BALANCE DUE | $16,558.24 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 04/17/2026 | 1 | 99.00 | 99.00 |
| 05/14/2026 | 2 | 3,189.50 | 3,189.50 |
| 06/17/2026 | 3 | 812.50 | 812.50 |
| 07/23/2026 | 4 | 6,057.24 | 6,057.24 |
| 08/17/2026 | 5 | 5,491.50 | 5,491.50 |
| | | | 15,649.74 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

KROGER GARDIS & REGAS, LLP
ATTORNEYS

111 MONUMENT CIRCLE, SUITE 900
INDIANAPOLIS, INDIANA 46204-5125
PHONE (317) 692-9000 FAX (317) 264-6832

David Matthews
300 East LaSalle Ave.
South Bend, IN 46617

PAGE: 1
October 6, 2026
ACCOUNT #: 25132.04
INVOICE #6 - 25132.04

Re: Expenses

| | |
|---|---|
| Travel to and from courthouse for hearing | 205.20 |
| TOTAL EXPENSES | 205.20 |
| TOTAL CURRENT WORK THIS INVOICE | 205.20 |
| PREVIOUS BALANCE | $4,572.44 |
| BALANCE DUE | $4,777.64 |

AGE OF OUTSTANDING STATEMENTS

| Stmt Date | Stmt # | Billed | Due |
|---|---|---|---|
| 05/14/2026 | 1 | 3,560.62 | 3,560.62 |
| 06/17/2026 | 2 | 239.05 | 239.05 |
| 07/23/2026 | 3 | 249.49 | 249.49 |
| 08/17/2026 | 4 | 101.14 | 101.14 |
| 09/21/2026 | 5 | 422.14 | 422.14 |
| | | | 4,572.44 |

**Effective 6/1/2025:** A surcharge of 3% will be added to all credit card transactions. This charge does not apply when paying by cash, check, debit card, ACH or wire transfers.

# EXHIBIT B

Label Matrix for local noticing
0755-3
Case 26-30288-pes
Northern District of Indiana
South Bend Division
Fri Oct 9 11:40:38 EDT 2026

300 E LaSalle Ave Note LLC
c/o Tuohy Bailey & Moore LLP
9294 N Meridian Street
Indianapolis, IN 46260-1804

A/Ccelerated Services, LLC
1610 3rd Street
Osceola, IN 46561-2054

Aladdin's Inc
C/o Lori Freitag
1010 E. Jefferson
Mishawaka, IN 46545-6726

Matthew Anderson
May Oberfell Lorber
4100 Edison Lakes Parkway
Ste 100
Mishawaka, IN 46545-3467

Anthony Thomas Carreri
Kroger Gardis & Regas LLP
111 Monument circle
Suite 900
Indianapolis, IN 46204-5125
Chikol Equities, LLC 46204-5125

Miranda Bernadac
Tuohy Bailey & Moore LLP
9294 N Meridian
Indianapolis, IN 46260-1804

Anthony Thomas Carreri
Kroger Gardis & Regas LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

Chikol Equities, LLC
c/o Registered Agent
135 North Pennsylvania St
Indianapolis, IN 46204-2400

Colin Steiner
300 E LaSalle Ave
#610
South Bend, IN 46617-2849

Commerce Center Development LLC
401 E Colfax Ave
Ste 277
South Bend, IN 46617-2783

Commerce Center Development, LLC
401 E Colfax Suite 277
South Bend, IN 46617-2783

Conley Brothers Painting LLC
53582 Lakefield Dr
Elkhart, IN 46514-9432

Cressy Commercial Real Estate
c/o Bardley Meier
200 N Church Street
Mishawaka, IN 46544-1423

Cynthia Hegarty, Winthrop & Weinstine PA
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629

DMTM Inc
401 E Colfax Ave
Ste 277
South Bend, IN 46617-2783

David Matthews
401 E Colfax Ave. Suite 277
South Bend, IN 46617-2783

East Race Market, LLC
350 East LaSalle
Suite 100
South Bend, IN 46617

Edwin Huang
300 E LaSalle Ave
#612
South Bend, IN 46617-2849

F.E. Moran Fire Protection
c/o Registered Agent
334 North Senate Ave
Indianapolis, IN 46204-1708

