**Matthews 350 E. LaSalle, LLC**
**Statement of Operations**
**September 2026**

| | |
|---|---|
| **Operating Income & Expense** | |
| **Operating Income** | |
| Tenant Rent Income | $243,560.81 |
| Equipment Rental Income | $886.96 |
| Application Fees Income | $100.00 |
| Pet Rent Income | $421.62 |
| Parking Rent Income | $200.00 |
| Short Term Lease Fee Income | $2,084.78 |
| Month to Month Income | $600.00 |
| Electric Reimbursement Income | $622.75 |
| Gas Reimbursement Income | $549.79 |
| Water & Sewer Reimbursement Income | $2,529.39 |
| Trash Reimbursement Income | $568.87 |
| Apartment Turnover Reimbursement Income | $1,272.62 |
| Late Fee Income | $410.06 |
| **Total Operating Income** | **$253,807.65** |
| | |
| **Operating Expense** | |
| Advertising & Promotion | $1,757.58 |
| Tenant Relations | $902.80 |
| Bank Charges | $65.79 |
| Information Technology | $141.75 |
| Property & Liability Insurance Expense | $13,498.20 |
| Property Manager | $7,351.57 |
| Move Out Expense Unit Turnover | $4,183.47 |
| Appliance Repairs | $722.40 |
| Cleaning Services | $969.27 |
| Electrical Repairs | $81.60 |
| Elevator Maintenance - Contract | $1,180.97 |
| General Maintenance Repairs | $3,612.55 |
| Grounds Maintenance | $2,954.70 |
| HVAC Repairs | $2,582.40 |
| Keys & Locks | $2,614.50 |
| Plumbing Expense | $713.28 |
| Payroll Processing | $76.80 |
| Gas Expense | $2,305.07 |
| Water & Sewer Expense | $3,712.27 |
| Trash & Recycling Services Expense | $817.80 |
| Electricity - Vacant Expense | $273.69 |
| **Total Operating Expense** | **$50,518.46** |
| | |
| **Net Operating Income** | **$203,289.19** |
| | |
| **Other Expense** | |

| | |
|---|---|
| **Other Expense** | |
| Tax Return Preparation & Consultation | $6,500.00 |
| Project Management | $358.90 |
| Key Bank Interest Expense | $155,842.43 |
| Interest Expense | $9.72 |
| Closing Costs | $9,157.57 |
| Outside Services One-time Cost | $2,803.00 |
| Late Fee Expense | $60.40 |
| Capital Improvements - General | $3,224.85 |
| Capital Improvements - HVAC | $2,230.80 |
| **Total Other Expense** | **$180,187.67** |
| | |
| **Net Income** | **$23,101.52** |