Matthews 350 E. LaSalle, LLC
September 2026 MOR

# Attachment
# Part 7 (a)

| Date | Payee | Amount Paid |
|---|---|---|
| 9/9/2026 | KeyBank National Association | $155,842.43 |
| 9/9/2026 | KeyBank National Association | $9,157.57 |