UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**INTERIM AGREED ORDER REGARDING DEBTORS' MOTION TO DISQUALIFY MAY OBERFELL LORBER LLP**

This cause comes before the Court on the Motion to Disqualify May Oberfell Lorber LLP (the "Motion"), filed by the above-captioned Debtors (the "Debtors") on April 28, 2026 (ECF No. 85). In response, creditor Redevelopment Commission of the City of South Bend, Indiana (the "Commission") filed an Objection to the Motion to Disqualify on May 19, 2026 (ECF No. 100). The Court, by an order dated August 26, 2026, set a date for an evidentiary hearing on the Motion for October 30, 2026 (ECF No. 170).

Since the August 26, 2026, hearing, the parties' attorneys have engaged in extensive dialogue regarding resolution of this matter specifically and mediation of the dispute between the two parties generally. Counsel have a conference call with the Honorable James M. Carr (SD-IN) scheduled for October 26, 2026, regarding mediation. The parties anticipate that mediation will take place in mid- to late November and will include the Motion to Disqualify.

In lieu of further litigation on the Motion prior to mediation, the Debtors and Commission have agreed to the following interim terms until mediation has concluded:

1. May Oberfell Lorber LLP ("MOL"), counsel for the Commission, will maintain all of its internal controls to sequester and limit its employees' access to any files that it may have related to the Debtors, if any, whether physical or electronic, other than those employees that need to access to ensure the restrictions are in place. Such restrictions shall prevent any employee of MOL from accessing or obtaining any file, correspondence, or other record relating to those entities until the final resolution of this bankruptcy proceeding, the Adversary Proceeding, and the State Court Action.[1];
2. May Oberfell Lorber LLP will refrain from actively participating in the state court litigation between the Debtors and the Commission (Case 71D07-2301-PL-000020), limiting its coordination with the Commission's counsel for the state court litigation to only those matters pertaining to the bankruptcy;
3. No attorney of MOL who is currently working on, or who may in the future work on, this bankruptcy proceeding shall have previously worked with former MOL attorney Marcellus Lebbin on any matter involving CCD. Additionally, MOL attorneys Sean Towner and Katie Hunneshagen shall remain screened from any

[1] All undefined defined terms herein shall have the same meaning as set forth in Debtors' Motion to Disqualify [Filing No. 85].

participation in, access to information concerning, or involvement with this bankruptcy proceeding until the final resolution of this bankruptcy case, the Adversary Proceeding, and the State Court Action; and

4. Within seven (7) days after the conclusion of mediation, the parties will file a joint status report on the pending Motion to Disqualify and will inform the court at that time whether any future hearings are necessary

Approved as to form and content:

*/s/ Weston E. Overturf*
Weston E. Overturf, Atty. No. 27281-49
Anthony T. Carreri, Atty. No. 36107-49
Jason T. Mizzell, Atty. No. 30038-53
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 777-7434
woverturf@kgrlaw.com

*Counsel for Debtors, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC*

*/s/ Katherine Iskin*
Katherine Iskin, Atty. No. 33679-71
Matthew J. Anderson, Atty. No. 27511-71
May Oberfell Lorber LLP
4100 Edison Lakes Pkwy, Suite 100
Mishawaka, IN 46545
(574) 243-4100
kiskin@maylorber.com

*Counsel for Redevelopment Commission of the City of South Bend, Indiana*

**SO ORDERED.**

Dated: October 22, 2026.

Paul E. Singleton
Judge, United States Bankruptcy Court