**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br>Commerce Center Development, LLC<br>*Debtor(s)* | <br><br>Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**ORDER ON MOTION TO APPROVE JOINT STIPULATION REGARDING THE AUTOMATIC STAY AS IT APPLIES TO THE REDEVELOPMENT COMMISSION OF THE CITY OF SOUTH BEND, INDIANA AND CASE 71D07-2301-PL-000020**

This matter is before the Court on the Motion to Approve Joint Stipulation Regarding the Automatic Stay, and the Court having considered and reviewed the same, now finds that it is sufficient, notice was properly given as required by L.B.R. B-2002-2(b)(1)(A), and that it ought to be **GRANTED**,

**IT IS THEREFORE ORDERED** that the Joint Stipulation filed on October 2, 2026 between the Redevelopment Commission and the Debtors is hereby approved by this Court.

**IT IS FURTHER ORDERED** that 1) the Automatic Stay of Debtors is lifted for the limited purpose of allowing the Redevelopment Commission to proceed with the above lawsuit, Case 71D07-2301-PL-000020, including any associated appeals, consolidations, transfers, or case number reassignments; 2) the Redevelopment Commission shall be

limited to a determination of liability and a determination of damages in a dollar amount, if any, against Debtors; and 3) any amount payable to the Redevelopment Commission shall be recoverable only from other non-Debtor co-defendants, if any, and not from Debtors directly.

**SO ORDERED.**

Dated: October 22, 2026

Paul E. Singleton
Judge, United States Bankruptcy Court