# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0755−3 | User: admin | Date Created: 10/22/2026 |
| Case: 26−30288−pes | Form ID: pdf004 | Total: 3 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| db | Matthews 350 E LaSalle LLC 401 E. Colfax Ave., Suite 277 South Bend, IN 46617 |
| 16244690 | Redevelopment Commission City of South B 227 W Jefferson Blvd 11th Floor County−City Building South Bend, IN 46601 |
| 16326947 | Redevelopment Commission of the City of South Bend c/o May Oberfell Lorber LLP 4100 Edison Lakes Pkwy #100 Mishawaka, IN 46545 |

TOTAL: 3