UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>Debtor(s)<br><br>Commerce Center Development, LLC<br>Debtor(s) | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**JOINT MOTION TO CONTINUE HEARING**

Matthews 350 E LaSalle, LLC ("**Matthews 350**") and Commerce Center Development, LLC ("**CCD**" and together with Matthews 350, the "**Debtors**"), and Redevelopment Commission of the City of South Bend, Indiana (the "**Redevelopment Commission**"; collectively with the Debtors, the "**Parties**"), by and through their respective undersigned counsel, jointly move the Court to continue the hearings currently scheduled for October 30, 2026, at 1:00 p.m. to November 18, 2026 at 10:30 a.m., and in support, state as follows:

1. On March 10, 2026 (the "**Petition Date**"), Debtors filed a Voluntary Petition under Chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**").

2. On April 27, 2026, Matthews 350 filed its *Motion to Disqualify May Oberfell Lorber LLP* [Doc 85] (the "**Motion to Disqualify**").

3. On May 19, 2026, Redevelopment Commission filed its *Objection to Motion to Disqualify* [Doc 100] (the "**Objection to Disqualification**").

4. This Court set the issues regarding the Motion to Disqualify and the Objection to Disqualification for an in person evidentiary hearing on October 30, 2026, at 10:00 a.m. [Doc 170] (the "**Evidentiary Hearing**").

5. On April 27, 2026, the Debtors filed their *Motion to Assume Unexpired Ground Lease Between Debtors* [Doc 81] (the "**First Lease Motion**")

6. Also on April 27, 2026, the Debtors filed their *Motion to Assume Unexpired Ground Lease with Commerce Center Office Building LLC* [Doc 83] (the "**Second Lease Motion**" and together with the First Lease Motion, the "**Lease Motions**").

7. On May 18, 2026, the Redevelopment Commission filed its *Objection to Debtors' Motion to Assume Unexpired Ground Lease Between Debtors* [Doc 96] (the "**First Objection to Lease Motion**").

8. Also on May 18, 2026, the Redevelopment Commission filed its *Objection to Debtor's Motion to Assume Unexpired Ground Lease with Commerce Center Office Building, LLC*. [Doc 97] ("**Second Objection to Lease Motion**" and together with the First Objection To Lease Motion, the "**Objections to Lease Motions**").

9. This Court ordered the Parties to file a *Joint Report on the Lease Motions and Objections to Lease Motions*. [Doc 119] (the "**Report**").

10. This Court set a status hearing on the Report set for October 30, 2026, at 10:00 a.m. [Doc 170] (the "**Status Hearing**").

11. The Parties hereby inform the Court that they are currently working toward completion of the Report.

12. On June 26, 2026, Redevelopment Commission filed its Proof of Claim [Claim No. 5] (the "**Matthews 350 Redevelopment Commission Claim**").

13. On June 26, 2026, Redevelopment Commission filed its Proof of Claim [Claim No. 3] (the "**CCD Redevelopment Commission Claim**").

14. On July 2, 2026, Matthews 350 filed its *Objection to the Redevelopment*

*Commission's Proof of Claim* [Filing No. 127] (the "**Matthews 350 Objection to Redevelopment Claim**").

15. On July 2, 2026, CCD filed its *Objection to the Redevelopment Commission's Proof of Claim* [file No. 129] (the "**CCD Objection to Redevelopment Claim**" and together with Matthews 350 Objection to Redevelopment Claim, the "**Debtors' Objections**").

16. On August 3, 2026, Redevelopment Commission filed its *Response to Matthews 350 Objection to the Redevelopment Commission's Proof of Claim* [Doc 147] (the "**Redevelopment Commission's Matthews 350 Response**").

17. On August 3, 2026, Redevelopment Commission filed its *Response to CCD's Objection to the Redevelopment Commission's Proof of Claim* [Doc 146] (the "**Redevelopment Commission's CCD Response**" and together with Redevelopment Commission's Matthews 350 Response, the "**Redevelopment Commission's Responses**").

18. This Court set the issues regarding the Debtors' Objections and the Redevelopment Commission's Responses for an in person hearing on October 30, 2026, at 10:00 a.m. [Doc 127] (the "**Objection Hearing**" and collectively with the Evidentiary Hearing and the Status Hearing, the "**October 30 Hearings**").

19. On October 26, 2026, the Parties had an initial mediation with Judge James M. Carr of the United States Bankruptcy Court Southern District of Indiana serving as mediator.

20. Judge Carr asked the Parties to submit a summary of what the issues need to be resolved.

21. The Parties are working on the requested summary and are planning to

schedule a second initial mediation session once the summary has been submitted.

22. The Parties hope to resolve the issues to be heard at the October 30 Hearings, among others and reach a global resolution if possible, through mediation.

23. To allow time for the Parties to continue to mediate the Parties request the Court continue the October 30 Hearings to the same date and time as the confirmation hearing set for November 18, 2026, at 10:30 a.m.

**WHEREFORE**, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC and the Redevelopment Commission of the city of South Bend, Indiana respectfully request the Court continue the October 30 Hearings set for October 30, 2026, at 1:00 p.m. to November 18, 2026, at 10:30 a.m.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf
Anthony Thomas Carreri
Jason T. Mizzell
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 777-7447
Woverturf@kgrlaw.com

*Counsel for Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC*

Respectfully submitted,

*/s/ Katherine Everett Iskin*
Matthew Anderson
Katherine Everett Iskin
May Oberfell Lorber
4100 Edison Lakes Parkway, Ste 100
Mishawaka, IN 46545
574-243-4100
manderson@maylorber.com

*Counsel for Redevelopment Commission of the City of South Bend, Indiana*

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Ryan Murphy** iumurphy19@gmail.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I further certify that on October 27, 2026, a copy of the foregoing was mailed by U.S. Mail, postage prepaid, and properly addressed to the following:

**NONE.**

*/s/ Weston Erick Overturf*
Weston Erick Overturf