UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| *IN RE:*<br>MATTHEWS 350 E LASALLE LLC,<br>*Debtor*.<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>*Debtor*. | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order Granting Motion to Continue**

The parties filed a joint motion to continue the October 30, 2026, hearings. The Court now GRANTS the Motion.

All matters previously set for October 30, 2026 are now continued for status hearing on November 18, 2026, at 10:30 a.m. in Room 202, 401 S. Michigan Street, South Bend, Indiana.

SO ORDERED.

Date: October 28, 2026

Paul E. Singleton

PAUL E. SINGLETON
*United States Bankruptcy Judge*