UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>Debtor(s)<br><br>Commerce Center Development, LLC<br>Debtor(s) | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**CERTIFICATION OF BALLOTING REPORT**

The plan proponents, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC (together "**Debtors**"), of the Chapter 11 Plan of Reorganization [Filing No. 144] (the "**Plan**"), hereby certify that the tabulations recorded on the balloting report attached hereto as **Exhibit 1** (the "**Balloting Report**") are true and correct and that all classes of creditors are accurately represented as to acceptances, rejections, and total amounts for each class of claims or interest.

Matthews 350 E LaSalle, LLC

/s/ [signature]
By:
Its:

Commerce Center Development, LLC

/s/ [signature]
By:
Its:

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Attorney No. 27281-49
KROGER, GARDIS & REGAS, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, Indiana 46204
(317) 559-3387

woverturf@kgrlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on November 4, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Ryan Murphy** iumurphy19@gmail.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I hereby certify that on November 5, 2026, a copy of the foregoing was mailed by U.S. mail, postage prepaid, to the following:

**Mailing Matrix attached – Parties receiving electronic service may not also receive a paper copy.**

*/s/ Weston E. Overturf*
Weston E. Overturf