# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC | ) | Case No. 26-30288-pes (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |
| | ) | |

**SECTION 1126 BALLOT REPORT FORM PURSUANT TO N.D.IND. B-3018-1**

| Class/Description | Class Impaired (Y/N) | Ballots Cast | (#) Ballots Excluded | (#) Ballots Accepted | (%) Ballots Accepted | (#) Ballots Rejected | (%) Ballots Rejected | ($) Amount Accepted | ($) Amount Rejected | Class Accepting | Class Rejecting |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Class 1 - Administrative Expenses | **N** | 0 | 0 | N/A | N/A | 0 | N/A | N/A | N/A | X | |
| Class 2 - Priority Unsecured Claims | **N** | 0 | 0 | N/A | N/A | 0 | N/A | N/A | N/A | X | |
| Class 3 - Secured Claim of KeyBank | **Y** | 1* | 0 | 0 | 0% | 1 | 100% | $0.00 | $30,132,468.79 | | X |
| Class 4 - Secured Claim of Sheins | **Y** | 1 | 0 | 1 | 100.00% | 0 | 0.00% | $838,268.49 | N/A | X | |
| Class 5 - Secured Claim of Sheins Trust | **Y** | 1 | 0 | 1 | 100.00% | 0 | 0.00% | $338,884.20 | $0.00 | X | |
| Class 6 - Secured Claim of FORUM | **N** | 0 | 0 | N/A | N/A | 0 | N/A | N/A | N/A | X | |
| Class 7 - General Unsecured Claims | **Y** | 2 | 1* | 1 | 100.00% | 0 | 0.00% | $7,280.00 | $0.00 | | |
| Class 8 - Subordinated Unsecured Claim | **Y** | 1 | 0 | 1 | 1.00% | 0 | 0.00% | $2,521,905.86 | $0.00 | X | |
| Class 9 - Equity Security Holders | **Y** | 3 | 0 | 3 | 100.00% | 0 | 0.00% | N/A | $0.00 | X | |

* This ballot has been excluded due to the pending objections to Redevlopment Commission of the City of South Bend, Indiana's Claims [Filing Nos. 127 & 129]
* Pursuant to Local Rule B-3018-1 the 300 E LaSalle ballot has only been counted in Class 3.
**I hereby certify under penalty of perjury that I have examined the ballots in this case and the report above is an accurate summary of those ballots to the best of my knowledge, information, or belief.**

**Dated: 11/04/2026**

/s/
Debtors