UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Ballot for Accepting or Rejecting Plan of Reorganization**

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

~~The undersigned, the holder of a Class 7 claim against the Debtors in the unpaid amount of $__________________.~~

Or

The undersigned, the holder of a Class ___3___ claim against the Debtors, consisting of $ 30, 132, 468.79, principal amount of $29, 991, 085.81 ~~of the Debtors~~.

Or

~~The undersigned, the holder of Class _____ equity interest in the Debtors, consisting of __________ shares or other interests of __________ in the Debtors.~~

*Check one box only:*

☐ **Accepts the plan**

☒ **Rejects the plan**

Dated: October 28, 2026

Debtors' Combined Chapter 11 Plan of Reorganization dated July 28, 2026 treats part of KeyBank National Association's ("KeyBank") claim as a Class 7 General Unsecured Claim (unsecured claim amount of $124,420.79). KeyBank's claim was transferred to 300 E. LaSalle Ave Note LLC ("Transferee") on October 1, 2026. Transferee disputes Debtors' contention that part of KeyBank's (and now Transferee's) claim is unsecured. However, to the extent it is determined that Transferee does hold a Class 7 claim of some amount, Transferee also rejects the plan with respect to any such Class 7 claim.

Print or type name: Christopher C. Hagenow

Signature: /s/ Christopher C. Hagenow Title: Counsel for 300 E LaSalle Ave Note LLC

Address: Tuohy Bailey & Moore LLP
9294 N. Meridian Street
Indianapolis, IN 46260

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of: | |
| Matthews 350 E LaSalle, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11 |
| Commerce Center Development, LLC<br>*Debtor(s)* | (Jointly Administered) |

**Ballot for Accepting or Rejecting Plan of Reorganization**

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 5 claim against the Debtors in the unpaid amount of $__________________.

Or

The undersigned, the holder of a Class 5 claim against the Debtors, consisting of $_____________ principal amount of _____________ of the Debtors.

Or

The undersigned, the holder of Class _____ equity interest in the Debtors, consisting of _________ shares or other interests of _________ in the Debtors.

*Check one box only:*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: 9/25/26

Print or type name: Barry S. Shein and Cari Groman Shein

Signature: [signature] Title: [signature]

Address: 1207 E Erskine Manor Hill
South Bend, IN 46614
_______________________________

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

## Ballot for Accepting or Rejecting Plan of Reorganization

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 4 claim against the Debtors in the unpaid amount of $__________________.

Or

The undersigned, the holder of a Class 4 claim against the Debtors, consisting of $_____________ principal amount of _____________ of the Debtors.

Or

The undersigned, the holder of Class _____ equity interest in the Debtors, consisting of _________ shares or other interests of _________ in the Debtors.

*Check one box only:*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: 9/25/26

Print or type name: Barry Shein Revocable Trust

Signature: Barry Shein Title: Trustee

Address: 1207 E Erskine Manor Hill
South Bend, IN 46614
______________________________

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

## Ballot for Accepting or Rejecting Plan of Reorganization

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a Class _______ claim against the Debtors in the unpaid amount of $__________________.

Or

The undersigned, the holder of a Class _______ claim against the Debtors, consisting of $_____________ principal amount of _____________ of the Debtors.

Or

The undersigned, the holder of Class 9 equity interest in the Debtors, consisting of _________ shares or other interests of _________ in the Debtors.

*Check one box only:*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: ______________

Print or type name: ___________________________________

Signature: [signature] Title: ______________

Address: 401 E Colfax Ave
South Bend, IN 46617
______________________________

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Ballot for Accepting or Rejecting Plan of Reorganization**

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 8 claim against the Debtors in the unpaid amount of $__________________.

Or

The undersigned, the holder of a Class _______ claim against the Debtors, consisting of $_____________ principal amount of _____________ of the Debtors.

Or

The undersigned, the holder of Class _____ equity interest in the Debtors, consisting of _________ shares or other interests of _________ in the Debtors.

*Check one box only:*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: ______________

Print or type name: ___________________________________

Signature: [signature] Title: ______________

Address: 401 E Colfax Ave
South Bend, IN 46617
____________________________

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Ballot for Accepting or Rejecting Plan of Reorganization**

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before <u>October 28, 2026</u>, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class 7 claim against the Debtors in the unpaid amount of $7,280.00.

Or

The undersigned, the holder of a Class ____ claim against the Debtors, consisting of $______________ principal amount of ______________ of the Debtors.

