Label Matrix for local noticing
0755-3
Case 26-30288-pes
Northern District of Indiana
South Bend Division
Wed Nov 4 14:25:48 EST 2026

300 E LaSalle Ave Note LLC
c/o Tuohy Bailey & Moore LLP
9294 N Meridian Street
Indianapolis, IN 46260-1804

A/Ccelerated Services, LLC
1610 3rd Street
Osceola, IN 46561-2054

Aladdin's Inc
C/o Lori Freitag
1010 E. Jefferson
Mishawaka, IN 46545-6726

Matthew Anderson
May Oberfell Lorber
4100 Edison Lakes Parkway
Ste 100
Mishawaka, IN 46545-3467

Anthony Thomas Carreri
Kroger Gardis & Regas LLP
111 Monument circle
Suite 900
Indianapolis, IN 46204-5125
Chikol Equities, LLC 46204-5125

Miranda Bernadac
Tuohy Bailey & Moore LLP
9294 N Meridian
Indianapolis, IN 46260-1804

Anthony Thomas Carreri
Kroger Gardis & Regas LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

Chikol Equities, LLC
c/o Registered Agent
135 North Pennsylvania St
Indianapolis, IN 46204-2400

Colin Steiner
300 E LaSalle Ave
#610
South Bend, IN 46617-2849

Commerce Center Development LLC
401 E Colfax Ave
Ste 277
South Bend, IN 46617-2783

Commerce Center Development, LLC
401 E Colfax Suite 277
South Bend, IN 46617-2783

Conley Brothers Painting LLC
53582 Lakefield Dr
Elkhart, IN 46514-9432

Cressy Commercial Real Estate
c/o Bardley Meier
200 N Church Street
Mishawaka, IN 46544-1423

Cynthia Hegarty, Winthrop & Weinstine PA
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629

DMTM Inc
401 E Colfax Ave
Ste 277
South Bend, IN 46617-2783

David Matthews
401 E Colfax Ave. Suite 277
South Bend, IN 46617-2783

East Race Market, LLC
350 East LaSalle
Suite 100
South Bend, IN 46617

Edwin Huang
300 E LaSalle Ave
#612
South Bend, IN 46617-2849

F.E. Moran Fire Protection
c/o Registered Agent
334 North Senate Ave
Indianapolis, IN 46204-1708

F.E. Moran, Inc. Fire Protection
Haley Schechter
2265 Carlson Drive
Northbrook, IL 60062-6705

FORUM Credit Union
11313 USA Parkway
Fishers, IN 46037-9208

Raymond Daniel Faust
Stoll Keenon Ogden PLLC
334 N. Senate Avenue
Indianapolis, IN 46204-1708

Greater New York Mutual Insurance Compan
P.O. Box 787892
Philadelphia, PA 19178-7892

Christopher C. Hagenow
Tuohy Bailey & Moore, LLP
9294 N Meridian
Indianapolis, IN 46260-1804

(p)INDIANA DEPARTMENT OF REVENUE
ATTN BANKRUPTCY
100 N SENATE AVE
INDIANAPOLIS IN 46204-2253

(p)INDIANA DEPARTMENT OF WORKFORCE DEVELOPMEN
ATTENTION LILLIAN BAILEY
10 N SENATE AVENUE SE109
INDIANAPOLIS IN 46204-2201

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204
Internal Revenue Service
575 N Pennsylvania St.
Indianapolis, IN 46204-1580

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19101-7346

Katherine Everett Iskin
May Oberfell Lorber
4100 Edison Lakes Pkwy
Mishawaka, IN 46545-3465

KeyBank National Association
135 North Pennsylvania St. Suite 1610
Indianapolis, IN 46204-2448

KeyBank National Association
Christopher C. Hagenow
9294 N. Meridian Street
Indianapolis, IN 46260-1804

LaPlace Plumbing
c/o Bradley Meier
200 N Church Street
Suite 200
Mishawaka, IN 46544-1423

Marcellus Lebbin
Lebbin Law Office
401 East Colfax Ave.
Suite 180
Box 2
South Bend, IN 46617-2880

Lebbin Law Office
401 E Colfax Ave
Suite 180
South Bend, IN 46617-2880

Lisa Williams
ALE Solutions, Inc
Attn: Moyra Richards
190 S. 1st Street
Saint Charles, IL 60174-2873

Luke Uttley
300 E LaSalle Ave
#1012
South Bend, IN 46617-2853

Mary Hipp
300 E LaSalle Ave
513
South Bend, IN 46617-2848

Matthews 350 E LaSalle LLC
401 E. Colfax Ave., Suite 277
South Bend, IN 46617-2783

Matthews LLC
401 E Colfax Ave
Suite 277
South Bend, IN 46617-2783

Jason T. Mizzell
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 9000
Indianapolis, IN 46204-5125

