**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA (SOUTH BEND)**

| | | |
|---|---|---|
| In re: | ) | |
| MATTHEWS 350 E LASALLE LLC, et al. | ) | CASE NO. 26-30288-pes |
| Debtor. | ) | (Jointly Administered) |
| COMMERCE CENTER DEVELOPMENT LLC, | ) | |
| Debtor. | ) | |

## NOTICE TO APPEAR BY VIDEO

300 E. LaSalle Ave Note LLC ("300 E. LaSalle"), by counsel, hereby files its Notice indicating that one of its counsel, Miranda Weiss Bernadac, will appear by video at the hearings scheduled to occur on November 18, 2026 at 10:30 a.m., and in support states as follows:

1. Christopher C. Hagenow and Miranda Weiss Bernadac of the law firm of Tuohy Bailey & Moore, LLP filed appearances on behalf of 300 E. LaSalle, a creditor in the jointly administered bankruptcy cases: *In the Matter of Matthews 350 E LaSalle, LLC*, Case No. 26-30288-pes (Chapter 11); *In the Matter of Commerce Center Development LLC*, Case No. 26-30289-pes (Chapter 11) and as an interested party in the adversary case of *Redevelopment Commission of the City of South Bank, Indiana v. Commerce Center Development, LLC; Matthews 350 E Lasalle, LLC; DMTM, Inc.; and Matthews LLC*, Case No. 26-3011-pes.

2. The Court has set hearings on several issues on November 18, 2026 at 10:30 a.m., eastern time.

3. The office of Tuohy Bailey & Moore, LLP is located in Indianapolis and although Christopher C. Hagenow will be attending the hearing in person, the travel time and expenses that would be incurred for a second attorney to appear in-person for the hearings in South Bend

are considerable, and therefore the undersigned counsel respectfully requests that Miranda W. Bernadac be permitted to attend remotely.

4. The Court permits the appearance of the parties via Microsoft Teams for routine matters provided the procedures outlined on the Court's website are followed.

5. 300 E. LaSalle respectfully requests that its counsel, Miranda Weiss Bernadac, be allowed to appear, via videoconferencing, for the November 18, 2026 hearing.

**WHEREFORE,** 300 E. LaSalle hereby respectfully notifies the Court that its counsel, Miranda Weiss Bernadac, will appear by video (Microsoft Teams) for the hearing on November 18, 2026, at 10:30 a.m., eastern time.

Respectfully submitted,

TUOHY BAILEY & MOORE LLP

By: *<u>/s/ Miranda Weiss Bernadac</u>*
Miranda Weiss Bernadac
Attorney No. 30907-49
TUOHY BAILEY & MOORE LLP
9294 N Meridian
Indianapolis, Indiana 46260
mbernadac@tbmattorneys.com
Counsel for 300 E. LaSalle Ave Note LLC

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was filed electronically this 16th day of November 2026. Notice of this filing will be sent to all parties registered to receive such notice by operation of the Court's electronic filing system. I hereby further certify that I caused a copy of the foregoing to be served via U.S. Mail, First Class, postage prepaid upon the parties that are not registered to receive notice by operation of the Court's electronic filing system at their respective addresses listed on the electronic filing receipt. Parties may access this filing through the Court's electronic filing systems.

*<u>/s/ Miranda Weiss Bernadac</u>*
Miranda Weiss Bernadac