**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF INDIANA**
**SOUTH BEND DIVISION**

| | | |
|---|---|---|
| **In the Matter of:** | : | |
| | : | |
| **Matthews 350 E. LaSalle, LLC** | : | **Case No. 26-30288-pes** |
| ***Debtor(s)*** | : | **Chapter 11** |
| | : | |
| **Commerce Center Development, LLC:** | : | **(Jointly Administered)** |
| ***Debtor(s).*** | : | |
| | : | |

## NOTICE TO APPEAR BY VIDEO

FORUM Credit Union ("FORUM"), by counsel, hereby files its Notice indicating that it will appear by video at the hearing schedule for November 18, 2026, at 10:30 a.m. and in support states as follows:

1. R. Daniel Faust of the law office of Stoll Keenon Ogden, PLLC, filed his appearance on behalf of FORUM, a Creditor in the bankruptcy case: *In the Matter of Commerce Center Development, LLC*, Case No. 26-30289-pes (Chapter 11).

2. The Court has set this matter for a hearing in the above matter on November 18, 2026, at 10:30 a.m., Eastern Time.

3. The office of Stoll Keenon Ogden, PLLC, is located in Indianapolis and the travel time and expenses that would be incurred for an in-person appearance in South Bend are considerable.

4. The Court permits the appearance of the parties via Microsoft Teams for routine matters provided the procedures outlined on the Court's website are followed.

5. FORUM respectfully requests that it be allowed to appear, by counsel, via videoconferencing, for the November 18, 2026, hearing.

**WHEREFORE,** FORUM Credit Union hereby respectfully notifies the Court that its counsel will appear by video (Microsoft Teams) for the hearing on November 18, 2026, at 10:30 a.m., eastern time.

Respectfully Submitted,

/s/ *R. Daniel Faust*
R. Daniel Faust, Atty No. 28556-53
334 N. Senate Avenue
Indianapolis, IN 46204
Office: 317-464-1100
Fax: 317-464-1111
Email: dan.faust@skofirm.com
*Attorney for FORUM Credit Union*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served via the Court's ECF electronic filing system on November 17, 2026.

*/s/ R. Daniel Faust*
R. Daniel Faust (28556-53)
*Counsel for FORUM Credit Union*