UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| *IN RE:*<br>MATTHEWS 350 E LASALLE LLC,<br>*Debtor.*<br><br>COMMERCE CENTER DEVELOPMENT, LLC,<br>*Debtor.* | Case No.: 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**Order on Hearing & Order Directing Parties to File a Report on Mediation**

On November 18, 2026, the Court held a hearing. The following appeared:

<u>Appearances</u>

| Attorney / Non-Attorney | Party | Method of Appearance |
|---|---|---|
| Weston Erick Overturf | Debtors Matthews 350 E LaSalle LLC and Matthews 350 E LaSalle LLC (hereafter, referred to collectively as, "Debtors") | in courtroom |
| David Matthews (Debtors' authorized representative) | Debtors | in courtroom |
| Christopher C. Hagenow | KeyBank National Association & 300 E LaSalle Ave Note LLC (hereafter, referred to collectively as, "Secured Creditor") | in courtroom |
| Miranda Bernadac | Secured Creditor | via Microsoft Teams |
| Katherine Everett Iskin | Redevelopment Commission of the City of South Bend, Indiana (the "Redevelopment Commission") | in courtroom |
| Raymond Daniel Faust | FORUM Credit Union | via Microsoft Teams |

Chart 1 summarizes the Court's ruling on the matters it heard.

**Chart 1**

| Issue | Responses | The Court's Order / Result |
| --- | --- | --- |
| (1) Debtors' Cash Collateral Motion [Doc 7][1] | Secured Creditor orally objects; no written objection was filed. | The Court ORDERS the following:<br>(a) Debtors must file a proposed form of order on November 18, 2026.<br>(b) The form of order should set the deadline for the Seventh Interim Order as December 18, 2026.<br>(c) The Court will hold a status hearing on December 16, 2026, at 10:00 a.m., eastern time. |
| (2) Motion to Assume Lease between Debtors [Doc 81] | Redevelopment Commission's Objection [Doc 96] | The Parties (hereafter, "Parties" means the Debtors and the Redevelopment Commission) reported the Honorable James M. Carr may mediate this issue.<br>The Court SETS a status hearing for December 16, 2026.[2] |
| (3) 350 E. LaSalle's Motion to Assume Lease with Commerce Center [Doc 83] | Secured Creditor orally objects; and filed written Objection [Doc 97] | The Parties reported Judge Carr may mediate this issue.<br>The Court SETS a status hearing for December 16, 2026. |

[1] The Court entered the Sixth Interim Order in September 2026. [Doc 193.]

[2] If the Parties settle this issue or any other issues before the December 16, 2026 hearing, the Court will not address that issue at the hearing.

| | | |
|---|---|---|
| (4) Debtors' Motion to Disqualify May Oberfell Lorber from representing the Redevelopment Commission [Doc 85] | Redevelopment Commission's Objection [Doc 100] | The Parties reported Judge Carr may mediate this issue.<br><br>The Court SETS a status hearing for December 16, 2026. |
| (5) Matthew's Objection to Proof of Claim 5-1 [Doc 127] | Redevelopment Commission's Response [Doc 147] | The Parties reported Judge Carr may mediate this issue.<br><br>The Court SETS a status hearing for December 16, 2026. |
| (6) Commerce Center's Objection to Proof of Claim 3-1 [Doc 129] | Redevelopment Commission's Response [Doc 147] | The Parties reported Judge Carr may mediate this issue.<br><br>The Court SETS a status hearing for December 16, 2026. |
| (7) Debtors' Plan [Doc 144] | Redevelopment Commission's Objection [Doc 218]<br><br>Secured Creditor's Objection [Doc 221] | With respect to the Redevelopment Commission, the Parties reported Judge Carr may mediate this issue.[3]<br><br>The Court SETS a status hearing for December 16, 2026. |
| (8) Debtors' Motion in Support of Plan [Doc 228] | n/a | The Parties reported Judge Carr may mediate this issue.<br><br>The Court SETS a status hearing for December 16, 2026. |

[3] If the parties and Judge Carr are willing, this Court would be happy to let Judge Carr mediate any issues involving the Secured Creditor.

| | | |
|---|---|---|
| (9) Debtor's Amended Motion in Support of Plan [Doc 229] | Redevelopment Commission's Objection to Amended Motion [Doc 232] | The Parties reported Judge Carr may mediate this issue.<br><br>The Court SETS a status hearing for December 16, 2026. |
| (10) Redevelopment Commission's Motion to Temporarily Allow Claim for Voting [Doc 219] | Debtors' Objection [Doc 227] | The Parties reported Judge Carr may mediate this issue.<br><br>The Court SETS an oral ruling conference for December 16, 2026. |

Debtors and the Redevelopment Commission explained they have a telephone call with Judge Carr on Monday, November 23, 2026. The Court ORDERS the Parties to give a short, joint report on the status of mediation on or before November 24, 2026. At a minimum, Debtors and the Redevelopment Commission's joint report should explain:

A. when mediation will occur;

B. which of the issues the parties anticipate will be mediated, and if possible,

C. the likelihood of mediation resolving the issues in Chart 1.

In sum, Debtors and the Redevelopment Commission must file a report addressing mediation on or before November 24, 2026. On December 16, 2026, at 10:00 a.m., eastern time, the Court will hold a status hearing on nine of the ten issues in Chart 1. The Court will issue an oral ruling on the tenth issue, the Motion to Temporarily Allow Voting on December 16.

SO ORDERED.

Date: November 18, 2026

*Paul E. Singleton*

PAUL E. SINGLETON
*United States Bankruptcy Judge*