UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| In the Matter of:<br><br>Matthews 350 E LaSalle, LLC<br>*Debtor(s)*<br>Commerce Center Development, LLC<br>*Debtor(s)* | Case No. 26-30288-pes<br>Chapter 11<br><br>(Jointly Administered) |

**JOINT MEDIATION REPORT**

The above-captioned Debtors (the "Debtors") and creditor Redevelopment Commission of the City of South Bend, Indiana (the "Commission") report the following regarding the status of mediation:

1. Counsel for the above two parties had their second pre-mediation telephonic conference with Hon. James Carr on November 23, 2026. Due to Judge Carr's impending retirement, he is unable to schedule mediation in 2026. No date has been formally set, with mid-January 2027 as a present target;
2. The issues the parties plan to mediate and the likelihood of resolution is as follows:
    a. Motions to assume leases (chart items 2 and 3). The likelihood of resolution is moderate to high.
    b. Motion to Disqualify MOL (chart item 4). The likelihood of resolution is high.

c. Objections to proofs of claim (chart items 5 and 6). The likelihood of resolution is moderate.

d. Debtors' Plan and related motions (chart items 7, 8, 9). The likelihood of resolution is moderate to low. Participation by the Secured Creditor may increase likelihood of resolution, however Judge Carr is presently unwilling to broaden the scope of issues.

e. Motion to Temporarily Allow Claim for Voting (chart item 10). The likelihood of resolution prior to December 16 is zero.

Respectfully submitted,

*/s/ Weston E. Overturf*
Weston E. Overturf, Atty. No. 27281-49
Anthony T. Carreri, Atty. No. 36107-49
Jason T. Mizzell, Atty. No. 30038-53
Kroger, Gardis & Regas, L.L.P.
111 Monument Circle, Suite 900
Indianapolis, IN 46204
(317) 777-7434
woverturf@kgrlaw.com

*Counsel for Debtors, Matthews 350 E LaSalle, LLC and Commerce Center Development, LLC*

*/s/ Katherine Iskin*
Katherine Iskin, Atty. No. 33679-71
Matthew J. Anderson, Atty. No. 27511-71
May Oberfell Lorber LLP
4100 Edison Lakes Pkwy, Suite 100
Mishawaka, IN 46545
(574) 243-4100
kiskin@maylorber.com

*Counsel for Redevelopment Commission of the City of South Bend, Indiana*

# CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of November, 2026, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System. Parties may access this filing through the Court's system.

- **Miranda Bernadac** mbernadac@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Anthony Thomas Carreri** ACarreri@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Christopher C. Hagenow** chagenow@tbmattorneys.com, tvonstamwitz@tbmattorneys.com
- **Katherine Everett Iskin** kiskin@maylorber.com, MayOberfellLorber@jubileebk.net
- **Marcellus Lebbin** lebbin@gmail.com
- **Ryan Murphy** iumurphy19@gmail.com
- **Weston Erick Overturf** woverturf@kgrlaw.com, dg@kgrlaw.com;sharding@kgrlaw.com;lstella@kgrlaw.com
- **Jennifer Prokop** jennifer.prokop@usdoj.gov, jwprokop@yahoo.com
- **United States Trustee** USTPRegion10.SO.ECF@usdoj.gov

I further certify that on the 24th day of November, 2026, a copy of the foregoing was mailed by first class United States mail, postage prepaid, and properly addressed to the following:

**NONE**

*/s/ Weston E. Overturf*
Weston E. Overturf