F.E. Moran, Inc. Fire Protection
Haley Schechter
2265 Carlson Drive
Northbrook, IL 60062-6705

FORUM Credit Union
11313 USA Parkway
Fishers, IN 46037-9208

Raymond Daniel Faust
Stoll Keenon Ogden PLLC
334 N. Senate Avenue
Indianapolis, IN 46204-1708

Greater New York Mutual Insurance Compan
P.O. Box 787892
Philadelphia, PA 19178-7892

Christopher C. Hagenow
Tuohy Bailey & Moore, LLP
9294 N Meridian
Indianapolis, IN 46260-1804

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

(p)INDIANA DEPARTMENT OF WORKFORCE DEVELOPMEN
ATTENTION LILLIAN BAILEY
10 N SENATE AVENUE SE109
INDIANAPOLIS IN 46204-2201

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204
Internal Revenue Service
575 N Pennsylvania St.
Indianapolis, IN 46204-1580

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Katherine Everett Iskin
May Oberfell Lorber
4100 Edison Lakes Pkwy
Mishawaka, IN 46545-3465

KeyBank National Association
135 North Pennsylvania St. Suite 1610
Indianapolis, IN 46204-2448

KeyBank National Association
Christopher C. Hagenow
9294 N. Meridian Street
Indianapolis, IN 46260-1804

LaPlace Plumbing
c/o Bradley Meier
200 N Church Street
Suite 200
Mishawaka, IN 46544-1423

Marcellus Lebbin
Lebbin Law Office
401 East Colfax Ave.
Suite 180
Box 2
South Bend, IN 46617-2880

Lebbin Law Office
401 E Colfax Ave
Suite 180
South Bend, IN 46617-2880

Lisa Williams
ALE Solutions, Inc
Attn: Moyra Richards
190 S. 1st Street
Saint Charles, IL 60174-2873

Luke Uttley
300 E LaSalle Ave
#1012
South Bend, IN 46617-2853

Mary Hipp
300 E LaSalle Ave
513
South Bend, IN 46617-2848

Matthews 350 E LaSalle LLC
401 E. Colfax Ave., Suite 277
South Bend, IN 46617-2783

Matthews LLC
401 E Colfax Ave
Suite 277
South Bend, IN 46617-2783

Jason T. Mizzell
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 9000
Indianapolis, IN 46204-5125

Office of the U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320-1843

Weston Erick Overturf
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

Paul's Generators Sales & Service
22979 County Road 18
Goshen, IN 46528-8480

Jennifer Prokop
Office of the United States Trustee
100 E. Wayne Street Suite 555
South Bend, IN 46601-2363

Redevelopment Commission City of South B
227 W Jefferson Blvd
11th Floor
County-City Building
South Bend, IN 46601-1830

Redevelopment Commission of the City of Sout
c/o May Oberfell Lorber LLP
4100 Edison Lakes Pkwy #100
Mishawaka, IN 46545-3467

Roy Conrad
300 E LaSalle Ave
#703
South Bend, IN 46617-2850

Roy Conrad
300 E LaSalle Ave
#703
South Bend, IN 46617-2850
Schindler Elevator Corporation
c/o Registered Agent 46617-2850

(p)ST JOSEPH COUNTY TREASURERS OFFICE
ATTN LISA GREGORICH
227 W JEFFERSON BLVD 2ND FLOOR
SOUTH BEND IN 46601-1830

Schindler Elevator Corporation
Walsh Pizzi O'Reilly Falanga LLP
100 Mulberry Street, 15th Floor
Newark, NJ 07102-4056

Schindler Elevator Corporation
c/o Registered Agent
334 North Senate Ave
Indianapolis, IN 46204-1708

Secretary of Treasury
15th & Pennsylvania Avenue
Washington DC 20220-0001

Securities & Exchange Commission
Bankruptcy Section
175 W. Jackson Blvd., Suite 900
Chicago IL 60604-2815