Or

The undersigned, the holder of Class _____ equity interest in the Debtors, consisting of __________ shares or other interests of __________ in the Debtors.

*Check one box only:*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: __10/28/2026_____

Print or type name: ______Conley Brothers Painting LLC__________________________

Signature: ____________________________ Title: Owner______

Address: __53582 Lakefield Dr____________
___Elkhart, IN 46514____________
________________________________

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Ballot for Accepting or Rejecting Plan of Reorganization**

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class _______ claim against the Debtors in the unpaid amount of $__________________.

Or

The undersigned, the holder of a Class _______ claim against the Debtors, consisting of $_____________ principal amount of _____________ of the Debtors.

Or

The undersigned, the holder of Class 9 equity interest in the Debtors, consisting of _________ shares or other interests of _________ in the Debtors.

*Check one box only:*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: ______________

Print or type name: ___________________________________

Signature: [signature] Title: ______________

Address: 401 E Colfax Ave
South Bend, IN 46617
_____________________________

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Ballot for Accepting or Rejecting Plan of Reorganization**

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

**Acceptance or Rejection of the Plan**

The undersigned, the holder of a Class _______ claim against the Debtors in the unpaid amount of $__________________.

Or

The undersigned, the holder of a Class _______ claim against the Debtors, consisting of $_____________ principal amount of _____________ of the Debtors.

Or

The undersigned, the holder of Class 9 equity interest in the Debtors, consisting of _________ shares or other interests of _________ in the Debtors.

*Check one box only:*

☑ **Accepts the plan**

☐ **Rejects the plan**

Dated: ______________

Print or type name: ___________________________________

Signature: [illegible] Title: ______________

Address: 401 E Colfax Ave
South Bend, IN 46617
_____________________________

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br><br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

## Ballot for Accepting or Rejecting Plan of Reorganization

Debtors, Matthews 350 E Lasalle LLC d/b/a 300 E Lasalle d/b/a 300 East Lasalle ("**Matthews**"), and Commerce Center Development, LLC ("**CCD**"; together, the "**Debtors**"), as Debtors and Debtors-in-Possession filed a Chapter 11 Plan of Reorganization dated July 28, 2026 (the "**Plan**"), a Disclosure Statement for the Plan ("**Disclosure Statement**"), and an Immaterial Modification to the Plan ("**Immaterial Modification**", collectively with the Disclosure Statement and Plan, the "**Plan Documents**") for the Debtors in the above-captioned case.

**You should review the Plan Documents before you vote. You may wish to seek legal advice concerning the Plan Documents and your classification and treatment under the Plan. If you hold claims or equity interest in more than one class, you should submit a ballot for each class in which you are entitled to vote.**

**Refer to the Plan for classification of your claim as:**

| | |
|---|---|
| 1 | Administrative Expenses |
| 2 | Priority Unsecured Claims |
| 3 | Secured Claim of KeyBank |
| 4 | Secured Claim of Sheins |
| 5 | Secured Claim of Sheins Trust |
| 6 | Secured Claim of FORUM |
| 7 | General Unsecured Claims |
| 8 | Subordinated Unsecured Claim |
| 9 | Equity Security Holders |

**If your ballot is not received by Weston E. Overturf, Kroger, Gardis & Regas, L.L.P., 111 Monument Circle, Suite 900, Indianapolis, IN 46204, on or before October 28, 2026, and such deadline is not extended, your vote will not count as either an acceptance or rejection of the Plan.**

**If the Plan is confirmed by the Bankruptcy Court, it will be binding on you whether or not you vote.**

## Acceptance or Rejection of the Plan

The undersigned, the holder of a Class 7 claim against the Debtors in the unpaid amount of $10,879,877.00

Or

The undersigned, the holder of a Class _______ claim against the Debtors, consisting of $_____________ principal amount of _____________ of the Debtors.

Or

The undersigned, the holder of Class _____ equity interest in the Debtors, consisting of _________ shares or other interests of _________ in the Debtors.

*Check one box only:*

- ☐ **Accepts the plan**
- ☒ **Rejects the plan**

Dated: 10.28.2026

Print or type name: City of South Bend, IN Redevelopment Commission

Signature: Sandra Kees[signature] Title: Corporation Counsel

Address: 215 S. Dr. Martin Luther King, Jr. Blvd.
South Bend, IN 46601

**Return this ballot to:**

Weston E. Overturf
Anthony T. Carreri
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204
Woverturf@kgrlaw.com
acarreri@kgrlaw.com