Office of the U.S. Attorney
5400 Federal Plaza, Suite 1500
Hammond, IN 46320-1843

Weston Erick Overturf
Kroger Gardis & Regas, LLP
111 Monument Circle
Suite 900
Indianapolis, IN 46204-5125

Paul's Generators Sales & Service
22979 County Road 18
Goshen, IN 46528-8480

Jennifer Prokop
Office of the United States Trustee
100 E. Wayne Street Suite 555
South Bend, IN 46601-2363

Redevelopment Commission City of South B
227 W Jefferson Blvd
11th Floor
County-City Building
South Bend, IN 46601-1830

Redevelopment Commission of the City of Sout
c/o May Oberfell Lorber LLP
4100 Edison Lakes Pkwy #100
Mishawaka, IN 46545-3467

Roy Conrad
300 E LaSalle Ave
#703
South Bend, IN 46617-2850

Roy Conrad
300 E LaSalle Ave
#703
South Bend, IN 46617-2850
Schindler Elevator Corporation
c/o Registered Agent 46617-2850

(p)ST JOSEPH COUNTY TREASURERS OFFICE
ATTN LISA GREGORICH
227 W JEFFERSON BLVD 2ND FLOOR
SOUTH BEND IN 46601-1830

Schindler Elevator Corporation
Walsh Pizzi O'Reilly Falanga LLP
100 Mulberry Street, 15th Floor
Newark, NJ 07102-4056

Schindler Elevator Corporation
c/o Registered Agent
334 North Senate Ave
Indianapolis, IN 46204-1708

Secretary of Treasury
15th & Pennsylvania Avenue
Washington DC 20220-0001

Securities & Exchange Commission
Bankruptcy Section
175 W. Jackson Blvd., Suite 900
Chicago IL 60604-2815

Steuerwald, Witham & Youngs, LLP
106 N Washington St
Danville, IN 46122-1236

(p)THE SHERWIN WILLIAMS COMPANY
ATTN ATTN BANKRUPTCY LEGAL DEPARTMENT
1 SHERWIN WAY
ATTN THE LEGAL DEPT - 35TH FLOOR
CLEVELAND OH 44113-2206

Tuohy Bailey & Moore
9294 N Meridian
Indianapolis, IN 46260-1804

Tuohy Bailey & Moore, LLP
50 S Meridian St
Indianapolis, IN 46204-3542

United States Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2349

United States Trustee
100 East Wayne Street, 5th Floor
South Bend, IN 46601-2363Winthrop & Wei
225 S 6th St
Minneapolis, MN 55402-4629
Wipfli LLP 55402-4601

Winthrop & Weinstine, PA
Cynthia L. Hegarty, Wintrhop & Weinstine
225 South Sixth Street, Suite 3500
Minneapolis, MN 55402-4629

Wipfli LLP
4890 Owen Ayres Ct
Suite 200
Eau Claire, WI 54701-2832

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Indiana Department of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204

(d)Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, N240
Indianapolis IN 46204

Indiana Employment Security Division
10 North Senate Street
Indianapolis, IN 46204

Internal Revenue Service
575 N Pennsylvania St.
Indianapolis, IN 46204

ST JOSEPH COUNTY TREASURERS OFFICE
ATTN LISA GREGORICH
227 W JEFFERSON BLVD 2NF FLOOR
SOUTH BEND IN 46601-1830
Steuerwald, Witham & Youngs, LLP
106 N Washington St

(d)St. Joseph County Treasurer
County City Building
227 West Jefferson Blvd
South Bend IN 46601

The Sherwin Williams Co.
101 West Prospect Avenue
Cleveland, OH 44115

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)300 E LaSalle Ave Note LLC

(u)A/Celerated Service, LLC
1610 3rd Street
Osceola, IN 46561-2054
Aladdin's Inc
c/o Lori Freitag
1010 E. Jefferson

(d)DMTM, Inc
401 E Colfax Ave
Suite 277
South Bend, IN 46617-2783

(d)FORUM Credit Union
11313 USA Parkway
Fishers, IN 46037-9208

(u)Indiana Department of Revenue
100 N. Senate Ave.
Indianapolis, IN 46204
Indiana Department of Revenue
Bankruptcy Section
100 North Senate Avenue, N240

(u)KeyBank National Association

(d)Matthews 350 E LaSalle LLC
401 E Colfax Ave
Ste 277
South Bend, IN 46617-2783

(d)Miranda Bernadac
Tuohy Bailey & Moore LLP
9294 N Meridian
Indianapolis, IN 46260-1804

(u)Redevelopment Commission of the City of So

End of Label Matrix
Mailable recipients 62
Bypassed recipients 9
Total 71