Steuerwald, Witham & Youngs, LLP
106 N Washington St
Danville, IN 46122-1236

(p)THE SHERWIN WILLIAMS COMPANY
ATTN ATTN BANKRUPTCY LEGAL DEPARTMENT
1 SHERWIN WAY
ATTN THE LEGAL DEPT - 35TH FLOOR
CLEVELAND OH 44113-2206

Tuohy Bailey & Moore
9294 N Meridian
Indianapolis, IN 46260-1804

Tuohy Bailey & Moore, LLP
50 S Meridian St
Indianapolis, IN 46204-3542

United States Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

United States Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2363Winthrop & Wei
225 S 6th St
Minneapolis, MN 55402-4629
Wipfli LLP 55402-4601

Winthrop & Weinstine, PA
Cynthia L. Hegarty, Wintrhop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629

Wipfli LLP
4890 Owen Ayres Ct
Suite 200
Eau Claire, WI 54701-2832

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Indiana Department of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204

(d)Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, N240
Indianapolis IN 46204

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204

Internal Revenue Service
575 N Pennsylvania St.
Indianapolis, IN 46204

ST JOSEPH COUNTY TREASURERS OFFICE
ATTN LISA GREGORICH
227 W JEFFERSON BLVD 2NF FLOOR
SOUTH BEND IN 46601-1830
Steuerwald, Witham & Youngs, LLP
106 N Washington St

(d)St. Joseph County Treasurer
County City Building
227 West Jefferson Blvd
South Bend IN 46601

The Sherwin Williams Co.
101 West Prospect Avenue
Cleveland, OH 44115

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)300 E LaSalle Ave Note LLC

(u)A/Celerated Service, LLC
1610 3rd Street
Osceola, IN 46561-2054
Aladdin's Inc
c/o Lori Freitag
1010 E. Jefferson

(d)DMTM, Inc
401 E Colfax Ave
Suite 277
South Bend, IN 46617-2783

(d)FORUM Credit Union
11313 USA Parkway
Fishers, IN 46037-9208

(u)Indiana Department of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204
Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, N240

(u)KeyBank National Association

(d)Matthews 350 E LaSalle LLC
401 E Colfax Ave
Ste 277
South Bend, IN 46617-2783

(d)Miranda Bernadac
Tuohy Bailey & Moore LLP
9294 N Meridian
Indianapolis, IN 46260-1804

(u)Redevelopment Commission of the City of So

End of Label Matrix
Mailable recipients 62
Bypassed recipients 9
Total 71

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |

**ORDER GRANTING FIRST INTERIM APPLICATION OF KROGER GARDIS & REGAS, L.L.P. FOR ALLOWANCE AND PAYMENT OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO DEBTORS FOR SERVICES RENDERED FROM PETITION DATE THROUGH September 30, 2026**

This matter, having come before the Court on the *First Interim Application of Kroger Gardis & Regas, L.L.P. for Allowance and Payment of Compensation and Reimbursement of Expenses as Counsel to the Debtors for Services Rendered from the Petition Date through September 30, 2026* (the "**Application**") filed by Kroger Gardis & Regas, L.L.P. (the "**Applicant**");

And no timely objections to the Application having been filed;

And the Court, being duly advised, now finds that the Application should be and hereby is **GRANTED.**

**IT IS THEREFORE ORDERED, ADJUDGED, and DECREED** that compensation for Applicant's actual and necessary legal services rendered from the Petition Date through September 30, 2026 (the "**Compensation Period**") as a result of its representation of the Debtors in the sum of $129,805.24 are hereby allowed (the "**Fees**");

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that reimbursement for actual and necessary out-of-pocket expenses the Applicant incurred during the

Compensation Period as a result of its representation of the Debtors in the amount of $4,859.22 are hereby allowed (the "**Expenses**");

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** debtors Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC are authorized and directed to pay to Applicant, the amount of $129,805.24 for fees and $4,859.22 for expenses.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that Applicant can apply the $1,241.37 currently held in its Trust account to the Fees.

**IT IS FURTHER ORDERED, ADJUDGED, and DECREED** that the Fees and Expenses are an administrative expense of Debtor's bankruptcy estate pursuant to section 503(b)(1)(A) of the Bankruptcy Code.

**SO ORDERED.**

____________________________________
Judge, United States Bankruptcy Court